*filed in open court 5/12/2005*

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Crim. No. 05-40026-FDS |
| | ) |
| MUHAMED MUBAYYID, and | ) |
| EMADEDDIN Z. MUNTASSER, | ) |
| | ) |
| Defendants. | ) |

### GOVERNMENT'S MOTION TO UNSEAL INDICTMENT

The United States of America hereby moves this Court to direct that the indictment be unsealed. In support of this motion, the government states that the defendants were arrested on May 12, 2005, and that there is no further reason to keep the indictment secret.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By: _____
MICHAEL D. RICCIUTI
B. STEPHANIE SIEGMANN
Assistant U.S. Attorneys

Date: May 12, 2005

*5-12-05 allowed*