```
               UNITED STATES DISTRICT COURT
                DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA      )
                              )
         v.                   )   Crim. No. 05-40026-FDS
                              )
MUHAMED MUBAYYID, and         )
EMADEDDIN Z. MUNTASSER,       )
                              )
                              )
         Defendants.          )
```

**GOVERNMENT'S MOTION FOR COMPLEX CASE DESIGNATION**

The United States, by and through Michael J. Sullivan, and Michael D. Ricciuti and B. Stephanie Siegmann, Assistant United States Attorneys for the District of Massachusetts, hereby moves pursuant to 18 U.S.C. §3161(h)(8)(B)(ii) that this Court designate this case as complex for purposes of the Speedy Trial Act, and find that it is unreasonable to expect adequate preparation for pretrial proceedings and for the trial itself with the time limits established by 18 U.S.C. §3161. Additionally, the government requests that the time period for automatic discovery be extended from 28 days to a period of 60 days from the date of arraignment. In support of this motion, the government states the following:

1. The Indictment, filed on May 11, 2005, charges the defendants with engaging in a scheme to conceal material information, and conspiring with themselves and other unindicted co-conspirators to defraud the government, over a ten-year period of time;

2. Discovery will entail making historical documents as

well as declassified information available to the defense. Additionally, the government has obtained, and expects to obtain, evidence from other districts, for review for purposes of discovery;

    3.  Two separate searches of the records of Care International, Inc., were conducted in 2001 and 2003. Thousands of pages of documents and other materials were seized during both of these searches, which the government expects to make available to the defendants' counsel during discovery;

    4.  The government anticipates discovery in this case may implicate classified information, which must be handled pursuant to the Classified Information Procedures Act. Accordingly, the government will request security clearances for counsel for the defendants.  The government may also seek to have further information declassified for use in the prosecution of this case;

    5.  Pursuant to 18 U.S.C. §3161(h)(8)(B)(ii), this case is so complex given the nature of the prosecution and the types of materials that may have to be reviewed and/or made available in discovery, that is unreasonable to expect adequate preparation for pretrial proceedings or for the trial itself within the time limits established by the Speedy Trial Act;

    6.  Pursuant to 18 U.S.C. §3161(h)(8)(A), the ends of justice served by not fixing a trial date within the time limits established by the Speedy Trial Act outweigh the best interest of the defendants and the public in a speedy trial.

WHEREFORE, the government requests that this Court designate this case as complex pursuant to 18 U.S.C. §3161(h)(8)(B)(ii) for purposes of the Speedy Trial Act, 18 U.S.C. §3161, and enlarge the period by which the government must produce automatic discovery to 60 days from the date of arraignment of the defendants.

>                   Respectfully submitted,
>
>                   MICHAEL J. SULLIVAN
>                   United States Attorney
>
>
>               By: /s/ B. Stephanie Siegmann
>                   MICHAEL D. RICCIUTI
>                   B. STEPHANIE SIEGMANN
>                   Assistant U.S. Attorneys

Date: May 17, 2005

### Certificate of Compliance with Local Rule 7.1 and Certificate of Service

I do hereby certify that I conferred with counsel for Emadeddin Muntasser, Norman Zalkind, Esq., and have attempted to confer with counsel for Muhamed Mubayyid, Michael Andrews, Esq., to narrow the issues set forth herein and further certify that a copy of foregoing motion was served upon said attorneys by electronic notice on this 17th day of May 2005.

>                   /s/ B. Stephanie Siegmann
>                   B. Stephanie Siegmann
>                   Assistant U.S. Attorney