UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>)<br>)<br>v. )<br>)<br>)<br>)<br>)<br>)<br>MUHAMED MUBAYYID AND )<br>EMADEDDIN Z. MUNTASSER )<br>) | Criminal No. 05-40026-FDS |

ORDER ON EXCLUDABLE TIME
May 31, 2005

SWARTWOOD, C.M.J.

This Court finds the interests of justice outweighs the best interests of the public and Defendants for a trial within seventy days of the return of an indictment or filing of an information and, therefore, in accordance with my Order designated this a complex case in accordance with 18 U.S.C. §3161(h)(8)(B)(ii), I have granted the Government an additional thirty-two days in which to bring the Defendants to trial. See Order, dated May 26, 2005 (Docket No.24). Additionally, this Court further finds given the complexity of the discovery, and the potential complexity of the Government's case, the parties are going to require significant additional time to complete discovery and to resolve discovery issues. Therefore, this Court find that the interests of justice can best be served by excluding the entire time period during which automatic discovery is to be completed, commencing Thursday, May 19, 2005, the date of Mr. Muntasser's arraignment, and concluding August 1, 2005 (the date by which the Government is to complete automatic discovery).

CHARLES B. SWARTWOOD, III
CHIEF UNITED STATES MAGISTRATE JUDGE