UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES ) | |
| ) | |
| v. ) | Crim. No. 05-40026-FDS |
| ) | |
| MUHAMED MABAYYID, and ) | |
| EMADEDDIN MUNTASSER, ) | |
| ) | |
| Defendants. ) | |

NOTICE OF APPEARANCE

Now comes the undersigned Assistant United States Attorney and hereby notices his appearance in the above-captioned matter.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By:   /s/ ALOKE CHAKRAVARTY
Aloke Chakravarty
Assistant U.S. Attorney
1 Courthouse Way, Suite 9200
Boston, MA 02210
BBO# 637288
617-748-3658

DATED: June 6, 2005