**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **CRIMINAL ACTION** |
| | ) | **NO. 05-40026-FDS** |
| MUHAMED MUBAYYID and | ) | |
| EMADEDDIN Z. MUNTASSER, | ) | |
| Defendants, | ) | |

**ORDER OF EXCLUDABLE TIME**
**June 8, 2005**

**SWARTWOOD, C.M.J.**

It is ordered pursuant to the provisions of 18 U.S.C. § 3161 (b)(1)(F), as interpreted by the United States Court of Appeals for this Circuit (United States v. Jodoin, 672 F.2d 232, 237 (1st Cir. 1982)), that the period from August 1, 2005 (date of expiration of prior order of excludable time) through August 29, 2005 (date by which the Government is to respond to discovery request letters served by the Defendants) shall be excluded from the Speedy Trial Act.

/s/Charles B. Swartwood, III
CHARLES B. SWARTWOOD, III
CHIEF MAGISTRATE JUDGE