**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | | |
|---|---|---|
| **UNITED STATES** | ) | |
| | ) | |
| v. | ) | **Crim. No. 05-40026-FDS** |
| | ) | |
| **MUHAMED MABAYYID, and** | ) | |
| **EMADEDDIN MUNTASSER,** | ) | |
| | ) | |
| **Defendants.** | ) | |

**ASSENTED-TO MOTION FOR EXCLUDABLE DELAY**

With the assent of the Defendants, the United States of America hereby requests that any

delay arising from any continuance pursuant to Defendant Muntasser's assented-to Motion For

Continuance of Status Conference and Discovery Dates (dated June 13, 2005), should it be

allowed, be excluded from calculation for purposes of the Speedy Trial Act, and that a finding be

made that such exclusion would serve the ends of justice and is not outweighed by the best

interests of the public and defendant in a speedy trial, pursuant to 18 U.S.C. §3161(h)(8)(A).  In

light of Defendants' objection to the Court's Order of May 26, 2005, at this time the Government

seeks to explicitly preserve the record regarding this issue.

Defendants have assented to this motion.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By:    /s/ ALOKE CHAKRAVARTY
Aloke Chakravarty
B. Stephanie Siegmann
Assistant U.S. Attorneys

DATED: June 14, 2005