UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>MUHAMED MUBAYYID and )<br>EMADEDDIN Z. MUNTASSER, )<br>   Defendants, )<br>) | **CRIMINAL ACTION<br>NO. 05-40026-FDS** |

### ORDER OF EXCLUDABLE TIME
### June 22, 2005

**SWARTWOOD, C.M.J.**

    It is ordered pursuant to the provisions of 18 U.S.C. § 3161 (b)(1)(F), as interpreted by the United States Court of Appeals for this Circuit (<u>United States v. Jodoin</u>, 672 F.2d 232, 237 (1st Cir. 1982)), that the period from August 29, 2005 (date of expiration of prior order of excludable time) through September 27, 2005 (date by which a status conference at which the Court will review with the parties any discovery requests which have been denied by the Government) shall be excluded from the Speedy Trial Act.

                                              /s/Charles B. Swartwood, III
                                              CHARLES B. SWARTWOOD, III
                                              CHIEF MAGISTRATE JUDGE