UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES )<br>)<br>v. )<br>)<br>MUHAMED MUBAYYID ) | Cr. No. 05-40026-FDS |

## MOTION TO MODIFY CONDITIONS OF PRETRIAL RELEASE
**(Assented to)**

Now comes the defendant, Muhamed Mubayyid, and respectfully moves this Honorable Court to modify the conditions of his pretrial release so that he may travel on a camping trip with his family.  In March of this year, Mr. Mubayyid planned a family vacation and made camp site reservations at the Tolland State Park, located in western Massachusetts.  He has reserved a camp site from Friday July 29th, 2005 to Monday August 1st, 2005.   He will be camping there for three nights with his wife, his three children, his sister-in-law and her family and his mother- in-law.  He will return to his residence on Monday, August 1st, 2005 by 5pm.

Undersigned counsel has conferred with counsel for the government and with Pretrial Services and has been informed that there is no objection to the allowance of this motion.

For the foregoing reasons, the defendant prays the Court allow this Motion.

>Respectfully Submitted,
>Muhamed Mubayyid
>By his attorney
>
>   /s/ Michael C. Andrews
>Michael C. Andrews
>21 Custom House Street
>Boston, Massachusetts 02110
>(617) 951-0072
>BBO# 546470