UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES ) | |
| ) | |
| v. ) | Crim. No. 05-40026-FDS |
| ) | |
| MUHAMED MUBAYYID, and ) | |
| EMADEDDIN MUNTASSER, ) | |
| ) | |
| Defendants. ) | |
| ) | |

NOTICE OF INTENT TO USE FOREIGN INTELLIGENCE
SURVEILLANCE ACT INFORMATION

The United States, by and through Michael J. Sullivan, United States Attorney, and Aloke S. Chakravarty and B. Stephanie Siegmann, Assistant United States Attorneys, for the District of Massachusetts, hereby provides notice to the defendants, Muhamed Mubayyid and Emadeddin Muntasser, and the Court, that the United States intends to offer into evidence or otherwise use or disclose at pre-trial hearings, trial, and at other proceedings in the above-captioned case, information obtained and derived from investigative activities authorized pursuant to the Foreign Intelligence Surveillance Act of 1978 (FISA), as amended.

          Respectfully submitted,

          MICHAEL J. SULLIVAN
          UNITED STATES ATTORNEY

    By:   /s/ Aloke S. Chakravarty
        ALOKE S. CHAKRAVARTY
        B. STEPHANIE SIEGMANN
        Assistant United States Attorneys

Dated: August 1, 2005