UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **UNITED STATES** ) | |
| ) | |
| v.            ) | Crim. No. 05-40026-FDS |
| ) | |
| **MUHAMED MUBAYYID, and** ) | |
| **EMADEDDIN MUNTASSER,** ) | |
| ) | |
| **Defendants.** ) | |
| ) | |

**PROTECTIVE ORDER**

Upon Motion of the United States for a Protective Order, and for good cause shown, it is hereby ORDERED that the United States's Motion for A Protective Order is GRANTED. It is further ORDERED, that

1. The defendants and their counsel, and any other representatives who are acting on their behalf, may not disclose to the public, media, defense counsel in other cases, or to anyone else, the names or identifying data of any potential witnesses, the contents of any witness statements, copies or the contents of any document, or the portions of the contents of any document, that is disclosed to the defense and contains or might contain, non-publicly available information, including but not limited to information which tends to identify a witness, except to the limited extent that such disclosure is necessary to the preparation of the defense of the above-captioned case.

2. The defendants and their counsel, and any other representatives who are acting on their behalf, may not disclose to the public, media, defense counsel in other cases, or to anyone else, copies, the contents, or the portions of the contents, of any video recording, audio recording, or photograph, that is disclosed to the defense and contains or might contain, non-

publicly available information, including but not limited to information which tends to identify a witness, except to the limited extent that such disclosure is necessary the preparation of the defense of the above-captioned case.

3. The defendants and their counsel, and any other representatives who are acting on their behalf, must instruct anyone to whom disclosure covered by this Protective Order is made, that he (she) may not make a further disclosure except to the extent that such further disclosure is necessary to the preparation of the defense of the above-captioned case. Such person receiving such disclosures may not make a reproduction of any materials so disclosed without the prior approval of defense counsel, and must return all copies after they are no longer needed. Defense counsel must keep accurate records within defense counsel files that indicate the name and contact information of each person who receives disclosure which covered by this Protective Order.

4. The defendants and their counsel and anyone else receiving a disclosure covered by this Protective Order must, at the conclusion of all proceedings in this case, return to the Government or certify the destruction of, the originals and all copies of all materials covered by this Protective Order which have been disclosed and have not become part of the public record of the above-captioned case.

5. All individuals who are authorized to receive a disclosure covered by this Protective Order must sign and acknowledge their receipt and understanding of a copy of this Protective Order, and file such signed acknowledgment with the Court. The filing of such acknowledgements may be done under seal, and in an *ex parte*, *in camera* fashion, and pursuant to any additional protections which the Court may deem appropriate.

6.  This Protective Order may be supplemented from time to time by further Orders of the Court.

SO ORDERED,

_____
HON. CHARLES B. SWARTWOOD, III
CHIEF UNITED STATES
MAGISTRATE JUDGE

Dated: _____, 2005

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **UNITED STATES** )<br>)<br>v. )<br>)<br>**MUHAMED MUBAYYID, and** )<br>**EMADEDDIN MUNTASSER,** )<br>)<br>**Defendants.** )<br>_____ ) | **Crim. No. 05-40026-FDS** |

## GOVERNMENT'S MOTION FOR A PROTECTIVE ORDER

The United States, by and through Michael J. Sullivan, United States Attorney, and Aloke S. Chakravarty and B. Stephanie Siegmann, Assistant U.S. Attorneys, for the District of Massachusetts, respectfully submits its Motion For A Protective Order, and states as follows:

The United States will be providing discovery to the defendants in the above-captioned case. As grounds for its motion, the Government states that based upon the nature and volume of such discovery, a Protective Order is necessary to protect against the unauthorized disclosure and dissemination of non-publicly available information and documents which will be made available to the defense by the Government.

Counsel for Defendant Muntasser has assented to this motion. The Government is providing discovery materials to Defendant Muntasser as of this date pursuant to the mutual understanding of the protections of the accompanying proposed protective order.

The Government has attempted to, but has been unable to confer with counsel for Defendant Mubayyid as of this date with regard to this motion. Accordingly, the Government will provide the discovery materials to Defendant Mubayyid upon the issuance of the accompanying Court Order or the assent of counsel for Defendant Mubayyid.

        Respectfully submitted,

        MICHAEL J. SULLIVAN
        United States Attorney


By:   /s/ Aloke S. Chakravarty
        ALOKE S. CHAKRAVARTY
        B. STEPHANIE SIEGMANN
        Assistant United States Attorneys

Dated: August 1, 2005