UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.   ) | Crim. No. 05-40026-FDS |
| ) | |
| MUHAMED MUBAYYID, and ) | |
| EMADEDDIN Z. MUNTASSER, ) | |
| ) | |
| Defendants.  ) | |

### GOVERNMENT'S MOTION TO UNSEAL COMPLAINT

The United States of America hereby moves this Court to direct that the complaint against EMADEDDIN Z. MUNTASSER be unsealed. In support of this motion, the government states that defendant MUNTASSER was arrested on May 12, 2005, and that there is no further reason to keep the complaint secret.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By: /s/ Stephanie Siegmann
B. STEPHANIE SIEGMANN
ALOKE CHAKRAVARTY
Assistant U.S. Attorneys

Date: July 29, 2005

7-29-05