UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES ) <br> ) <br> v. ) <br> ) <br> MUHAMED MUBAYYID ) | Cr. No. 05-40026-FDS |

## MOTION TO MODIFY CONDITIONS OF PRETRIAL RELEASE
**(Assented to)**

Now comes the defendant, Muhamed Mubayyid, and respectfully moves this Honorable Court to modify the conditions of his pretrial release. Mr. Mubayyid's travel is currently restricted to the Central and Eastern Districts of Massachusetts. It is requested that permitted travel area be enlarged to include the Western District of Massachusetts so that he may visit with family members who live in the Springfield area. It is also requested that his curfew be modified from the current times of 9 pm to 5 am to 10 pm to 5 am.

Undersigned counsel has conferred with counsel for the government and with Pretrial Services and has been informed that there is no objection to the allowance of this motion.

For the foregoing reasons, the defendant prays the Court allow this Motion.

>Respectfully Submitted,
>Muhamed Mubayyid
>By his attorney
>
>___/s/ Michael C. Andrews___
>Michael C. Andrews
>21 Custom House Street
>Boston, Massachusetts 02110
>(617) 951-0072
>BBO# 546470