# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

```
_____
                               )
UNITED STATES OF AMERICA,      )
                               )
                               )
          v.                   )     CRIMINAL ACTION
                               )     NO. 05-40026-FDS
MUHAMED MUBAYYID and           )
EMADEDDIN Z. MUNTASSER,        )
          Defendants,          )
_____)
```

## STATUS REPORT
### September 28, 2005

**SWARTWOOD, C.M.J.**

The following is a Status Report to Saylor, J. to whom this case is assigned:

1. Discovery

This case involves an incredible volume of discovery, a great deal of which has already been produced by the Government (17,000 pages of documents) in CD form. Additionally, the Defendant's tax records and corporation records have been produced. Although counsel for the Government and the Defendants are cooperating several discovery disputes are emerging and will need time to be resolved especially since some of the documents to be produced in this case are secret and must go through a mandated process before being released to the Defendants. In anticipation of these discovery disputes, the Defendants shall serve the Government with

discovery letters by October 21, 2005, and the Government shall respond to those letters by November 11, 2005.

2.   Further Status Conference

A further status conference shall be held in this case on November 14, 2005, at 2:00 p.m., in Courtroom 1, Fifth Floor, Donohue Federal Building, United States Courthouse, 595 Main Street, Worcester, Massachusetts.  **ATTENDANCE IN COURT BY COUNSEL AT THIS CONFERENCE IS MANDATORY.**

3.   Excludable Time

At the request of the Government and with the assent of the Mr. Muntasser (Docket No. 50), I am excluding from the Speedy Trial Act, the period from September 27, 2005 (date of expiration of prior order of excludable time) through November 14, 2005 (date of further status/discovery conference).  Therefore, assuming no further order of excludable time under the plan for prompt disposition of criminal cases, this case must be tried on or before Monday, January 23, 2006.

```
                                    /s/Charles B. Swartwood, III
                                    CHARLES B. SWARTWOOD, III
                                    CHIEF MAGISTRATE JUDGE
```