UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.                      )<br>)<br>MUHAMED MUBAYYID and     )<br>EMADEDDIN Z. MUNTASSER,   )<br>         Defendant,       )<br>                           ) | **CRIMINAL ACTION**<br>**NO. 05-40026-FDS** |

## ORDER OF EXCLUDABLE TIME
September 28, 2005

**SWARTWOOD, C.M.J.**

It is ordered pursuant to the provisions of 18 U.S.C. § 3161(b)(1)(F), as interpreted by the United States Court of Appeals for this Circuit (<u>United States v. Jodoin</u>, 672 F.2d 232, 237 (1st Cir. 1982)), that the period from September 27, 2005 (date of expiration of prior order of excludable time) through November 14, 2005 (date of further status/discovery conference) shall be excluded from the Speedy Trial Act.

/s/Charles B. Swartwood, III
CHARLES B. SWARTWOOD, III
CHIEF MAGISTRATE JUDGE