UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES )<br>)<br>v. )<br>)<br>MUHAMED MUBAYYID ) | Cr. No. 05-40026-FDS |

## MOTION TO MODIFY CONDITIONS OF PRETRIAL RELEASE
**(Assented to)**

Now comes the defendant, Muhamed Mubayyid, and respectfully moves this Honorable Court to modify the conditions of his pretrial release. Mr. Mubayyid is applying for a position at the Home Depot in Shrewsbury, Massachusetts, and has been informed that there is an orientation/training program this evening from 6pm to 10 pm. Mr. Mubayyid's curfew starts at 10pm, so it is requested that he be allowed to return to his home by 11pm this evening

Undersigned counsel has conferred with counsel for the government and with Pretrial Services and has been informed that there is no objection to the allowance of this motion.

2

For the foregoing reasons, the defendant prays the Court allow this Motion.

        Respectfully Submitted,
        Muhamed Mubayyid
        By his attorney

        ___/s/ Michael C. Andrews___
        Michael C. Andrews
        21 Custom House Street
        Boston, Massachusetts 02110
        (617) 951-0072
        BBO# 546470