UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES ) <br> ) <br> v. ) <br> ) <br> MUHAMED MUBAYYID ) | Cr. No. 05-40026-FDS |

**MOTION TO MODIFY CONDITIONS OF PRETRIAL RELEASE**
**(Assented to)**

Now comes the defendant, Muhamed Mubayyid, and respectfully moves this Honorable Court to modify the conditions of his pretrial release. Mr. Mubayyid has been seeking employment, and has been offered a position with Home Depot at the Shrewsbury, Massachusetts location. His hours will be from 5 am to 2 pm on Mondays and 4 am to 2 pm Tuesday through Friday. It is therefore requested that his electronic monitoring curfew, currently 10 pm to 6 am be modified to <u>10 pm to 3:30 am</u>.

Undersigned counsel has conferred with counsel for the government and with Pretrial Services and has been informed that there is no objection to the allowance of this motion.

2

For the foregoing reasons, the defendant prays the Court allow this Motion.

>Respectfully Submitted,
>Muhamed Mubayyid
>By his attorney
>
>___/s/ Michael C. Andrews__
>Michael C. Andrews
>21 Custom House Street
>Boston, Massachusetts 02110
>(617) 951-0072
>BBO# 546470