UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES ) ) ) ) v. ) ) MUHAMED MUBAYYID, ) EMADEDDIN Z. MUNTASSER ) ) ) | Cr. No. 05-40026-FDS |

## MOTION TO ENLARGE TIME FOR FILING OF DISCOVERY LETTER

Now come the defendants, Muhamed Mubayyid and Emadeddin Z. Muntasser, and respectfully move this Honorable Court to enlarge the time in which to serve upon the prosecution the defendants' discovery letter(s) to October 28, 2005. In support of this Motion the defendants state that the defendants' discovery letter was to be served upon the prosecution today, October 21, 2005. Earlier today, the prosecution produced a CD disc containing approximately 330 pages of additional discovery to the defendants. Undersigned counsel have not had the opportunity to review the material provided, and wish to do so before making discovery requests upon the prosecution. Review of the newly produced discovery prior to sending the prosecution a discovery letter may preclude the request of materials already provided, and may assist the defense in identifying additional discoverable material.

2

For the foregoing reasons, the defendant prays the Court allow this Motion, and enlarge the time for the filing of the defendants' discovery letter(s) to October 28, 2005.

Respectfully Submitted,

Muhamed Mubayyid
By his attorney

\_\_\_/s/ Michael C. Andrews\_\_
Michael C. Andrews
21 Custom House Street
Boston, Massachusetts 02110
(617) 951-0072
BBO# 546470


Emadeddin Z. Muntasser
By his attorney

\_\_\_/s/ Malick W. Ghachem\_\_\_
Malick W. Ghachem
Zalkind, Rodriguez, Lunt, & Duncan LLP
65a Atlantic Avenue
Boston, Massachusetts 02110
(617) 742-6020
BBO# 661018