UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff | )<br>)<br>) | CRIMINAL NO. 05-40026-FDS |
| V. | )<br>)<br>) | |
| MUHAMED MUBAYYID and<br>EMADEDDIN Z. MUNTASSER,<br>Defendants | )<br>)<br>)<br>) | |

**PARTIES' JOINT MOTION FOR
CONTINUANCE OF STATUS CONFERENCE**

Now come the parties and jointly move this Honorable Court to continue the status conference scheduled for November 14, 2005 to November 21, 2005. For the reasons expressed earlier today in the defendants' motion to enlarge the time in which to submit discovery letters to the Government, the defendants have asked the Court for permission to submit their discovery letters by October 28, 2005. The Government asks that it be permitted the same amount of additional time to respond to the defendants' discovery requests, so that the Government's responses would be due by November 18, 2005 rather than November 11. If the Court agrees to these dates, the parties suggest that the status conference now scheduled for November 14, 2005 be rescheduled to a date during the week of November 21, 2005.

ALL PARTIES ASSENT TO THIS MOTION.

Respectfully submitted,
EMADEDDIN Z. MUNTASSER
By his attorneys,


/s/ Malick W. Ghachem
Norman S. Zalkind (BBO# 538880)
Elizabeth A. Lunt (BBO# 307700)
Malick W. Ghachem (BBO#661018)
Zalkind, Rodriguez, Lunt & Duncan LLP
65a Atlantic Ave.
Boston, MA 02110

Dated: October 21, 2005

## Certificate of Service

I hereby certify that I have served a copy of the foregoing document upon the following attorneys by electronic notice on this 21st day of October, 2005:

B. Stephanie Siegmann
Assistant U.S. Attorney

Aloke Chakravarty
Assistant U.S. Attorney

Michael Andrews
Attorney for Muhamed Mubayyid


/s/ Malick W. Ghachem
Malick W. Ghachem