# Zalkind, Rodriguez, Lunt & Duncan LLP
ATTORNEYS AT LAW

65a Atlantic Avenue, Boston, Massachusetts 02110

TELEPHONE (617) 742-6020

FAX (617) 742-3269

www.zrld.com

Norman S. Zalkind
Elizabeth A. Lunt
David Duncan
also member of PA Bar
Inga S. Bernstein
William B. VanLonkhuyzen
also member of CA Bar

Monica Pastorok
also member of NY and CA Bars
Malick W. Ghachem

Of Counsel:
Barbara Equen Rodriguez

November 22, 2005

AUSA Stephanie Siegmann
U.S. Courthouse, Suite 9200
1 Courthouse Way
Boston, MA 02210

Re: <u>U.S. v. Emadeddin Muntasser</u>, No. 05-40026

Dear Ms. Siegmann,

     We write to respond to paragraph 6 of your letter of November 18, 2005, responding to the defendants' discovery requests. We agree to stipulate that we will not use the government's preliminary translations in the cross-examination of any government witnesses at trial or during the course of any hearing on any pretrial motion. We further acknowledge that the translations produced to date are not final and that no representation has been made by the government counsel or any government agent that the translations are accurate in all respects.

     With this stipulation, we again request that the government provide preliminary translations of all Arabic documents that have been produced but not yet provided in translated form to the defendants.

Sincerely,

/s/ Michael C. Andrews
Michael C. Andrews

Malick W. Ghachem