UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____  )
UNITED STATES OF AMERICA,            )
                                     )
                                     )
         v.                          )    CRIMINAL ACTION
                                     )    NO. 05-40026-FDS
MUHAMED MUBAYYID and                 )
EMADEDDIN Z. MUNTASSER,              )
         Defendants,                 )
_____  )

**STATUS REPORT**
**November 23, 2005**

**SWARTWOOD, C.M.J.**

The following is a Status Report to Saylor, J. to whom this case is assigned:

1. Discovery

The Government has filed a Motion For Proposed Scheduling Order For FISA-Related Litigation (Docket No. 76) and the Defendant, Emadeddin Muntasser, has filed an Opposition to that motion (Docket No. 77). I have addressed the Government's motion and Mr. Muntasser's opposition in a separate Order which concludes that the Government shall file a report with this Court and with Defendants' counsel by January 12, 2006, setting forth the status of all discovery in this case, including FISA related discovery. In the meantime, the Defendants have been ordered not to file any motions concerning FISA related discovery until after a status

conference on January 17, 2006, where the Government's Report Of Discovery will be discussed.

    2.   <u>Further Status Conference</u>

A further telephone status conference shall be held in this case on January 17, 2006, at 3:00 p.m., in Courtroom 1, Fifth Floor, Donohue Federal Building, United States Courthouse, 595 Main Street, Worcester, Massachusetts.

    3.   <u>Excludable Time</u>

At the request of the Government, I am excluding from the Speedy Trial Act, the period from November 14, 2005 (date of expiration of prior order of excludable time) through January 12, 2006 (date by which the Government shall make a full report concerning the status of discovery). Therefore, assuming no further order of excludable time under the plan for prompt disposition of criminal cases, this case must be tried on or before <u>Thursday, March 23, 2006</u>.

<u>/s/Charles B. Swartwood, III</u>
CHARLES B. SWARTWOOD, III
CHIEF MAGISTRATE JUDGE