UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.  )<br>)<br>MUHAMED MUBAYYID and )<br>EMADEDDIN Z. MUNTASSER, )<br>     Defendant, )<br>) | **CRIMINAL ACTION**<br>**NO. 05-40026-FDS** |

### ORDER OF EXCLUDABLE TIME
### November 23, 2005

**SWARTWOOD, C.M.J.**

It is ordered pursuant to the provisions of 18 U.S.C. § 3161(b)(1)(F), as interpreted by the United States Court of Appeals for this Circuit (<u>United States v. Jodoin</u>, 672 F.2d 232, 237 (1st Cir. 1982)), that the period from November 14, 2005 (date of expiration of prior order of excludable time) through January 12, 2006 (date by which the Government shall make a full report concerning the status of discovery) shall be excluded from the Speedy Trial Act.

                                            /s/Charles B. Swartwood, III
                                            CHARLES B. SWARTWOOD, III
                                            CHIEF MAGISTRATE JUDGE