**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

```
_____
                               )
UNITED STATES OF AMERICA,      )
                               )
                               )
          v.                   )    CRIMINAL ACTION
                               )    NO. 05-40026-FDS
MUHAMED MUBAYYID and           )
EMADEDDIN Z. MUNTASSER,        )
          Defendants,          )
_____)
```

<ins>ORDER</ins>
**November 23, 2005**

**SWARTWOOD, C.M.J.**

<ins>Nature Of The Proceeding</ins>

The Government has filed a Motion For Proposed Scheduling Order For FISA-Related Litigation (Docket No. 76) and the Defendant, Emadeddin Muntasser ("Mr. Muntasser"), has filed an Opposition to that motion (Docket No. 77).

<ins>Discussion</ins>

The Government seeks an Order postponing litigation concerning FISA-Related discovery. No deadline is suggested by the Government. The Defendant, Emadeddin Muntasser, opposes any delay in resolving FISA-Related discovery since any delay in completing discovery would be detrimental to the Defendants who are anxious to have this case proceed to trial.  I empathize with the Defendants since the

Government alleges that some of the FISA-Related discovery, which it cannot produce at this time, includes statements by the Defendants. The Defendants argue that they cannot proceed either with substantive motions or trial without obtaining discovery which would include their prior statements in the possession of the Government. However, I recognize that there is a process that the Government must adhere to in producing FISA-Related discovery and for that reason, I will allow the Government's motion to the extent that no FISA-Related motions shall be filed by the Defendants until the Government has filed a Report with this Court and Defendants by January 12, 2006, setting forth the status of all discovery in this case including FISA-Related discovery. I will then conduct a telephone status conference with counsel for the parties on January 17, 2006, to discuss the Government's report and to determine whether or not there is any reason to allow the Defendants to file motions concerning all discovery including FISA-Related discovery.

## Conclusion

The Government's Motion For Proposed Scheduling Order For FISA-Related Litigation (Docket No. 76) is <u>allowed</u> as provided in this Order.

/s/Charles B. Swartwood, III
CHARLES B. SWARTWOOD, III
CHIEF MAGISTRATE JUDGE