UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                              )
UNITED STATES OF AMERICA,     )
                              )
                              )
        v.                    )   CRIMINAL ACTION
                              )   NO. 05-40026-FDS
MUHAMED MUBAYYID and          )
EMADEDDIN Z. MUNTASSER,       )
        Defendants,           )
_____)

ORDER/STATUS REPORT
January 18, 2006

**SWARTWOOD, C.M.J.**

The following is a Status Report to Saylor, J. and an Order to the parties concerning this case:

1. Discovery

Discovery continues to be a problem in this case because of the elaborate procedure required for the release of Foreign Intelligence Surveillance Act ("FISA") documents. However, the Government has reported (Document No. 88) that it is prepared to submit all regular discovery by February 22, 2006 and translated summaries of conversations which are FISA derived material by that same date. Therefore, I am ordering that the Government complete all discovery as outlined in its Report On The Status Of Discovery (Document No. 88) by February 22, 2006. I then intend to allow counsel for the Defendants an additional three weeks within which

to review all the discovery produced by the Government in order to determine by the next status conference whether or not they intend to file a consolidated motion for discovery.  Additionally, the Government has made available to the Defendants a CD of documents the Government seized from entities associated with the Defendants.  Unfortunately, the CD is of poor quality and the Defendants have requested that they be allowed to hire their own independent contractor to copy the Government's original record of these documents.  I am granting that request and the Government shall make those arrangements with counsel for the Defendants by January 31, 2006.

2.   Further Status Conference

A further status conference shall be held in this case on March 15, 2006, at 2:15 p.m., in Courtroom 1, Fifth Floor, Donohue Federal Building, United States Courthouse, 595 Main Street, Worcester, Massachusetts.

3.   Excludable Time

At the request of the Government, I am excluding from the Speedy Trial Act, the period from January 12, 2006 (date of expiration of prior order of excludable time) through March 15, 2006 (date by which the Defendants will be in a position to determine whether or not it will be necessary for them to file discovery motions).  Therefore, assuming no further order of excludable time under the plan for prompt disposition of criminal cases, this case must be tried on or before Wednesday, April 26,

<u>2006</u>.

                              <u>/s/Charles B. Swartwood, III</u>
                              CHARLES B. SWARTWOOD, III
                              CHIEF MAGISTRATE JUDGE