UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES ) | |
| ) | |
| v. ) | Crim. No. 05-40026-FDS |
| ) | |
| MUHAMED MUBAYYID, and ) | |
| EMADEDDIN MUNTASSER, ) | |
| ) | |
| Defendants. ) | |

**UNCLASSIFIED PROTECTIVE ORDER PURSUANT TO
LOCAL RULE 116.6(B), FEDERAL RULE OF CRIMINAL PROCEDURE 16(d) AND
THE CLASSIFIED INFORMATION PROCEDURES ACT**