## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>MUHAMED MUBAYYID and<br>EMADEDDIN Z. MUNTASSER,<br>Defendants, | CRIMINAL ACTION<br>NO. 05-40026-FDS |

## STATUS REPORT
### March 15, 2006

**HILLMAN, M.J.**

The following is a Status Report to Saylor, J. to whom this case is assigned:

1.  <u>Discovery; Filing Of Dispositive Motions</u>.

Except for issues relating to the release of Foreign Intelligence Surveillance Act ("FISA") documents, the parties agree that all discoverable material will be delivered to the Defendants on or before April 18, 2006. In addition, all parties acknowledge their ongoing obligations to supplement the discovery materials and to honor the terms of a discovery agreement that they entered on November 22, 2005.

The parties shall have until May 15, 2006, to exchange discovery letters, and until May 31, 2006, for responses to the discovery letters. The Defendants shall file discovery motions on or before June 15, 2006. Defendants must file joint discovery motions.

The Government shall have until June 29, 2006, to respond to non-FISA related issues

raised by the Defendants' discovery motions and until August 14, 2006, to respond to the FISA related issues raised by those motions.

The Defendants shall file their dispositive motions, if any, on or before September 15, 2006 and the Government shall have until October 6, 2006 to file its response to any such motions.

2. Further Status Conference

A further status conference shall be held in this case on May 31, 2006, at 2:00 p.m., in Courtroom 1, Fifth Floor, Donohue Federal Building, United States Courthouse, 595 Main Street, Worcester, Massachusetts.

3. Excludable Time

At the request of the Government, I am excluding from the Speedy Trial Act, the period from March 15, 2006 (date of expiration of prior order of excludable time) through and including October 6, 2006 (date by which the Government is to file its response to any dispositive motions filed by the Defendants). Therefore, assuming no further order of excludable time under the plan for prompt disposition of criminal cases, this case must be tried on or before December 15, 2006.

/s/Timothy S. Hillman
TIMOTHY S. HILLMAN
MAGISTRATE JUDGE