# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | CRIMINAL ACTION |
| | ) | NO. 05-40026-FDS |
| MUHAMED MUBAYYID and | ) | |
| EMADEDDIN Z. MUNTASSER, | ) | |
| Defendants, | ) | |

## ORDER OF EXCLUDABLE TIME
### March 15, 2006

**HILLMAN, M.J.**

It is ordered pursuant to the provisions of 18 U.S.C. § 3161 (b)(1)(F), as interpreted by the United States Court of Appeals for this Circuit (United States v. Jodoin, 672 F.2d 232, 237 (1st Cir. 1982)), that the period from March 15, 2006 (date of expiration of prior order of excludable time) through and including October 6, 2006 (date by which the Government is to file its response to any dispositive motions filed by the Defendants) shall be excluded from the Speedy Trial Act.

/s/Timothy S. Hillman
TIMOTHY S. HILLMAN
MAGISTRATE JUDGE