# Zalkind, Rodriguez, Lunt & Duncan LLP

ATTORNEYS AT LAW

65a Atlantic Avenue, Boston, Massachusetts 02110

TELEPHONE (617) 742-6020

FAX (617) 742-3269

www.zrld.com

Norman S. Zalkind
Elizabeth A. Lunt
David Duncan
also member of PA Bar
Inga S. Bernstein
William B. Van Lonkhuyzen
also member of CA Bar

Monica Pastorok
also member of NY and CA Bars
Malick W. Ghachem

Of Counsel:
Barbara Equen Rodriguez

May 31, 2006

BY ECF FILING AND FAX TO: 617-748-3664

AUSA Stephanie Siegmann
U.S. Courthouse, Suite 9200
1 Courthouse Way
Boston, MA 02210

Re: U.S. v. Muhamed Mubayyid and Emadeddin Z. Muntasser, No. 05-40026

Dear Ms. Siegmann,

     We write to follow up on our letter of May 16, 2006 with the below supplemental requests for discovery material. The numbering of these requests is continuous with that of our March 16, 2006 letter. As used in this letter, the term "government" includes all branches of the Justice Department, including the Bureau of Prisons, the Department of Homeland Security, as well as all state, local, and federal police, investigative, and prosecutorial agencies involved in any way in the investigation and prosecution of the crimes charged in the indictment. See Kyles v. Whitley, 514 U.S. 419, 437 (1995)( "[T]he individual prosecutor has a duty to learn of any favorable evidence known to the others acting on the government's behalf in the case, including the police"); United States v. Osorio, 929 F.2d 753, 762 (1st Cir. 1991) ("[T]he prosecutor is duty bound to demand compliance with disclosure responsibilities by all relevant dimensions of the government").

29.    Please provide copies of any audio and/or video recordings of any Government interviews (including FBI interviews) of either defendant or of any witnesses approached by the Government in connection with this case.

30.    Please state whether the Government is aware of any wire, oral, or electronic surveillance

of any communications between either defendant and his counsel and, if so, please provide copies of all interceptions of such wire, oral, or electronic surveillance within the Government's custody, control, or possession.

*

We look forward to receiving your individually numbered responses to these requests. For each discovery request with which you intend to comply, please indicate the date by which you will furnish the requested discovery, in accordance with Local Rule 116.3(A). If you do not agree to provide the information or materials specified in a particular request, please provide a written statement of the basis for your position, in accordance with Local Rule 116.3(C).

Sincerely,

/s/ Michael C. Andrews
Michael C. Andrews

Malick W. Ghachem

/s/ Elizabeth Lunt
Elizabeth Lunt

/s/ Norman S. Zalkind
Norman S. Zalkind

cc:   Lisa Roland, Clerk to the Honorable Timothy Hillman