# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>MUHAMED MUBAYYID and<br>EMADEDDIN Z. MUNTASSER,<br>Defendants, | CRIMINAL ACTION<br>NO. 05-40026-FDS |

## STATUS REPORT
### June 9, 2006

**HILLMAN, M.J.**

The following is a Status Report to Saylor, J. to whom this case is assigned:

1.  <u>Discovery; Filing Of Dispositive Motions</u>.

Except for issues relating to the release of Foreign Intelligence Surveillance Act ("FISA") documents, and notes of interviews, the government represents that they have provided all of the mandatory discovery. The government is also in the process of confirming that they have provided all of the pertinent IRS material to the defendants. In addition, all parties acknowledge their ongoing obligations to supplement the discovery materials and to honor the terms of a discovery agreement that they entered on November 22, 2005. Over the defendants' objections, I allowed the government's motion for extension of time to reply to defendants' discovery requests related to warrantless surveillance. Any non FISA discovery motions will be heard on August 17, 2006 at the time of the next status conference.

2.      Further Status Conference

A further status conference/discovery motion hearing shall be held in this case on August 17, 2006 at 10:00 a.m. in Courtroom in Courtroom 16, Fifth Floor, John Joseph Moakley United States Courthouse, 1 Courthouse Way, Boston, Massachusetts.

3.      Excludable Time

 I have previously excluded from the Speedy Trial Act, the period from arraingment through and including October 6, 2006 (date by which the Government is to file its response to any dispositive motions filed by the Defendants).  Therefore, assuming no further order of excludable time under the plan for prompt disposition of criminal cases, this case must be tried on or before December 15, 2006.

/s/Timothy S. Hillman  
TIMOTHY S. HILLMAN  
MAGISTRATE JUDGE