UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERK'S OFFICE

2006 JUN 19  P 12: 48

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL NO. 05-40026-FDS |
| Plaintiff ) | |
| ) | |
| V. ) | |
| ) | |
| MUHAMED MUBAYYID and ) | |
| EMADEDDIN Z. MUNTASSER, ) | |
| Defendants ) | |

DEFENDANTS' MOTION FOR LEAVE TO FILE DISCOVERY MOTION UNDER SEAL

Now come Defendants Muhamed Mubayyid and Emadeddin Z. Muntasser and move for leave to file their discovery motion under seal. As reasons therefor, Defendants note that their discovery motion makes reference to the fact that the Government has intercepted Defendants' communications pursuant to the Foreign Intelligence Surveillance Act, and the Government, through AUSAs Stephanie Siegmann and Aloke Chakravarty, has taken the position that this fact is itself protected from disclosure by the November 22, 2005 Protective Order concerning discovery. Defendants also note that this Court, in its August 17, 2006 Status Report, has reminded all parties of their obligation to honor the terms of the November 22, 2005 Protective Order. In moving for leave to file their discovery motion under seal, however, Defendants note that the Government has itself publicly filed a Notice of Intent to use FISA information in this case, and that the subject of FISA discovery was openly discussed by all parties at the prior status conference in Worcester, which is a matter of public record. Defendants object to the Government's position on this matter as self-contradictory, an unreasonable hindrance to

-1-

Defendants' ability to litigate this case, and pointless insofar as it has never been a secret at any time since 1978 that the fruits of FISA collection include, first and foremost, intercepted telephone communications.

                                             Respectfully submitted,
                                             EMADEDDIN Z. MUNTASSER
                                             By his attorneys,

                                             /s/ Norman S. Zalkind
                                             /s/ Elizabeth A. Lunt
                                             /s/ Malick W. Ghachem
                                             Norman S. Zalkind (BBO# 538880)
                                             Elizabeth A. Lunt (BBO# 307700)
                                             Malick W. Ghachem (BBO#661018)
                                             Zalkind, Rodriguez, Lunt & Duncan LLP
                                             65a Atlantic Ave.
                                             Boston, MA 02110

                                             MUHAMED MUBAYYID
                                             By his attorney,

                                             /s/ Michael Andrews
                                             Michael C. Andrews
                                             21 Custom House
                                             Boston, MA 02110

Dated: June 16, 2006

Certificate of Service

I hereby certify that I have served a copy of the foregoing document upon the following attorneys by electronic notice on this 16th day of June, 2006:

B. Stephanie Siegmann
Assistant U.S. Attorney

Aloke Chakravarty
Assistant U.S. Attorney

/s/ Malick W. Ghachem
Malick W. Ghachem