UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES )<br>)<br>v. )<br>)<br>MUHAMED MUBAYYID ) | Cr. No. 05-40026-FDS |

### MOTION TO MODIFY CONDITIONS OF PRETRIAL RELEASE
**(Assented to)**

Now comes the defendant, Muhamed Mubayyid, and respectfully moves this Honorable Court to modify the conditions of his pretrial release. Mr. Mubayyid is employed at Home Depot in Shrewsbury, Massachusetts, and has been informed that his work scheduled will be changing. His current curfew is from 10 pm to 3 am; he will now be required to work until 12 am on occasion, and will begin work later. It is therefore requested that his curfew be modified to 12:30am to 5:30 am.

Undersigned counsel has conferred with counsel for the government and with Pretrial Services and has been informed that there is no objection to the allowance of this motion.

2

For the foregoing reasons, the defendant prays the Court allow this Motion.

    Respectfully Submitted,
    Muhamed Mubayyid
    By his attorney

    ___/s/ Michael C. Andrews__
    Michael C. Andrews
    21 Custom House Street
    Boston, Massachusetts 02110
    (617) 951-0072
    BBO# 546470