IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA,

    v.                                  CR. No. 05-40026-FDS

MUHAMED MUBAYYID and
EMADEDDIN Z. MUNTASSER

        Defendants.

**GOVERNMENT'S NOTICE OF EX PARTE, IN CAMERA CLASSIFIED FILING**

In response to the defendants' discovery demand pursuant to correspondence dated May 16, 2006, the Criminal Division of the United States Department of Justice hereby provides notice that it made an ex parte, in camera filing with the court on July 7, 2006, pursuant to the Classified Information Procedures Act, Title 18, United States Code, App. 3.

                                      Respectfully submitted,

                                      /s/ Barry M. Sabin
                                    BARRY M. SABIN
                                    Deputy Assistant Attorney General
                                    10th and Constitution Ave., N.W.
                                    Washington, D.C. 20530
                                    (202) 353-3485
                                    Barry.Sabin2@USDOJ.GOV