UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　　　　　Plaintiff<br><br>V.<br><br>MUHAMED MUBAYYID and<br>EMADEDDIN Z. MUNTASSER,<br>　　　　　　　　Defendants | CRIMINAL NO. 05-40026-FDS |

### DEFENDANTS' MOTION FOR LEAVE TO MOVE FOR BILL OF PARTICULARS

Now come Defendants Emadeddin Z. Muntasser and Muhamed Mubayyid to move this Honorable Court for leave to file their motion for a bill of particulars. Fed. R. Crim. P. Rule 7(f) provides that a defendant may move for a bill of particulars "before or within 10 days after arraignment or at a later time if the court permits." By way of oversight, Defendants filed their motion for a bill of particulars on June 16, 2006 without first filing the instant motion for leave to move for a bill of particulars. For all of the reasons expressed in their June 16, 2006 motion, Defendants respectfully urge this Court to allow the instant motion.

Respectfully submitted,
EMADEDDIN Z. MUNTASSER
By his attorneys,

/s/ Norman S. Zalkind
/s/ Elizabeth A. Lunt
/s/ Malick W. Ghachem
Norman S. Zalkind (BBO# 538880)
Elizabeth A. Lunt (BBO# 307700)
Malick W. Ghachem (BBO#661018)

        Zalkind, Rodriguez, Lunt & Duncan LLP
        65a Atlantic Ave.
        Boston, MA 02110

        MUHAMED MUBAYYID
        By his attorney,

        /s/ Michael Andrews
        Michael C. Andrews
        21 Custom House
        Boston, MA 02110

Dated: July 31, 2006


## Certificate of Service

 I hereby certify that I have served a copy of the foregoing document upon the following attorneys by electronic notice on this 31st day of July 2006:

B. Stephanie Siegmann
Assistant U.S. Attorney

Aloke Chakravarty
Assistant U.S. Attorney

        /s/ Malick W. Ghachem
        Malick W. Ghachem