UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES of AMERICA )<br>)<br>v.                                               )<br>)            Criminal No.<br>MUHAMED MUBAYYID and        )            05-40026-FDS<br>EMADEDDIN Z. MUNTASSER,    )<br>)<br>Defendants.                       )<br>) | |

### ORDER

**SAYLOR, J.**

This matter is before the Court pursuant to defendants' request for discovery concerning interceptions pursuant to warrantless surveillance, as referenced in paragraph 5 of the letter dated May 16, 2006, from Malick W. Ghachem and other counsel to AUSA Stephanie Siegmann, and related discovery concerning warrantless surveillance as referenced in paragraphs 6 and 7 of that letter.

In response to that discovery request, the government filed, on July 7, 2006, an *in camera*, *ex parte* classified response. The Court has now considered the government's response and, based on that consideration and review, the above-referenced discovery request is DENIED.

**So Ordered.**

/s/ F. Dennis Saylor
F. Dennis Saylor IV
United States District Judge

DATED:   August 1, 2006
Worcester, Massachusetts