UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES ) | |
| ) | Cr. No. 05-40026-FDS |
| v. ) | |
| MUHAMED MUBAYYID ) | |

**MOTION TO MODIFY CONDITIONS OF PRETRIAL RELEASE**
**(Assented to)**

Now comes the defendant, Muhamed Mubayyid, and respectfully moves this Honorable Court to modify the conditions of his pretrial release so that he may travel on a camping trip with his family. He has made camp site reservations at the Tolland State Park, located in western Massachusetts from Friday, August 11, 2006 to Monday, August 14th, 2006. He will return to his residence on Monday, August 14th, 2006 by 7pm.

Undersigned counsel has conferred with counsel for the government has been informed that there is no objection to the allowance of this motion.

For the foregoing reasons, the defendant prays the Court allow this Motion.

Respectfully Submitted,
Muhamed Mubayyid
By his attorney

   /s/ Michael C. Andrews
Michael C. Andrews
21 Custom House Street
Boston, Massachusetts 02110
(617) 951-0072
BBO# 546470