UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL NO. 05-40026-FDS |
| | ) | |
| V. | ) | |
| | ) | |
| MUHAMED MUBAYYID and | ) | |
| EMADEDDIN Z. MUNTASSER, | ) | |
| Defendants | ) | |

**DEFENDANTS' MOTION FOR LEAVE TO EXCEED PAGE LIMIT**
**(ASSENTED TO)**

Now come the Defendants, Muhamed Mubayyid and Emadeddin Z. Muntasser, and move, pursuant to Local Rule 7.1(B)(4), that this Honorable Court grant them leave to exceed the twenty-page limit for their Motion to Dismiss Counts One through Five of the Indictment and Incorporated Memorandum of Law.  As reasons therefor, the Defendants state that said motion and memorandum, filed herewith, is forty-nine pages long, and that it is not possible to address in fewer pages the significant constitutional issues, and the complex legal and factual issues, raised by this motion.  The Defendants further state that allowance of this motion is necessary to protect their constitutional rights to effective assistance of counsel and due process of law.

**The Government assents to this motion.**

                                      Respectfully submitted,
EMADEDDIN Z. MUNTASSER
By his attorneys,


 /s/ Malick W. Ghachem
Norman S. Zalkind (BBO#: 538880)
Elizabeth A. Lunt (BBO#: 307700)
Malick W. Ghachem (BBO#: 661018)
Zalkind, Rodriguez, Lunt & Duncan
65a Atlantic Avenue
Boston, MA  02110
(617) 742-6020


  /s/ Michael C. Andrews
Michael C. Andrews (BBO#: 546470)
21 Custom House Street
Boston, MA 02110
(617) 951-0072


  /s/ Susan R. Estrich
Susan R. Estrich
Robert Kingsley Professor of Law and
Political Science
University of Southern California
Law School
University Park, MC-0071
Los Angeles, CA 90089-0071


  /s/ Harvey Silverglate
Harvey Silverglate (BBO#: 462640)
607 Franklin Street
Cambridge, MA 02139


Dated: October 5, 2006

<u>Certificate of Service</u>

      I hereby certify that I have served a copy of the foregoing document by electronic notice upon the following attorneys of record this 5th day of October 2006.

B. Stephanie Siegmann
Assistant U.S. Attorney

Aloke Chakravarty
Assistant U.S. Attorney

Michael Andrews
Counsel for Muhamed Mubayyid

                                        <u>/s/ Malick W. Ghachem</u>
                                        Malick W. Ghachem