FILED
UNITED STATES DISTRICT COURT IN CLERKS OFFICE
DISTRICT OF MASSACHUSETTS

2006 OCT -5 P 4: 52

U.S. DISTRICT COURT

UNITED STATES OF AMERICA,    )   CRIMINAL NO. 05-40026-FDS
                    Plaintiff   )
                         )   **FILED UNDER SEAL**
V.                       )
                         )
MUHAMED MUBAYYID and   )
EMADEDDIN Z. MUNTASSER,   )
               Defendants   )
                       )

DOCKETED

### DEFENDANTS' MOTION TO SUPPRESS STATEMENTS
### BY ATTORNEY KHALID NASEEM

Now come defendants Emadeddin Z. Muntasser and Muhamed Mubayyid and

respectfully move this Court to suppress from use in evidence all statements given by their

former attorney, Khalid Naseem and any fruits thereof. In support of this motion Mr. Muntasser

states as follows:

1.    Khalid Naseem is an attorney who has represented Mr. Muntasser in the past in

      connection with immigration matters and has represented Mr. Muntasser and Mr.

      Mubayyid in matters involving the tax-exempt status of Care International.

2.    Attorney Naseem has given statements on at least three occasions to various

      agencies and officers of the Government, to wit: an April 8, 2003 statement to

      Special Agent Linda Hunt of Immigration and Customs Enforcement and Special

      Agent David Lazarus of the Internal Revenue Service; a May 14, 2004 statement

      to Special Agent Dennis Drum of the Federal Bureau of Investigation and Agent

      Lazarus; and an April 7, 2005 statement to Special Agent James T. Marinelli of

      the FBI and Assistant United States Attorney Stephanie Siegmann. Copies of

132

these statements are attached hereto as Exhibits 1-3.

3.     Attorney Naseem provided various documents, including law firm correspondence and attorney notes, to the above-referenced government agents.  Only some of these documents are specified in the reports attached as Exhibits 1-3.

4.     Attorney Naseem's statements as to confidential communications between himself and Mr. Muntasser or Mr. Mubayyid, any privileged documents Mr. Naseem provided to the Government, and any fruits thereof were obtained in violation of the attorney-client privilege and the Sixth Amendment right to counsel.

5.     The attorney-client privilege is one of the oldest recognized privileges for confidential communications.  Upjohn Co. v. United States, 449 U.S. 383, 389 (1981).

6.     Mr. Muntasser's and Mr. Mubayyid's communications with Attorney Naseem and the privileged documents that Attorney Naseem provided to the government were confidential, in that they were not intended to be disclosed to third persons, and as such are protected by the attorney-client privilege.

7.     The attorney-client privilege protects a defendant's right to speak freely with his or her attorney, which is "interwoven with [the] right to effective assistance of counsel" and thus implicates the Sixth Amendment right to counsel.  See Martin v. Lauer, 686 F.2d 24, 32-33 (D.C. Cir. 1982) *aff'd in part, rev'd in part on other grounds*, 740 F.2d 36 (D.C. Cir. 1984); see also Bishop v. Rose, 701 F.2d 1150, 1157 (6th Cir. 1983) ("[W]hen the prosecution gets evidence before the jury which is based on confidential communications between the defendant and his attorney it

also impinges on the Sixth Amendment right to counsel"); United States v.

Blascoe, 702 F.2d 1315, 1329 (11th Cir. 1983), *cert. denied*, 464 U.S. 914

(attorney-client communication "that is protected by the common law attorney-

client privilege is also protected from government intrusion by the sixth

amendment").

WHEREFORE Defendants respectfully move this Court to order the suppression from use in

evidence of all statements by Attorney Naseem, any privileged documents provided to the

Government by Attorney Naseem, and any fruits thereof as protected by the attorney-client

privilege and the Sixth Amendment right to counsel.

## REQUEST FOR ORAL ARGUMENT

Defendants request oral argument on the above motion.

