UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL NO. 05-40026-FDS |
| Plaintiff | ) |  |
| V. | ) |  |
| MUHAMED MUBAYYID and EMADEDDIN Z. MUNTASSER, | ) |  |
| Defendants | ) |  |

MOTION FOR EXTENSION OF TIME TO FILE MOTION TO SUPPRESS EVIDENCE
OBTAINED OR DERIVED FROM FISA SEARCHES AND SURVEILLANCE

Now come the defendants, Muhamed Mubayyid and Emadeddin Z. Muntasser and move this Honorable Court to extend to October 13, 2006 the time for filing their Motion to Suppress Evidence Obtained or Derived from FISA searches and surveillance. As reason therefor, the defendants state that it is not clear when these motions are due. Futhermore, the motions filed on October 5, 2006 required an enormous expenditure of time and the additional time requested is necessary in order to fully research and brief this motion to suppress.

**THE GOVERNMENT ASSENTS TO THIS MOTION.**

| | Respectfully submitted, |
|---|---|
| MUHAMMED MUBAYYID, | EMADEDDIN Z. MUNTASSER |
| By his attorney, | By his attorneys, |
| /s/ Michael C. Andrews | /s/ Elizabeth A. Lunt |
| Michael C. Andrews (BBO# 546470) | Norman S. Zalkind (BBO# 538880) |
| 21 Custom House Street | Elizabeth A. Lunt (BBO# 307700) |
| Boston, MA 02110 | Malick W. Ghachem (BBO#661018) |
| (617) 951-0072 | Zalkind, Rodriguez, Lunt & Duncan LLP |
| | 65a Atlantic Ave. |
| | Boston, MA 02110 |

/s/ Susan R. Estrich
Susan R. Estrich
University of Southern California Law School
University Park, MC-0071
Los Angeles, CA 90089-0071


/s/ Harvey Silverglate
Harvey Silverglate (BBO # 462640)
607 Franklin St.
Cambridge, MA 02139

Dated: October 6, 2006

Certificate of Service

I hereby certify that I have served a copy of the foregoing document by electronic notice upon the following attorneys of record this 6th day of October 2006.

B. Stephanie Siegmann
Assistant U.S. Attorney

Aloke Chakravarty
Assistant U.S. Attorney

/s/ Elizabeth A. Lunt
Elizabeth A. Lunt