UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　　　　　　Plaintiff<br><br>V.<br><br>MUHAMED MUBAYYID and<br>EMADEDDIN Z. MUNTASSER,<br>　　　　　　　　　Defendants | CRIMINAL NO.  05-40026-FDS |

Certificate of Service

    I hereby certify that I have served a copy of Exhibit 3 in *Defendants' Motion for Jury Selection from the Eastern Division of the District of Massachusetts* by U.S. mail upon the following attorneys of record this 6th day of October 2006.

B. Stephanie Siegmann
Assistant U.S. Attorney

Aloke Chakravarty
Assistant U.S. Attorney

Michael Andrews
Counsel for Muhamed Mubayyid

                                                 /s/ Malick W. Ghachem
                                                 Malick W. Ghachem