UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, Plaintiff | ) ) ) ) | CRIMINAL NO. 05-40026-FDS |
| V. | ) ) ) | |
| MUHAMED MUBAYYID and EMADEDDIN Z. MUNTASSER, Defendants | ) ) ) ) | |

## MOTION TO SEAL

Now come the Defendants, Muhamed Mubayyid and Emadeddin Muntasser, and move this Honorable Court to seal DEFENDANTS' OBJECTIONS TO MAGISTRATE'S DISCOVERY ORDER DATED SEPTEMBER 29, 2006. These objections were filed on October 10, 2006 by e-filing. This was in error as the objections should have been filed under seal pursuant to the Protective Order governing discovery. Immediately upon realizing this mistake today, counsel for Mr. Muntasser notified Judge Saylor's clerk by telephone and now files this motion.

Respectfully submitted,

| MUHAMMED MUBAYYID, | EMADEDDIN Z. MUNTASSER |
|---|---|
| By his attorney, | By his attorneys, |

/s/ Michael C. Andrews
Michael C. Andrews BBO# 546470)
21 Custom House Street
Boston, MA 02110
(617) 951-0072

/s/ Elizabeth A. Lunt
Norman S. Zalkind (BBO# 538880)
Elizabeth A. Lunt (BBO# 307700)
Malick W. Ghachem (BBO#661018)
Zalkind, Rodriguez, Lunt & Duncan LLP
65a Atlantic Ave.
Boston, MA 02110


/s/ Susan R. Estrich
Susan R. Estrich
Robert Kingsley Professor of Law and Political Science
University of Southern California Law School
University Park, MC-0071
Los Angeles, CA 90089-0071


/s/ Harvey Silverglate
Harvey Silverglate (BBO # 462640)
607 Franklin St.
Cambridge, MA 02139

Dated: October 12, 2006

Certificate of Service

     I hereby certify that I have served a copy of the foregoing document by electronic notice upon the following attorneys of record this 12th day of October 2006.

B. Stephanie Siegmann
Assistant U.S. Attorney

Aloke Chakravarty
Assistant U.S. Attorney

                                        /s/ Elizabeth A. Lunt
                                        Elizabeth A. Lunt