UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL NO. 05-40026-FDS |
| ) | |
| V. ) | |
| ) | |
| MUHAMED MUBAYYID and ) | |
| EMADEDDIN Z. MUNTASSER, ) | |
| Defendants ) | |

**DEFENDANTS' MOTION TO EXTEND DATE FOR FILING MOTION TO SUPPRESS (ASSENTED TO)**

Now come the Defendants, Muhamed Mubayyid and Emadeddin Z. Muntasser and move this Honorable Court to extend from today's date until Monday, October 16, 2006 the date for filing their Motion to Suppress Evidence Obtained from FISA Searches and Surveillance and All Fruits Thereof and Incorporated Memorandum of Law.  This motion will be served in hand upon the government and mailed to the Court today, but will not be received and filed by the Court until Monday, October 16, 2006.

**The Government assents to this motion.**

Respectfully submitted,
EMADEDDIN Z. MUNTASSER
By his attorneys,


 /s/ Elizabeth A. Lunt
Norman S. Zalkind (BBO#: 538880)
Elizabeth A. Lunt (BBO#: 307700)
Malick W. Ghachem (BBO#: 661018)
Zalkind, Rodriguez, Lunt & Duncan
65a Atlantic Avenue

-1-

        Boston, MA   02110
        (617) 742-6020


        __/s/ Michael C. Andrews_____
        Michael C. Andrews (BBO#: 546470)
        21 Custom House Street
        Boston, MA 02110
        (617) 951-0072


        __/s/ Susan R. Estrich_____
        Susan R. Estrich
        Robert Kingsley Professor of Law and
        Political Science
        University of Southern California
        Law School
        University Park, MC-0071
        Los Angeles, CA 90089-0071


        __/s/ Harvey Silverglate_____
        Harvey Silverglate (BBO#: 462640)
        607 Franklin Street
        Cambridge, MA 02139

Dated: October 13, 2006


## Certificate of Service

I hereby certify that I have served a copy of the foregoing document by electronic notice upon the following attorneys of record this 13th day of October 2006.

B. Stephanie Siegmann
Assistant U.S. Attorney

Aloke Chakravarty
Assistant U.S. Attorney

Michael Andrews
Counsel for Muhamed Mubayyid

/s/ Elizabeth A. Lunt
Elizabeth A. Lunt