```
                  UNITED STATES DISTRICT COURT
                   DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA    )
                            )
          v.                )    Crim. No. 05-40026-FDS
                            )
MUHAMED MUBAYYID, and       )
EMADEDDIN Z. MUNTASSER,     )
                            )
                            )
          Defendants.       )
```

**ASSENTED-TO MOTION TO ENLARGE TIME FOR GOVERNMENT TO
<u>RESPOND TO DEFENDANT'S DISPOSITIVE MOTIONS</u>**

On October 5, 2006, the defendants filed five motions: (1) Motion to Dismiss the Indictment; (2) Sealed Motion to Dismiss Count Six; (3) Sealed Motion to Suppress Certain Statements; (4) Motion for Jury Selection from the Eastern Division of the District of Massachusetts; and (5) Motion to Suppress Warrantless Surveillance.  With the assent of the defendants Muhamed Mubayyid and Emadeddin Muntasser, the government moves for an enlargement of time of two weeks to respond (until November 9, 2006) to the (1) Defendant's Motion to Dismiss the Indictment, (2) Sealed Motion to Dismiss, and (3) Sealed Motion to Suppress.  At the status conference held on June 7, 2006, the government requested a period of three weeks to respond to any dispositive motions filed by the defendants in this matter, to which the defendants' counsel agreed.  Accordingly, the government's opposition to the defendants' five motions are currently due on October 26, 2006.  The government requests an additional two weeks until November 9, 2006 to respond to the defendants' two motions to dismiss (one

publicly filed and one sealed) and sealed motion to suppress statements. The government is not requesting additional time to respond to the defendants' motion relating to jury selection. The government will separately be filing a motion for an extension of time to respond to the motion to suppress any evidence obtained pursuant to warrantless surveillance.

As grounds for this motion, the government states that among the motions filed by the defendants, is a 49 page motion to dismiss the indictment and 941 page appendix alleging selective prosecution and violation of their first amendment rights, which requires a full examination of the issues raised therein.

WHEREFORE, the government respectfully requests a two week enlargement of time until November 9, 2006 to respond to defendants' (1) Motion to Dismiss the Indictment, (2) Sealed Motion to Dismiss Count Six, and (3) Sealed Motion to Suppress Certain Statements.

                                  Respectfully submitted,

                                  MICHAEL J. SULLIVAN
                                United States Attorney

                        By:   /s/ B. Stephanie Siegmann
                            B. STEPHANIE SIEGMANN
                            ALOKE CHAKRAVARTY
                            Assistant U.S. Attorneys

Date: October 16, 2006

<u>Certificate of Service</u>

    I do hereby certify that a copy of foregoing motion was served upon the counsel of record for the defendants by electronic notice on this 16th day of October 2006.

                                    <u>/s/ B. Stephanie Siegmann</u>
                                    B. Stephanie Siegmann
                                    Assistant U.S. Attorney