UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br>         Plaintiff<br><br>V.<br><br>MUHAMED MUBAYYID and<br>EMADEDDIN Z. MUNTASSER,<br>         Defendants | CRIMINAL NO.  05-40026-FDS |

<u>MOTION TO SEAL</u>

  Now come the Defendants, Muhamed Mubayyid and Emadeddin Muntasser, and move this Honorable Court to seal *Defendants' Motion for Disclosure or Ex Parte Review of Materials Related to Searches and Surveillance Conducted Pursuant to FISA* and *Defendants' Motion to Suppress Evidence Obtained from FISA Searches and Surveillance and All Fruits Thereof and Incorporated Memorandum of Law*.  These motions were captioned "filed under seal" and were filed on October 15, 2006 by U.S. mail.  Defendants move to have these motions filed under seal pursuant to the Protective Order governing discovery.

        Respectfully submitted,

| MUHAMMED MUBAYYID,<br>By his attorney, | EMADEDDIN Z. MUNTASSER<br> By his attorneys, |
|---|---|
| /s/ Michael C. Andrews | /s/ Elizabeth A. Lunt |
| Michael C. Andrews BBO# 546470)<br>21 Custom House Street<br>Boston, MA 02110<br>(617) 951-0072 | Norman S. Zalkind (BBO# 538880)<br>Elizabeth A. Lunt (BBO# 307700)<br>Malick W. Ghachem (BBO#661018)<br>Zalkind, Rodriguez, Lunt & Duncan LLP<br>65a Atlantic Ave.<br>Boston, MA 02110 |

/s/ Susan R. Estrich
Susan R. Estrich
Robert Kingsley Professor of Law and Political Science
University of Southern California Law School
University Park, MC-0071
Los Angeles, CA 90089-0071


/s/ Harvey Silverglate
Harvey Silverglate (BBO # 462640)
607 Franklin St.
Cambridge, MA 02139

Dated: October 16, 2006

Certificate of Service

I hereby certify that I have served a copy of the foregoing document by electronic notice upon the following attorneys of record this 16th day of October 2006.

B. Stephanie Siegmann
Assistant U.S. Attorney

Aloke Chakravarty
Assistant U.S. Attorney

/s/ Elizabeth A. Lunt
Elizabeth A. Lunt