UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA          )
                                  )
              v.                  )      Crim. No. 05-40026-FDS
                                  )
MUHAMED MUBAYYID, and             )
EMADEDDIN Z. MUNTASSER,           )
                                  )
                                  )
          Defendants.             )

**MOTION TO EXTEND TIME TO**
**RESPOND TO WARRANTLESS SURVEILLANCE MOTION**
(ASSENTED TO)

On October 5, 2006, the defendants filed a motion to suppress fruits of warrantless surveillance. The undersigned has been in contact with the government officials who are authorized to respond to this motion, but requires additional time to coordinate a response.  Although a brief response may suffice to address this motion, because this enlargement will not hold up other litigation in this case, the government is seeking additional time to coordinate.  The government moves for the Court to allow the government until December 15, 2006 to respond to this motion.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By:  /s/ Aloke S. Chakravarty
     ALOKE CHAKRAVARTY
     B. STEPHANIE SIEGMANN
     Assistant U.S. Attorneys

Date: October 26, 2006

<u>Certificate of Service</u>

     I do hereby certify that a copy of foregoing motion was served upon the counsel of record for the defendants by electronic notice on this 26th day of October 2006.

<u>/s/ Aloke S. Chakravarty</u>
Aloke S. Chakravarty
Assistant U.S. Attorney