UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.            ) | Crim. No. 05-40026-FDS |
| ) | |
| MUHAMED MUBAYYID, and    ) | |
| EMADEDDIN Z. MUNTASSER,  ) | |
| ) | |
| ) | |
| Defendants.       ) | |

## MOTION TO SEAL

Now comes the United States of America, by its attorneys, Michael J. Sullivan, United States Attorney for the District of Massachusetts, Aloke S. Chakravarty and B. Stephanie Siegmann, Assistant U.S. Attorneys, and hereby moves to seal the government's motion to set schedule for government to respond to FISA-related motions. As grounds therefore, the government states that the parties have agreed to, and the Court has endorsed, practices which protect certain sensitive and/or non-publicly available materials from being publicly disclosed through this litigation. Some of those materials reference the nature of and the techniques used to collect evidence pursuant to the Foreign Intelligence Surveillance Act (FISA). The defendants have appropriately filed motions related to such evidence under seal, and the government hereby requests that it's motion to set the schedule for its response also be under seal. The date set by the Court for this response is, naturally, not sensitive, and can be publicly docketed.

Additionally, public disclosure of the information contained

in these documents would be contrary to the interests of justice.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By: _____
ALOKE CHAKRAVARTY
B. STEPHANIE SIEGMANN
Assistant U.S. Attorneys

Date: October 25, 2006

## Certificate of Service

I do hereby certify that a copy of foregoing motion was served upon the counsel of record for the defendants by electronic mail on this 25th day of October 2006.

_____
Aloke S. Chakravarty
Assistant U.S. Attorney