UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES | ) |
| | ) |
| v. | ) Crim. No. 05-40026-FDS |
| | ) |
| MUHAMED MUBAYYID, and | ) |
| EMADEDDIN MUNTASSER, | ) |
| | ) |
| Defendants. | ) |

**ORDER MODIFYING JANUARY 31, 2006 ORDER**