UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.  )<br>)<br>MUHAMED MUBAYYID, and )<br>EMADEDDIN Z. MUNTASSER, )<br>)<br>)<br>Defendants.  ) | Crim. No. 05-40026-FDS |

**MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANT'S
MOTION TO DISMISS**
(Assented To)

On October 5, 2006, the defendants filed five motions: (1) Motion to Dismiss the Indictment; (2) Sealed Motion to Dismiss Count Six; (3) Sealed Motion to Suppress Certain Statements; (4) Motion for Jury Selection from the Eastern Division of the District of Massachusetts; and (5) Motion to Suppress Warrantless Surveillance.  With the assent of the defendants Muhamed Mubayyid and Emadeddin Muntasser, the government moves for an enlargement of time to respond (until November 21, 2006) to the (1) Defendant's Motion to Dismiss the Indictment, which includes important Constitutional claims, as well as an allegation of selective prosecution.  The current deadline for this response in November 9, 2006.

The Defendants' motion in this regard is extensive, including 49 pages of Constitutional argument and a 941 page factual appendix which cites to numerous non-governmental organizations, the nature of which the government is still looking into.  The government is attempting to obtain information

necessary to adequately address each of the defendants' contentions, which will assist the court in its appraisal of these important issues. Because of the time necessary to draft a response to the constitutional and selective prosecution arguments, and to assemble and organize supplemental materials, the government is requesting an additional two-week period to properly brief the court.

The government is not requesting additional time to respond to two of the defendants' other motions, a motion to suppress certain statements and a motion to dismiss count six.

Finally, the government is mindful of the shared concerns that the legal briefing in this matter not unnecessarily delay these proceedings. Because the litigation of this issue is likely to occur before the District Court, this enlargement is not expected to delay the progress of the case.

WHEREFORE, the government respectfully requests a two week enlargement of time until November 21, 2006 to respond to defendants' (1) Motion to Dismiss the Indictment (Docket # 131).

                                      Respectfully submitted,

                                      MICHAEL J. SULLIVAN
                                      United States Attorney

                        By:  /s/ Aloke S. Chakravarty
                            B. STEPHANIE SIEGMANN
                            ALOKE CHAKRAVARTY
                            Assistant U.S. Attorneys

Date: November 6, 2006

## Certificate of Service

I do hereby certify that a copy of foregoing motion was served upon the counsel of record for the defendants by electronic notice on this 6th day of November 2006.

/s/ Aloke S. Chakravarty
B. Stephanie Siegmann
Assistant U.S. Attorney