UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, </br> Plaintiff </br> </br> v. </br> </br> MUHAMED MUBAYYID and </br> EMADEDDIN Z. MUNTASSER, </br> Defendants | ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) | CRIMINAL NO. 05-40026-FDS |

**DEFENDANTS' MOTION FOR LEAVE TO REPLY TO
GOVERNMENT'S OPPOSITION TO DEFENDANTS' MOTION
FOR JURY SELECTION FROM THE EASTERN DIVISION**

Now come Defendants Emadeddin Z. Muntasser and Muhamed Mubayyid, pursuant to Local Rule 7.1(B)(3), to move this Honorable Court for leave to reply to the Government's Opposition to Defendants' Motion for Jury Selection from the Eastern Division of Massachusetts. As grounds therefor, Defendants state as follows:

1. The Government's Opposition thoroughly distorts and mischaracterizes the role of Defendants' counsel in the pretrial publicity surrounding this case.

2. This Court is entitled to receive straightforward answers to a number of questions underlying Defendants' Motion for Jury Selection from the Eastern Division that have been entirely glossed over by the Government. Those questions involve the integrity of this District's rules and procedures for venue selection in criminal cases, and Defendants' Reply will assist this Court in determining whether those rules and procedures have been respected in this case.

3. Defendants' Motion for Jury Selection from the Eastern Division also raises a claim of substantial importance under the Sixth Amendment to the United States Constitution.

4.   No hearing has yet been scheduled or held on Defendants' Motion for Jury Selection from the Eastern Division.

5.   The interests of justice recommend that this motion be granted.

WHEREFOR Defendants respectfully request that this Honorable Court grant their motion for leave to file a reply to the Government's Opposition to Defendants' Motion for Jury Selection from the Eastern Division.

Respectfully submitted,

| MUHAMMED MUBAYYID, | EMADEDDIN Z. MUNTASSER |
|---|---|
| By his attorney, | By his attorneys, |
| /s/ Michael C. Andrews | /s/ Malick W. Ghachem |
| Michael C. Andrews BBO# 546470) | Norman S. Zalkind (BBO# 538880) |
| 21 Custom House Street | Elizabeth A. Lunt (BBO# 307700) |
| Boston, MA 02110 | Malick W. Ghachem (BBO#661018) |
| (617) 951-0072 | Zalkind, Rodriguez, Lunt & Duncan LLP |
| | 65a Atlantic Ave. |
| | Boston, MA 02110 |
| | Susan R. Estrich |
| | Robert Kingsley Professor of Law and Political Science |
| | Univ. of Southern California Law School |
| | University Park, MC-0071 |
| | Los Angeles, CA 90089-0071 |
| | Harvey Silverglate (BBO # 462640) |
| | 607 Franklin St. |
| | Cambridge, MA 02139 |

Dated: November 8, 2006