UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>MUHAMED MUBAYYID, and )<br>EMADEDDIN Z. MUNTASSER, )<br>)<br>)<br>Defendants. ) | Crim. No. 05-40026-FDS |

**GOVERNMENT'S MOTION TO FILE OPPOSITION TO MOTION
TO DISMISS IN EXCESS OF TWENTY PAGES**

The United States of America hereby moves, pursuant to Local Rule 7.1(b)(4), for leave to file its Opposition to Defendant's Motion to Dismiss in excess of twenty pages. As reasons therefore, the government states that the Defendant raised several factual and legal issues to which the government was required to respond.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By:  /s/ B. Stephanie Siegmann
B. STEPHANIE SIEGMANN
ALOKE CHAKRAVARTY
Assistant U.S. Attorneys

Date: November 21, 2006

Certificate of Service

I do hereby certify that a copy of foregoing motion was served upon the counsel of record for the defendants by electronic notice on this 21st day of November 2006.

/s/ B. Stephanie Siegmann
B. Stephanie Siegmann
Assistant U.S. Attorney