# Zalkind, Rodriguez, Lunt & Duncan LLP
ATTORNEYS AT LAW
### 65a Atlantic Avenue, Boston, Massachusetts 02110
TELEPHONE (617) 742-6020

FAX (617) 742-3269

www.zrld.com

Norman S. Zalkind

Elizabeth A. Lunt

David Duncan
also member of PA Bar

Inga S. Bernstein

William B. Van Lonkhuyzen
also member of CA Bar

Monica Pastorok
also member of NY and CA Bars

Malick W. Ghachem

Of Counsel:

Barbara Equen Rodriguez

December 1, 2006

AUSA Stephanie Siegmann
U.S. Courthouse, Suite 9200
1 Courthouse Way
Boston, MA 02210

**BY ECF AND FAX TO: 617-748-3974**

Re: <u>U.S. v. Muhamed Mubayyid and Emadeddin Z. Muntasser</u>, No. 05-40026-FDS

Dear Ms. Siegmann,

  We write with the following discovery requests, which were prompted by information that has come to our attention since the deadline for filing discovery letters in this case was reached. These requests concern exculpatory material that the Government is required to disclose under <u>Brady v. Maryland</u>, 373 U.S. 83, 87 (1963). Request #10 seeks more legible copies of certain discovery material previously provided.

1.  Please state the version and OMB number of the 1023 form that the Internal Revenue Service made available for public use for the fiscal year 1993.

2.  Please state the version and OMB number for the 990 forms that the Internal Revenue Servide made available for public use for each of the fiscal years 1993 to 2005.

3.  Please provide copies of any Department of Treasury (DOT) or Internal Revenue Service (IRS) memoranda, notes, emails, reports, correspondence, or other documents or communications relating to revisions made subsequent to September 1990 to Line 5 of Part II of the Form 1023 identified as Rev. 9-90, OMB No. 1545-0056.

4.  Please provide copies of any and all DOT or IRS memoranda, notes, emails, reports,

correspondence, or other documents or communications relating to the revision process that gave rise to Line 1 of Part VII of the Form 1023 identified as Rev. 6-2006, OMB No. 1545-0056.

5. Please provide copies of any and all DOT or IRS memoranda, notes, emails, reports, correspondence, or other documents or communications relating to the revision process that gave rise to Schedule G of the Form 1023 identified as Rev. 6-2006, OMB No. 1545-0056.

6. Please provide copies of any and all DOT or IRS memoranda, notes, emails, reports, correspondence, or other documents or communications relating to the revision process that gave rise to that part of the Instructions identified as Rev. June 2006, Cat. No. 17132z, for Line 1 of Part VII of the Form 1023 identified as Rev. 6-2006, OMB No. 1545-0056.

7. Please provide copies of any and all DOT or IRS memoranda, notes, emails, reports, correspondence, or other documents or communications relating to the revision process that gave rise to that part of the Instructions identified as Rev. June 2006, Cat. No. 17132z, for Schedule G of the Form 1023 identified as Rev. 6-2006, OMB No. 1545-0056.

8. Please provide copies of any and all DOT or IRS memoranda, notes, emails, reports, correspondence, or other documents or communications relating to the revision process that gave rise to Line 15 of Part VIII of the Form 1023 identified as Rev. 6-2006, OMB No. 1545-0056.

9. Please provide copies of any and all DOT or IRS memoranda, notes, emails, reports, correspondence, or other documents or communications relating to the revision process that gave rise to that part of the Instructions identified as Rev. June 2006, Cat. No. 17132z, for Line 15 of Part VIII of the Form 1023 identified as Rev. 6-2006, OMB No. 1545-0056.

10. Please provide legible copies of the following previously provided discovery materials:

CI ELSUR 00602
CI ELSUR 00620 - CI ELSUR 00621
CI ELSUR 00595
CI ELSUR 00164
CI ELSUR 00691 - CI ELSUR 00692
CI ELSUR 00534 - CI ELSUR 00536
CI ELSUR 00688
CI ELSUR 00533
CI ELSUR 00678

CI ELSUR 00532
CI ELSUR 00529 - CI ELSUR 00531
CI ELSUR 00679
CI ELSUR 00537
CI ELSUR 00680 - CI ELSUR 00683
CI ELSUR 00524 - CI ELSUR 00526

**

For each of these supplemental discovery requests with which you intend to comply, please indicate the date by which you will furnish the requested discovery, in accordance with Local Rule 116.3(A). If you do not agree to provide the information or materials specified in a particular request, please provide a written statement of the basis for your position, in accordance with Local Rule 116.3(C).

Sincerely,

/s/ Michael C. Andrews
Michael C. Andrews
Attorney for Muhamed Mubayyid

Malick W. Ghachem
Attorney for Emadeddin Muntasser