UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> ) <br> v.                                                ) <br> ) <br> MUHAMED MUBAYYID and        ) <br> EMADEDDIN Z. MUNTASSER,     ) <br> Defendants,                 ) <br> _____) | CRIMINAL ACTION <br> NO. 05-40026-FDS |

### INTERIM STATUS REPORT
December 6, 2006

**HILLMAN, M.J.**

The following is a Status Report to Saylor, J. to whom this case is assigned:

1. Discovery

The Government represents that they continue to provide mandatory discovery to the Defendants. The parties express confidence that, except for issues relating to the release of Foreign Intelligence Surveillance Act ("FISA") documents, Internal Revenue Service ("IRS") correspondences that the discovery is complete. The parties have requested until mid-January to complete the discovery process or to file the remaining discovery motions. I have granted that request.

2. Final Status Conference

A final status conference/discovery motion hearing date (if necessary) shall be held in this case on January 22, 2007, at 2:00 p.m., in Courtroom 1, Fifth Floor, Donohue Federal Building,

United States Courthouse, 595 Main Street, Worcester, Massachusetts.

3.     Excludable Time

At the request of the Government, and with consent of the counsel for the Defendants, I am excluding from the Speedy Trial Act *nunc pro tunc*, the period from November 14, 2005 through and including January 22, 2007 (the date of the Final Status Conference). This order is being made *nunc pro tunc* in order to correct previous orders of excludable time that had incorrectly cited 18 U.S.C. §3161(b)(1)(F) as the reason for the excludable delay, when in fact , the order of excludable time should have cited 18 U.S.C. §3161(h)(8)(A) as the reason for the excludable time. Therefore, assuming no further order of excludable time under the plan for prompt disposition of criminal cases, this case must be tried on or before Monday, April 2, 2007.

/s/Timothy S. Hillman
TIMOTHY S. HILLMAN
MAGISTRATE JUDGE