# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) ) ) ) | |
| v. | ) ) | CRIMINAL ACTION NO. 05-40026-FDS |
| MUHAMED MUBAYYID and EMADEDDIN Z. MUNTASSER, Defendants, | ) ) ) ) | |

## ORDER OF EXCLUDABLE TIME
### December 6, 2006

**HILLMAN, M.J.**

It is ordered pursuant to the provisions of 18 U.S.C. § 3161 (h)(8)(A), as interpreted by the United States Court of Appeals for this Circuit (United States v. Jodoin, 672 F.2d 232, 237 (1st Cir. 1982)), that the period from November 14, 2005 (date of expiration of prior order of excludable time) through and including January 22, 2007 (the date of the Final Status Conference) shall be excluded from the Speedy Trial Act.

/s/Timothy S. Hillman
TIMOTHY S. HILLMAN
MAGISTRATE JUDGE