UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL NO. 05-40026-FDS |
| ) | |
| ) | **Filed under seal** |
| V. ) | |
| ) | |
| MUHAMED MUBAYYID and ) | |
| EMADEDDIN Z. MUNTASSER, ) | |
| Defendants ) | |

**DOCKETED**

### ADDENDUM TO DEFENDANTS' REPLY TO GOVERNMENT'S OPPOSITION TO MOTION TO DISMISS

Now come Defendants to submit the below addendum to their Reply to the Governments' Opposition to their Motion Dismiss. Defendants' Reply makes reference to certain materials that are subject to the protective order governing discovery in this case or that have been filed under seal. For each of the referenced documents in question, the below addendum begins by indicating the page of Defendants' Reply brief that refers to the document or language in question.

At p. 6, fn. 4 of their Reply Brief, Defendants' reference the 1994 Care International Zakat Calculation Guide produced in discovery as Bates numbers US-00228-29 as an prime example of the purely religious nature of the speech at issue in this case. This Guide is reproduced as Exhibit 1 to this Addendum. The Guide states at US-00229 that "[t]his instruction sheet has been carefully prepared, based on renowned Fiqh references, as well as Fatwas by recognized scholars." *Fiqh* is an Arabic word referring to the corpus of Islamic law considered as a product of juristic interpretation of or extrapolation from foundational texts. Bernard Weiss,

1

*The Spirit of Islamic Law* (1998) at 201. A *fatwa* is a legal opinion of a Muslim jurist offered as a response to a question. Id. The Guide also lists the eight categories of eligible recipients of *zakat* as set forth in the Koran. As explained in Defendants' Motion to Dismiss at 12-13 fn. 17, these eight categories track the language of the Koran as it has been mostly commonly interpreted.

At p. 13, of Defendants' Reply Brief, after the reference to Government's Opposition to Defendants' Motion for Bill of Particulars (Dkt #114) at 7 n.1, please read as follows: Government's Memorandum and Opposition to Defendants Motion for Discovery (filed under seal July 7, 2006) at 15 ("The Defendants, in this case, are not charged with . . . material support of terrorism").

At p. 13 of Defendants' Reply Brief, after the reference to the Government's "playing 'material support games' with this Court and with Defendants' liberty," please read as follows: Affidavit of FBI Special Agent James T. Marinelli (filed under seal, Nov. 21, 2006) ("It is unclear what part, if any, of [Care's] donations went directly to the mujahideen." (Aside from one or two observations, the new affidavit by SA Marinelli simply regurgitates everything that was said in his initial April 6, 2005 affidavit accompanying the application for a Criminal Complaint.)

Respectfully submitted,

| MUHAMMED MUBAYYID, | EMADEDDIN Z. MUNTASSER |
|---|---|
| By his attorney, | By his attorneys, |
| /s/ Michael C. Andrews | /s/ Norman W. Zalkind |
| Michael C. Andrews BBO# 546470) | Norman S. Zalkind (BBO# 538880) |
| 21 Custom House Street | Elizabeth A. Lunt (BBO# 307700) |
| Boston, MA 02110 | Malick W. Ghachem (BBO#661018) |
| (617) 951-0072 | Zalkind, Rodriguez, Lunt & Duncan LLP |
|  | 65a Atlantic Ave. |
|  | Boston, MA 02110 |
|  | |
|  | Susan R. Estrich |
|  | Robert Kingsley Prof. of Law and Political Science |
|  | Univ. of Southern California Law School |
|  | University Park, MC-0071 |
|  | Los Angeles, CA 90089-0071 |
|  | |
|  | Harvey Silverglate (BBO # 462640) |
|  | 607 Franklin St. |
|  | Cambridge, MA 02139 |

Dated: December 18, 2006

Certificate of Service

I hereby certify that I have served a copy of the foregoing document upon the following attorneys by U.S. mail this 18th day of December, 2006:

