UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.         )<br>)<br>MUHAMED MUBAYYID, and  )<br>EMADEDDIN Z. MUNTASSER,  )<br>)<br>)<br>    Defendants.      ) | Crim. No. 05-40026-FDS |

**GOVERNMENT'S MOTION FOR LEAVE TO FILE OPPOSITION
TO MOTION UNDER SEAL AND
<u>IN EXCESS OF TWENTY PAGES</u>**

The United States of America hereby moves, pursuant to Local Rules 7.2, 7.1(b)(4), for leave to file its Combined Memorandum in Opposition to Defendant's Motion To Suppress Evidence Obtained From FISA Searches And Surveillance And All Fruits Thereof and Motion for Disclosure Or Ex Parte Review of Materials Related To Searches and Surveillance Conducted Pursuant to FISA, which exceeds twenty pages, under seal.

As reasons therefore, the government states that the government's submission is required to be greater than twenty pages in order to the respond to the important and complex issues raised by the Defendants' motions.  The submission is being filed pursuant to the Foreign Intelligence Surveillance Act of 1978, as amended ("FISA"), 50 U.S.C. §§ 1801-1811, 1821-1829.  A copy of the Declaration of Attorney General and Claim of Privilege is attached hereto. FISA calls for *in camera* and *ex parte* review by the District Court of the submission.  50 U.S.C. §§ 1806(f), 1825(g).

The government is filing the submission in two forms, a classified version as well as an unclassified version. The unclassified version is being served upon counsel and filed with the Court. Because the unclassified version does not disclose non-publicly available FISA-derived information which has been produced in discovery, it need not remain under seal pursuant to the protective order, but because the defendants' motion was filed under seal, it is being responded to commensurately. The classified version however, should remain under seal for *in camera* and *ex parte* review, and the general supervisory authority of the Court.

                                              Respectfully submitted,

                                              MICHAEL J. SULLIVAN
                                              United States Attorney

                                    By:  /s/ Aloke Chakravarty
                                            B. STEPHANIE SIEGMANN
                                            ALOKE CHAKRAVARTY
                                            Assistant U.S. Attorneys

Date: January 9, 2007

## Certificate of Service

I do hereby certify that a copy of foregoing motion was served upon the counsel of record for the defendants by electronic notice on this 9th day of January 2007.

                                /s/ Aloke Chakravarty
                                Aloke Chakravarty
                                Assistant U.S. Attorney

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, | Crim. No. 05-40026-FDS |
| v. | |
| EMADEDDIN MUNTASSER and MUHAMED MUBAYYID | |
| Defendants. | |

### DECLARATION AND CLAIM OF PRIVILEGE
### OF THE ATTORNEY GENERAL OF THE UNITED STATES

I, Alberto R. Gonzales, hereby declare the following:

1. I am the Attorney General of the United States of America and head of the United States Department of Justice, an Executive Department of the United States. I have official custody of and control over the files and records of the United States Department of Justice. The matters stated herein are based on my knowledge, on review and consideration of documents and information available to me in my official capacity as Attorney General, on discussions that I have had with other Justice Department officials, and on conclusions I have reached after my review of this information.

2. I submit this declaration pursuant to the Foreign Intelligence Surveillance Act of 1978 ("FISA"), as amended, 50 U.S.C. §§ 1806(f) and 1825(g), in connection with the instant

criminal prosecution. Emadeddin Muntasser and Muhamed Mubayyid, by and through their attorneys, have filed motions seeking, among other things, suppression of communications acquired pursuant to orders of the United States Foreign Intelligence Surveillance Court ("FISC"), as well as the disclosure of the applications submitted to, and the orders issued by, the FISC, and other related documents (hereinafter collectively referred to as "FISA materials").

3. Based on the facts and considerations set forth below, I hereby claim that it would harm the national security of the United States to publicly disclose or have an adversary hearing with respect to the FISA materials. The United States is submitting the FISA materials to this Court as part of a Sealed Exhibit so that this Court may conduct an *in camera, ex parte* review of the legality of the FISA collection at issue. My Claim of Privilege also extends to the classified portions of any memoranda, briefs, or other documents that the Government may file in connection with this litigation, or oral representations that may be made by the Government, that reference the classified information contained in the FISA materials.

4. In support of my Claim of Privilege, the United States is submitting to the Court for *in camera, ex parte* review, three Declarations of Joseph Billy, Jr., Assistant Director, Counterterrorism Division, Federal Bureau of Investigation

("FBI"). The first Declaration of Mr. Billy is classified at the "TOP SECRET" level. The second Declaration of Mr. Billy is classified at the "SECRET" level. The third Declaration of Mr. Billy is classified at the "TOP SECRET" level.

5. All three of Mr. Billy's Declarations set forth, in detail, the facts on which my Claim of Privilege is based. The FISA materials contain sensitive and classified information concerning United States intelligence sources and methods and other information relating to efforts of the United States to conduct counterterrorism investigations, including the manner and means by which those investigations are carried out.

6. Relying on the facts set forth in the three Declarations of Assistant Director Billy, I certify that in the case of information classified at the "SECRET" level, the unauthorized disclosure of the FISA materials reasonably could be expected to cause serious damage to the national security of the United States, and in the case of information classified at the "TOP SECRET" level, the unauthorized disclosure of the FISA materials reasonably could be expected to cause exceptionally grave damage to the national security of the United States. Among other things, the FISA materials contain sensitive and classified information concerning United States intelligence sources and methods and other information relating to efforts of the United

3

States to conduct counterterrorism investigations, including the manner and means by which those investigations are carried out.

7.  I respectfully request that the Court treat the contents of the Sealed Exhibit, for security purposes, in the same manner as the contents were treated in the submission to the Court, and to return the Sealed Exhibit to the Department of Justice upon the disposition of the defendants' motions.  The Department of Justice will retain the Sealed Exhibit under the seal of the Court subject to any further orders of this Court or other courts of competent jurisdiction.

Pursuant to Title 28, United States Code, Section 1746, I declare under penalty of perjury that the foregoing is true and correct.  Executed on January _8_, 2007.

_____
Alberto R. Gonzales
Attorney General of the United States

4