## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

P. 39

| | | |
|---|---|---|
| **UNITED STATES** | ) | |
| | ) | |
| **v.** | ) | **Crim. No. 05-40026-FDS** |
| | ) | **FILED UNDER SEAL** |
| **MUHAMED MUBAYYID, and** | ) | |
| **EMADEDDIN MUNTASSER,** | ) | |
| | ) | |
| **Defendants.** | ) | |

DOCKETED

## (U) GOVERNMENT'S COMBINED UNCLASSIFIED MEMORANDUM IN OPPOSITION TO DEFENDANTS' MOTION TO SUPPRESS EVIDENCE OBTAINED FROM FISA SEARCHES AND SURVEILLANCE AND ALL FRUITS THEREOF, AND DEFENDANTS' MOTION FOR DISCLOSURE OR *EX PARTE* REVIEW OF MATERIALS RELATED TO SEARCHES AND SURVEILLANCE CONDUCTED PURSUANT TO FISA

183