```
            UNITED STATES DISTRICT COURT
             DISTRICT OF MASSACHUSETTS
```

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Crim. No. 05-40026-FDS |
| | ) | |
| MUHAMED MUBAYYID, and | ) | |
| EMADEDDIN Z. MUNTASSER, | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

**GOVERNMENT'S MOTION FOR EXTENSION OF TIME TO RESPOND TO MOTION TO DISSOLVE OR MODIFY PROTECTIVE ORDER AND UNSEAL DOCUMENTS**

The United States, by and through its attorney, Michael J. Sullivan, the United States Attorney for the District of Massachusetts, Aloke Chakravarty and Stephanie Siegmann, Assistant United States Attorneys, hereby moves to extend the time to file a response to defendants' Motion to Dissolve or Modify Protective Order Governing Discovery and Unseal All Sealed Filings of January 5, 2007. The government requests that the Court grant the government an additional two weeks, that is, until February 2, 2007, to fully respond to this request of the defendants.

As reasons therefore, the government states that in light of the recent litigation in this matter which has entailed extensive briefing and preparation, the government requests additional time to thoughtfully respond to the defendants' motion, and to coordinate with entities with equities in the information which the defendants seek to be unsealed. In addition, because the defendants' motion also seeks to unseal documents filed pursuant

to the Classified Information Procedures Act and the Foreign Intelligence Surveillance Act of 1978, as amended, the government must consult prior to responding appropriately.

WHEREFORE, the government respectfully requests that the Court GRANT this motion for extension of time allowing the government until February 2, 2007 to respond to the aforementioned defendants' motion of January 5, 2007.

Counsel for the defendants have assented to at least a one week enlargement of time.

>Respectfully submitted,
>
>MICHAEL J. SULLIVAN
>United States Attorney
>
>By:   /s/ Aloke Chakravarty
>      ALOKE S. CHAKRAVARTY
>      B. STEPHANIE SIEGMANN
>      Assistant U.S. Attorneys

Date: January 18, 2007


CERTIFICATE OF SERVICE

I hereby certify that this document will be served on this date, January 18, 2007 via Electronic Notice to counsel for the defendants in this case, Malick Ghachem, Esq. and Michael Andrews.

>  /s/ Aloke Chakravarty
>  ALOKE S. CHAKRAVARTY
>  ASSISTANT UNITED STATES ATTORNEY