# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) ) ) ) | |
| v. | ) ) | **CRIMINAL ACTION** <br> **NO. 05-40026-FDS** |
| MUHAMED MUBAYYID and <br> EMADEDDIN Z. MUNTASSER, <br> Defendants, | ) ) ) ) | |

### INTERIM STATUS REPORT
### January 29, 2007

**HILLMAN, M.J.**

The following is a Status Report to Saylor, J. to whom this case is assigned:

1. <u>Discovery</u>

The Government represents that they continue to provide discovery material to the Defendants. On January 23, 2007, the parties argued a discovery motion regarding Internal Revenue documents which this Court has taken under advisement. The Government represents that the transcripts and translations of Arabic language conversations is proceeding slowly. The Government estimates that they will need an additional six to eight weeks in order to complete the translation transcription process.

2. <u>Final Status Conference</u>

A final status conference shall be held in this case on March 5, 2007, at 2:30 p.m., in Courtroom 1, Fifth Floor, Donohue Federal Building, United States Courthouse, 595 Main Street,

Worcester, Massachusetts. That date is slightly more than six weeks from the date of the last status conference and this Court expects that the transcription translation process will have been completed by that time.

3. <u>Excludable Time</u>

At the request of the Government, and with consent of the counsel for the Defendants, I am excluding from the Speedy Trial Act, the period from January 22, 2007 (date of the expiration of the prior order of excludable time) through and including March 5, 2007 (the date of the Final Status Conference). Therefore, assuming no further order of excludable time under the plan for prompt disposition of criminal cases, this case must be tried on or before <u>Monday, May 14, 2007</u>.

/s/Timothy S. Hillman
TIMOTHY S. HILLMAN
MAGISTRATE JUDGE