# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | **CRIMINAL ACTION** |
| ) | **NO. 05-40026-FDS** |
| MUHAMED MUBAYYID and ) | |
| EMADEDDIN Z. MUNTASSER, ) | |
| Defendants, ) | |

## ORDER OF EXCLUDABLE TIME
### January 29, 2007

**HILLMAN, M.J.**

It is ordered pursuant to the provisions of 18 U.S.C. § 3161 (h)(8)(A), as interpreted by the United States Court of Appeals for this Circuit (<u>United States v. Jodoin</u>, 672 F.2d 232, 237 (1st Cir. 1982)), that the period from January 22, 2007 (date of expiration of prior order of excludable time) through and including March 5, 2007 (the date of the Final Status Conference) shall be excluded from the Speedy Trial Act.

/s/Timothy S. Hillman
TIMOTHY S. HILLMAN
MAGISTRATE JUDGE