

**U.S. Department of Justice**

*Michael J. Sullivan*
*United States Attorney*
*District of Massachusetts*

---

*Main Reception: (617) 748-3100*

*John Joseph Moakley United States Courthouse*
*1 Courthouse Way*
*Suite 9200*
*Boston, Massachusetts  02210*

February 2, 2007

***Via Electronic Notice***

The Honorable F. Dennis Saylor IV,
U.S. District Court Judge
Federal Courthouse
Donohue Federal Building
595 Main Street
Worcester, MA 01608

    Re:  United States v. Muhamed Mubayyid and Emadeddin Z. Muntasser
        <u>Criminal No. 05-40026-FDS</u>

Dear Judge Saylor:

    Pursuant to your request of January 19, 2007, the government has conferred with counsel for, and other officials of, the Internal Revenue Service ("IRS") regarding the defendants' discovery requests for tax filings, specifically IRS Forms 1023 (Application for Recognition of Exemption under Section 501(c)(3) of the Internal Revenue Code) and IRS Forms 990 (Return of Organization Exempt from Income Tax), for thirty-three unrelated organizations.

    With regards to the Forms 1023, the IRS has located these forms for 18 of the 33 organizations requested.  The IRS is still in the process of looking for the remainder of the Forms 1023, which are maintained on microfiche in Cincinnati, Ohio, but as of this date has been unable to uncover them.  The IRS has determined that at least one organization on the defendants' list, American Friends of Afghanistan, was not granted tax exempt status.  Accordingly, the IRS does not have any records with regards to this organization.

Judge Saylor
Page 2

After an organization is granted tax exempt status under 26 U.S.C. §501(c)(3), it is required to annually file an IRS Form 990 return only if its gross receipts exceed $25,000. Consequently, it is very likely that not all of the organizations on the defendants' list, assuming that they were all granted §501(c)(3) status with the exception of American Friends of Afghanistan, filed a Form 990 return for each year in which they were in existence.

With regards to the Forms 990 requested by the defendants for the unrelated organizations "for all years," the IRS advised that its retention policy for Forms 990 is six years. Thus, any Forms 990 that have been filed within the last six years are still within the possession, custody, and control of the IRS. After the six year retention period, the records are slated for destruction and destroyed within a certain period thereafter. There is an exception to this six year retention policy; if a Form 990 return is reviewed for audit purposes, that Form 990 will be retained for six years from the completion of the audit.

The Forms 990 are not electronically stored but rather the hard copies of these forms are stored in a storage facility at the IRS Service Center located in Ogden, Utah. It will take approximately four weeks to determine (1) if the IRS has any Forms 990 for each of the organizations on the defendants' list; and (2) for what years the Forms 990 for the organizations on the defendants' list exist in the records of the IRS.

Lastly, the defendants requested annual reports of the National Endowment for Democracy. It is unclear what type of annual reports this is seeking (e.g., annuals reports filed with state agencies or authorities; annual reports filed with federal agencies or authorities). It is unlikely that annual reports of the National Endowment for Democracy have been maintained in the records of the IRS unless such reports were attached to the Forms 990.

Judge Saylor
Page 3

    The government hopes this letter answers all of the Court's questions.

                                    Very truly yours,

                                    MICHAEL J. SULLIVAN
                                  United States Attorney

                   By:  /s/ B. Stephanie Siegmann
                          B. STEPHANIE SIEGMANN
                          ALOKE S. CHAKRAVARTY
                          Assistant U.S. Attorneys

cc:  Malick W. Ghachem, Esq., Counsel for Emadeddin Muntasser
     Michael C. Andrews, Esq., Counsel for Muhamed Mubayyid