```
              UNITED STATES DISTRICT COURT
               DISTRICT OF MASSACHUSETTS
```

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Crim. No. 05-40026-FDS |
| | ) | |
| MUHAMED MUBAYYID, and | ) | |
| EMADEDDIN Z. MUNTASSER, | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

### MOTION TO FILE ADDENDUM UNDER SEAL

Now comes the United States of America, by its attorneys, Michael J. Sullivan, United States Attorney for the District of Massachusetts, Aloke S. Chakravarty and B. Stephanie Siegmann, Assistant U.S. Attorneys, and hereby moves to file an Addendum to its Opposition to Motion to Dissolve or Modify Protective Order Governing Discovery And To Unseal All Sealed Filings In this Case under seal. The Addendum, which is being served upon counsel, elaborates on a point made in the Government's opposition as to the need to have a protective order governing public disclosure of materials produced in discovery. Specifically, the Addendum should remain sealed because in addition to public disclosure of information which may jeopardize the parties' interests in a fair trial, it also discloses identifying information about sensitive materials provided to the defendants through discovery, and also contains information about other individuals not before the court.

   Additionally, public disclosure of the information contained in this document would be contrary to the interests of justice.

                              Respectfully submitted,

                              MICHAEL J. SULLIVAN
                              United States Attorney


                         By:  /s/ Aloke S. Chakravarty
                              ALOKE CHAKRAVARTY
                              B. STEPHANIE SIEGMANN
                              Assistant U.S. Attorneys

Date: February 2, 2007


## Certificate of Service

   I do hereby certify that a copy of foregoing motion was served upon the counsel of record for the defendants by electronic notice, and the underlying Addendum was sent by electronic mail, on this 2nd day of February 2007.

                              /s/ Aloke S. Chakravarty
                              Aloke S. Chakravarty
                              Assistant U.S. Attorney