UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES )<br>)<br>v. )<br>)<br>MUHAMED MUBAYYID ) | Cr. No. 05-40026-FDS |

### MOTION TO MODIFY CONDITIONS OF PRETRIAL RELEASE
**(Assented to)**

Now comes the defendant, Muhamed Mubayyid, and respectfully moves this Honorable Court to modify the conditions of his pretrial release, specifically to remove him from electronic monitoring. Mr. Mubayyid has been on electronic monitoring since his release in May, 2005, approximately 20 months ago. He has consistently abided by all conditions of his pretrial release.

Undersigned counsel has conferred with counsel for the government, and has been informed that the government assents to the allowance of this motion. Upon information and belief, counsel for the government discussed the forgoing with Pretrial Services. Mr. Mubayyid will be required to abide by the remaining conditions of release, including reporting twice a week to Pretrial Services by telephone.

For the foregoing reasons, the defendant prays the Court allow this Motion.

        Respectfully Submitted,
        Muhamed Mubayyid
        By his attorney

        ___/s/ Michael C. Andrews___
        Michael C. Andrews
        21 Custom House Street
        Boston, Massachusetts 02110
        (617) 951-0072
        BBO# 546470