```
                  UNITED STATES DISTRICT COURT
                   DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA      )
                              )
         v.                   )     Crim. No. 05-40026-FDS
                              )
MUHAMED MUBAYYID, and         )
EMADEDDIN Z. MUNTASSER,       )
                              )
                              )
         Defendants.          )
```

**NOTICE OF APPEARANCE**

Please enter my appearance for the United States in the above captioned matter.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By: /s/ Donald L. Cabell
    Donald L. Cabell
    Assistant U.S. Attorney

1