```
              UNITED STATES DISTRICT COURT
               DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA      )
                              )
         v.                   )    Crim. No. 05-40026-FDS
                              )
MUHAMED MUBAYYID, and         )
EMADEDDIN Z. MUNTASSER,       )
                              )
                              )
         Defendants.          )
```

**MOTION TO UNSEAL TRANSCRIPT FROM MOTION TO DISMISS HEARINGS**

The United States, by and through its attorney, Michael J. Sullivan, the United States Attorney for the District of Massachusetts, Aloke S. Chakravarty and B. Stephanie Siegmann, Assistant United States Attorneys, and respectfully requests that transcripts from the motion to dismiss hearings be unsealed so that they may be distributed to counsel for the parties. As reasons therefor, the Government states that the transcripts of the motion to dismiss hearings were sealed based on the discussion of potentially sensitive information which was subject to a protective order. The Government has, in its opposition to the defendants' motion to unseal all filings, recommended that these transcripts be unsealed. Allowance of this motion would permit the court reporter to expeditiously provide the transcripts to the parties.

Defendant Muntasser requested the transcripts and counsel has assented to this motion.

```
                              Respectfully submitted,

                              MICHAEL J. SULLIVAN
                              United States Attorney


                      By:    /s/ Aloke Chakravarty
                              ALOKE S. CHAKRAVARTY
                              B. STEPHANIE SIEGMANN
                              Assistant U.S. Attorneys
```

Date: March 6, 2007

CERTIFICATE OF SERVICE

    I hereby certify that this document will be served on this date, March 6, 2007 via Electronic Notice to counsel for the defendants in this case, Malick Ghachem, Esq. and Michael Andrews.

```
                               /s/ Aloke Chakravarty
                              ALOKE S. CHAKRAVARTY
                              ASSISTANT UNITED STATES ATTORNEY
```