UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.    )<br>)<br>MUHAMED MUBAYYID, and )<br>EMADEDDIN Z. MUNTASSER, )<br>and )<br>SAMIR AL-MONLA a/k/a )<br>SAMIR ALMONLA,    )<br>)<br>Defendants.    ) | Crim. No. 05-40026-FDS |

### GOVERNMENT'S MOTION TO SEAL INDICTMENT

Pursuant to Fed. R. Crim. P. 6(e)(4), the United States of America hereby moves this Court to direct that the indictment be sealed (and that no person shall disclose the return of the indictment except when necessary for the issuance and execution of a warrant) until defendant Samir Al-Monla a/k/a Samir Almonla is in custody in the above-captioned case and the Court has ordered the indictment unsealed.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By: /s/
B. STEPHANIE SIEGMANN
ALOKE CHAKRAVARTY
Assistant U.S. Attorneys

Date: March 8, 2007

Motion GRANTED.

3.8.2007

/s/
U.S.D.J.