UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Crim. No. 05-40026-FDS |
| ) | |
| MUHAMED MUBAYYID, ) | |
| EMADEDDIN Z. MUNTASSER, ) | |
| SAMIR AL-MONLA a/k/a ) | |
| SAMIR ALMONLA, ) | |
| ) | |
| Defendants. ) | |

## GOVERNMENT'S MOTION TO UNSEAL SUPERSEDING INDICTMENT

The United States of America hereby moves this Court to direct that the indictment be unsealed. In support of this motion, the government states that the defendant Samir Al-Monla a/k/a Samir Almonla was arrested on the morning of March 9, 2007, and that there is no further reason to keep the indictment secret.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By: _____
B. STEPHANIE SIEGMANN
ALOKE S. CHAKRAVARTY
Assistant U.S. Attorneys

Date: March 9, 2007

3/9/2007
ALLOWED by the Court
*Dana B Roland*
Deputy Clerk