UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Crim. No. 05-40026-FDS |
| ) | |
| MUHAMED MUBAYYID, and ) | |
| EMADEDDIN Z. MUNTASSER, ) | |
| and ) | |
| SAMIR AL-MONLA a/k/a ) | |
| SAMIR ALMONLA, ) | |
| ) | |
| Defendants. ) | |

**ASSENTED-TO GOVERNMENT'S MOTION TO MODIFY**
**JUDGE HILLMAN'S DISCOVERY ORDER OF APRIL 24, 2007**

With the assent of the defendants, the government hereby moves to modify this Court's discovery order of April 24, 2007 with regards to the provision allowing the defendants propound interrogatories and requiring the government to respond to such interrogatories. Such use of a civil discovery tool in a criminal case is unprecedented in this district. Accordingly, the government respectfully requests, with the assent of all three defendants, that the discovery order be modified to provide for an evidentiary hearing in lieu of interrogatories. At such evidentiary hearing, the Internal Revenue Service will make Marvin Friedlander available to testify on the subject matter of the Form 1023 revision process between 2000-2004. If due to scheduling conflicts or work obligations, Mr. Friedlander is unavailable, the Internal Revenue Service will designate another knowledgeable representative to testify on this subject.

1

The government further moves that the execution of the interrogatories provision of the Court's Discovery Order of April 24, 2007 be stayed until the disposition of this motion. The parties request that the evidentiary hearing be scheduled between May 29, 2007 and June 6, 2007.

                    Respectfully submitted,

                    MICHAEL J. SULLIVAN
                    United States Attorney

              By: /s/ B. Stephanie Siegmann
                    B. STEPHANIE SIEGMANN
                    ALOKE CHAKRAVARTY
                    DONALD CABELL
                    Assistant U.S. Attorneys

Date: May 1, 2007