# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA, )<br> )<br>           v.                                       )<br> )<br>MUHAMED MUBAYYID, )<br>EMADEDDIN Z. MUNTASSER and )<br>SAMIR AL-MONLA, )<br>           Defendants,                   )<br> ) | CRIMINAL ACTION<br>NO. 05-40026-FDS |

## ORDER OF EXCLUDABLE TIME
### May 11, 2007

**HILLMAN, M.J.**

It is ordered pursuant to the provisions of 18 U.S.C. § 3161 (h)(8)(A), as interpreted by the United States Court of Appeals for this Circuit (<u>United States v. Jodoin</u>, 672 F.2d 232, 237 (1st Cir. 1982)), that the period from March 5, 2007 (date of expiration of prior order of excludable time) through and including April 26, 2007 (the date of the Scheduled Status Conference) shall be excluded from the Speedy Trial Act.

/s/Timothy S. Hillman
TIMOTHY S. HILLMAN
MAGISTRATE JUDGE