UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
UNITED STATES OF AMERICA       )
                               )
            v.                 )   Crim. No. 05-40026-FDS
                               )
MUHAMED MUBAYYID, and          )
EMADEDDIN Z. MUNTASSER,        )
and                            )
SAMIR AL-MONLA a/k/a           )
SAMIR ALMONLA,                 )
                               )
            Defendants.        )
```

**JOINT MOTION TO CONTINUE FILING DEADLINES FOR PRE-TRIAL MOTIONS REGARDING SCHEDULING AND POTENTIAL ADVICE OF COUNSEL DEFENSE**

The government and defendants jointly move to continue the deadline for filing pre-trial motions regarding scheduling and defendant Muntasser's potential advice of counsel defense by one business day, from May 18, 2007 until May 21, 2007. The parties further move to continue the deadline for filing any responses to these motions from May 24, 2007 until 12:00 p.m. on May 25, 2007.

Respectfully submitted,

| | |
|---|---|
| MUHAMED MUBAYYID<br>Defendant | MICHAEL J. SULLIVAN<br>United States Attorney |
| By: /s/ Michael C. Andrews<br>    Michael C. Andrews, Esq. | By: /s/ B. Stephanie Siegmann<br>    B. STEPHANIE SIEGMANN<br>    ALOKE CHAKRAVARTY<br>    DONALD CABELL<br>    Assistant U.S. Attorneys |
| EMADEDDIN MUNTASSER<br>Defendant | |
| By: /s/ David Duncan<br>    Norman S. Zalkind, Esq.<br>    Elizabeth Lunt, Esq.<br>    David Duncan, Esq. | |
| SAMIR AL-MONLA<br>Defendant | |
| By: /s/ Charles P. McGinty<br>    Charles P. McGinty, Esq. | |