UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
UNITED STATES OF AMERICA      )
                              )
            v.                )    Crim. No. 05-40026-FDS
                              )
MUHAMED MUBAYYID, and         )
EMADEDDIN Z. MUNTASSER,       )
and                           )
SAMIR AL-MONLA a/k/a          )
SAMIR ALMONLA,                )
                              )
            Defendants.       )
```

**GOVERNMENT'S MOTION FOR LEAVE TO FILE**
**MOTION IN EXCESS OF TWENTY PAGES**

The United States of America hereby moves, pursuant to Local Rule 7.1(b)(4), for leave to file its Motion for Notice in Advance of Trial of Advice of Counsel Defense, or Alternatively, Ruling that Any Communications Between Defendant Muntasser (or Any Other Care/Alkifah Representative) and Abdullah Bade Not Protected As Privileged, which is in excess of twenty pages. As reasons therefore, the government states that this motion raises complex factual and legal issues and is only one page over the twenty page limit.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By:  /s/ B. Stephanie Siegmann
     B. STEPHANIE SIEGMANN
     ALOKE CHAKRAVARTY
     DONALD CABELL
     Assistant U.S. Attorneys

Date: May 21, 2007

<u>Certificate of Service</u>

I do hereby certify that a copy of foregoing motion was served upon the counsel of record for the defendants by electronic notice on this 22nd day of May 2007.

<u>/s/ B. Stephanie Siegmann</u>
B. Stephanie Siegmann
Assistant U.S. Attorney