UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br> )<br>       v.               )<br> )<br>MUHAMED MUBAYYID,        )<br>EMADEDDIN Z. MUNTASSER,  )<br>SAMIR AL-MONLA.          )<br> )<br>       Defendants.       ) | Crim. No. 05-40026-FDS |

### GOVERNMENT'S MOTION TO CONTINUE HEARING
### (ASSENTED TO)

The United States, by and through its attorney, Michael J. Sullivan, the United States Attorney for the District of Massachusetts, Aloke Chakravarty, Stephanie Siegmann, and Don Cabell, Assistant United States Attorneys, hereby moves to continue the hearing regarding the amendment process to IRS Form 1023, currently scheduled before the Magistrate Judge scheduled for Friday June 1, 2007 at 10:00am to June 13, 2007, or other date convenient for the court and counsel.  As reasons therefore, the government states that it just learned that the witness to be examined by the defense, who is located in Washington, D.C. has taken ill, and a brief continuance is requested to accommodate the witness and counsel's schedules.  There is a status hearing scheduled before the District Judge in this matter on June 13, 2007 at 2:00pm, and for the convenience of the parties, the government recommends that this hearing can follow that one. Counsel for the defendants have assented to this motion.

```
                              Respectfully submitted,
                              MICHAEL J. SULLIVAN
                              United States Attorney


                         By:  /s/ Aloke Chakravarty
                              ALOKE S. CHAKRAVARTY
                              B. STEPHANIE SIEGMANN
                              DON CABELL
                              Assistant U.S. Attorneys
```

Date: May 31, 2007

CERTIFICATE OF SERVICE

    I hereby certify that I have caused this document to be sent to defendants' counsel by electronic notice on this date, May 31, 2007.

```
                               /s/ Aloke Chakravarty
                              ALOKE CHAKRAVARTY
                              ASSISTANT UNITED STATES ATTORNEY
```