```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA      )
                              )
          v.                  )    Crim. No. 05-40026-FDS
                              )
MUHAMED MUBAYYID,             )
EMADEDDIN Z. MUNTASSER, and   )
SAMIR AL-MONLA,               )
                              )
          Defendants.         )
```

**GOVERNMENT'S PROPOSED SCHEDULE FOR EARLY DESIGNATION OF TRIAL EXHIBITS AND WITNESSES**

The United States, by and through its attorney, Michael J. Sullivan, the United States Attorney for the District of Massachusetts, Aloke Chakravarty and Donald L. Cabell, Assistant United States Attorneys, while reserving its rights to update as necessary, hereby proposes the following early designation schedule of Trial Exhibits and Witnesses.  A proposed order is attached.

  1. **Trial Exhibits**

On or before July 27, 2007, the government will designate for the defendants a preliminary list of expected trial exhibits for its case-in-chief.  This list will be updated by the government on or before September 14, 2007, and to the extent necessary, thereafter.

The defendants will designate for the government their expected trial exhibit list on or before October 12, 2007, and to the extent necessary, thereafter.

1

2. **Trial Witnesses**

On or before September 14, 2007, the government will designate for the defendants a preliminary list of expected trial witness for its case-in-chief.  This list will be updated by the government on October 12, 2007, and to the extent necessary, thereafter.

The defendants will designate for the government a preliminary list of expected trial witnesses on or before October 12, 2007, and if necessary, thereafter.

3. **Jencks and Giglio materials**

The government intends to produce Jencks materials to the defendants on or before September 28, 2007, and seasonably thereafter, unless reasons exist to follow procedures such as those of 18 U.S.C. §3500(c).  The government expects that the defendants will produce whatever statements pertain to their witnesses, as applied in Jencks, on or before November 1, 2007.

Any Giglio materials which are not otherwise produced beforehand, will be produced by October 12, 2007, unless reasons exist to follow procedures such as Local Rule 116.6(B).

These dates are intended as objective goals to which the parties will diligently attempt to adhere using their best efforts.

4. **Materials relied upon by Experts**

The parties have agreed to discuss the issue of materials

relied upon by experts in Court on June 13, 2007.

5. **Defense Notice of Advice of Counsel defense**

The defendants have not agreed to provide advanced notice of their intent to assert an Advice of Counsel defense regardless of early disclosure of Jencks material. The government has briefed the reasons why this is unacceptable in its briefing on this issue. Rather, the defense proposes issuing a subpoena for certain documents from Attorney Bade to the court pursuant to Fed. R. Crim. P. 17(c). Under the defense plan, the defendants will identify for the Court in an *in camera*, *ex parte* setting which documents they believe are privileged. The defense plan will necessarily require the Court to determine whether those materials are privileged, and whether the government can ask any questions of Mr. Bade. The government does not object to so much of this proposal that it assists the court in resolving the government's motion For Notice in Advance of Trial of Advice of Counsel Defense or Alternatively, Ruling That Any Communications Between Defendant Muntasser (or Any Other Care/AlKifah Representative) and Abdullah Bade Not Protected as Privileged.

The defendants are in general agreement with all but paragraph 5 of this proposed schedule.

WHEREFORE, the government respectfully requests that the Court GRANT the attached proposed exhibit and witness list designation order.

                              Respectfully submitted,
                              MICHAEL J. SULLIVAN
                              United States Attorney

                       By:  /s/ Aloke S. Chakravarty
                              ALOKE S. CHAKRAVARTY
                              DONALD L. CABELL
                              B. STEPHANIE SIEGMANN
                              Assistant U.S. Attorneys

Date: June 12, 2007

```
                  UNITED STATES DISTRICT COURT
                    DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA         )
                                 )
           v.                    )   Crim. No. 05-40026-FDS
                                 )
MUHAMED MUBAYYID,                )
EMADEDDIN Z. MUNTASSER, and      )
SAMIR AL-MONLA,                  )
                                 )
           Defendants.           )
```

**ORDER**

1. **Trial Exhibits**

On or before July 27, 2007, the government will designate for the defendants a preliminary list of expected trial exhibits for its case-in-chief. This list will be updated by the government on or before September 14, 2007, and if necessary, thereafter.

The defendants will designate for the government their expected trial exhibit list on or before October 12, 2007, and if necessary, thereafter.

2. **Trial Witnesses**

On or before September 14, 2007, the government will designate for the defendants a preliminary list of expected trial witness for its case-in-chief. This list will be updated by the government on October 12, 2007, and if necessary, thereafter.

The defendants will designate for the government a list of expected trial witnesses on or before October 12, 2007, and if necessary, thereafter.

_____
F. Dennis Saylor, IV
United States District Judge

June 13, 2007

CERTIFICATE OF SERVICE

    I hereby certify that I have sent this document on this date, June 12, 2007 via electronic notice to counsel for the defendants in this case.

                                  /s/ Aloke Chakravarty
                              ALOKE CHAKRAVARTY
                              ASSISTANT UNITED STATES ATTORNEY