# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

_____
                                        )
**UNITED STATES of AMERICA**            )
                                        )
      **v.**        )    **Criminal No.**
                                        )    **05-40026-FDS**
**MUHAMED MUBAYYID,**                   )
**EMADEDDIN Z. MUNTASSER, and**         )
**SAMIR AL-MONLA,**                     )
                                        )
    **Defendants.**           )
                                        )
_____

## ORDER ON DESIGNATION OF TRIAL EXHIBITS, WITNESSES, AND DISCLOSURE OF CERTAIN MATERIALS

**SAYLOR, J.**

Defendant Samir Al-Monla has moved that the government provide an early designation of its trial exhibits in order to reduce the burden on the defense in preparing for trial. At a conference before the Court on May 29, 2007, the parties and the Court discussed whether a more comprehensive schedule for pretrial disclosures would be advisable, given the relative complexity of the case and the relatively late addition of defendant Al-Monla by superseding indictment. Pursuant to that discussion, on June 12, 2007, the government submitted a proposed schedule for early designation of trial exhibits and witnesses. At a conference on June 13, the defendants indicated their general assent to that timetable, with some minor modifications.

Accordingly, and in order to promote a fair trial without undue inefficiency or delay, the Court hereby orders the following:

**1.**    **Designation of Trial Exhibits**

On or before July 27, 2007, the government shall provide the defendants a preliminary list

of the exhibits that it expects to offer in its case-in-chief. Although the list will be preliminary, the government shall attempt in good faith to provide a reasonably accurate list.

On or before September 14, 2007, the government shall provide an updated list. On or before October 30, 2007, the government shall provide a final list, which may be amended thereafter only with leave of court.

On or before October 12, 2007, defendants shall provide the government with a list of the exhibits that it expects to offer.

**2.      Designation of Trial Witnesses**

On or before September 14, 2007, the government shall provide the defendants a preliminary list of the witnesses that it expects to call in its case-in-chief. Although the list will be preliminary, the government shall attempt in good faith to provide a reasonably accurate list.

On or before October 12, 2007, the government shall provide a final list, which may be amended thereafter only with leave of court.

On or before October 12, 2007, defendants shall provide the government with a list of the witnesses that it expects to call.

**3.      Jencks Materials**

On or before September 28, 2007, the government will voluntarily produce witness statements and similar materials pursuant to the Jencks Act, 18 U.S.C. § 3500. The government will update its submissions as necessary if additional witnesses are identified. If the government intends to utilize the procedures set forth in 18 U.S.C. § 3500(c), it shall invoke those procedures on or before September 14, 2007.

On or before November 1, 2007, defendants will voluntarily produce witness statements in

2

their possession (so-called "reverse Jencks").

**4.**      ***Giglio* Materials**

On or before October 12, 2007, the government shall produce all information and materials required to be produced under Local Rule 116.2(B)(2), or pursuant to their obligations under *Giglio v. United States*, 405 U.S. 150 (1972), and related cases.  If the government intends to utilize the procedures set forth in Local Rule 116.2(B), it shall invoke those procedures on or before October 12, 2007.

**5.**      **Materials Relied Upon by Experts**

On or before September 14, 2007, the government shall produce all materials upon which its testifying experts relied in rendering any opinions that are expected to be offered at the trial.

**So Ordered.**

/s/ F. Dennis Saylor
F. Dennis Saylor IV
United States District Judge

Dated:  June 20, 2007

3