UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES )<br>)<br>v. )<br>)<br>MUHAMED MUBAYYID ) | Cr. No. 05-40026-FDS |

## MOTION TO MODIFY CONDITIONS OF PRETRIAL RELEASE
**(Assented to)**

Now comes the defendant, Muhamed Mubayyid, and respectfully moves this Honorable Court to modify the conditions of his pretrial release so that he may travel to Waterville Valley with his wife and three children for the weekend of August 18-20, 2007.

Undersigned counsel has conferred with counsel for the government, and has been informed that there is no objection to the allowance of this motion.

For the foregoing reasons, the defendant prays the Court allow this Motion.

Respectfully Submitted,
Muhamed Mubayyid
By his attorney

   /s/ Michael C. Andrews
Michael C. Andrews
21 Custom House Street
Boston, Massachusetts 02110
(617) 951-0072
BBO# 546470