## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br> )<br> )<br>v.     )<br> )<br>MUHAMED MUBAYYID, )<br>EMADEDDIN Z. MUNTASSER, and )<br>SAMIR AL-MONLA, )<br>        Defendants,    ) | **CRIMINAL ACTION<br>NO. 05-40026-FDS** |

### INTERIM STATUS REPORT
### July 31, 2007

**HILLMAN, M.J.**

The following is an Interim Status Report to Saylor, J. to whom this case is assigned:

1. Discovery

The Government has recently provided the Defendants with their initial disclosures and proposed trial materials. The Defendants are in the process of evaluating that information and determining whether or not they will be filing any discovery motions. The Defendant Samir Al-Monla is relatively new to the case and his attorney is in the final evaluation stages of the initial discovery material. All parties have requested one final continuance in order to complete their discovery reviews and to determine whether or not to file any additional discovery motions. I have granted that request.

2.Final Status Conference

A final status conference shall be held in this case on September 20, 2007, at 2:30 p.m., in Courtroom 16, Fifth Floor, John Joseph Moakley United States Courthouse, 1 Courthouse Way, Boston, Massachusetts.

3.Excludable Time

At the request of the Government, and with consent of the counsel for the Defendants, I am excluding from the provisions of the Speedy Trial Act, the period from July 17, 2007 (date of the expiration of the prior order of excludable time) through and including September 20, 2007 (the date of the Final Status Conference). Therefore, assuming no further order of excludable time under the plan for prompt disposition of criminal cases, this case must be tried on or before Thursday, November 29, 2007.

/s/Timothy S. Hillman
TIMOTHY S. HILLMAN
MAGISTRATE JUDGE