UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.    ) | CRIMINAL NO. 05-40026-FDS |
| ) | |
| MUHAMED MUBAYYID,   ) | |
| EMADEDDIN MUNTASSER,  ) | |
| SAMIR AL-MONLA    ) | |

DEFENDANTS' MOTION FOR DISCOVERY
OF RECORDINGS OF CONVERSATIONS

   Defendants respectfully move for disclosure of recordings of conversations of Kifah Jayyousi and/or Adham Hassoun as set forth in the attached list.  These recordings were requested by the defense in a letter sent to the government on September 11, 2007.  The government replied by letter dated September 14, 2007, declining production and saying that the requests were burdensome.

   As grounds for this motion, defendants state that the government proposes to offer at trial recordings of several conversations between Messrs. Jayyousi and Hassoun and certain of the defendants during the period 1994-98.  The government did not provide a complete copy of the recordings in routine discovery.  Consequently, defendants seek a comprehensive copy of all recordings between the men, not wishing to be restricted to the few recordings which the government proposes to play at trial, and seeking the additional recordings to more comprehensively show the reasons for communications between the men.  The

government has demurred, primarily arguing that "the resources and time required to travel, collect, isolate, and duplicate the 68 conversations" would interfere with trial preparation.  The defense suggests that it has no intention of burdening the government's preparation, and instead expects that the recordings are preserved and maintained by the federal government in some accessible form and could be accessed by government technicians, an effort which would require little from these prosecutors.  For these reasons, defendants seek an order of this Court mandating disclosure of the recordings.

SAMIR AL-MONLA
By his attorney,

/s/ Charles P. McGinty

Charles P. McGinty
  B.B.O. #333480
Federal Defender Office
408 Atlantic Avenue, 3rd Floor
Boston, MA  02110
Tel: 617-223-8061

CERTIFICATE OF SERVICE

I hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on September 19, 2007.

/s/ Charles P. McGinty

Charles P. McGinty