# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>MUHAMED MUBAYYID and<br>EMADEDDIN Z. MUNTASSER,<br>       Defendants, | CRIMINAL ACTION<br>NO. 05-40026-FDS |

### ORDER ON DEFENDANTS' MOTION FOR DISCOVERY OF RECORDINGS OF CONVERSATIONS
### October 19, 2007

   After review of all of the summary sheets provided by the Government (Bates # 0001-1047 which involve 94 separate telephone conversations) I grant the Defendant's motion with respect to the following conversations:
   - Bates # 688 dated 1/20/96.
   - Bates # 651-653 dated 9/2/96.
   - Bates # 603-604 dated 10/25/96.
   - Bates # 616 dated 10/26/96.
   - Bates # 615 dated 11/3/96.
   - Bates # 612-613 dated 11/7/96.
   - Bates # 189-191 dated 12/10/96.
   - Bates # 660-664 dated 12/10/96.
   - Bates # 568-570 dated 12/19/96.
   - Bates # 627-628 dated 1/3/97.
   - Bates # 1031-1033 dated 1/3/97.
   - Bates # 686-687 dated 3/30/97.
   - Bates # 180 dated 4/19/97.

   With respect to the following conversations, the government's letter to the defendants dated September 5, 2006 indicates that the tapes will be provided so the defendants' motion is granted with respect to them:
   - Bates # 534-536 dated 1/19/96.
   - Bates # 557 dated 9/26/96.
   - Bates # 194-195 dated 11/21/96.

In all other respects the defendants' motion is denied.

/s/Timothy S. Hillman
TIMOTHY S. HILLMAN
MAGISTRATE JUDGE