# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>)<br>v.            )<br>)<br>MUHAMED MUBAYYID,      )<br>EMADEDDIN Z. MUNTASSER and )<br>SAMIR AL-MONLA       )<br>    Defendants,      )<br>) | **CRIMINAL ACTION**<br>**NO. 05-40026-FDS** |

### FINAL STATUS CONFERENCE
### October 29, 2007

**HILLMAN, M.J.**

The following is a Final Status Report to Saylor, J.,. to whom this case is assigned:

**1.  Local Rule 116.5 (C) (1)** - <u>Outstanding Discovery</u>

There are no outstanding discovery issues that have yet to be presented or resolved at this time.

**8.  Local Rule 116.5 (C) (8)** - <u>Excludable Time</u>

I am excluding from the Speedy Trial Act, the period from September 20, 2007 (date of expiration of prior order of excludable time) through and including October 25, 2007 (date of the next Status Conference before Judge Saylor).  I am excluding this time, in accordance with 18 U.S.C. §3161(h)(1)(F), as delay resulting from the filing of pretrial motions/disposition thereon, and  §3161(h)(8)(A), because the ends of justice outweigh the interests of the defendant and the

public in a speedy trial.

    /s/Timothy S. Hillman
TIMOTHY S. HILLMAN
MAGISTRATE JUDGE