# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>)<br>v.  )<br>)<br>MUHAMED MUBAYYID, )<br>EMADEDDIN Z. MUNTASSER and )<br>SAMIR AL-MONLA )<br>    Defendants, )<br>) | **CRIMINAL ACTION<br>NO. 05-40026-FDS** |

## ORDER OF EXCLUDABLE TIME
### October 29, 2007

**HILLMAN, M.J.**

It is ordered pursuant to the provisions of 18 U.S.C. § 3161 (h)(8)(A), as interpreted by the United States Court of Appeals for this Circuit (United States v. Jodoin, 672 F.2d 232, 237 (1st Cir. 1982)), that the period from September 20, 2007 (the date of the expiration of the prior order of excludable time) through and including October 25, 2007 (date of the next Status Conference before Judge Saylor shall be excluded from the Speedy Trial Act.

                                                          /s/Timothy S. Hillman
                                                          TIMOTHY S. HILLMAN
                                                          MAGISTRATE JUDGE