UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
UNITED STATES OF AMERICA      )
                              )
          v.                  )    Crim. No. 05-40026-FDS
                              )
MUHAMED MUBAYYID, and         )
EMADEDDIN Z. MUNTASSER,       )
and                           )
SAMIR AL-MONLA a/k/a          )
SAMIR ALMONLA,                )
                              )
          Defendants.         )
```

## GOVERNMENT'S EXHIBIT LIST

The United States of America, by Michael J. Sullivan, United States Attorney, and Assistant United States Attorneys B. Stephanie Siegmann, Aloke S. Chakravarty, and Donald L. Cabell, hereby submits this Exhibit List in the above-captioned action. The government reserves the right to supplement, modify, or withdraw items from this list.

                    Respectfully submitted,

                    MICHAEL J. SULLIVAN
                    United States Attorney

              By: /s/ B. Stephanie Siegmann
                    B. STEPHANIE SIEGMANN
                    ALOKE S. CHAKRAVARTY
                    DONALD L. CABELL
                    Assistant U.S. Attorneys

Date: October 30, 2007

<u>Certificate of Service</u>

    I do hereby certify that a copy of foregoing was served upon the counsel of record for the defendants by electronic notice on this 30th day of October 2007.

                <u>/s/ B. Stephanie Siegmann</u>
                B. Stephanie Siegmann

| Exhibit # | Document ID | Description |
|---|---|---|
| | | **TAX RECORDS** |
| 1 | | IRS Form Package 1023 dated September 1990 with instructions |
| 2 | | IRS Form 1023 file for Care International Application for 501(c)(3) status |
| 3 | | Certification of Lack of Record - Tax Identification Number - 11-2910960 |
| 4 | | Certification of Lack of Record - Al-Kifah Refugee Center |
| 5 | Please See USAO-MUB0000876 et seq. | Care International tax return (IRS Form 990) for 1993 |
| 6 | " | Care International original and revised tax return (IRS Form 990) for 1994 dated 2/7/96 and 4/7/96. |
| 7 | " | Care International tax return (IRS Form 990) for 1995 dated 9/10/96 |
| 8 | " | Care International tax return (IRS Form 990) for 1996 dated 2/16/98. |
| 9 | " | Care International tax return (IRS Form 990) for 1997 dated 6/7/02. |
| 10 | " | Care International tax return (IRS Form 990) for 1998dated 2/16/00. |
| 11 | " | Care International tax return (IRS Form 990) for 1999 dated 11/4/00. |
| 12 | " | Care International tax return (IRS Form 990) for 2000 dated 7/30/01. |
| 13 | " | Care International tax return (IRS Form 990) for 2001 dated 10/9/02. |
| 14 | " | Care International incomplete tax return (IRS Form 990) for 2002 dated 8/15/03. Several follow-up correspondence from the IRS dated 10/2/03 to 5/17/04 |
| 15 | " | Care International tax return (IRS Form 990-EZ) for 2003dated 11/15/04. |
| 16 | | Business Master On-Line Transcript re Care Form 990 for tax year 1993 |
| 17 | | Business Master On-Line Transcript re Care Form 990 for tax year 1994 |
| 18 | | Business Master On-Line Transcript re Care Form 990 for tax year 1995 |
| 19 | | Business Master On-Line Transcript re Care Form 990 for tax year 1996 |
| 20 | | Business Master On-Line Transcript re Care Form 990 for tax year 1997 |
| 21 | | Business Master On-Line Transcript re Care Form 990 for tax year 1998 |
| 22 | | Business Master On-Line Transcript re Care Form 990 for tax year 1999 |
| 23 | | Business Master On-Line Transcript re Care Form 990 for tax year 2000 |

| 24 | | Business Master On-Line Transcript re Care Form 990 for tax year 2001 |
|----|----|----|
| 25 | | Business Master On-Line Transcript re Care Form 990 for tax year 2002 |
| 26 | | Business Master On-Line Transcript re Care Form 990 for tax year 2003 |
| | | **MASSACHUSETTS PUBLIC RECORDS** |
| 27 | | Certified copies of Articles of organization filed with the Commonwealth of Massachusetts on behalf of Care International dated 4/11/93 and Annual Reports of Care International |
| 28 | | Documents submitted to the State Attorney General's Office Public Charities Division |
| | | **MUNTASSER'S IMMIGRATION RECORDS (A-FILE)** |
| 29 | | I-485 package |
| 30 | | Letter from Khalid Naseem to INS |
| 31 | | N-400 package with notes of Immigration Officer Saucier |
| 32 | | Letter from Jeremiah Friedman to CIS |
| 33 | USAO-MUB - 000000677-679 | Muntasser Interview Transcript conducted by CBP Officer Fernandez |
| | | **RECORDS FROM AL-KIFAH REFUGEE CENTER BROOKLYN** |
| 34 | CI 00808-810 (dup copy CI 868, 870-871) | Letter addressed to Br Emadeddin Muntasser dated December 17, 1991 with envelope |
| 35 | CI 0815 | Envelope addressed to Afghan Refugees Service Inc. |
| 36 | CI 0818 | Envelope addressed to Alkifah Refugee Service |
| 37 | CI 0910 | Envelope addressed to Alkifah Refugee Center |
| 38 | CI 0821 | Envelope addressed to Alkifah Refugee Center |
| 39 | CI 0848 | Solicitation of Alkifah Refugee Center Boston entitled "A Call for Jihad in Bosnia" |
| 40 | CI 0865 | Solicitation of Alkifah Refugee Center Boston signed by Abu Abdulrahman |
| 41 | CI0866, 883-886 | Zakat Calculation Guide of Alkifah Refugee Center Boston |
| 42 | CI 0869 | Solicitation of Alkifah Refugee Center entitled "Afghanistan and the Western Media" |
| 43 | CI 0875-877 | Al Hussam dated February 5, 1993 |
| 44 | CI 0882 | Al Hussam dated April 2, 1993 |

| 45 | CI 0879-881 | Al Hussam dated April 16, 1993 |
| 46 | | Letter from "Hassan" at the Al-Kifah Zagreb office to the Al-Kifah Refugee Center, 552 Atlantic Avenue; Brooklyn, NY. Dated July 11, 1993. |
| | | **NEWS REPORTS AND NY PUBLIC RECORDS** |
| 47 | | 4/11/93 *New York Times* article |
| 48 | | *Newsweek* magazine article on Alkifah Refugee Center: Bill Turque *et al*, "The Trail to 'the Jihad Office'," *Newsweek*, 29 March 1993. |
| 49 | | NY State Government records for Afghan Refugee Center: incorporation documents |
| 50 | | NY State Government records for Afghan Refugee Center: change of name documents |
| | | **MATERIALS FROM RABAH AHMED** |
| 51 | CI 1035-1036 | Tape A produced by Rabah Ahmed |
| 52 | CI 1037-1039 | Tape B produced by Rabah Ahmed  (audiocassette holder marked Alkifah Refugee Center, 1085 Commonwealth Ave., Suite 125, Boston, MA 02215) |
