```
              UNITED STATES DISTRICT COURT
                DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA       )
                               )
         v.                    )    Crim. No. 05-40026-FDS
                               )
MUHAMED MUBAYYID,              )
EMADEDDIN Z. MUNTASSER,        )
SAMIR AL-MONLA.                )
                               )
         Defendants.           )
```

## Government Witnesses

**Government Employees**
1. S/A Peter Gomez - FBI
2. S/A Lorraine Johnson - FBI
3. IA Brian McElhinney - FBI
4. S/A David Habich - FBI
5. S/A Christopher Peet - FBI
6. S/A Brendan Cleary - FBI
7. Tpr Richard Ball - MSP
8. S/A Victor Treadway - FBI
9. S/A Bradley Davis - FBI
10. Ofc. Paul Walsh - Boston PD
11. S/A Bill Iapopucci - FBI
12. S/A David Lazarus - IRS
13. S/A Ken Harris - FBI
14. S/A Nicholas Boshears - FBI
15. Keeper of the Records - IRS
16. IA Michael Monahan - IRS
17. S/A Lauren Youngquist - IRS
18. Immigration Officer Alton Saucier - CIS
19. Keeper of the Records - CIS
20. S/A John Fernandez - CBP
21. S/A Gunnar Demarco - FBI
22. S/A Kevin McCusker - FBI
23. Cynthia Westcott - IRS
24. S/A Daniel Einhaus - FBI
25. S/A Joseph Desantis - SSA-OIG
26. S/A Eric Toole - FBI
27. S/A John O'Neill - IRS
28. S/A James Siracusa - FBI
29. S/A  Kevin Swindon - FBI *

**Linguists**
30. LS Salime Vallee - FBI
31. LS John Elkialouby - FBI
32. CL Jamal Feghali Zakhary - FBI
33. CL Anne Marie Doursounian - FBI
34. CL Elie Khoury - FBI
35. CL Fouad Dagher - FBI

**Electronic Surveillance**
36. S/A Kenneth Bensman - FBI
37. S/A Charles Austin - FBI
38. S/A William Phillips - FBI
39. S/A Chris Fullam - FBI

**Chain of Custody Witnesses**

40. S/A Brent Potter - FBI
41. S/A Betsy Pryor - FBI
42. S/A Kent Hukill - FBI
43. S/A Jackie Ballas - FBI
44. S/A Steve O'Reilly - FBI
45. S/A Thomas Stephan Hazard - FBI
46. Technician Christina Martinez - FBI
47. Technician Maida Rivera - FBI
48. Russ Fincher - FBI
49. Paul Carpinteri - FBI
50. Charlotte Jenig - FBI
51. Laura Cleveland - FBI
52. David Larson - FBI
53. Opal Camp - FBI
54. Robert Schumaker - FBI
55. Sherry Staten - FBI
56. Alene Starks - FBI
57. Denise Butowksi - FBI
58. Lee Markunas - FBI
59. Chris Krizka - FBI
60. Christine Awender - FBI
61. Amy Schomer - FBI
62. Joel Scarbrough - FBI
63. S/A James Marinelli - FBI
64. Linda Rose - FBI
65. Frank Felker - FBI
66. S/A Barry Schreiber - FBI
67. S/A Brendan Cleary - FBI
68. Joanne Erba - FBI
69. Andrew Lenzen - FBI
70. Jason Miller - FBI
71. Sandra Blain - FBI

```
72. Betsy Colon - FBI
73. Randall Boone - FBI
74. Fotoula Duran - FBI
75. Vanessa Guzman - FBI
76. John Stewart - FBI
77. James Bentley - FBI
78. Oscar Montoto - FBI
79. Irene Griffin - FBI
80. Gregory McDermott - FBI
81. Timothy Groh - FBI
82. Andrew Thompson - FBI
83. Adeele Mickahail - FBI
84. Leslie Hart - FBI
85. Abdo Shihata - FBI
86. Virginia DeLorenzo - FBI
87. John Sylvester - FBI
88. Robert Celum - FBI
89. Judy Mundell - FBI
90. Peter Shirajian - FBI
91. Shelly Sargent - FBI
92. C. Moyer - FBI
93. Keri Jaworski - FBI
94. Robert Gemme - FBI
95. Marie-Rose Fletcher - FBI
96. Sylvana McCord - FBI
```

**Civilian Witnesses**
```
97. Gerald Sack
98. Robert Chernoff
99. Rabah Ahmed
100. Representative Storage USA - Karen or Tyrone White
101. Bernard LaFleur
102. Khalid Naseem
103. Richard Donahoe
104. Ernest Cimino
105. Mohammad Tiba
106. Wissam Ali Ahmad
107. Robert Squires
108. Joseph Braude
109. Afif Kadri
110. Kubilay Celebi
111. Khaled Burgrara
112. Representative - Legal-Eze trial presentation company
113. Representative - Massachusetts Attorney General's Office
     Public Charities division
114. Representative - Massachusetts Secretary of State's Office -
     Corporations Division
115. Representative - New York Secretary of State's Office -
```

Corporations Division
116. Representative - CARE, Atlanta, GA
117. Representative - Internet Archive - Electronic Frontier
     Foundation

**Expert Witnesses**
118. Edward Valla - FBI
119. Matthew Levitt
120. Evan Kohlmann
121. Dawn Goldberg - IRS

                                  Respectfully submitted,
                                  MICHAEL J. SULLIVAN
                                  United States Attorney

                        By:   /s/ Aloke Chakravarty
                            B. STEPHANIE SIEGMANN
                            ALOKE S. CHAKRAVARTY
                            DONALD L. CABELL
                            Assistant U.S. Attorneys


Date: October 30, 2007



CERTIFICATE OF SERVICE

    I hereby certify that I have sent this document on this date, October 30, 2007 via Electronic notice to counsel for the Defendants in this case.

                                 /s/ Aloke Chakravarty
                                ALOKE CHAKRAVARTY
                                ASSISTANT UNITED STATES ATTORNEY