UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 05-40026-FDS |
| | ) | |
| MUHAMED MUBAYYID | ) | |
| EMADEDDIN Z. MUNTASSER | ) | |
| SAMIR AL-MONLA | ) | |

MOTION TO EXAMINE JURY QUESTIONNAIRES BEFORE VOIR DIRE

Defendants respectfully move this Court to grant counsel for
all parties access to questionnaires that have been filled out by
prospective jurors and returned to the Clerk's Office for the
United States District Court.  Counsel wishes to review the
veniremen's answers to questions on the questionnaire in advance
of jury selection in this case, which will take place on
November 13, 2007.

The juror questionnaires contain information that is clearly
pertinent to the qualifications of the respondents to sit, and
review of the information provided in advance of juror selection
would aid all parties in the intelligent exercise of their
peremptory challenges.  For example, the questionnaires contain
information about a given juror's level of education, his or her
degree of fluency in English, whether he or she holds public
office or serves in the military, or has ever been convicted of a
crime.  This information is not provided to the parties on the
printed jury sheets given to counsel in the courtroom moments

before the panels appear for voir dire.  Moreover, the usual

scope of questioning of prospective jurors under current local

practice does not in the normal course elicit the information

referenced above.  Yet this information is on hand and available

to the Clerk of the Courts because it has been provided in the

juror questionnaire.  It has the most relevance and usefulness to

the actual litigants, and by this motion undersigned counsel

prays this court that defense and government opposing counsel be

given access to this information.

Although the District of Massachusetts has no rule of court

governing the handling of jury questionnaires, the United States

District Court for the District of New Hampshire does have a

pertinent local rule allowing the parties access to the jury

questionnaires in advance of voir dire.  The New Hampshire rule,

Local Rule 47.1 of the Rules of the District Court provides as

follows:

> The clerk's office shall maintain and <u>make available</u> a
> list of petit jurors currently serving, together with
> copies of completed questionnaire forms, <u>to attorneys</u>
> <u>and their agents and to pro se parties actually</u>
> <u>involved in cases scheduled for trial.</u>  Those persons
> shall not disclose information the jurors provide nor
> shall the questionnaires be photocopied or removed from
> the clerk's office.  The court may further limit the
> inspection of juror information for good cause.
> Violation of this rule may be treated a contempt of
> court.  (Emphasis added).

Counsel requests that this Court consider New Hampshire

practice and allow counsel to inspect the questionnaires

submitted by the persons appearing on the panels to be assigned

to this session for trial on November 13, 2007.  Judge Zobel

allowed access to juror questionnaires in United States v. Joseph

Palermo, No. 06-10171-RWZ and in United States v. Rey Velazquez,

No. 06-10060-RWZ.  Judge Saris allowed the motion in United

States v. Trevor Charlton, No. 04-10306-PBS.  Judge Tauro allowed

access in United States v. Trent Miller, No. 06-10291-JLT.

Accordingly, counsel request that the attorneys in this

matter be allowed to inspect and examine the questionnaires on

Friday, November 9, 2007.

MUHAMED MUBAYYID                EMADEDDIN Z. MUNTASSER
By his attorney                 By his attorneys,

/s/ Michael C. Andrews          /s/ David Duncan

Michael C. Andrews              David Duncan
   B.B.O. #546470                  B.B.O. #546121
21 Custom House                 Norman Zalkind
Boston, MA 02110                   B.B.O. #538880
                                Elizabeth A. Lunt
                                   B.B.O. #307700
                                Zalkind Rodriguez Lunt
                                 & Duncan
                                65a Atlantic Avenue
                                Boston, MA 02110

SAMIR AL-MONLA
By his attorney

/s/ Charles P. McGinty

Charles P. McGinty
  B.B.O. #333480
Federal Defender Office
408 Atlantic Avenue, 3rd Floor
Boston, MA  02110
Tel: 617-223-8061

<u>CERTIFICATE OF SERVICE</u>

I, Charles P. McGinty, hereby certify that I have served a copy of the foregoing motion upon Assistant United States Attorneys Aloke S. Chakravarty and Donald L. Cabell by causing copies to be delivered to them on November 2, 2007.

/s/ Charles P. McGinty

Charles P. McGinty