UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES<br><br>V.<br><br>MUHAMED MUBAYYID,<br>EMADEDDIN Z. MUNTASSER and<br>SAMIR AL-MONLA,<br>    Defendants | CRIMINAL NO. 05-40026-FDS |

### DEFENDANTS' MOTION FOR VOIR DIRE OF POTENTIAL JURORS

Now come the defendants, Muhamed Mubayyid, Emadeddin Z. Muntasser and Samir Al-Monla, and move this Honorable Court to ask the following questions of all members of the jury venire, and to conduct individual questioning of any potential juror who answers any of the questions in the affirmative.

1. Have you, your spouse, a relative or close friend ever been employed by the IRS?

2. Have you, your spouse, a relative or close friend ever been employed by the FBI, Homeland Security, INS (BICE) or any other federal, state or local law enforcement agency?

3. Have you, your spouse, a relative or close friend ever been employed by the court system or the criminal justice system?

4. Have you, your spouse, a relative or close friend ever been employed in any law related occupation?

5. Have you, your spouse, a relative or close friend ever been the victim of a crime?

6. Have you, your spouse, a relative or close friend ever served as a juror?

7. Have you, your spouse, a relative or close friend ever served in the military or as a military contractor in Afghanistan, Iraq or the Middle East, or served in any intelligence service?

8. Would you tend to believe the testimony of a law enforcement agent, for example a FBI agent or State Trooper, just because he/she is a law enforcement officer?

9. Do you think that law enforcement witnesses are likely to be more truthful or reliable than other witnesses?

10. Do you speak or read Arabic?

11. Have you heard, read or seen on TV or the internet anything regarding Mr. Mubayyid, Mr. Muntasser and Mr. Al-Monla on this case?

12. Are there any other reasons that you might not be able to be a fair and impartial juror in this case?

        Respectfully submitted,
        MUHAMED MUBAYYID
        By his attorney,

        /s/ Michael C. Andrews
        Michael C. Andrews (BBO#: 546470)
        21 Custom House Street
        Boston, MA 02110
        (617) 951-0072

        EMADEDDIN Z. MUNTASSER
        By his attorneys,

        /s/ Norman S. Zalkind
        Norman S. Zalkind (BBO#: 538880)
        Elizabeth A. Lunt (BBO#: 307700)
        David Duncan (BBO#: 546121)
        Zalkind, Rodriguez, Lunt & Duncan, LLP
        65a Atlantic Avenue
        Boston, MA 02110
        (617) 742-6020

        SAMIR AL-MONLA
        By his attorney,

        /s/ Charles P. McGinty
        Charles P. McGinty (BBO # 333480)
        Federal Defenders
        408 Atlantic Avenue
        Boston, MA 02110
        (617) 223-8061

Dated: November 2, 2007