UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Crim. No. 05-40026-FDS |
| ) | |
| MUHAMED MUBAYYID, and ) | |
| EMADEDDIN Z. MUNTASSER, ) | |
| and ) | |
| SAMIR AL-MONLA a/k/a ) | |
| SAMIR ALMONLA, ) | |
| ) | |
| Defendants. ) | |

## GOVERNMENT'S PROPOSED VOIR DIRE QUESTIONS

The United States hereby requests that the Court ask the following questions on <u>voir dire</u>, in addition to its standard questions of the jury panel:

**AGENCIES INVOLVED**

1. The United States of America is one of the litigants in this trial. You will hear the United States referred to throughout the trial as "the government." Have you, or any member of your immediate family, or anyone with whom you are close:

   (a)  ever been employed by the federal government in any capacity?

   (b)  ever filed a lawsuit or claim of any kind against any police or other law enforcement officer?

   (c)  ever had any involvement, of any sort, with the Federal Bureau of Investigation, Internal Revenue Service Criminal Investigation, and/or Immigration Customs Enforcement formerly known as Immigration and Naturalization Service?

2. Have you, any member of your immediate family, or any close friend ever been involved in a criminal proceeding? If so,

please provide details at the sidebar.

3. Have you, any member of your immediate family, or any close friend ever filed a claim or lawsuit against the United States or any of its agencies, or answered a claim or lawsuit filed by the federal government?

4. Are you aware of any beliefs or feelings that you may have regarding the government that would in any way interfere with your ability to evaluate and judge fairly and impartially the evidence in this case?

5. The law enforcement agencies which investigated this case included the Federal Bureau of Investigation also known as the FBI, Internal Revenue Service Criminal Investigation, and Immigration and Customs Enforcement. Does anyone have any strong feelings -- either for or against -- any of these agencies?

6. Have you or any of your relations or close friends had any dealings with a member of law enforcement which would make it difficult or impossible to serve as a fair and impartial juror in this case?

7. Have you or any of your relatives or close friends had any unfavorable dealings or negative experience with any agency or employee of the United States government, including the following agencies or offices:

    The United States Attorney's Office

    Immigration Naturalization Service (now known as Citizenship and Immigration Services)

       The Internal Revenue Service

       Federal Bureau of Investigation

**CRIME AND VICTIMS**

8.  Has any member of the panel or any member of your family or any close friend ever been the victim of a crime or witness to a crime?

       (If "yes," please conduct further inquiry at sidebar).

          (a)  What type of crime and when did it occur?

          (b)  Was the crime prosecuted?  If not, prosecuted, do you know why not?

          (c)  Was there a conviction?

          (d)  Was there anything about your involvement with the police, the court, the prosecutor or the defense attorney which left you dissatisfied or upset?

**LAW ENFORCEMENT**

9.  Does anyone think he or she might tend to believe or disbelieve the testimony of a police officer or FBI or IRS-CI agent more readily than the testimony of other witnesses?

**WITNESSES**

10.  The government intends to call at least one witness in this case who has a criminal record.  Would the mere fact that a witness had a criminal record prevent you from believing his testimony?

**INS/CITIZENSHIP AND IMMIGRATION SERVICES**

11. Has anyone ever filled in or helped someone else fill in any INS immigration or visa documents?

12. Based upon that experience, do you believe that those documents are too complicated for the average person to follow?

13. Do you believe that INS immigration or visa documents ask too many personal questions?

**CHARITIES**

14. Have you ever volunteered at a charity or donated money to a charity?

15. This case involves allegations that the defendants defrauded the government and concealed information from the government in the course of operating an organization known as Care International, Inc. that obtained tax exempt status as a charity from the IRS. Is there anything about your experience volunteering at a charity or donating money to a charity that would affect your ability to be fair and impartial in this case?

**MEDIA COVERAGE OF THIS CASE AND RELATED INVESTIGATIONS**

16. Has anyone heard or read anything about this case or the defendants in any media outlet -- newspaper, television, internet, or radio?

