```
            UNITED STATES DISTRICT COURT
             DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA      )
                              )
        v.                    )   Crim. No. 05-40026-FDS
                              )
MUHAMED MUBAYYID,             )
EMADEDDIN Z. MUNTASSER, and   )
SAMIR Al-MONLA                )
                              )
        Defendants.           )
```

**ASSENTED TO MOTION FOR EXTENSION OF TIME TO FILE PROPOSED JURY INSTRUCTIONS FOR ALL PARTIES**

The United States, by and through its attorney, Michael J. Sullivan, the United States Attorney for the District of Massachusetts, Aloke Chakravarty, Donald Cabell, and Stephanie Siegmann, Assistant United States Attorneys, hereby moves to extend the time to file proposed jury instructions in this matter. As reasons therefore, due to the demand of other filings and matters in this case, the Government has had insufficient opportunity to meaningfully draft submissions which will be of assistance to the Court. Wherefore, the parties request that such filing deadline be extended to November 5th. Counsel for the defense have assented to this motion, and the proposed jury instructions filing deadline should be the same for all parties.

```
                        Respectfully submitted,
                        MICHAEL J. SULLIVAN
                        United States Attorney

                    By: /s/ Aloke Chakravarty
                        ALOKE S. CHAKRAVARTY
                        B. STEPHANIE SIEGMANN
                        DONALD L. CABELL
                        Assistant U.S. Attorneys
Date: November 2, 2007
```

CERTIFICATE OF SERVICE

    I hereby certify that I have sent this document on this date, November 2, 2007 via Electronic Notice to the defense counsel in this case.

                                      /s/ Aloke Chakravarty
                                      ALOKE CHAKRAVARTY
                                      ASSISTANT UNITED STATES ATTORNEY