UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>    v.                                )<br>)<br>MUHAMED MUBAYYID,           )<br>EMADEDDIN Z. MUNTASSER,   )<br>SAMIR AL-MONLA              ) | CRIMINAL NO. 05-40026-FDS |

### DEFENDANTS' MOTION TO FILE UNDER SEAL

Defendants respectfully move to file the attached document under seal.

| | |
|---|---|
| MUHAMED MUBAYYID<br>By his attorney<br><br>/s/ Michael C. Andrews<br><br>Michael C. Andrews<br>   B.B.O. #546470<br>21 Custom House<br>Boston, MA 02110 | EMADEDDIN Z. MUNTASSER<br>By his attorneys,<br><br>/s/ David Duncan<br><br>David Duncan<br>   B.B.O. #546121<br>Norman S. Zalkind<br>   B.B.O. #538880<br>Elizabeth A. Lunt<br>   B.B.O. #307700<br>Zalkind Rodriguez Lunt<br> & Duncan<br>65a Atlantic Avenue<br>Boston, MA 02110<br><br>SAMIR AL-MONLA<br>By his attorney<br><br>/s/ Charles P. McGinty<br><br>Charles P. McGinty<br>  B.B.O. #333480<br>Federal Defender Office<br>408 Atlantic Avenue, 3rd Floor<br>Boston, MA 02110<br>Tel: 617-223-8061 |

<u>CERTIFICATE OF SERVICE</u>

    I hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on November 5, 2007.

                                        /s/ Charles P. McGinty

                                        Charles P. McGinty