```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA        )
                                )
          v.                    )   Crim. No. 05-40026-FDS
                                )
MUHAMED MUBAYYID, and           )
EMADEDDIN Z. MUNTASSER,         )
and                             )
SAMIR AL-MONLA a/k/a            )
SAMIR ALMONLA,                  )
                                )
          Defendants.           )
```

### GOVERNMENT'S RESPONSE TO DEFENDANTS' MOTION FOR WRITTEN QUESTIONNAIRE

The United States of America, by and through its attorneys, United States Attorney Michael J. Sullivan, and Assistant United States Attorneys B. Stephanie Siegmann, Aloke S. Chakravarty, and Donald L. Cabell for the District of Massachusetts, does not object to submitting a written questionnaire to the jury. The government, however, does object to the brief description of the charges contained on the defendants' proposed questionnaire and requests that no description of the charges be contained on the questionnaire as the Court can more easily describe the charges during the jury impanelment process. In addition, the government respectfully requests that if the Court grants defendants' motion, that the attached questions be included in the questionnaire submitted to the jury to ensure a jury fair and

impartial to both sides is chosen.

                              Respectfully submitted,

                              MICHAEL J. SULLIVAN
                              United States Attorney

                         By:  /s/ B. Stephanie Siegmann
                              B. STEPHANIE SIEGMANN
                              ALOKE S. CHAKRAVARTY
                              DONALD L. CABELL
                              Assistant U.S. Attorneys

Date: November 5, 2007

## Certificate of Service

I do hereby certify that a copy of foregoing was served upon the counsel of record for the defendants by electronic notice on this 5th day of November 2007.

                              /s/ B. Stephanie Siegmann
                              B. Stephanie Siegmann

ADDITIONAL QUESTIONS REQUESTED ON JUROR QUESTIONNAIRE

1. Have you, any of your relatives or close friends had any unfavorable dealings or negative experiences with the Internal Revenue Service?

   _____ Yes    _____ No

   If yes, please describe the experience and your current thoughts about the people involved.

   _____

   _____

2. Do you have any strong beliefs about the United States government's actions in the area of national security?

   _____ Yes    _____ No

   If yes, please describe:

   _____

   _____

3. Have you or has anyone close to you been treated differently or discriminated against in any way?

   _____ Yes    _____ No

   Please describe the discrimination that you/they experienced:

   _____

   _____

4. Do you think that groups that have been victimized or discriminated against should have to live up to the same laws and standards as other groups or do you think groups that have been victimized or discriminated against should be given special consideration?

　　　_____ Groups that have been victimized or discriminated against should have to live up to the same laws and standards as other groups

　　　_____ Groups that have been victimized or discriminated against should be given special consideration

　　　Please explain: _____
　　　_____

5. Do you think that your experiences with discrimination and/or your views on discrimination would affect your ability to be fair and impartial in this case?

　　　_____