Respectfully submitted,

MUHAMMED MUBAYYID,                          EMADEDDIN Z. MUNTASSER
By his attorney,                            By his attorneys,


_/s/ Michael C. Andrews_                    /s/ Malick W. Ghachem
Michael C. Andrews BBO# 546470)             Norman S. Zalkind (BBO# 538880)
21 Custom House Street                       Elizabeth A. Lunt (BBO# 307700)
Boston, MA 02110                            Malick W. Ghachem (BBO#661018)
(617) 951-0072                              Zalkind, Rodriguez, Lunt & Duncan LLP
                                            65a Atlantic Ave.
                                            Boston, MA 02110

Dated: October 5, 2006

3

## Certificate of Service

I hereby certify that I have served a copy of the foregoing document by hand delivery upon the following attorneys of record this 5th day of October 2006.

B. Stephanie Siegmann
Assistant U.S. Attorney

Aloke Chakravarty
Assistant U.S. Attorney

Michael C. Andrews
Counsel for Muhamed Mubayyid

/s/ Malick W. Ghachem
Malick W. Ghachem

4

**EXHIBIT**

**1**

tabbies®

REQUESTED BY:  HIGGINS, CHRISTOPHER P
                    O F F I C I A L   U S E   O N L Y

| DEPARTMENT OF HOMELAND SECURITY | 1. |
|---|---|
| ICE | |
| | 2.  PAGE  1 |
| R E P O R T   O F   I N V E S T I G A T I O N | |
| | 3.  CASE NUMBER |

| 1. TITLE: CARE INTERNATIONAL |
|---|

| 5. CASE STATUS:     INTERIM RPT |
|---|

| 6. REPORT DATE | 7. DATE ASSIGNED | 8. CLASS | 9. PROGRAM CODE | 10. REPORT NO. |
|---|---|---|---|---|
| 042803 | 091302 | 1 | | |

11. RELATED CASE NUMBERS:

12. COLLATERAL REQ:

13. TYPE OF REPORT:
    MEMO OF INTERVIEW

TOPIC: INTERVIEW OF KHALID NASSEM

14. SYNOPSIS:

.  On April 8, 2003, SS/A Linda Hunt and IRS-CI SS/A David Lazarus interviewed Khalid Naseem, a Certified Public Accountant, who prepared the Federal tax return for CARE for 1997 and 1998.  The details of the interview follow.

| 15. DISTRIBUTION: | 16. SIGNATURE: |
|---|---|
| | HUNT        LINDA      L   SPECIAL AGENT |
| | 17. APPROVED: |
| | CROGAN       STEVEN   F   OI GRP SUPERVISOR |
| | 18. ORIGIN OFFICE: BO    19. TELEPHONE: 617 565 5406 |
| | BOSTON - SAC |
| | 20. TYPIST: HUNT |

                    O F F I C I A L   U S E   O N L Y

THIS DOCUMENT IS LOANED TO YOU FOR OFFICIAL USE ONLY AND REMAINS THE PROPERTY OF THE DEPARTMENT OF HOMELAND SECURITY, ICE. ANY FURTHER REQUEST FOR DISCLOSURE OF THIS DOCUMENT OR INFORMATION CONTAINED HEREIN SHOULD BE REFERRED TO ICE HEADQUARTERS TOGETHER WITH A COPY OF THE DOCUMENT.

USAO-MUB-00017400
USAO-MUB-00017400

O F F I C I A L   U S E   O N L Y

| DEPARTMENT OF HOMELAND SECURITY ICE | 1. PAGE    2 |
|---|---|
| | 2. CASE NUMBER |
| R E P O R T   O F   I N V E S T I G A T I O N   C O N T I N U A T I O N | 3. REPORT NUMBER: |

CASE PROGRAM CODES:

O F F I C I A L   U S E   O N L Y

IIS DOCUMENT IS LOANED TO YOU FOR OFFICIAL USE ONLY AND REMAINS THE PROPERTY
? THE DEPARTMENT OF HOMELAND SECURITY, ICE. ANY FURTHER REQUEST FOR
:SCLOSURE OF THIS DOCUMENT OR INFORMATION CONTAINED HEREIN SHOULD BE REFERRED
).ICE HEADQUARTERS TOGETHER WITH A COPY OF THE DOCUMENT.