B. Stephanie Siegmann
Assistant U.S. Attorney

Aloke Chakravarty
Assistant U.S. Attorney

Michael C. Andrews
Attorney for Muhamed Mubayyid

/s/ Malick W. Ghachem<br>Malick W. Ghachem





**ZAKAT Calculation Guide & Worksheet**

*A Simplified Guide For Zakat Calculation And Payment*

Copyright © 1994 by CARE INTERNATIONAL

## ZAKAT WORKSHEET

*Please refer to the calculation guide for instructions*

1. Nisab of Cash $ _____   2. Due Date: / /

| Cash on Due Date | Amount |
|---|---|
| 3. Checking Account | $ |
| 4. Savings Account* | $ |
| 5. Cash in Hand | $ |
| 6. Regular Income | $ |
| 7. Non-Delinquent Loans | $ |
| 8. Refundable Deposits | $ |
| 9. Expected Tax Refund | $ |
| 10. Bonds* | $ x x x x x x |
| 11. IRA*, Pension Funds*, 401K* | $ |
| 12. Debts | $ |
| 13. Total | $ |
| 14. Zakat on Cash = Total x 0.025 ♦♦ | $ |

15. Nisab of Gold $ _____   16. Due Date: / /

| Gold on Due Date | Value |
|---|---|
| 17. Gold in Hand | $ |
| 18. Gold Account | $ |
| 19. Gold Certificates | $ |
| 20. Men's Gold Jewelry | $ |
| 21. Women's Gold Jewelry | $ |
| 22. Gold Utensils & Tools | $ |
| 23. Total | $ |
| 24. Zakat on Gold = Total x 0.025 ♦♦ | $ |

25. Nisab of Silver $ _____   26. Due Date: / /

| Silver on Due Date | Value |
|---|---|
| 27. Silver in Hand | $ |
| 28. Silver Account | $ |
| 29. Silver Certificates | $ |
| 30. Men's Silver Jewelry | $ |
| 31. Women's Silver Jewelry | $ |
| 32. Silver Utensils & Tools | $ |
| 33. Total | $ |
| 34. Zakat on Silver = Total x 0.025 ♦♦ | $ |

35. Nisab of Trade $ _____   36. Due Date: / /

| Trade Items on Due Date | Value |
|---|---|
| 37. Business Bank Account | $ |
| 38. Business Cash in Hand | $ |
| 39. Stocks* | $ |
| 40. Inventory | $ |
| 41. Accounts Receivable | $ |
| 42. Total | $ |
| 43. Trade Zakat = Total x 0.025 ♦♦ | $ |

| Total Zakat | Amount |
|---|---|
| 44. Zakat on Cash | $ |
| 45. Zakat on Gold | $ |
| 46. Zakat on Silver | $ |
| 47. Zakat on Trade | $ |
| 48. Total Zakat To Be Paid ♦♦ | $ |

*Items identifies by an artersik may be interest-based. Although such assets are subject to Zakat, dealing in interest is unlawful and is strongly condemned by ALLAH and his Prophet.
** For information about these items, call our office

00280    US-00228

SUBJECT TO PROTECTIVE ORDER

## ZAKAT CALCULATION GUIDE

This instruction sheet has been carefully prepared, based on renowned Fiqh references, as well as Fatwas by recognized scholars. It is offered to you as a guide for ZAKAT calculation.

## ZAKAT COMPUTATION

### Introduction

There are several types of monetary items on which Zakat must be paid. They are namely, Cash, Gold, Silver, Trade and Merchandise, Livestock, Plowed Land produce, and Buried Treasures. In the sections to follow, the above mentioned monetary items will be explained. In addition, the amount of Zakat to be paid on each monetary item and its due date will be presented. In general, Zakat is mandatory when two conditions are simultaneously satisfied: Nisab and Due Date.