| 53 | CI 1040-1042 | Tape C produced by Rabah Ahmed (audiocassette holder marked Alkifah Refugee Center, 1085 Commonwealth Ave., Suite 125, Boston, MA 02215) |
| | | **MATERIALS FROM ROBERT SQUIRES** |
| 54 | | Al-Hussam, 12/17/93 |
| 55 | | Al-Hussam, 1/28/94 |
| 56 | | Al-Kifah Zakat Calculation Guide dated 1993 |
| 57 | | Care Zakat Calculation Guide dated 1999 |
| | | **RECORDS FROM STORAGE USA** |
| 58 | | New Customer Information Sheet |
| 59 | | Storage Rental Agreement |
| 60 | | Account History |
| 61 | | Copy of Mubayyid's Driver's License |
| | | **FISA SEARCH OF STORAGE LOCKER DOCUMENTS** |
| 62 | CIF 0297-298 | Memo from Muntasser to Al Monla 6/7/96 |
| 62A | | Translation of CIF 297-298 |

| 63 | CIF 307, 309, 311 | Arabic Meeting Minutes 4/23/95 |
| 63A | | Translation of CIF 307, 309, 311 |
| 64 | CIF 327, 330-331 | Arabic Meeting Minutes (undated) |
| 64A | | Translation of CIF 327, 330-331 |
| 65 | CIF 0325 | Arabic handwritten documents regarding trip to Peshawar |
| 65A | | Translation of CIF 325 |
| 66 | CIF 0332 | Pledge of support to Hekmatyar |
| 66A | | Translation of CIF 332 |
| 67 | CIF 0323 | Draft of Pledge of support (CIF0332) |
| 67A | | Translation of CIF 323 |
| 68 | CIF 0346 | Arabic notes entitled "Cooperate on piety and fidelity" |
| 68A | | Translation of CIF 346 |
| 69 | CIF 0382 | Arabic notes dated 9/24/98 |
| 69A | | Translation of CIF 382 |
| 70 | CIF 0475 | Sir Speedy invoice |
| 71 | CIF 0501 | Sheik Abdallah Azzam photo |
| 72 | CIF 0499-500, 548 | Email to CAREBOSTON@aol.com from Azzam Publications |
| 73 | CIF 0514-15 | IRS 501(c)(3) correspondence dated July 11, 2000 |
| 74 | CIF 0524 | GRF Donation Summary 1998 |
| 75 | CIF 0540 | Breakdown of General relief and expenses 1993 |
| 76 | CIF 0541 | ARC hand delivery note |
| 77 | CIF 0553 | Care's Orphan/Widow solicitation |
| 78 | CIF 0569 | Crescent Graphics invoice 1/7/98 |
| 79 | CIF 0576 | Care's Orphan Sponsorship Program Solicitation |
| 80 | CIF 0580-81 | Kifah Jayyousi solicitation materials with Jayyousi's bio |
| 81 | CIF 0629 | Bankboston ACH 4/21/99 |

| 82 | CIF 0633 | Care contact list |
|---|---|---|
| 83 | CIF 0667  (CIF 0666) | Abdullah Azzam pamphlet |
| 84 for Id. | CICR 09327 | Computer hard drive copied during FISA search |
| | | |
| | | **CRIMINAL SEARCH MATERIALS** |
| 85 | CICR 00118-19 | Storage USA receipt (12/19/01) and billing notice (2/22/02) for storage unit 5033 to the attention of Care International Inc. |
| 86 | CICR 00123-25<br>CICR 00126-34 | Web site hosting bills and notices from pair Networks, Inc. to Care International for "care-intl.org". |
| 87 | CICR 00138-39 | Letterhead stationary invoices from Crescent Graphics to Care International on 10/30/00 and 2/8/01. |
| 88 | CICR 00210-14<br>CICR 00217 | Receipts from Global Relief Foundation to Care International, Inc. for donations made in 2000 and 2001. |
| 89 | CICR 00443-44 | Check to Holy Land Foundation dated 10/6/01. |
| 90 | CICR 01059 | Itemization of contributions and operating expenses for Care International with note from Mubayyid |
| 91 | CICR 001179-80 | Electronic invoice from Pair Networks to Care International dated 12/3/99 for web site hosting |
| 92 | CICR 01257 | Receipt of donation from Care International to Benevolence International Foundation for "Chechnya Relief" dated 12/31/99 and referencing check # 1470. |
| 93 | CICR 01259-63 | Receipts for donations from Care International to Global Relief Foundation in 1999 for Chechnya and General Relief Fund. |
| 94 | CICR 01264-65 | Receipts of international funds transfers from Muhamed Mubayyid/Care International via BankBoston, N.A. |
| 95 | CICR 01389-90<br>CICR 01393-94 | Correspondence from IRS to Care International related to 1999 tax return and waiver of penalty. |
| 96 | CICR 01395-98 | IRS Form 2758: Care International application for extension of tax filing for 1999, dated 5/10/00. Two copies. |
| 97 | CICR 01399-411 | IRS Form 990: Care International 1999 tax return dated 11/4/00 & correspondence to IRS |
| 98 | CICR 01412 | Bank statement from BankBoston, N.A.(see CICR 01264). |
| 99 | CICR 01413-14 | Receipts of international funds transfers from Muhamed Mubayyid/Care International |
| 100 | CICR 01488 | Care International 1998 operating income and expenditures table. |
| 101 | CICR 01660-61a | Folder entitled "Telephone", containing CICR 1661-1666 (telephone bill for (508) 799-0906 for 6/3/97-7/2/97) eriod. |
| 102 | CICR 01880 | Money transfer from Care International to Global Relief Foundation dated 3/24/97. |

| 103 | CICR 01882 | Receipt from Benevolence International Foundation to Care International for donation dated 5/14/97. |
| 104 | CICR 01908 | Checks from Care International dated 10/24/97 to 12/22/97. |
| 105 | CICR 01954-55 | Checks from Care International dated 3/13/97 to 12/21/97 |
| 106 | CICR 01992-1993 | Checks from Care International dated 11/21/97 to 12/15/97 |
| 107 | CICR 1993-1995 | Checks from Care International dated 5/25/97 to 8/28/97 |
| 108 | CICR 02373 | Invoice from Bookkeepers, Ltd. to Care International dated 1/31/98 |
| 109 | CICR 02374 | Money transfer from Care International to General Secretary of Charity Committees in Kuwait City dated 9/22/98. |
| 110 | CICR 2428, 2430 | Money transfer receipts from Care International to Lebanon, Pakistan |
| 111 | CICR 02446-2447 | Receipts for donations from Care International to GRF |
| 112 | CICR 2526-2530 | Folder entitled "Pair Networks" containing  CICR 2527-2540.  Correspondence and billing to Care International  from Pair Networks for web hosting |
| 113 | CICR 02756-63 | Checks from Care International to Bookkeepers  (1997-1998) |
| 114 | | Checks from Care International to Crescent Graphics and Post Office Master (1998) |
| 115 | | Checks from Care International to Bell Atlantic |
| 116 | | Checks from Care International to GRF, HTN, and Al-Ehsan |
| 117 | CICR 2752-2753 | Checks from Care International to GRF and Network Solutions |
| 118 | | Checks from Care International to Pair Networks and Marwan Haddad |
| 119 | | Check from Care International to Mohamad Akra |
| 120 | CICR 2678 | Check from Care International to Post Master Boston dated 3/4/98 |