17. Has anyone ever heard or read anything about a computer software company by the name of Ptech, Inc. in any media outlet in December 2002 and thereafter?

18. Does anyone have any unfavorable or negative feelings towards employees of Ptech as result of what you heard happened at that company?

19. Does anyone have any unfavorable or negative feelings towards the government as result of what you heard happened at Ptech?

**INTERCEPTED RECORDINGS OR FACSIMILES**

20. It is anticipated that you will hear Court authorized recordings of telephone conversations between people and facsimile transmissions sent over telephone lines which were obtained through the use of electronic devices commonly known as "wiretaps." Does anyone think that such investigative techniques are unfair, or that you would be unable to be impartial in evaluating the evidence?

21. Does anyone feel that electronic surveillance of private conversations are an invasion of privacy and should not occur under any circumstances?

22. Does anyone hold any views regarding lawful wiretaps that would make it difficult or impossible for you to consider this type of evidence?

23. Does anyone feel that surveillance or searches of private property are an invasion of privacy and should not occur under any circumstances?

24. Does anyone hold views regarding lawful search and seizure

that would make it difficult or impossible for you to consider evidence obtained this way?

**GENERAL BACKGROUND**

25.  Does anyone have any conscientious objection, religious belief, or other mental reservation such that you could not, in good faith and in good conscience, sit as a juror in this criminal case and return a verdict of guilty if you believed from all the evidence that the United States has proved its case beyond a reasonable doubt?

26.  To put it another way, is there anyone here who feels that for any moral or religious reasons that he or she cannot sit in judgment of another being?

27.  Does anyone feel that you would be unable to follow the Court's instructions that in reaching your verdict in this case, you must not be influenced in any way either by sympathy or prejudice for or against either the defendants or the United States?

28.  The charges in this case involve allegations of tax fraud among other things and I expect the trial will entail an examination of numerous tax records.  Is there anything the Court should know about your ability to concentrate for long periods of time?

29.  Have you had any problems or concerns about your ability to remember complex information?

30. Has anyone ever used code-words or chose to use words that mean something other than their ordinary meaning in talking, writing or communicating a message to someone else?

31. Have you or has anyone close to you ever been falsely accused of doing or saying something where someone thought you/they were trying to cover your/their tracks?

32. Has any member of the panel or any member of your family or any close friend been treated differently than others, harassed or discriminated in any way?

33. Do you think that minority groups that have been victimized or discriminated against should have the same rights as other groups under the law?

34. Do you think that minority groups that have been victimized or discriminated against should have to live up to the same laws and standards as other groups?

35. Do you think your experiences with discrimination and/or your views on discrimination would affect your ability to be fair and impartial in this case?

36. Do you have any beliefs about the U.S. government's actions in the area of national security which may prevent you from being fair and impartial in this case?

37. Hollywood produces television programs and movies about crimes and crime-solving police work that can create unrealistic expectations about how police work is done in a real case and

about evidence in a real case in a court of law.  In some instances, for example, a television program may show a complex crime being solved within an hour using sophisticated computers that magically link a suspect to a crime.  While entertaining, such programs and movies should not be used to set standards or expectations about how crime is investigated in the real world and how matters are proved in a real court of law.  Is there anyone who could not put aside such expectations and return a true verdict based only on the evidence presented in this courtroom.

    The United States respectfully suggests that further inquiry be conducted at sidebar if the answers to these questions so warrant.

                                    Respectfully submitted,

                                    MICHAEL J. SULLIVAN
                                  United States Attorney

                            By: /s/ B. Stephanie Siegmann
                                B. STEPHANIE SIEGMANN
                                ALOKE S. CHAKRAVARTY
                                DONALD L. CABELL
                                Assistant U.S. Attorneys

Date: November 2, 2007

<u>Certificate of Service</u>

    I do hereby certify that a copy of foregoing was served upon the counsel of record for the defendants by electronic notice on this 2nd day of November 2007.

                                <u>/s/ B. Stephanie Siegmann</u>
                                B. Stephanie Siegmann