USAO-MUB-00017401
USAO MUB 00017401

O F F I C I A L   U S E   O N L Y

| DEPARTMENT OF HOMELAND SECURITY<br>ICE<br><br>R E P O R T  O F  I N V E S T I G A T I O N<br>C O N T I N U A T I O N | 1. PAGE   3 |
|---|---|
| | 2. CASE NUMBER |
| | 3. REPORT NUMBER: |

etails of Investigation

      Attorney KHALID NASEEM, was interviewed at his office located at
4 Highland Street, Worcester, Massachusetts, telephone number (508)791-8400,
acsimile number (508)791-0150, e-mail: attorneynaseem@hotmail.com.  After
aing advised of the identity of the interviewing agents and that the
nterview pertained to his activities with Care International, NASEEM
oluntarily provided the following information:

      NASEEM first learned of Care International through an individual
amed EMADEDDIN MUNTASSER.  This would have been sometime around 1997.  NASEEM
ad met MUNTASSER through the mosque he attended, the Islamic Society of
reater Worcester.  He would see MUNTASSER at various functions organized by
he mosque.  He said their respective children also attended the same school
t that time.  MUNTASSER explained to NASEEM that Care International was a
haritable organization that was established to help widows and orphans in
hird world countries.  This had a profound effect on NASEEM because he was an
rphan prior to coming to the United States.  NASEEM said he is of Indian
escent.

      At some later time after he had become acquainted with Care
ernational, MUNTASSER approached him and asked him if he would prepare
ederal tax returns for the organization as NASEEM is also a Certified Public
ccountant.  NASEEM agreed and considered it his contribution (Zakat) to Care
nternational.  He did not charge any fee for preparing the tax returns.
ASEEM did not perform any record keeping, accounting or auditing services for
are International.  NASEEM reviewed the 1997 and 1998 Care International tax
eturns and verified that he prepared each one.  He did not prepare any other
ocuments for Care International.  NASEEM stated he performed no legal
ervices for Care International and would not assert any attorney-client
rivilege related to Care International.

      NASEEM has also been introduced to two other individuals he is
ware of who were associated with Care International.  These individuals were
dentified as SAMIR AL-MONLA and MUHAMED MUBAYYID.  He has seen the name
OHAMED AKRA on some papers associated with the organization but has not met
im.  He is not familiar with the name SUHEIL LAHER.

      NASEEM was given information about Care International either in
ritten form or orally over the telephone by both MUNTASSER and AL-MONLA.  He
id not recall having received any computer related information.  NASEEM
dvised that he would still have the records he received from the

O F F I C I A L   U S E   O N L Y

HIS DOCUMENT IS LOANED TO YOU FOR OFFICIAL USE ONLY AND REMAINS THE PROPERTY
F THE DEPARTMENT OF HOMELAND SECURITY, ICE. ANY FURTHER REQUEST FOR
ISCLOSURE OF THIS DOCUMENT OR INFORMATION CONTAINED HEREIN SHOULD BE REFERRED
ICE HEADQUARTERS TOGETHER WITH A COPY OF THE DOCUMENT.

USAO-MUB-00017402
USAO-MUB-00017402

O F F I C I A L   U S E   O N L Y

```
|      DEPARTMENT OF HOMELAND SECURITY     |1. PAGE      4             |
|  . .             ICE                     |                          |
|                                          |2. CASE NUMBER            |
| R E P O R T  O F  I N V E S T I G A T I O N |                       |
|          C O N T I N U A T I O N         |3. REPORT NUMBER:         |
```

epresentatives of Care International at an off-site storage facility.  He
greed to provide the records to the agents as soon as possible.

         NASEEM said both MUNTASSER and AL-MONLA would give him
nformation that would allow him to complete various categories of the tax
eturns.  Any information he entered on the tax returns was as the result of
nformation provided to him by either MUNTASSER and/or AL-MONLA.  He cited
xamples of such as a breakdown of specific expenses that could be
ppropriately entered on the statement of functional expenses on Part II of
ne return.

         On Part III of the tax returns, Statement of Program Service
ccomplishments, NASEEM would cite specific numbers assisted.  For example, on
ne 1997 tax return, NASEEM entered  "Provided food distribution to 19240
ndividuals" and "Provided cash assistance to 225 indigent orphans and
idows".  NASEEM said the information used to enter these numbers would have
een provided to him by either MUNTASSER or AL-MONLA.  He would have had no
ay of knowing if assistance was actually given to these numbers of
ndividuals and in the amounts cited by Care International.