### Cash

1. **Nisab:** The Nisab for cash is the equivalent of 3 oz of pure Gold which is valued at approximately $1200 as of Jan 1997. You may refer to the Wall Street Journal for current rates.
2. **Due Date:** Zakat on cash is due one HIJRI year from the day your cash assets reach the Nisab. If you don't remember the exact date, then choose the earliest date that allows for safety margin, and adhere to it. REMEMBER THE DATE HAS TO BE A HIJRI DATE(e.g. 1st of Ramadan). If at any time your net cash assets fall below the Nisab, the due date is delayed to one HIJRI year from the day it reaches the Nisab again. In other words, your money must be above the Nisab for 12 consecutive lunar months in order for Zakat to be due. You may pay your Zakat before the due Date. However, all your calculations should be based on what you will possess on the due date not what you possess on the payment day.

**CASH includes:**
1. Checking, Saving, Cash in hand.
2. Regular Income.
3. Non-delinquent Loans.
4. Refundable Deposits.
5. Expected Tax Return as of the due date.
6. Bonds.*
7. IRA*, Pension Loans*.
8. Debts: debts are non-deductible.

## GOLD AND SILVER

1. **Nisab:** The Nisab for Gold is 3 oz. Of Gold, and that for Silver is 21 oz. of pure Silver.
2. **Due Date:** The same discussion pertaining to the Cash Zakat due date applies here. Note that the due date of Gold and Silver need not coincide with the due date of Cash. They are two distinct monetary items.

**GOLD AND SILVER include:**
1. GOLD and SILVER in hand, GOLD and SILVER accounts, GOLD and SILVER certificates.
2. Men's GOLD and SILVER jewelry (although unlawful - except Silver rings, Zakat still has to be paid on these items).
3. Women's GOLD and SILVER jewelry: Such jewelry is not subject to Zakat unless its amount is excessive or unless it was acquired primarily as a way of saving.
4. GOLD and SILVER Utensils and Tools (although unlawful for both men and women, one still has to pay Zakat on these items).

## TRADE AND MERCHANDISE

1. **Nisab:** It is the same as Cash and Gold. If you own several distinct businesses, then consult our office for proper Nisab calculation.
2. **Due Date:** The due date for Merchandise Zakat payment is one HIJRI year from the date you started your business, even if your starting capital was below the Nisab.

**TRADE and MERCHANDISE include:**
1. Business Bank account.
2. Business Cash in hand.
3. Stocks.*
4. Inventory.
5. Accounts receivable.

## LIVESTOCK.**
## PLOWED LAND PRODUCE.**
## BURIED-TREASURES.**

** For Zakat calculation and payment on these items, Contact our office at the listed Phone Number.

## ZAKAT RECEPIENTS

In Islam, only eight categories of people are eligible receive Zakat. For example, one cannot pay Zakat to build mosques or hospitals. Although these acts are honorable, one must not spend Zakat money on them. These eight categories are: poor Muslims, Needy Muslims, Muslims in Debt, Mujahideen, New Muslims, Slaves, Zakat Workers and wayfarers. Also Zakat is taken from Muslims and only Muslims can benefit from it. There is consensus (Ijmaa') among scholars regarding this issue.

**PAYING YOUR ZAKAT:** When paying any Zakat amount, one's intention (Niyyah) must be that this is Zakat (not charity). The Due Date for Zakat payment is the date on which Zakat should be in the hands of those who are entitled to it. Therefore, when you delegate your Zakat payment to someone, make sure you inform him about your due date so that Zakat is delivered on time.

## DUAA' FOR ZAKAT

Finally, when paying Zakat, it is Sunnah to say:

"Our LORD! Accept from us, For you are all-Hearing, the All-Knowing"

For more information please contact:

**CARE INTERNATIONAL**
510 Commonwealth Avenue, # 275
Boston, MA 02215
Phone: (617)492-2731

US-00229

SUBJECT TO PROTECTIVE ORDER