| 121 | CICR 02768 | IRS Form 2758. |
| 122 | CICR 02770-2782 | 1998 990 Tax Return of Care International |
| 123 | CICR 03213 | Care International orphan sponsorship form. |
| 124 | CICR 03400-06 | Correspondence from Care International to Khaled Naseem on 1993-94 tax filing for organization. |
| 125 | CICR 03423-24 | Fax confirmation sheets for items CICR 03400 and 03401. |
| 126 | CICR 03436-63 | Care International bank statements for 1993-1994. |
| 127 | CICR 03464-3465 | Care International bank account withdrawals for 6/15/93 to 10/8/93. |

| 128 | CICR 03466-3467 | Checks from Care Internationals (#s 1042, 1004, 1010) |
| 129 | CICR 3468 | Checks from Care International (#s 1017, 1028, 1098) |
| 130 | CICR 3470 | Checks from Care International (#s 1033, 1027, 1062) |
| 131 | CICR 3472 | Checks from Care International (#s 1092, 1011, 1055) |
| 132 | CICR 3474 | Checks from Care International (#s 1036, 1035, 1041) |
| 133 | CICR 3476 | Checks from Care International (#s 1083, 1084, 1052) |
| 134 | CICR 3478 | Checks from Care International (#s 1097, 1113, 1006) |
| 135 | CICR 3482 | Checks from Care International (#s 1050, 1067, 1077) |
| 136 | CICR 3484 | Checks from Care International (#s 1101, 1068, 1081) |
| 137 | CICR 3486 | Checks from Care International (#s 1008, 1026, 1054) |
| 138 | CICR 3488 | Checks from Care International (#s 1059, 1003, 1023) |
| 139 | CICR 3490 | Checks from Care International (#s 1034, 1072, 1009) |
| 140 | CICR 3494 | Checks from Care International (#s 1111, 1149, 1060) (Daher) |
| 141 | CICR 3496 | Checks from Care International (#s 1085, 1107, 1116) (Daher) |
| 142 | CICR 3498 | Checks from Care International (#s 1123, 1125, 1025) (Daher) |
| 143 | CICR 3512 | Checks from Care International (#s 1109, 1112, 1117) |
| 144 | CICR 03516-3519 | Care International promotional brochure |
| 145 | CICR 03520 | Fax coversheet to Khaled Naseem on 1994 financial statement dated 11/27/95. |
| 146 | CICR 3521 | Checks from Care International (#s 1061, 1022, 1014) |
| 147 | CICR 3523 | Checks from Care International (#s 1019, 1100, 1102) |
| 148 | CICR 3525 | Checks from Care International (#s 1005, 1048, 1049) (ANUR) |
| 149 | CICR 3527 | Checks from Care International (#s 1056, 1007, 1124) |
| 150 | CICR 3529 | Checks from Care International (#s 1071, 1018, 1021) |
| 151 | CICR 3537 | Checks from Care International (#s 1103, 1079, 1075) |
| 152 | CICR 3541 | Checks from Care International (#s 1063, 1065, 1001) |
| 153 | CICR 3543 | Checks from Care International (#s 1024, 1064, 1088) |

| 154 | CICR 3547 | Checks from Care International (#s 1118, 1076) |
| 155 | CICR 03580-85 | Operating income and expenses for Care International, 1993-1995. |
| 156 | CICR 03591-3613 | Folder entitled "Global Relief Foundation" containing documents related to GRF |
| 157 | CICR 03618-22 | Folder Entitled Deposits/Withdrawal Slips containing money transfer instructions and program balances. |
| 158 | CICR 3623-3625 | Wire transfer dated 8/17/94 |
| 159 | CICR 3626-3628 | Wire transfer dated 3/8/94 |
| 160 | CICR 3630-3632 | Wire transfer dated 11/4/93 |
| 161 | CICR 3634-3636 | Wire transfer dated 10/15/93 |
| 162 | CICR 3638-3640 | Wire transfer dated 10/13/93 |
| 163 | CICR 3641-3643 | Wire transfer dated 10/13/93 |
| 164 | CICR 3644-3645 | Wire transfer dated 9/14/93 |
| 165 | CICR 03652-87 | Folder entitled "Tax income Return 96" containing Care International 1995 Form 1990 |
| 166 | CICR 03696-712 CICR 03714-21 | Correspondence to Khaled Naseem from 1995-1996 concerning 1993-1994 tax returns and financial statements |
| 167 | CICR 03723-26 | 1995 financial statement for Care International prepared by Bookkeepers, Ltd. Correspondence dated 9/10/96. |
| 168 | CICR 03727-35 | Care International operating expenses for 1/1/96 to 11/30/96. |
| 169 | CICR 03800-3812 | Zakat Calculation Guide |
| 170 | CICR 03863-3874 | Folder entitled taxes containing Care International application and approval for tax exempt status (501(c)(3) designation) |
| 171 | CICR 3875 | USPS - Special Bulk Rate Request signed by Muntasser |
| 172 | CICR 03885 | Receipt for donation from Care International to Global Relief Foundation dated 4/6/96. |
| 173 | CICR 3889-3894 | Requests for waiver of penalties on late tax returns by Care International for the years 1993 and 1994. Financial statements for 1996. |
| 174 | CICR 03898-3906 | Bankboston Statement dated 4/28/95 including records of wire Transfer from Care to Human Service Office |
| 175 | CICR 04001-4009 | Folder entitled Pre-1997containing documents CICR 4001-4009. Handwritten documents related to Care dated 5/12/93. Handwritten memo from Abdullah A. Badé dated 4/8/93. Completed IRS Form 1023 application on behalf of Care International to gain tax exempt status as a 501(c)(3) organization dated 6/1/93. Completed IRS Form 990 submitting Care International's 1996 tax return. Correspondence from IRS dated 10/28/93 approving Care International's application for 501(c)(3) status. Approved certificate for charity solictation from Massachusetts Attorney General, Division of Public Charities dated 6/9/94. |

| 176 | CICR 4010-4023 | Form 1023 drafts |
|-----|----------------|------------------|
| 177 | CICR 4024-4070 | Tax records |
| 178 | CICR 04110-4117 | Copies of checks to Care International dated 12/2/95 to 12/20/95. |
| 179 | CICR 04147-4148 | Debit entries (rejected) |
| 180 | CICR 04153-55 | Handwritten correspondence from Muntasser to Abdullah A. Badé dated 2/16/93 |
| 181 | CICR 4180 | Checks from Care International dated 12/30/95 to 8/26/96 |
| 182 | CICR 4172 | Checks from Care International dated 6/26/96 to 10/11/96 |
| 183 | CICR 4182 | Withdrawals and checks of  Care International |
| 184 | CICR 4184 | Checks from Care International dated 2/5/96 to 8/26/96 |
| 185 | CICR 4406, 4692 | English and Arabic versions of promotional flyer for Care International orphan sponsorship program. |
| 186 | CICR 4410-4411, 4414-4416, 4423-4424, 4431 | Estimates, invoices, and payment for brochures and other promotional materials by PIP Printing dated 12/31/96 to 9/22/97. |
| 187 | CICR 4508-4511 | Network solutions folder containing documents Bates labeled CICR 4509-4511. Invoice and correspondence from Network Solutions, Inc. Dated 11/22/98 |