         NASEEM stated he did not see or review checks or deposits of
are International.  He does not recall requesting documentation for the
i.gures that were entered on the tax returns whether they were related to
tributions or distributions.  He further recalled that the information he
   given with which to prepare the returns was not complete.  He would have
ɔ contact MUNTASSER and AL-MONLA to provide additional information for him so
e could complete the returns.  He recalled that both the 1997 and 1998
eturns were filed late.  NASEEM further recalled that he did not prepare the
orms PC required by the Commonwealth of Massachusetts Public Charities
ivision.

         NASEEM said he only prepared Care International tax returns for
ne years 1997 and 1998.  He recalled that MUBAYYID called him and asked him
ɔ prepare the tax returns after 1998 but that he refused, saying he did not
ave the time to do them.

         NASEEM stated that he actually knew very little about the
ndividuals associated with Care International.  After MUNTASSER moved from
ne area, he didn't see him too much.  He spoke with MUNTASSER approximately
nree months ago.  MUNTASSER called him to ask him about some immigration
elated issues.  He is aware that MUNTASSER owns a company named Logan
urniture.  He last spoke to AL-MONLA approximately one year ago.  That
ɔnversation related to some divorce issues.  He recalled seeing MUBAYYID
ɔout one year ago.  He believes MUBAYYID lives at the Fountainhead Apartments
ecause he has seen him entering and exiting there on occasion when he has

                         O F F I C I A L   U S E   O N L Y
HIS DOCUMENT IS LOANED TO YOU FOR OFFICIAL USE ONLY AND REMAINS THE PROPERTY
F THE DEPARTMENT OF HOMELAND SECURITY, ICE. ANY FURTHER REQUEST FOR
ISCLOSURE OF THIS DOCUMENT OR INFORMATION CONTAINED HEREIN SHOULD BE REFERRED
   ICE HEADQUARTERS TOGETHER WITH A COPY OF THE DOCUMENT.

USAO-MUB-00017403
USAO-MUB-00017403

O F F I C I A L  U S E  O N L Y

| DEPARTMENT OF HOMELAND SECURITY | 1. PAGE   5 |
| ICE | |
| | 2. CASE NUMBER |
| R E P O R T  O F  I N V E S T I G A T I O N | |
| C O N T I N U A T I O N | 3. REPORT NUMBER: |

iven his child over to visit friends who live there.

NASEEM said his practice consists mostly of real estate and
imigration work. He does not do a lot of CPA work anymore and only accepts
w clients if they will generate additional business. NASEEM anticipates
aving his current law firm shortly and is not certain where he will move to.

NASEEM again stated prior to the agents departing that he would
cate and provide for the agents any records he has in his possession that
late to Care International. He will attempt to do this as soon as possible.

O F F I C I A L  U S E  O N L Y
HIS DOCUMENT IS LOANED TO YOU FOR OFFICIAL USE ONLY AND REMAINS THE PROPERTY
F THE DEPARTMENT OF HOMELAND SECURITY, ICE. ANY FURTHER REQUEST FOR
ISCLOSURE OF THIS DOCUMENT OR INFORMATION CONTAINED HEREIN SHOULD BE REFERRED
O ICE HEADQUARTERS TOGETHER WITH A COPY OF THE DOCUMENT.

USAO-MUB-00017404
USAO-MUB-00017404



EXHIBIT
2
tabbies

FD-302 (Rev. 10-6-95)

- 1 -

### FEDERAL BUREAU OF INVESTIGATION

Date of transcription    05/14/2003

KHALID NASEEM, an Indian male, was contacted at his residence                           NASEEM was advised of the identities of the agents. NASEEM provided records related to his affiliation with CARE INTERNATIONAL of Boston, Massachusetts in NASEEM's capacity as an accountant and an attorney.

NASEEM provided the following documents:

1. Copies of IRS FORM 990 Return of Organization Exempt from Income Tax for the years 1993, 1994, 1995, 1996 1997 and 1998 for CARE INTERNATIONAL. NASEEM only prepared the returns for CARE in 1993, 1994 1996, 1997 and 1998.

2. A copy of letter from the law firm of DAVIS AND GILBERT, New York, NY discussing CARE's improper use of the name CARE INTERNATIONAL.

In one of NASEEM's files a notation: "Br. Abdullah 617-492-2731, 617-986-7948, 617-758-0018.