| 188 | CICR 04602-05 | Invoices and payments to Bookkeepers, Ltd. for income tax preparation dated 2/28/97 to 7/31/97. |
| 189 | CICR 4877 | Money transfer from Care International to Turkey dated 1/5/00 |
| 190 | CICR 4995 | pair Networks, Inc. invoice to Care International for web site hosting dated 12/11/00. |
| 191 | CICR 5014-5015 | Checks from Care International dated 9/9/00 to 9/18/00 |
| 192 | CICR 5020-5021 | Checks from Care International dated 10/25/00 to 10/26/00 |
| 193 | CICR 5026-5027 | Checks from Care International dated 11/13/00 to 12/7/00 |
| 194 | CICR 5036-5037 | Check from Care International to BIF |
| 195 | CICR 5046-5047 | Checks from Care International dated 2/19/00 to 11/8/00 |
| 196 | CICR 5061 | Wire transfer to GRF account in Turkey |
| 197 | CICR 05135-40 | Receipts for donations by Care International to Global Relief Foundation for 2000. |
| 198 | CICR 05141-61 | IRS Form 990: 2000 tax return for Care International dated 7/30/01. |
| 199 | CICR 05187-92 | Checks and deposits to Care International dated 12/30/99 to 10/2/00. |
| 200 | CICR 5259 | Check from GRF to Care International |

| 201 | CICR 5762 | Audio cassette tape entitled "Sisters in Jihad" |
|---|---|---|
| 202 | CICR 5769-5770 | Audio cassette tape entitled "Beyond Death" |
| 203 | CICR 5767 | Audio cassette tape entitled "Jihad" |
| 204 | CICR 05796-98 | 1994 version of "Zakat Calculation Guide & Worksheet" by Care International |
| 205 | CICR 05801-5820 | "Mirror of Afghan Jihad" |
| 206 | CICR 05822-29 | Booklet written by the Martyr Imam Abdullah Azzam "on Global Conspiracy" Part 5. |
| 207 | CICR 05832-35 | Book entitled  "Questions and answers about Jihad," for the Martyr, The Immam Abdullah Azzam, dated 1992. |
| 208 | CICR 05869-71 | Bound book bearing blacked out stamp of AlKifah Refugee Center |
| 209 | CICR 05960-61 | Handwritten note in Arabic attached to donation card dated 4/8/97 |
| 209A | | Translation of CICR 5961(incorrectly marked 5959) |
| 210 | CICR 06895 | Promotional flyers and letters for Care International orphan program. |
| 211 | CICR 08558-8565 | Al-Monla's Certification of Care's incorporation records |
| 212 | CICR 7032 | Arabic flyer soliciting donations for Bosnia dated 1/26/95. |
| 212A | | Translation of CICR 7032 |
| 213 | CICR 7092-7093 | Handwritten Arabic notes |
| 213A | | Translation of CICR 7092-7093 |
| 214 | CICR 07126 | Arabic letter from Care International |
| 214A | | Translation of CICR 7126 |
| 215 | CICR 7218 | Handwritten to-do list and fundraising events from 1996. |
| 215A | | Translations of CICR 7218 |
| 216 | | Handwritten to do list 4/20/97 |
| 216A | | Translation of CICR 7219 |
| 217 | CICR 07285 | Samir Al-Monla business card from Care International. |
| 218 | CICR 07355 | Solicitation letters from Care International |
| 219 | CICR 07375 | "Zakat Calculation Guide and Worksheet" dated 1994-1997. |
| 220 | CICR 07380, 7385, 7391 | Correspondence between PIP printing and Nasser & Samir Al-Monla dated 12/29/97 to 5/12/98. |

| 221 | CICR 7450 | BIF Business Card |
|---|---|---|
| 222 | CICR 7547 | Checks to Care International |
| 223 | CICR 7603-7605 | Donation to Care International from Bakir H. Rajkotwala dated 5/1/97. |
| 224 | CICR 7651 | Memo by Samir Al-Monla dated 7/30/98 |
| 225 | CICR 07745–7753 | Ledger of projects and donations in Arabic for 1998 |
| 226 | CICR 7760-7762 | Accounting Documents |
| 227 | CICR 7796 | List of Care Contacts with names and numbers |
| 228 | CICR 7811-7814 | Correspondence with Benevolence International Foundation |
| 229 | CICR 7830-7831 | E-mail dated 11/21/97 seeking to set up the Care International web site and e-mail addresses |
| 230 | CICR 07842-42a | Electronic bank ledgers for Care International projects. |
| 231 | CICR 07853 | Al-Jihad magazine (Arabic) with picture of Abdullah Azzam on cover |
| 231A | | Summary Translation of Al-Jihad Magazine |
| 232 | CICR 07856-64 | Transcript of CNN interview with Osama bin Laden |
| 233 | CICR 7865-7866 | Al-Hussam Newsletter (ARC) dated 9/18/92 (English) |
| 234 | CICR 7867-7870 | Al-Hussam Newsletter (Care) dated 12/16/94 (English) |
| 235 | CICR 7871-7872 | Al-Hussam Newsletter (Care) dated 1/27/95 (English and Arabic) |
| 236 | CICR 7873-7876 | Cover to Al-Hussam Newsletter (Care) dated 1/27/95 |
| 237 | CICR 7877-7880 | Al-Hussam Newsletter (Care) dated 3/10/95 (English) |
| 238 | CICR 7881-7884 | Al-Hussam Newsletter (Care) dated 4/21/95 (English) |
| 239 | CICR 7885-7888 | Al-Hussam Newsletter (Care) dated 5/5/95 (English) |
| 240 | CICR 7889-7892 | Al-Hussam Newsletter (Care) dated 5/19/95 (English) |
| 241 | CICR 7893-7896 | Al-Hussam Newsletter (Care) dated 6/2/95 (English) |
| 242 | CICR 7897-7900 | Al-Hussam Newsletter (Care) dated 6/16/95 (English) |
| 243 | CICR 7901-7904 | Al-Hussam Newsletter (Care) dated 7/14/95 (English) |
| 244 | CICR 7905-7908 | Al-Hussam Newsletter (Care) dated 7/28/95 (English) |
| 245 | CICR 7909-7912 | Al-Hussam Newsletter (Care) dated 9/22/95 (English) |

| 246 | CICR 7913-7918 | Al-Hussam Newsletter (Care) dated 10/13/95 (English) |
| 247 | CICR 7919-7922 | Al-Hussam Newsletter (Care) dated 12/15/95 (English) |
| 248 | CICR 7923-7924 | Al-Hussam Newsletter (Care) dated 2/16/96 (English and Arabic) |
| 249 | CICR 7925-7926 | Al-Hussam Newsletter (Care) dated 7/96 (English) |
| 250 | CICR 7927-7928 | Al-Hussam Newsletter (Care) dated 1/97 (English and Arabic) |
| 251 | CICR 7929-7931 | Al-Hussam Newsletter (ARC) dated 3/5/93 (Arabic) |
| 251A | | Translation of CICR 7929-7931 |
| 252 | CICR 7932-7935 | Al-Hussam Newsletter (Care) dated 8/26/94 (Arabic) |
| 252A | | Translation of CICR 7932-7935 |
| 253 | CICR 7936-7941 | Al-Hussam Newsletter (Care) dated 3/24/95 (Arabic) |
| 253A | | Translation of CICR 7936-7941 |
| 254 | CICR 7942-7945 | Al-Hussam Newsletter (Care) dated 3/15/95 (Arabic) |
| 254A | | Translation of CICR 7942-7945 |
| 255 | CICR 7946-7949 | Al-Hussam Newsletter (Care) dated 2/10/95 (Arabic) |
| 256 | CICR 7950-7953 | Al-Hussam Newsletter (Care) dated 2/24/95 (Arabic) |
| 256A | | Translation of CICR 7950-7953 |
| 257 | CICR 7954-7957 | Al-Hussam Newsletter (Care) dated 3/10/95 (Arabic) |