Investigation on    5/13/03    at  Boylston, MA

File #                                                    Date dictated  5/14/03

SA Denis Drum:aa
by  SA David Lazarus

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency;

USAO-MUB-00017405
USAO-MUB-00017405

EXHIBIT

**3**

FD-302 (Rev. 10-6-95)

- 1 -

## FEDERAL BUREAU OF INVESTIGATION

Date of transcription    04/07/2005

KHALID NASEEM, Esquire, of
, was interviewed telephonically with
Assistant United States Attorney (AUSA) Stephanie Siegmann.
After being advised of the identities of the interviewing agent
and AUSA, and the purpose of the interview, NASEEM provided the
following information:

NASEEM has assisted clients with immigration matters
since 1996. He confirmed that he completed an application for
naturalization- INS (now ICE) N400 form- for EMADEDDIN
MUNTASSER. NASEEM signed the form October 18, 2002.  He
prepared the form based on information provided by MUNTASSER
including the portion which pertains to affiliations with groups
and organizations; and the portion which pertains to trips
outside of the country.  NASEEM's regular practice, and what he
believes he followed in this case, is to provide the form to the
client for completion.  An alternative for NASEEM is to review
the form with the client to obtain the answers.

NASEEM did not recall whether he explained in detail
how far back travel needed to be reported, but if MUNTASSER had
provided the information it would have been included.  NASEEM
would not have omitted the information on his own.  The same
pertains to the question regarding affiliations with groups and
organizations.

NASEEM confirmed that he did not complete any tax
returns for MUNTASSER personally, but did complete some for CARE
INTERNATIONAL (CARE).

On April 05, 2005, after NASEEM had a chance to review
his records, the interview continued.  NASEEM confirmed that he
sent a blank N400 form to MUNTASSER for completion.  MUNTASSER
completed the form in his own handwriting, and returned it to
NASEEM for submission.  NASEEM stated that the questions on the
form are clear.  One asks if the applicant has <u>ever</u> been a
member of any organization, which was left blank on the form
that MUNTASSER returned.  NASEEM also confirmed that he did not
advise MUNTASSER to <u>only</u> include trips within the last five

Investigation on    04/04/2005,  at Boston, Massachusetts       (telephonically)
                    04/05/2005

File #                                          Date dictated  04/07/2005

by   SA James T. Marinelli

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency;

USAO-MUB-00017406
USAO-MUB-00017406

FD-302a (Rev. 10-6-95)

Continuation of FD-302 of ____KHALID NASEEM_____, On _04/04-05/05_, Page __2__

years.  NASEEM completed the N400 solely with the information
provided by MUNTASSER.

NASEEM first met MUNTASSER at a mosque in Worcester
when NASEEM moved to Massachusetts in 1985.  They both had small
children, and socialized at the mosque.  MUNTASSER was active at
the mosque teaching children, and organizing the fast at
Ramadan.

MUNTASSER asked NASEEM if he would help with the
preparation of tax returns for CARE.  CARE was not a paying
client.  NASEEM prepared the returns in the spirit of charity
because he understood from MUNTASSER that CARE was helping
children, widows, and orphans.  NASEEM does not recall if
MUNTASSER provided information for the tax returns, or if he
would just call at the appropriate time of year to start the
process.  NASEEM believes that the information for the returns
primarily came from MUHAMED MUBAYYID.

NASEEM retrieved his copies of the tax returns for
CARE, and reviewed facsimiles and notes.  Thereafter, the
interview continued.  Information for the tax returns was
provided in handwritten, and sometimes electronic, format.  The
income and expense information was provided by CARE, and NASEEM
would not have questioned the information.  In general, CARE
would provide the information, and NASEEM would prepare the
return and sign it.  NASEEM would then provide the return to
CARE for submission to the Internal Revenue Service (IRS).

For tax years 1993, 1994, 1995, and 1996 MUNTASSER
would have contacted NASEEM to begin the process, but ABU
ABDALLAH, (617) 492-2731, would have provided the information
for the returns.  For tax years 1997 and 1998, MUBAYYID and
SAMIR·ALMONLA contacted NASEEM and provided the information.
Regarding tax year 1997, NASEEM completed and signed the form
January 11, 1999, and shortly thereafter sent the form to
MUBAYYID and ALMONLA.  Regarding tax year 1998, NASEEM completed
and signed the form February 16, 2000, and shortly thereafter
sent the form to CARE.  That was the last work he performed for
CARE.

USAO-MUB-00017407
USAO-MUB-00017407