| 258 | CICR 7958-7961 | Al-Hussam Newsletter (Care) dated 12/15/95 (Arabic) |
| 259 | CICR 7962-7967 | Al-Hussam Newsletter (Care) dated 10/13/95 (Arabic) |
| 259A | | Translation of CICR 7962-7967 |
| 260 | CICR 7968-7971 | Al-Hussam Newsletter (Care) dated 7/28/95 (Arabic) |
| 261 | CICR 7972-7975 | Al-Hussam Newsletter (Care) dated 7/14/95 (Arabic) |
| 262 | CICR 7976-7979 | Al-Hussam Newsletter (Care) dated 6/30/95 (Arabic) |
| 262A | | Translation of CICR 7976-7979 |
| 263 | CICR 7980-7983 | Al-Hussam Newsletter (Care) dated 6/16/95 (Arabic) |
| 264 | CICR 7984-7987 | Al-Hussam Newsletter (Care) dated 6/2/95 (Arabic) |

| 265 | CICR 7988-7991 | Al-Hussam Newsletter (Care) dated 5/19/95 (Arabic) |
| 266 | CICR 7992-7994 | Al-Hussam Newsletter (Care) dated 5/5/95 (Arabic) |
| 267 | CICR 7995-7999 | Al-Hussam Newsletter (Care) dated 6/11/93 (Arabic) |
| 267A | | Translation of CICR 7995-7999 |
| 268 | CICR 8000-8003 | Al-Hussam Newsletter (Care) dated 11/24/95 (Arabic) |
| 268A | | Translation of CICR 8000-8003 |
| 269 | CICR 08004-8005 | Al-Hussam Newsletter (Care) dated 7/96 (Arabic) |
| 270 | CICR 08007-8009 | E-mail dated 4/2/98 from Azzam Publications (UK) to Care International |
| 271 | CICR 8010-8014 | Letter from Samir Almonla/Abu Waleed advertising fundraising tour by Kifah Jayyousi on 11/28/96 to 12/1/96 |
| 272 | CICR 8022 | Flyer for of Kifah Jayyousi reprinted on Care International letterhead dated 4/22/97. |
| 273 | CICR 8023 | Flyer for Jayoussi lecture |
| 274 | CICR 8032-8035, 8038-8039 | Flyers on Chechen Mujihadeen with a call for donations to American World-Wide Relief. |
| 275 | CICR 8042 | Draft letter of Samir Almonla re Jayoussi |
| 275A | | Translation of CICR 8042 |
| 276 | CICR 8043 | Flyer for "Bosnia-Chechnya Phonathon" on 6/29/95 to 8/26/95 by Care International " |
| 277 | CICR 8045 | Flyer for fundraising event for Chechnya on 1/4/97 with Suleman Ahmer |
| 278 | CICR 8073 | Al-Hussam Newsletter (ARC) dated 10/30/92 (English) |
| 279 | CICR 8091 | Full text of English-translated *Join the Caravan* by Imam Abdullah Azzam. |
| 280 | CICR 8079-8080 | Book entitled "Ramadan" by Imam Abdullah Azzam |
| 281 | CICR 8121-8122 | Copy of book by Mohamad Abdul Salam Faraj entitled "Al-Jihad: The Neglected Duty" |
| 281A | CI 1415-1455 | Translation of CICR 8121-8122 |
| 282 | CICR 8125-8126 (56pg book) | "Join the Caravan" (Arabic version) |
| 283 | CICR 08133-34 | IRS Form 8822: Change of Address form for Care International dated 5/14/02. |
| 284 | CICR 08135-37 | IRS Form 8868: Application for tax return filing extension for 2001 dated 5/15/02. |
| 285 | CICR 08138-41 | IRS Form 990: 1999 and 2000 tax return for Care International |
| 286 | CICR 08142 | Receipt for "Preparation of Financial Statements 1997-2000" dated 6/7/02. |

| 287 | CICR 08143-51 | Massachusetts Attorney General, Division of Public Charities, Form PC: Care International forms dated 3/1/02. |
| 288 | CICR 08202 | Verizon phone bill for period 1/2/02 to 2/1/02 for phone number (617) 789-4448 addressed to Care International. |
| 289 | CICR 8216-8217 | pair Networks web hosting services invoice to Care International dated 3/6/02. |
| 290 | CICR 08222-23 | IRS correspondence to Care International dated 7/11/00 confirming 501(c)(3) status. |
| 291 | CICR 08224-25 | Cease and desist e-mail from general counsel for Atlanta-based CARE International to Care International warning of trademark infringement dated 1/16/96 |
| 292 | CICR 08282-8366 | Folder entitled "Internal Revenue Service" containing Correspondence from and to Massachusetts AG, Division of Public Charities |
| 293 | CICR 08387-417 | Folder entitled in Arabic "The Office registration papers" containing Care International by-laws, Form 1023 application for 501(c)(3) status, and IRS correspondence |
| 294 | CICR 8434-8444 | Folder entitled "Storage USA" containing Storage USA temporary storage leasing agreement dated 8/4/01. |
| 295 | CICR 8445-8448 | Folder entitled "Network Solutions" containing Network Solutions renewal invoice for web site address registration of "care-intl.org" |
| 296  for Id. | CICR 08683 | Computer Hard Drive Seized during Criminal Search |
| | | |
| | | **DOCUMENTS PRODUCED BY MUHAMED MUBAYYID AND SUHEIL LAHER** |
| 297 | 00098 | pair Networks invoice dated 9/3/02 and accompanying payment check dated 9/26/02 |
| 298 | 0110-120 | IRS Form 990: 1997 Care International tax return. |
| 299 | 00280-80a | 1994 version of "Zakat Calculation Guide & Worksheet." |
| 300 | 00283-83a | Care International promotional brochure |
| 301 | 0386-489 | Folder containing materials to distribute *Join the Caravan* by Imam Abdallah Azzam |
| | | |
| | | **ADDITIONAL EXHIBITS FROM SEARCH OF STORAGE UNIT (1B5)** |
| 302 | CICR 3500-3501 | Checks from Care International (check #s 1012, 1066, 1091) |
| 303 | CICR 3502-3503 | Checks from Care International (checks # 1078, 1090, 1096) |
| 304 | CICR 3504-3505 | Checks from Care International (checks # 1099, 1110, 1122) |
| 305 | CICR 3506-3507 | Checks from Care International (checks # 1129, 1126, 1037) |

| 306 | CICR 3535-3536 | Checks from Care International (checks # 1114, 1047, 1058) |
|---|---|---|
| | | |
| | | **CARE INTERNATIONAL WEBSITE** |
| 307 | CI 0001-22 | FBI Print-out of Care International website www.cybercom.net/~cib dated 10/28/98 |
| 308 | US-06572 | Care International Web Capture DVD |
| 309 | | Printouts from Care International Website www.care-intl.org |
| | | |
| 310  for Id. | CIF 777 | **MUBAYYID'S WORKPLACE COMPUTER HARD DRIVE** |
| 311 | CIF 780-781 | Email message # 0099 |
| 312 | CIF 782-783 | Email message # 186 |
| 313 | CIF 784 | Email message # 204 |
| 314 | CIF 785-786 | Email message # 210 |
| 315 | CIF 790 | Email message #221 |
| 316 | CIF 795 | Email message #268 |
| 317 | CIF 796-797 | Email message #286 |
| 318 | CIF 802-803 | Email message #346 |
| | | |
| | | **BANK RECORDS OF ALKIFAH REFUGEE CENTER (ARC), CARE INTERNATIONAL AND MUNTASSER** |
| 319 | | Affidavit of Bernard LaFleur (Baybank Keeper of Records) dated 8/30/94 |
| 320 | | Signature cards for Care International, Al-Kifah Refugee Center, and Emadeddin Muntasser |
| 321 | | Bank statements of Al-Kifah Refugee Center (March 31, 1992-March 31, 1994) |
| 322 | | Bank check and withdrawal dated 8/6/93 re Human Service Office |
| 323 | | Bank check and withdrawal dated 10/8/93 re Mohammad Yousef Abbas |
| 324 | | Bank checks and withdrawal dated 10/8/93 re Human Service Office |
| 325 | | Deposit and bank check dated 10/15/93 re Human Service Office |
| 326 | | ARC check #1 dated 8/23/92 |

| 327 | | Checks deposited into ARC account (Setapa, Beresford, Muntasser) dated August 1992 |
| 328 | | Checks deposited into ARC account (Jahed, ARC) dated November 1992 |
| 329 | | ARC check #2 dated 2/4/93 |
| 330 | | Checks deposited into ARC account (Abou-Yassin, Arafeh, Aboubakr) dated February -March 1993 |
| 331 | | Checks deposited into ARC account (Jaber, Abou-Yassin, Kadri, Sidani) dated March 1993 |
| 332 | | Deposit slip and checks deposited into ARC account (Muntasser) dated 3/10/93 |
| 333 | | Checks deposited into ARC account (Elsohly, Issa, Abo-Mahmood, Ali) dated March 1993 |
| 334 | | Checks deposited into ARC account (Zahran, Sidani, unknown) dated March 1993 |
| 335 | | Deposit slip and checks deposited into ARC account  (Mubayyid and Melhem) dated  March 1993 |
| 336 | | Deposit slip and checks deposited into ARC account (Haloui and Habboub) dated March 1993 |
| 337 | | Checks deposited into ARC account (Khuda, Issa, Celebi, Mujeeb) dated March 1993 |
| 338 | | Checks deposited into ARC account (Lahlaf, El-Zohbi, Shafi, Almonla) dated March 1993 |
| 339 | | Checks deposited into ARC account (Mamsa, Buonocore, Hammad, Ishaq) dated March 1993 |
| 340 | | Checks deposited into ARC account (Jahjah, Alsharie, Kraus, Hamade) dated March 1993 |
| 341 | | Checks deposited into ARC account (Alim, Baram, Traiba, Mubayyid) dated March 1993 |
| 342 | | Checks deposited into ARC account (Mabrouk, Dawoud, Al-Turki, Ahmed) dated March 1993 |
| 343 | | Checks deposited into ARC account (Quinones, Al-tweam, El-Nounou, Naqui) dated March 1993 |
| 344 | | Checks deposited into ARC account (Younis, Mubayyid) dated March 1993 |
| 345 | | Checks deposited into ARC account (Al-Karran, Yazdani, Dadouch) dated April 1993 |
| 346 | | ARC check #3 dated 4/20/93 |
| 347 | | ARC check #4 dated 4/20/93 |
| 348 | | ARC withdrawal dated 4/20/93 |
| 349 | | ARC check#6 dated 5/22/93 |
| 350 | | Checks deposited into ARC account (Al-Nafisi, Squires, ARC) dated  June - July 1993 |
| 351 | | ARC check#7 dated 8/8/93 |
| 352 | | ARC check#10 dated 12/6/93 |

| 353 | | Deposit slip and checks deposited into ARC account (Sami, Catalepe) dated August - September 1993 |
| 354 | | Deposit slip and check deposited into ARC account (Zaid) dated December 1, 1993 |
| 355 | | Bank statements of Care International (April 1993 - March 1994) |
| 356 | | Bank check and withdrawal re Human Service Office dated 10/8/93 |
| 357 | | Deposit and bank check re Human Service Office dated 10/15/93 |
| 358 | | Deposit slip and check deposited into Care account (Muntasser) dated 4/20/93 |
| 359 | | Check deposited into Care account (Mubayyid) dated 4/25/93 |
| 360 | | Checks deposited into Care account (Sidani, Hamid, Almonla, Issam) dated May - June 1993 |
| 361 | | Checks deposited into Care account (Lotus, Tarif, Mubayyid, Razzaq) dated May - June 1993 |
| 362 | | Checks deposited into Care account (Baram, Bhatti, Almonla, Mabrouk) dated May 1993 |
| 363 | | Checks deposited into Care account (Al-Arequi, Melhem, Abdelkader, El-Hizawi) dated May 1993 |
| 364 | | Care checks# 1003, 1017, 1034 |
| 365 | | Care checks#1004, 1010, 1028 |
| 366 | | Checks deposited into Care account (Sanhouri, Ahmad, Darwish, Rifai) dated May -June 1993 |
| 367 | | Care check#1006 |
| 368 | | Checks deposited into Care account (Boulhanna, Derkaoui, Hazratji, Badawy) dated June 1993 |
| 369 | | Checks deposited into Care account (Chehadeh, Rahim, Al-Arequi, Yousaf) dated June - July 1993 |
| 370 | | Checks deposited into Care account (Mubayyid, Chalak) dated August 1993 |
| 371 | | Care check#1030 |
| 372 | | Checks deposited into Care account (Billoo, Abuisbae) dated September 1993 |
| 373 | | Checks deposited into Care account (Younis, Bukai, Ahmed, Swissa) dated September 1993 |
| 374 | | Checks deposited into Care account (Muslim Students Assoc., Muntasser, Aslam) dated September - October 1993 |
| 375 | | Checks deposited into Care account (Anwaruddin, Almonla, Ghannom, Hassan) dated September 1993 |
| 376 | | Deposit slip and checks deposited into Care account (Mubayyid, Muntasser) dated September -October 1993 |
| 377 | | Checks deposited into Care account (Almajed, Shaheed, Sheikh, Melhelm) dated September -October 1993 |
| 378 | | Checks deposited into Care account (Hamdi, El Gabri, Asmal) dated September 1993 |

| 379 | | Money order and checks deposited into Care account (Al-Nafisi, Ozair) dated September 1993 |
| 380 | | Deposit slip and checks deposited into Care account (Rifai, GRF) dated September 1993 |
| 381 | | Checks deposited into Care account (Ibrahimuddin, Ibrahim, Siddiqui, Hassoun) dated August 1993 |
| 382 | | Checks deposited into Care account (Mirza, Nawaz) dated September 1993 |
| 383 | | Checks deposited into Care account (Moghul, Maswood, Sulieman) dated September 1993 |
| 384 | | Checks deposited into Care account (Ahmed, Islamic Society of Worcester, Almonla, Melhelm) dated November 1993 |
| 385 | | Deposit slip and checks deposited into Care account (Rahman, Mubayyid) dated November - December 1993 |
| 386 | | Care check#1057 |
| 387 | | Checks deposited into Care account (Taleb, Mubayyid,Elhachimi) dated December 1993 - January 1994 |
| 388 | | Deposit slip and checks deposited into Care account (Hazratji, Wahab) dated January 1994 |
| 389 | | Care check# 1068 |
| 390 | | Care check#1071 |
| 391 | | Checks deposited into Care account (Iftakher, Dabbousi, Al-Khatrash, El-Hout) dated February - March 1994 |
| 392 | | Checks deposited into Care account (Maldonado, Aka, Baara) dated February -March 1994 |
| 393 | | Checks deposited into Care account (Al-Turki, Ahmed, Mubayyid) dated March 1994 |
| 394 | | Care wire transfer receipt dated  9/16/93 |
| 395 | | Care wire transfer receipt dated 10/13/93 |
| 396 | | Care wire transfer receipt dated 10/13/93 |
| 397 | | Care wire transfer receipt dated 10/15/93 |
| 398 | | Care wire transfer receipt dated 11/4/93 |
| 399 | | Care wire transfer receipt dated 3/8/94 |
| 400 | | Muntasser check#110 |
| 401 | | Muntasser deposit slip and check deposited into his account (Akra) dated 1/7/94 |
| 402 | | Muntasser check#124 |
| 403 | | Muntasser deposit slip and check deposited into his account (Mubayyid) dated 3/14/94 |
| 404 | | Affidavit of Christopher Gilson (Shawmut Keeper of Records) |

| 405 | | Muntasser checks# 0332, 318, 349 written to ARC dated 3/92 - 3/93 |
|---|---|---|
| 406 | | Affidavit of Bernard LaFleur (Baybank Keeper of Records) dated 5/30/95 |
| 407 | | ARC ACH records submitted 9/21/92 |
| 408 | | ARC ACH records submitted 10/21/92 |
| 409 | | ARC ACH records submitted 11/24/92 |
| 410 | | ARC ACH records submitted 1/24/93 |
| 411 | | ARC ACH records submitted 2/24/93 |
| 412 | | ARC ACH records submitted 3/22/93 |
| 413 | | ARC ACH records submitted 4/23/93 |
| 414 | | ARC ACH records submitted 5/20/93 |
| 415 | | ARC ACH records submitted 6/21/93 |
| 416 | | ARC ACH records submitted 6/22/93 |
| 417 | | ARC ACH records submitted 7/21/93 |
| 418 | | ARC ACH records submitted 7/22/93 |
| 419 | | ARC ACH records submitted 8/19/93 |
| 420 | | ARC ACH records submitted 8/28/93 |
| 421 | | ARC ACH records submitted 9/21/93 |
| 422 | | ARC ACH records submitted 9/29/93 |
| 423 | | ARC ACH records submitted 10/20/93 |
| 424 | | ARC ACH records submitted 10/23/93 |
| 425 | | ARC ACH records submitted 11/22/93 |
| 426 | | ARC ACH records submitted 11/23/93 |
| 427 | | ARC ACH records submitted 12/21/93 |
| 428 | | ARC ACH records submitted 12/30/93 |
| 429 | | ARC ACH records submitted 1/21/94 |
| 430 | | ARC ACH records submitted 2/24/94 |

| 431 |  | ARC ACH records submitted 3/25/94 |
|---|---|---|
|  |  |  |
|  |  | **FAXES** |
| 432 | CI-ELSUR 00219-24 | Al Hussam 12/14/94 in English and Arabic |
| 433 | CI-ELSUR 257-259, 256 | Al Hussam 2/10/95 in English and Arabic |
| 434 | CI-ELSUR 355 | Announcement of Services Office Boston Branch |
| 434A |  | Translation of CI-ELSUR 355 |
| 435 | CI-ELSUR 321-323, 303, 264, 265 | Al Hussam 11/18/94 in English and Arabic, with the exception of 1 page |
| 435A |  | Translation of CI-ELSUR 303 |
| 436 | CI-ELSUR 00513-14 | Solicitations 5/27/95 and 5/29/95 (English) |
| 437 | CI-ELSUR 517-518 | Al-Hussam, vol. 4, no. 13, 9/22/94 |
| 437A |  | Translation of CI-ELSUR 517-518 |
| 438 | CI-ELSUR 1044-1047 | Zakat Calculation Guide |
| 439 | CI-ELSUR 254-255 | Al Hussam 12/30/94 - Arabic |
| 439A |  | Translation of CI-ELSUR 254-255 |
|  |  |  |
|  |  | **FISA SEARCH OF STORAGE LOCKER COMPUTER HARD DRIVE** |
| 440 |  | E-mail dated 9/5/95 Subject: "Husam article 2" |
| 441 |  | E-mail dated 2/9/96 Subject: "Zakat Calculation Guide" |
| 442 |  | Al-Hussam Newsletter document 9/22/95, Volume 4, Number 13 |
| 443 |  | E-mail containing Islam Report dated 11/21/95 |
| 444 |  | OMITTED |
| 445 |  | Document entitled "Do you know who I am?" with picture of girl |
| 446 |  | Document entitled "Do you know who I am?" with picture of children |
| 447 |  | E-mail entitled Zakat Calculation Guide |
| 448 | CIF 0757 | Care's Arabic solicitation containing Bedtime Story with translation |

| 448A | | Translation of CIF 757 |
|---|---|---|
| 449 | CIF 0736-37 | Zakat calculation guide copyrighted 1994-1999 |
| 450 | CIF 764-765 | Arabic letter dated 3/5/97 |
| 450A | | Translation of CIF 764-765 |
| 451 | CIF 766 | Arabic letter from Abu Abdul Rahman |
| 451A | | Translation of CIF 766 |
| | | |
| | | **SEARCH OF ZIP DISKS FROM MUBAYYID'S HOUSE** |
| 452 | | Computer Zip Disks found from Mubayyid's House |
| 453 | | Image of boy holding shoulder rocket |
| 454 | | WebPage from Care International Website entitled Al-Hussam Online, News Flash |
| 455 | | WebPage from Care International Website entitled News Flash, Afghanistan Update |
| 456 | | WebPage from Care International Website entitled Welcome |
| 457 | | WebPage from Care International Website entitled Zakat Calculation Guide |
| 458 | | WebPage from Care International Website entitled Al-Hussam News for Friday Aug 11th issue |
| 459 | | WebPage from Care International Website entitled Al-Hussam news for Friday Aug 25th issue |
| 460 | | WebPage from Care International Website entitled Al-Hussam news Sept. 8th 1995 |
| 461 | | WebPage from Care International Website entitled Al-Hussam news Sept. 22nd, 1995 |
| 462 | | WebPage from Care International Website entitled Al-Hussam news October 13th 1995 |
| 463 | | WebPage from Care International Website entitled What Right have we |
| 464 | | WebPage from Care International Website entitled Declaration of Tawhid: In Words and Actions |
| 465 | | WebPage from Care International Website containing Al-Hussam Online article index |
| 466 | | Al-Hussam 8/11/95, Volume 4 Number 10 |
| 467 | | Al-Hussam 8/25/95, Volume 4 Number 11 |
| 468 | | Al-Hussam 9/08/95, Volume 4 Number 12 |
| 469 | | Al-Hussam 10/13/95, Volume 4 Number 14 |

| 470 |  | Al-Hussam 11/24/95, Volume 4 Number 15 |
| 471 |  | Al-Hussam 03/15/96, Volume 4 Number 19 |
| 472 |  | Document entitled "Libya" |
|  |  |  |
|  |  | **PHOTOGRAPHS FROM SEARCHES** |
| 473 |  | Photograph #1 from October 2001 search of storage unit |
| 474 |  | Photograph #2 from October 2001 search of storage unit |
| 475 |  | Photograph #3 from October 2001 search of storage unit |
| 476 |  | Photograph #4 from October 2001 search of storage unit |
| 477 |  | Photograph #1 from April 2003 search of storage unit |
| 478 |  | Photograph #2 from April 2003 search of storage unit |
| 479 |  | Photograph #3 from April 2003 search of storage unit |
| 480 |  | Photograph #4 from April 2003 search of storage unit |
| 481 |  | Photograph #1 from April 2003 search of Mubayyid's residence |
| 482 |  | Photograph #2 from April 2003 search of Mubayyid's residence |
| 483 |  | Photograph #3 from April 2003 search of Mubayyid's residence |
|  |  |  |
| 484 | DVD | Badr al Basna Video |
| 484A |  | Translation Summary of Badr al Basna |
| 485 |  | IRS Form 1023 Application of Global Relief Foundation |
| 486 |  | Executive Order 13224 and annex (designation of MAK and Alkifah) |
| 487 |  | Federal Register January 3, 2003, vol. 68, #2 p. 399-400 (designation of Global Relief Foundation and Benevolence International Foundation) |
| 488 |  | Federal Register March 19, 2002, vol. 67, #53 12646 (designation of Holy Land Foundation) |
| 489 |  | SSA Death Benefit Claim of Marlene Kanj and supporting documentation |
| 490 |  | DVD Containing Compilation of Synchronized Audio and Transcripts of Intercepted Conversations |
| 491 |  | Compilation of excerpts from audio cassettes bates labeled CICR 5762, 5767, 5769 |

| 492 | | Blank Magneto-Optical Disc |
|---|---|---|
| 493 | | Blank 8mm Archival Tape |
| 494 | | Blank Reel-to-Reel Tape |
| | | |
| | | **CHARTS** |
| 495 | | Care contributions chart |
| 496 | | Checks and wire transfers to Human Service Office |
| 497 | | Al Hussam summary |
| 498 | | Graphic Describing Wiretap Access of Telephone Call |
| 499 | | Graphic Describing Wiretap Access of CALEA-based intercept |
| 500 | | Graphic Describing Wiretap Processing on RedWolf system |
| 501 | | Graphic Describing Wiretap Processing on DMW system |
| 502 | | Graphic Describing Wiretap Processing on Pine system |
| 503 | | Graphic Describing Wiretap Processing on Revox system |
| 504 | | Graphic Describing Wiretap Processing on Double Dagger system |
| 505 | | Graphic Describing Extraction of Conversation from RedWolf system |
| 506 | | Graphic Describing Extraction of Conversation from DMW system |
| 507 | | Graphic Describing Conversation of Conversations from Pine and Double Dagger systems |
| 508 | | Graphic Describing Extraction of Conversations from Pine and Double Dagger systems |
| 509 | | Graphic Describing Extraction of Conversation from Revox system |

**Electronic Communications** - Recordings and Corresponding Transcripts for the following intercepted communications:

| | Date | Time | Parties |
|---|---|---|---|
| 510 | 11/9/94 | 19:41 | Abu Omar, 'Imad Muntasser, Adham Hassoun |
| 510A | | | Translation |
| 511 | 2/6/95 | 10:00 | Abu Zur, Waseem Yassin |

| | Date | Time | Parties |
|---|---|---|---|
| 511A | | | Translation |
| 512 | 1/19/96 | 19:57 | 'Imad Muntasser, Adham Hassoun, Kassem Daher |
| 512A | | | Translation |
| 513 | 1/24/96 | 21:10 | Muntasser message for Hassoun |
| 513A | | | Translation |
| 514 | 1/27/96 | 14:06 | Child, Adham Hassoun, Waseem Yassin |
| 514A | | | Translation |
| 515 | 2/25/96 | 15:03 | Adham Hassoun, Muntasser, Samir Al-Monla, Two Unknown Males |
| 515A | | | Translation |
| 516 | 3/2/96 | 14:05 | Adham Hassoun, Waseem Yassin |
| 516A | | | Translation |
| 517 | 4/6/96 | 14:04 | Hassoun, Muntasser, Child |
| 517A | | | Translation |
| 518 | 8/5/96 | 20:55 | Unknown Male, Adham Hassoun, Samir Al-Monla |
| 518A | | | Translation |
| 519 | 8/26/96 | 21:54 | Adham Hassoun, Imad Muntasser, M. Akra |
| 519A | | | Translation |
| 520 | 9/24/96 | 17:01 | Adham Hassoun, Abu Al Waleed |
| 520A | | | Translation |
| 521 | 9/25/96 | 10:38 | Muntasser message for Hassoun |
| 521A | | | Translation |
| 522 | 9/27/96 | 23:53 | Adham Hassoun, 'Imad Muntasser |
| 522A | | | Translation |
| 523 | 10/3/96 | 23:01 | 'Imad Muntasser, Adham Hassoun |
| 523A | | | Translation |

|  | Date | Time | Parties |
|---|---|---|---|
| 524 | 10/27/96 | 19:36 | Samir Al-Monla, Kifah Jayoussi |
| 524A |  |  | Translation |
| 525 | 10/30/96 | 16:44 | Kifah Jayoussi, Samir Al Monla, Unknown Male |
| 525A |  |  | Translation |
| 526 | 11/4/96 | 20:10 | Abou Al-Waleed, Abou Mohammad (Kifah Jayoussi) |
| 526A |  |  | Translation |
| 527 | 11/27/96 | 11:16 | Samir Al-Monla, Adham Hassoun |
| 527A |  |  | Translation |
| 528 | 12/19/96 | 16:21 | Adham Hassoun, Kifah Jayyousi, Samir Al Monla |
| 528A |  |  | Translation |
| 529 | 12/19/96 | 17:16 | Hassoun, Jayoussi, Al Monla |
| 529A |  |  | Translation |
| 530 | 12/24/96 | 19:56 | Samir Al-Monla, Kifah Jayoussi |
| 530A |  |  | Translation |
| 531 | 1/3/97 | 20:26 | Samir Al-Monla, Kifah Al Jayyoussi, Adnan |
| 531A |  |  | Translation |
| 532 | 2/8/97 | 12:12 | Adham Hassoun, Emad Muntasser, Adham Hassoun's mother, Two Unidentified Males |
| 532A |  |  | Translation |
| 533 | 2/18/97 | 22:29 | Mohamad Akra, Adham Hassoun |
| 533A |  |  | Translation |
| 534 | 4/29/97 | 5:13 | Samir Al-Monla, Kifah Jayoussi, Unknown Female |
| 534A |  |  | Translation |
| 535 | 5/7/97 | 15:41 | Samir Al-Monla, Kifah Jayoussi, Unknown Male |
| 535A |  |  | Translation |
| 536 | 6/16/97 | 14:17 | Al Monla, Nahid Hassoun |

|  | Date | Time | Parties |
|---|---|---|---|
| 536A |  |  | Translation |
| 537 | 8/3/98 | 18:45 | Samir Al-Monla, Kifah Jayoussi (Abu Mohammad) |
| 537A |  |  | Translation |
| 538 | 1/10/00 | 20:07 | Mohamad Chehade, Mohamad Mubayad, Unknown Female |
| 538A |  |  | Translation |
| 539 | 4/6/00 | 18:56 | Mohamed Chehade, Sameer Al- Monla |
| 539A |  |  | Translation |
| 540 | 10/2/01 | 16:14 | Mohamed Chehade, Mohamad Mubayyid |
| 540A |  |  | Translation |
| 541 | 2/12/02 | 22:15 | Mohamad Mubayyid, Mohamad Chehade |
| 541A |  |  | Translation |
| 542 | 2/25/02 | 20:20 | Mohamed Mubayyid, Samir Al-Monla, UF |
| 542A |  |  | Translation |
| 543 | 4/4/02 | 21:18 | Mohamad Mubayyid, UF |
| 543A |  |  | Translation |
| 544 | 7/7/02 | 13:30 | Mohamad Mubayyid, Tarek Mubayyid |
| 544A |  |  | Translation |
| 545 | 4/10/03 | 21:30 | Samir Al-Monla, Ramez Al-Monla |
| 545A |  |  | Translation |
| 546 | 4/14/03 | 19:21 | Mohamad Mubayyid, Samir Al-Monla, Huda Al-Monla |
| 546A |  |  | Translation |
| 547 | 7/19/03 | 15:24 | Mohamad Mubayyid, Mahmoud El-Asmar |
| 547A |  |  | Translation |
|  |  |  |  |
|  |  |  |  |

|  | Date | Time | Parties |
|---|---|---|---|
|  |  |  | **ENGLISH COMMUNICATIONS** |
| 548 | 3/21/02 | 9:01 | Mohamad Mubayyid, Suheil Laher |
| 548A |  |  | Transcript |
| 549 | 6/30/02 | 20:40 | Mohamad Mubayyid, Suheil Laher |
| 549A |  |  | Transcript |
| 550 | 7/6/02 | 15:08 | Mohamad Mubayyid, Suheil Laher |
| 550A |  |  | Transcript |
| 551 | 2/28/03 | 19:13 | Mohamad Mubayyid, Suheil Laher |
| 551A |  |  | Transcript |
| 552 | 4/7/03 | 17:08 | Mohamad Mubayyid, Suheil Laher |
| 552A |  |  | Transcript |
| 553 |  |  | CICR 5836 - Book entitled "The highest among the nobles, Martyrdom, and the types of Martyrs" |
|  |  |  |  |