# Zalkind, Rodriguez, Lunt & Duncan LLP

ATTORNEYS AT LAW

65a Atlantic Avenue, Boston, Massachusetts 02110

TELEPHONE (617) 742-6020

FAX (617) 742-3269

www.zrld.com

Norman S. Zalkind
Elizabeth A. Lunt
David Duncan
also member of PA Bar
Inga S. Bernstein
William B. Van Lonkhuyzen
also member of CA Bar

Monica Pastorok
also member of NY and CA Bars
Rachel Stroup
Ruth O'Meara-Costello
Emma Quinn-Judge

Of Counsel:
Barbara Equen Rodriguez

November 7, 2007

(Filed VIA ECF only)
Honorable F. Dennis Saylor IV
U.S. District Court for the District of MA
Harold D. Donohue Federal Courthouse
595 Main Street
Worcester, MA 01608

Re:     U.S. v. Muhamed Mubayyid and Emadeddin Z. Muntasser
        Criminal Docket Number: 05-40026

Dear Judge Saylor:

Pursuant to your request at today's hearing, attached are the notices and Curriculum Vitae the defendants have provided to the government for Professors Michael Sells, Nazif Shahrani, John Stuart Blackton, and Mr. Marcus Owens.

Sincerely,

/s/ David Duncan
David Duncan

enclosures

cc (with enclosures):   Stephanie Siegmann, AUSA
                        Michael Andrews, Esq.
                        Charles McGinty, Esq.

# Zalkind, Rodriguez, Lunt & Duncan LLP
### ATTORNEYS AT LAW
## 65a Atlantic Avenue, Boston, Massachusetts 02110
### TELEPHONE (617) 742-6020
### FAX (617) 742-3269
www.zrld.com

Norman S. Zalkind
Elizabeth A. Lunt
David Duncan
also member of PA Bar
Inga S. Bernstein
William B. Van Lonkhuyzen
also member of CA Bar

Monica Pastorok
also member of NY and CA Bars
Rachel Stroup
Ruth O'Meara-Costello
Emma Quinn-Judge

Of Counsel:
Barbara Equen Rodriguez

October 12, 2007

Donald L. Cabell
Aloke S. Chakravarty
Assistant U.S. Attorneys
U.S. Courthouse, Suite 9200
1 Courthouse Way
Boston, MA 02210

Re:  <u>U.S. v. Muhamed Mubayyid, Emadeddin Z. Muntasser and Samir Al-Monla</u>, No.
05-40026

Gentlemen:

This will supplement the earlier notice the defendants have given, pursuant to the Court's order of September 29, 2006 and Fed. R. Crim. P. 16(b)(C)(I), regarding the anticipated testimony of Marcus Owens, the Defendants' expert witness. You have Mr. Owens' resume and his qualifications.

Mr. Owens will testify that he has reviewed Care International, Inc.'s Form 1023 application for tax-exempt status and the supporting documents filed with it, Care's subsequent Form 990 filings, and the Al-Hussam publications produced by Care, both those that were available at the time that Care filed its 1023 application and subsequent publications. He has reviewed other tax documents from this case that have been produced by the government in discovery to the Defendants. He will also rely on any evidence that has been adduced at trial. He will also rely on statutes and case law governing tax-exempt organizations, as well as IRS Revenue Rulings, Revenue Procedures, IRS forms and instructions, and other IRS guidance in formulating his opinions. Finally, he will rely on his long experience in dealing with tax-exempt applications and policies through his employment with the IRS and his subsequent practice as an attorney specializing in tax-exempt organizations.

Letter to Donald L. Cabell and Aloke S. Chakravarty
RE: Marcus Owens
October 12, 2007

He will testify that the Al Hussam publications produced by Care that he has reviewed would not have affected an IRS decision to grant Care, Inc. tax-exempt status in 1993 or thereafter. Based on the organization's tax filings with the IRS, Mr. Owens will testify that it appears that the organization treated the cost of the newsletters as fundraising expenses. Furthermore, even if the newsletters were not fundraising communications, they were religious materials, which the IRS gives more deference to than nonreligious activities. Finally, even if the newsletters were educational activities, they were consistent with court decisions. The publication of news reports and pro-Jihad viewpoints, he will opine, is precisely the sort of free speech expressions protected by the courts, and thus would have no affect on Care's tax-exempt status. Moreover, Mr. Owens will testify that, even though an individual is affiliated with an organization, the IRS recognizes that he is not always acting in his capacity as a representative of that organization.

Mr. Owens will further testify that, in his opinion, Care's application was as complete as many applications for tax-exempt status filed by small organizations staffed by volunteers. Applicants, and he would include Care in this, are usually unsophisticated and, as a result, errors and omissions in both the 1023 and 990 are common. Frequently applicants leave out significant documents, such as bylaws. Similarly, applicants often do not include publications. The IRS regularly asks follow-up questions of applicants when the application is incomplete or has been identified as requiring further review. In Care's case, the organization noted on its application that it would have both printing and mailing costs. The fact that the experienced examiners in the IRS did not ask any follow-up questions regarding the application, including the printing and mailing expenses, leads him to conclude that they were satisfied that they had enough information to grant Care tax-exempt status.

Mr. Owens will further testify that "support" of the mujahideen or jihad is not a grounds for denial of tax-exempt status, unless the IRS determines that money was being spent for other than charitable purposes. Where money is being sent overseas, the organization must take steps to verify that the money is being used for charitable purposes, but there is no requirement for either public charities or private foundations to have a representative of the organization actually travel abroad to verify how its money is being spent. He will testify that under long-standing IRS policy, providing humanitarian assistance to populations in war-torn areas is charitable, as is providing medical and other support to wounded individuals. Mr. Owens will also testify that when making grants to domestic organizations, Care was entitled to rely on classifications of public charity status in Publication 78 as satisfying the requirement that its money be spent on charitable purposes, without making any further inquiry of the organization's use of the funds.

Mr. Owens will further opine that the requests for enumeration of the organization's "program service accomplishments" in the form 990 are requests for enumerations of program activities, not fundraising activities, and it appears that Care treated the publication of Al Hussam as a fundraising activity. He will also testify that, under Generally Accepted Accounting Practices, newsletters which contain fundraising appeals are considered either purely fundraising or, if appropriate, a mixed activity. Given that at least some of the newsletters

Letter to Donald L. Cabell and Aloke S. Chakravarty
RE: Marcus Owens
October 12, 2007

contained fundraising appeals, it was reasonable and consistent for Care, a small, volunteer organization, to have listed the newsletter and its contents as a fundraising activity.

He will also testify that, based on the materials he has reviewed, it was reasonable for Care to report that it was not a successor to or outgrowth of Al Kifah on the 1023 application. Furthermore, he will testify that the terms "successor" and "outgrowth" are not clearly defined. The key issue in the IRS's determination of whether an organization is a successor or outgrowth, he will testify, is control. For instance, the IRS is interested in whether a predecessor organization caused new organization to be created. He will testify that the purpose of this question is to ascertain whether an applicant organization is assuming the assets or liabilities of another organization, and particularly the liabilities, thereby improperly sheltering taxable income. He will opine that no applicant is on notice that the question asks for more than what is provided by the specifics of the actual question or the examples given in the instructions, which refer to being controlled or controlling another organization, interlocking directorates, common officers and sharing of office space or employees.

Mr. Owens will also testify that, even if a predecessor/successor relationship existed between Care and Al Kifah, it would not have been sufficient, on its own, to deny Care tax-exempt status. The activities of the predecessor would not be a basis to deny tax-exempt status to Care. Only if the financial relationship suggested improper sheltering of taxable income or transfer of debts of a taxable entity to Care would there have been a basis to deny Care tax-exempt status predicated on a successor relationship.

Finally, based on the materials he has reviewed, Mr. Owens will testify that Care met the threshold for tax exemption under section 501(c)(3). Mr. Owens may offer additional opinions, depending on additional materials the government may provide or on the testimony the government offers in its case-in-chief, which the defendants cannot anticipate, and they reserve the right to supplement this notice.

Sincerely,

David Duncan

cc:     Michael C. Andrews, Esq.
        Charles P. McGinty, Esq.

## MARCUS S. OWENS

| | |
|---|---|
| Position | Member<br>Caplin & Drysdale, Chartered<br>One Thomas Circle, NW<br>Suite 1100<br>Washington, DC 20005 |
| Education | Bachelor of Arts, Florida State University, 1971<br>Juris Doctor, Duke University, 1974 |
| Professional Licenses | Member, Florida Bar<br>Member, District of Columbia Bar<br>US Supreme Court - Admitted to Practice<br>US Tax Court – Admitted to Practice |
| Professional and<br>Business History | Director, Exempt Organizations Division<br>Internal Revenue Service, 1990 to 2000<br><br>Executive Assistant, Exempt Organizations<br>Division, IRS, 1988 to 1990<br><br>Technical Advisor to the Director,<br>Exempt Organizations Division, IRS, 1984 to 1988<br><br>Tax Law Specialist<br>Exempt Organizations Division, IRS, 1975 to 1984 |
| Professional and<br>Business Affiliations | American Bar Association, Section on Taxation,<br>   Co-Chair of Subcommittee on Audits and Appeals<br>American Health Lawyers Association<br>American Society of Association Executives<br>Director, Better Business Bureau Wise Giving Alliance |
| Awards and<br>Commendations | IRS Commissioner's Award, 1992<br>IRS Assistant Commissioner's Award. 2000<br><u>Nonprofit Times</u> Top 50 Most Influential People in<br>Nonprofit Sector, 1998, 1999 and 2001 |

**MARCUS S. OWENS**
Page 2

| | |
|---|---|
| Professional and Business Experience | Significant experience in federal tax matters involving tax-exempt organizations. Practice at Caplin & Drysdale has involved a wide range of tax-exempt organizations, including charities, private foundations, trade associations, social welfare organizations, and political organizations. Advice has involved the tax implications of particular transactions and representing tax-exempt organizations before the IRS in both audits, applications for exemption, and ruling requests. Frequent speaker on tax-exempt organizations topics. |
| | Prior to practice at Caplin & Drysdale, was the highest IRS executive with sole responsibility for tax-exempt organizations. Responsibilities included the design and implementation of federal tax rulings and enforcement programs for tax-exempt organizations, including charities, social welfare organizations, labor unions, trade associations, social clubs, political organizations, unrelated business income tax, and tax-exempt bonds. Served as primary IRS liaison with other federal agencies, Congress, and state regulators on tax-exempt organization issues. Top secret security clearance. |
| Professional Publications | "Penalizing Instigators of Political Campaign Intervention," Tax Notes, co-authored with Natalie E. Fay, October 30, 2006. |
| | "The New Tax Sanctions for Canadian Charities: Learning from the US Experience," Canadian Tax Journal, co-authored with Robert B. Hayhoe, 2006, Vol. 54, No. 1. |
| | "Legal Framework of International Philanthropy: The Potential For Change," Pace Law Review, Spring 2005 |
| | "Politicians, Nonprofits, and Opportunities for Personal Enrichment," Exploring Organizations and Advocacy, Elizabeth J. Reid and Maria D. Montilla, editors, August 2001. |
| | "Congress Requires Disclosure by Section 527 |

Organizations," Journal of Taxation of Exempt Organizations, co-authored with Lloyd Mayer, November/December 2000.

"UBIT and Links to Corporate Sponsors," Business Officer, co-authored with Catherine Livingston, September 2000.

Editor, IRS Exempt Organizations Continuing Professional Education Technical Instruction Program for Fiscal Year 2000, 1999, 1997, 1996, 1995, 1994, 1993, 1992

# Zalkind, Rodriguez, Lunt & Duncan LLP

### ATTORNEYS AT LAW

## 65a Atlantic Avenue, Boston, Massachusetts 02110

TELEPHONE (617) 742-6020

FAX (617) 742-3269

www.zrld.com

Norman S. Zalkind

Elizabeth A. Lunt

David Duncan
also member of PA Bar

Inga S. Bernstein

William B. Van Lonkhuyzen
also member of CA Bar

Monica Pastorok
also member of NY and CA Bars

Rachel Stroup

Ruth O'Meara-Costello

Of Counsel:

Barbara Equen Rodriguez

October 12, 2007

BY HAND DELIVERY

Donald L. Cabell
Aloke S. Chakravarty
Assistant U.S. Attorneys
U.S. Courthouse, Suite 9200
1 Courthouse Way
Boston, MA 02210

> Re:    U.S. v. Mubayyid, Muntasser and Al-Monla, No. 05-40026

Dear Messrs. Cabell and Chakravarty,

Pursuant to the Court's Order of September 29th, 2006 and Fed.R.Crim P.16(b)(C)(I), the defendants give notice that Michael Sells may be called to testify at trial in this matter. Below is a summary of his expected testimony, including the opinions he will offer and the bases for those opinions. Professor Sells' resume and a summary of his relevant writings are attached.

Professor Sells is the John Henry Barrows Professor of Islamic History and Literature in the Divinity School at the University of Chicago. He studies and teaches in the areas of Qur'anic studies, Sufism, Arabic and Islamic love poetry, mysticism, Bosnia-Herzegovina, and religion and violence. He is fluent in Arabic (Classical, Modern Standard, Egyptian, Tunisian) as well as French, Latin, Classical Greek, Italian, Spanish and German. He is the author of many articles and titles including The Bridge Betrayed: Religion and Genocide in Bosnia (University of California Press 1996). His scholarly articles and book chapters relating to Bosnia are listed in the attached summary of his relevant writings. Professor Sells spent several years researching his book on Bosnia, corroborating the testimony before the Bosnian war crimes tribunal, and interviewing refugees and their families. In 1993 Professor Sells established an NGO, Community of Bosnia Foundation, which provided for 60-70 Bosnian students to study at colleges in the United States.

Defendants anticipate that, if called as a witness, Professor Sells will testify, without limitation, to the ethnic cleansing and genocide which occurred in Bosnia in the 1990s, and to contemporary media coverage of these events. He will also testify to the humanitarian crisis, the massacres of Muslims, and the destruction of Muslim communities in Bosnia during this period.

Professor Sells' testimony will explain the context of these events in Bosnia in terms of the history of the former Yugoslavia and the religious affiliations of its population. He will testify that, following the break up of the former Yugoslavia, Bosnia was caught in the middle of the conflict between Serbia and Croatia, and declared independence in April 1992. Although Bosnia tried to remain neutral, it was invaded by the former Yugoslav army which the Serbian government of Slobodan Milosevic had purged of non-Serbs and was subsequently invaded by the Croatian army. He will describe the Serbs' brutal "ethnic cleansing" of Muslim communities in Bosnia, and will opine that the Serbian government's goal was the systematic annihilation if any evidence of Muslim presence in Bosnia. Professor Sells will testify that not only were Bosnian Muslims killed and forcibly removed from their homes, but their culture was also destroyed. He will testify that a thousand mosques (some dating back to the fourteenth century) and schools were systematically destroyed after Muslim communities had been taken over by the Serb army, and that efforts were made to eradicate all traces of Muslim presence in these communities. For example, graveyards and even telephone books were destroyed, and photographs were airbrushed to remove mosques so that new mayors could deny that Muslims ever lived in their towns.

Professor Sells will testify that the Croats entered into a pact with the Serbs with respect to taking over Bosnia, that the Bosnian army had no ability to fight, and that the UN arms embargo assured Serb and Croat supremacy in the war. He will testify that massacres of Muslims continued unchecked for three years; that conditions were even worse in the countryside than in Sarajevo; and that although the UN delivered food to Muslims in concentration camps, the UN did not interfere with the massacres.

Professor Sells will further testify that, in August 1992, concentration camp photographs and articles appeared in the Western press, leading to calls for intervention in Bosnia, calls which were ignored by the U.S. and other governments. He will also testify that accurate reports and videotapes of the plight of the Bosnian Muslims were circulated in the Muslim world and led to humanitarian relief efforts for refugees in Croatia and displaced Muslims in Bosnia. He will testify that the humanitarian crisis was exacerbated by the difficulty of getting humanitarian aid into Bosnia, as Croat and Serb militias attacked aid caravans, including, in the summer of 1993 the "Convoy of Joy" which was ambushed and looted by Croat militiamen who also murdered some of its drivers. He will testify that Saudi and Kuwaiti relief programs set up food and medical distribution sites in Croatia and Bosnia, and that, in the United States, there were many fund-raising efforts by Muslim and non-Muslim charities.

Professor Sells' factual testimony and opinions will be based on his scholarly and field research into the events in Bosnia in the 1990s, and his knowledge of Muslim history and culture. He will rely on documents and videotapes he has collected and interviews he has conducted in

the course of his research, and documents listed as exhibits by the government and the defense.

Very truly yours,

Elizabeth A. Lunt

EAL/jaw

enclosures

cc (with enc.):        Charles McGinty, Esq.
                       Michael Andrews, Esq.

Curriculum Vitae
MICHAEL A SELLS
11 October 2007

John Henry Barrows Professor of the History and Literature of Islam
University of Chicago
Divinity School, Swift Hall
1025 E. 58th Street
Chicago, Illinois 60637
msells@uchicago.edu

## EDUCATION

The University of Chicago . . . . . 1978-1982 . . . .Ph.D. 1982
Center for Arabic Studies Abroad, Cairo, Egypt. . . 1977-1978
The University of Chicago . . . . . 1976-1977 . . . . M.A. 1977
Gonzaga University. . . . . . . . . . 1967-1971 . . . . A.B. 1971 (Florence Italy Program, 69-70)

## POSITIONS HELD

- 7/05 – University of Chicago, John Henry Barrow Professor of the History and Literature of Islam, Divinity School

- 5/95—7/05 Haverford College, Professor of Religion and Emily Judson Baugh and John Marshall Gest Professor of Comparative Religions.

- *(7/97-7/98 John Simon Guggenheim Memorial Fellowship, in residence)*

- 7/92--6/96 Haverford College, Chairperson, Dept. of Religion.

- 5/90--5/95 Haverford College, Associate Professor, Department of Religion.

- 8/84 --5/90 Haverford College, Assistant Professor, Department of Religion

- 8/82-- 8/84 Stanford University, Andrew W. Mellon Postdoctoral Fellow.

- 8/72--6/74 Peace Corps, Tunisia. Lycée de Medenine. Lycée de Foum Tatahouine.

## HONORS

- 2004 **Choice "Academic Book of the Year"** Award for *The New Crusades: Constructing the Muslim Enemy* (Columbia University Press, 2004).

- 2003 Andrew Mellon **New Directions** Fellowship: for Work on Religion and Conflict in Bosnia-Hercegovina.

- 2002 **Annual Selection** of *Approaching the Qur'an* for the Required Book of the Year, University of North Carolina Summer Reading Program.

- 2002 **Paul Hanly Furfey** Lectureship, Association for the Sociology of Religion.

- 1999 **Fulbright** Fellowship to Morocco, Tunisia, and Syria. Project: Ibn `Arabi's classical heritage and contemporary influence. Spring, 2000, seven month award.

- 1997 **American Academy of Religion Annual Book Prize for Excellence in Historical Studies**, to *The Bridge Betrayed: Religion and Genocide in Bosnia,* Presentation Ceremony, November 21, 1997, San Francisco, American Academy of Religion Annual Conference.

- 1996 John Simon **Guggenheim** Memorial Foundation Fellowship for 1997-1998. Project Title: *The Poetics of the Classical Arabic Qasida (Ode).*

- 1995 **American Academy of Religion Prize for First Book in the History of Religions (Honorable Mention)**: *Mystical Languages of Unsaying* (Univ. of Chicago Press, 1994)

- 1994 **Emily Judson Baugh and John Marshall Gest Professorship** in Comparative Religions, Haverford College

- 1993 **NEH** (National Endowment of the Humanities) Fellowship: Studies in the Classical Arabic Qasida

- 1992 **Lifetime Honorary Fellow**: the Muhyiddin Ibn `Arabi Society

- 1990 Nominated for the Lewis Galatière Prize from the American Literary Translators Association (for *Desert Tracings)*

- 1990 Nominated for the Harold Morton Landon Translation Award from the American Academy of Poets (for *Desert Tracings)*

- 1987 -- Emily Judson Baugh Gest and John Marshall Gest Lectureship in Comparative Religions.

- 1985 **Arabic League Translation Award**, Translation Center, Columbia University.

- 1985 **NEH** Summer Grant, Arabic Ode Translation Project.

- 1982 - 1984 **Andrew W. Mellon Fellowship**, Stanford University.

- 1982 Honors (the highest designation), PhD Dissertation Defense, University of Chicago

- 1982 **Arabic Translation Prize**, American Association of Teachers of Arabic (AATA).

- 1981 **Arabic Translation Prize**, American Association of Teachers of Arabic.

- 1981 - 1982 **Whiting Fellowship**, The University of Chicago.

- 1979 - 80/1978 - 79 NDEA **Title VI** Fellowship, Arabic.

- 1977 - 1978 **CASA Fellowship** (Center for Arabic Studies Abroad).

- 1977 Honors (the highest designation) MA exams, University of Chicago.

- 1971 Magna cum Laude, B.A. degree, Gonzaga University.

PUBLICATIONS, BOOKS

***God of War: American Power in a World of Religion***.  An analysis of religious militancy within the major religions and its impact on world security.   Under contract, Knopf (Random House), expected publication July 2007.

***Stations of Desire: Love Odes of Ibn `Arabi and New Poems.*** Original poems by Michael Sells and translations of love qasidas from *Ibn `Arabi's Interpreter of Desires (Turjuman al-Ashwaq)*. Jerusalem: Ibis Press, 2000. Fourth Printing, 2003.

***The New Crusades: Constructing the Muslim Enemy***. Co-edited with Emran Qureshi. New York: Columbia University Press, 2003. Introduction by Michael Sells and Emran Qureshi. Essays by Fatema Mernissi, Edward Said, Roy Mottahedeh, John Trumpbour, Rob Nixon, Mujeeb Khan, Maria Rosa Menocal, Neil MacMaster, Norman Cigar, and Michael Sells. A Choice "Academic Book of the Year" for 2004.

***Approaching the Qur'an: The Early Revelations.*** White Cloud Press, 1999. Renderings of the hymnic suras, with an introduction, a facing commentary on each Sura, essays on sound and meaning in Qur'anic language, sound charts for use with Qur'anic recitation, and an annotated glossary and a CD with examples of Qur'anic recitation. Seventh, Printing 2003.

***Approaching the Qur'an: The Early Revelations***, **Second Edition**, with a new chapter on *Surat al-Rahman*, including a full translation of the sura, and a preface covering the 2002 UNC-Qur'an controversy (Ashland, OR: White Cloud Press, 2006).

***Cambridge History of Arabic Literature, Al-Andalus.*** Co-edited with Maria Rosa Menocal and Raymond Scheindlin, and contributor. The volume includes 24 essays. Cambridge: Cambridge University Press, 2000.

***The Bridge Betrayed: Religion and Genocide in Bosnia.*** University of California Press, 1996. An examination of the use of religious mythology to motivate and justify genocide against Bosnian Muslims from 1992-1995. *1997 American Academy Religion Award for Excellence in Historical Studies.* Second Edition with a Preface on Kosovo and BiH. University of California Press, 1998. Bosnian edition: *Iznevjereni most: religia i genocid u Bosni*, translated by Zoran Mutic,(Sarajevo: Sedam, 2002).

***Early Islamic Mysticism.*** Paulist Press Classics of Western Spirituality Series, 1996. Introductions and translations of the Qur'an, Mi`raj Accounts, Arabic Poetry, Tustari, Ja`far as-Sadiq, Muhasibi, Junayd, Hallaj, Rabi`a, Bistami, Sarraj, Qushayri, and Niffari, with an Introduction to Islamic mysticism. 3rd Printing 2003.

***Mystical Languages of Unsaying.*** University of Chicago Press, 1994. A philosophical and literary study of apophatic language in Plotinus, Eriugena, Ibn `Arabi, Eckhart, and Marguerite Porete. With original translations from the Greek, Arabic, Latin, medieval French, and medieval German. *1995 American Academy of Religion First Book Prize (honorable mention).*

***Desert Tracings: Six Classic Arabian Odes.*** Wesleyan University Press, 1989. Second Printing, 1996. Original Translations, and Critical Commentary on early Arabic odes by `Alqama, Shanfara, Labid, `Antara, Al-A`sha and Dhu al-Rumma, with a General Introduction. Major selections appear in the *Harper-Collins World Reader* and *The Norton Anthology of World Poetry.*

## BOOK SECTIONS

**"Bewildered Tongue: The Semantics of Mystical Union in Islam" and
"Response,"** in Bernard McGinn and Moshe Idel, ed., ***Mystical Union and
Monotheistic Religions: an Ecumenical Dialogue***, New York: MacMillan, 1989.
This volume includes studies by McGinn (Christian Mysticism), Idel (Jewish
Mysticism), Sells (Islamic Mysticism), and D. Merkur (Psychological Approaches),
with a response by each to the other essays. Second Edition, ***Mystical Union in
Judaism, Christianity, and Islam*** (New York: Continuum, 1996).

### PUBLICATION LIST (except reviews)

### 2003-2007 or In Press

- "Iraq and Yemen Intertwined: Poem #20 from Ibn al-Arabi's *Turjuman al-
  Ashwaq* (interpreter/translator/biographer of longings). Mysticism, Eroticism,
  and the Cultural Other."  Forthcoming, *Festschrift in Honor of Raymond
  Scheindlin.*

- Pilgrimage and "Ethnic Cleansing" in Herzegovina, in David Little and Donald
  Swearer, eds. *Religion and Violence* (Harvard University Press, 147-158:
  2006).

- *Approaching the Qur'an: The Early Revelations* (White Cloud Press, 2006),
  **New Edition**, with preface on the 2002 UNC-Qur'an controversy and a new
  chapter with a commentary on and full translation of Sura 55.

- "Crosses of Blood: Sacred Space, Religion, and Violence in Bosnia-
  Hercegovina," The annual Paul Hanly Furfey Lecture, Association for the
  Sociology of Religion, *Sociology of Religion* 64:3 (2003): 309-331.

- "Sacral Ruins in Bosnia-Herzegovina, Mapping Ethnoreligious Nationalism," in
  Craig R. Prentiss, *Religion and the Creation of Race and Ethnicity* (New York:
  New York University Press, 2003): 211-233.

- ***The New Crusades: Constructing the Muslim Enemy***, co-edited with
  Emran Qureshi (New York: Columbia University Press, 2003).

- "Christ-Killer, Kremlin, Contagion," in Emran Qureshi and Michael Sells, eds.,
  *The New Crusades:* 352-389.

- "Introduction: The Clash of Civilizations and Constructing the Muslim Enemy,"
  co-authored with Emran Qureshi in Qureshi and Sells, eds., *The New
  Crusades:* 1-47.

- "Ibn al-`Arabi and the Clash of Civilizations," Rabat, Morocco, 2003 (in
  press).

### 2002

- ***Iznevjereni most***, translated by Zoran Mutic (Sarajevo: Sedam, 2002),
  translation of ***The Bridge Betrayed: Religion and Genocide in Bosnia***.

- "The Infinity of Desire: Love, Mystical Union, and Ethics in Sufism," in William
  Barnard and Jeffrey Kripal, eds., *Crossing Boundaries: Essays on the Ethical
  Status of Mysticism* (New York: Seven Bridges, 2002): 184-229.

- "Islam in Serbian Religious Mythology and Its Consequences," in Maya Shatzmiller, ed., *Islam and Bosnia* (Montreal: McGill-Queen's University Press, 2002): 56-85.

- "Irremediable Ecstasy, Modes of the Lyric in Etel Adnan's *The Spring Flowers Own & Manifestations of the Voyage*," in *Etel Adnan: Critical Essays on the Arab-American Writer and Artist*, edited by Lisa Suhayr Majaj and Amal Amireh (Jefferson, N.C.: McFarland & Company, 2002): 50-66.

- "The Wedding of Zein: Islam through the Modern Novel," in Brannon Wheeler, editor, *Teaching Islam* (New York: Oxford University Press, 2002): 145-167.

- "Ibn `Arabi and the Clash of Civilizations," Journal of the University of Riyadh Muhammad V, forthcoming.

### 2001

- "Serbian Religious Mythology and the Genocide in Bosnia" in *In God's Name: Genocide and Religion in the 20th Century,* edited by Omer Bartov and Phyllis Mack (Berghahn Books, 2001), 180-205.

- "The 'Work' of Love: Marguerite Porete, Nizam, and Ibn `Arabi" (*Tres seguidores de la religion de l'amor: Nizam, Ibn `Arabi, y Marguerite Porete*), translated into Spanish by Ana Iribas Rubin in Pablo Beneito, ed. *Mujeres de Luz: Proceedings of the Congreso Internacional Sobre Mistica Femenina,* Avila 29-31 Octubre, 1999 (Avila: Centro Internacional de Estudios Misticos, 2001): 137-157.

- Preface, Emil Homerin, editor and translator, `*Umar Ibn al-Farid: Sufi Verse, Saintly Lif*e (New York: Paulist Press Classics of Western Spirituality, 2001), pp. xi-svii.

- Michael A. Sells, Preface, Alexandre Kimenyi and Otis Scott, *Anatomy of Genocide* (Edwin Mellen, 2001).

- "Sound, Spirit, and Gender in Surat al-Qadr," anthologized in Andrew Rippin, ed., *The Qur'an: Style and Contents* (Variorum, Aldershot UK, 2001): 332-353.

### 2000

- "Meister Eckhart and Ibn `Arabi on the Mysticism of Perpetual Transformation," *Eckhart Review* 8 (Spring 2000): 3-18.

- "A Literary Approach to the Hymnic Suras of the Qur'an: Spirit, Gender, and Aural Intertextuality" in Issa Boullata, ed., *Literary Structures of Religions Meaning in the Qur'an* (London: Curzon Press, 2000), pp. 3-25.

- "Vuk's Knife: Kosovo, the Serbian Golgotha, and the Radicalization of Serbian Society," William J. Buckley, ed., *Kosovo: Contending Voices on Balkan Interventions* (Grand Rapids, MI: Eerdmans, 2000), pp.133-141.

- ***The Cambridge History of Arabic Literature, Al-Andalus.*** Co-editor, with Maria Rosa Menocal and Raymond Scheindlin, and contributor. (Cambridge: Cambridge University Press, 2000).

- "To al-Andalus Would She Return the Greeting: Ibn Zaydun's *Nuniyya* (Poem

in N), Complete Translation," in the *The Cambridge History of Arabic Literature: The Literature of Al-Andalus,* ed. Maria Rosa Menocal, Raymond P. Scheindlin, and Michael Sells, (Cambridge: Cambridge University Press, 2000), pp. 489-496.

- "Love," an essay on love poetry in Islamic Andalus, *The Cambridge History of Arabic Literature: The Literature of Al-Andalus,* ed. Maria Rosa Menocal, Raymond P. Scheindlin, and Michael Sells (Cambridge: Cambridge University Press, 2000), pp.126-158.

**1999**

- ***Stations of Desire: Love Elegies from Ibn `Arabi and New Poems*** (Jerusalem: Ibis Editions, 1999, 3rd printing 2002).

- ***Approaching the Qur'an: The Early Revelations*** (Ashland, OR: White Cloud Press, 1999; fifth printing 2002).

- "Balkan Islam and the Mythology of Kosovo," *ISIM (International Institute for the Study of Islam in the Modern World) Newsletter*, no. 3, 1999

- "The Wiles of Women and Performative Intertextuality: `A'isha, the Hadith of the Slander and the Sura of Yusuf," *Journal of Arabic Literature* 30.1 (Spring, 1999): 1-23. Co-Authored with Ashley Manjarrez Walker. R

- *Approaching the Qur'an: The New Revelations*, selections, translations, and commentaries by Michael Sells (Ashland: White Cloud Press, 1999, new printing 2000)

- "Sufism Toward the Year 1240 CE," in Mortimer Ostow, editor, *Jewish Mystical Leadership in the Thirteenth Century* (Jason Aronson Press, 1999).

**1998**

- "Preface on Kosovo and BiH from 1995-1998," for the new, paperback edition of Michael Sells, ***The Bridge Betrayed, Religion and Genocide in Bosnia*** (Berkeley: University of California Press, 1998).

- "Serbian Religious Nationalism, Christoslavism, and the Genocide in Bosnia, 1992-1995," in Paul Mojzes, editor, *The Role of Religion in the War in Bosnia and Herzegovina,* (Atlanta: Scholar's Press, 1998): 196-207.

- Four Poems Translated from Ibn `Arabi's *Tarjuman al-Ashwaq (Translation of Desires)*, *Journal of the Muhyiddin Ibn `Arabi Society* 23 (1998): 53-57.

- "Heart-Secret, Intimacy, and Awe in Formative Sufism," *The Shaping of An American Islamic Discourse: A Memorial to Fazlur Rahman,* ed. by Earle Waugh and Frederick Denny (Atlanta: Scholars Press, Studies on Religion and the Social Order, 1998): 165-188.

**1997**

- "Longing, Belonging, and Pilgrimage in the Poetry of Ibn `Arabi," Ross Brann, editor, *Languages of Power in Islamic Andalus* CDL Press: Occasional publications of the Department of Near Eastern Studies and the Program of Jewish Studies, Cornell University, 1997: 178-96.

- "'Christ Killer' Mythology and the Tragedy in the Balkans," in *Explorations:*

*Rethinking Relationships Among Protestants, Christians and Jews* 11.3 (1997):5.

## 1996

- **The Bridge Betrayed: Religion and Genocide in Bosnia** (Berkeley: The Univ. of California Press, 1996, 2nd edition, 1998).

- "Toward a Multidimensional Understanding of Islam: The Poetic Key," *Journal of the American Academy of Religion,* 64.1 (1996): 145-66.

- **Early Islamic Mysticism** (New York: Paulist Press Classics of Western Spirituality, 1996).

- "Religion, History, and Genocide in Bosnia-Herzegovina," in *Religion and Justice in the War over Bosnia,* edited by G. Scott Davis (New York: Routledge, 1996): 22-43.

- "The *Mu`allaqat,*" *Harper-Collins Great Literature of the Eastern World,* Edited by Ian McGreal (New York: HarperCollins, 1996), pp. 457-61.

- "Early Islamic Mysticism,"*The Muslim Almanac,* ed. by Azim Nanji (Detroit: Gale Research, 1996), pp. 215-21.

- "Bewildered Tongue: The Semantics of Mystical Union in Islam" and "Response," in Bernard McGinn and Moshe Idel, ed., *Mystical Union and Monotheistic Religions: an Ecumenical Dialogue,* New York: MacMillan, 1989.

## 1995

- "At the Way Stations, Stay," Translation and Commentary on a Poem from Ibn `Arabi's "Interpreter of Desires," *Journal of the Muhyiddin ibn `Arabi Society* 18 (1995): 57-65.

- "Lacan and Bion: Psychoanalysis and the Mystical Language of Unsaying,*" Theory and Psychology* 5.2 (1995): 195-215. With Richard Webb. Reprinted in the *Journal of Melanie Klein and Object Relations* 15:2 (1997), *W.R. Bion Centennial Issue* (1897-1997): 243-64

- "Ibn al-`Arabi, Rabi`a al-Adawiyya, Al-Qushayri, Shahrastani," *Harper-Collins Great Thinkers of the Eastern World,* edited Ian McGreal (New York: HarperCollins, 1995): 435-38, 453-56, 461-64, 475-479.

## 1994

- "The Pseudo-Woman and the Meister: 'Unsaying' and Essentialism," in Bernard McGinn, editor, *Meister Eckhart and the Beguine Mystics* (New York: Crossroad, 1994), pp. 114- 46.

- **Mystical Languages of Unsaying** (Chicago: The University of Chicago Press, 1994).

- "Mysticism and Emanation in the Writings of Meister Eckhart," *Listening* 29.3 (1994) 174-85.

- "Like the Arms of a Drowning Man: Simile and Symbol Worlds in the Naqa Sections of Bashama's **Hajarta Umama**," W. Heinrichs and G. Schoeler, eds., *A Festschrift in Honor of Professor Ewald Wagner, Beiruter Studien*

(Beirut/Istanbul 1994) 2: 18-41.

- "Guises of the Ghul: Dissembling Simile and Semantic Overflow in the Early Arabic *Nasib,*" in S. Stetkevych, editor, *Reorientations, Studies in Arabic and Persian Poetry* (Indiana University Press, 1994): 130-164.

- "Bosnia: Some Religious Dimensions of Genocide," *Religious Studies News* 9.2 (May 1994): 4-5. Reprinted in *Common Era: Best Religion Writings of 1994,* edited by Stephen Scholl (Ashland: White Cloud Press, 1995), 114-26.

**1993**

- "Along the Edge of Mirage: Translation and Interpretation of al-Mukhabbal as-Sa'di 's *Mufaddaliya, Dhakarta Rababa,*" in M. Mir, ed., *The Literary Heritage of Classical Islam* (Princeton: Darwin Press, 1993), pp. 119-36.

- "Sound and Meaning in *Surat al-Qari'a,*"*Arabica* 40.3 (1993): 403-430.

- "Towards A Poetic Translation of *Fusus al-Hikam:* The Adam Chapter," in S. Hirtenstein, ed., *Muhyiddin Ibn `Arabi: A Commemorative Volume* (Oxford: Element Books, 1993), pp. 124-39.

- "From a History of Mysticism to a Theology of Mysticism," Review Article on B. McGinn's The *Presence of God: A History of Western Christian Mysticism,* vol. 1, *Journal of Religion,* 73.3 (July 1993): 390-399.

**1991**

- "Sound, Spirit, and Gender in *Surat al-Qadr,*" *Journal of the American Oriental Society* 111.2 (April-May, 1991): 239-259. Anthologized in A. Rippin, ed., *The Qur'an: Style and Contents* (Variorum: Aldershot UK, 2001): 332-353.

- "Ibn 'Arabi's *Ala Ya Hamamati 1-Arakati wa 1-Bani* [Gentle Now, Doves]," *Journal of the Muhyiddin Ibn `Arabi Society* X (1991): 1-11. Anthologized in the *Harper-Collins World Reader* 1:1009-1011.

**1986-1990**

- "*Banat Su'ad:* Translation and Interpretive Introduction," *Journal of Arabic Literature* 21:2 (1990): 140-154.

- ***Desert Tracings: Six Classic Arabian Odes by `Alqama, Shanfara, Labid, `Antara, Al-A`sha, and Dhu al-Rumma*** (Middletown: Wesleyan University Press, 1989).

- "Bewildered Tongue: The Semantics of Mystical Union in Islam" and "Response," in Bernard McGinn and Moshe Idel, ed., *Mystical Union and Monotheistic Religions: an Ecumenical Dialogue (*New York: MacMillan, 1989): 87-124, 163-173, 219-230, 248-239.

- "Ibn `Arabi's Polished Mirror: Perspective Shift and Meaning Event," *Studia Islamica* 66 (1988): 121-149.

- "The *Qasida* and the West: Self-Reflective Stereotype and Critical Encounter," *Al-`Arabiyya* 20 (1987): 307-357.

- "The Semantics of Universality in the Writings of Ibn `Arabi," *Proc. of the Ibn `Arabi Society,* 1987.

- Majkl Sels, "Ibn Arabijeva: basta izmedu plamenova, Broj 7", *Kulture Istoka:* (Beograd: januar-mart, 1986), pp. 7-13. (Translation of "Ibn 'Arabi's Garden Among the Flames").

- "The Mu`allaqa of Tarafa," *Journal of Arabic Literature,* XVII (1986): 21-33.

### 1982-1985

- "Apophasis in Plotinus: A Critical Approach," *Harvard Theological Review,* 78:1-2 (Jan-April, 1985): 47-67.

- "The *Mu`allaqa* of Labid, "*Translation* 13 (Oct/Nov., 1984).

- "Ibn `Arabi 's Garden Among the Flames: a Reevaluation," *History of Religions,* 23.4 (1984): pp. 287-315.

- "Translation and Interpretation: A New Version of Shanfara 's *Lamiyya*," *Al-`Arabiyya,* 16 (1983): 5-25. Essay and Translation. Winner of the 1982 AATA Translation Prize.

- "Dhu al-Rumma's 'To the Two Abodes of Mayya...',"*Al-`Arabiyya* 15 (1982): 52-65. Essay and Translation. Winner of the 1981 AATA Translation Prize.

### ENCYCLOPEDIA and OTHER REFERENCE ARTICLES

- "Ascent *(mi`raj),*" J. McAuliffe, *General Ed.*, *Ency. of the Qur'an* (Leiden: E.J. Brill 1999--), forthcoming.

- "Dhikr" (Memory, Remembrance), the *Oxford Encyclopedia of the Modern Islamic World*.

- "Ibn al-`Arabi," *Harper's Dictionary of Religion:* 475.

- "Baraka," *Harper's Dictionary of Religion,* p. 104.

### REVIEWS

- Mark Juergensmeyer, *Terror in the Mind of God: the Global Rise of Religious Violence* (Berkeley: University of California Press, 2001), ***JAAR*** 70.4 (December 2002): 909-913.

- Rusmir Mehmutcehajic, *Bosnia the Good: Tolerance and Tradition* (Budapest: Central European University Press, 2000), ***Slavic Review*** 61.2 (Summer 2002): 393-394.

- Ger Duijzings, *Religion and the Politics of Identity in Kosovo* (New York: Columbia University Press, 2000), ***Religion***, in press.

- D. Campbell, *National Deconstruction: Violence, Identity, and Justice in Bosnia* (Minneapolis: Univ. of Minnesota Press, 1998), ***The Annals of the American Academy of Political and Social Science*** (July 2000): 137-138.

- J. Stetkevych, *Muhammad and the Golden Bough,* ***MESA Bulletin*** 32 (1998): 60-61.

- F. Friedman, *The Bosnian Muslims: Denial of a Nation,* ***Journal of Church and State*** 40.3 (Summer, 1998): 687-88.

- Shams C. Inati, *Ibn Sina and Mysticism: Remarks and Admonitions,* ***JR*** 78.1

(January,1988): 72-73.

- *The Way of Abu Madyan: The Works of Abu Madyan Shu`ayb,* Trans. by V. Cornell, ***JMIAS*** in press, 1997.

- Salma Khadra Jayyusi, ed. *The Legacy of Muslim Spain,* ***JAOS*** 117.4 (1997): 757-59.

- Tone Bringa, *We Are All Neighbors (videocassette)* ***RSR***.

- T. Bringa, *Being Muslim the Bosnian Way: Identity and Community in a Central Bosnian Village,* ***RSR***.

- Akhavan, P. and R. Howse, *Yugoslavia: The Former and Future,* ***Journal of Peace and Justice*** 8.1 (1999):

- H.T. Norris, *Islam in the Balkans,* ***MESA Bulletin*** 29.1 (1995): 112-13.

- J. Stetkevych, *The Zephyrs of Najd: The Poetics of Nostalgia in the Classical Arabic Nasib,* ***Al-Masaq*** 7 (1994): 305-309.

- S. Stetkevych, *The Mute Immortals Speak: Pre-Islamic Poetry and the Poetics of Ritual,* ***IJMES*** 27.1 (1995): 138-40.

- William Chittick, *Imam Zayn al-`Abidin, The Psalms of Islam: Al-Sahifat al-Sajjadiyya,* ***RSR***

- M. Idel, *Golem: Jewish Magical and Mystical Traditions on the Artificial Anthropoid,* ***JQR*** 85.3-4 (Jan-Ap, 1995): 459-61.

- J. Stetkevych, *Zephyrs of Nejd,* Suzanne Stetkevych, *Reorientations,* Emil Homerin, *From Arab Poet to Sufi Saint,* Mustansir Mir, *The Literary Heritage of Classical Islam,* review essay, ***JMIAS*** XVII (1995): 96-99. (A review essay discussing the implications of these works for the study of the poetry of Ibn `Arabi).

- R.S. O'Fahey, *Enigmatic Saint: Ahmad Ibn Idris and the Idrisi Tradition,* ***MESA Bulletin*** 26 (1992): 71-72.

- Stephen Tabachnik, *Explorations in Doughty's Arabia Deserta,* ***JAOS*** 111.4 (1991): 791-92.

- Nasr, Dabashi, and Nasr, *Expectation of the Millennium: Shi`ism in History,* ***JR*** 71:2 (April 1991): 298-99.

- Seyyed Hossein Nasr, *Islamic Spirituality: Foundations,* ***JR*** 69:4 (Oct, 1990): 589-90.

- Eric Ormsby, *Theodicy in Islam: the Dispute over al-Ghazali's 'Best of All Possible Worlds,* ***HR*** 28:2 (1988): 185-86.

- Carl Ernst, *Words of Ecstasy in Sufism,* ***IJMES*** 19:2 (May, 1987).

- Ibn `Arabi, *Journey to the Lord of Power,* translated by Rabia Terri Harris, ***JNES*** 45:2 (April, 1986): 167-69.

- Tawfiq al-Hakim, *Return of Consciousness,* **Horizons,** Summer, 1985.

- Peter Awn, *Satan's Tragedy and Redemption: Iblis in Sufi Psychology,* **JR** 65:1 (January, 1985).

- W. Chittick, *The Sufi Path of Love: The Spiritual Teachings of Rumi, T***he Muslim World** 75:2 (April, 1985).

- John Esposito's *Voices of Resurgent Islam,* **MESA Bulletin** 18:2 (Dec., 1984).

- Richard Martin, *Islam,* **MESA Bulletin** 17:2 (Dec., 1983).

### FIELDS OF RESEARCH AND TEACHING COMPETENCE

Islamic Thought (Qur'an, Sufism, Philosophy, Literature). Arabic Language and Literature (Classical Qasida, Sufi Literature, Qur'an, Modern Arabic Literature). Mystical Thought and Literature (Greek, Islamic, Christian, Jewish). Comparative Religions. Bosnia-Herzegovina, Religion and Violence.

### COURSES TAUGHT

Seminar in the Arabic Text of the Qur'an; Introduction to Islam Islamic Literature and Civilization; Religion and Violence; Islam and the West; The Mid-East Love Lyric in Translation (Arabic, Turkish, Hebrew, Persian, Urdu); Sacred Texts and Religious Traditions: Most years the focus of this course has been on Hinduism and Islam, although Buddhism, Christianity, and Judaism have been covered in some years; Comparative Mysticism (Jewish, Christian, Islamic); Seminar in Islamic Philosophy and Theology; Religions of the East (Hinduism, Buddhism, and Taoism); The Arabian Ode; Cultural Identity in Third World Literatures; Religion and Violence; Seminar in the Arabic Writings of Ibn al-`Arabi.

### LANGUAGES

Arabic (Classical, Modern Standard, Egyptian, Tunisian), French, Latin, Classical Greek, Italian, Spanish, German, some Hebrew, some Persian.

### ACADEMIC PAPERS AND INVITED LECTURES

### 2006

- Apophasis and War, Drew University, Madison, New Jersey, Drew Transdisciplinary theological Colloquium, 1 October 2006.

- Jihad and Crusade: Religion and Violence in the Post-cold War World, St. Joseph's University, 14 September 2006.

- Encountering Islam Today: Beyond the Clash of Fundamentalisms, North Park University, Chicago, 27-28 April 2006.

- Initiative for an Alliance of Civilizations, United Nations, New York City, 21-22 April 2006.

- Beyond Jihad and Crusade: American Power in a World of Religion, William and Mary College, Williamsburg, Virginia 15 April 2006.

- Baker Peace Conference on Religion and Violence, Religion as a Source of Violence, Contemporary History Institute, The Ohio University, Athens Ohio, 31 March 2006.

- The William Hal Furr Dialogue on Philosophy and Religion, University of Mississippi, Oxford, MS, 21 February 2006.

- The Cultural Other in the Poetry of Ibn al-`Arabi, Emory University, 6 February 2006.

- American Power in the World of Religion, Women's Board, University of Chicago, 14 February 2006.

- Mysticism and Practice in the Writings of Ibn al-`Arabi, Temple Emanu-El, New York City, 26 January 2006.

- The Bridge and the Dragon: Pilgrimage and 'Ethnic Cleansing' in Bosnia-Herzegovina, Religion and Nationalism Conference, Harvard University, Center for World Religions, 22 May 2005.

- Religion and Violence in the Post Cold-War World, Distinguished Lecture Series, West Chester University, 23 March 2005.

**2005**

- Jihad and Crusade: Religion and Violence in the Post-cold War World, Macallester College, November 2005.

- Islam and Jihad in the Post-Cold War World, Fordham, October 2005.

- The Bridge and the Dragon: Pilgrimage and 'Ethnic Cleansing' in Bosnia-Herzegovina, Religion and Nationalism Conference, Harvard University, Center for World Religions, 22 May 2005.

- Religion and Violence in the Post Cold-War World, Distinguished Lecture Series, West Chester University, 23 March 2005.

- Mysticism and Theology in Islam, Symposium on Mysticism and Theology in Judaism, Christianity, and Islam, Temple Emanu El, New York City, 15 March 2005.

**2004**

- Ghazal: Genre, Enigma, or Act of Translation? Stanford University, 14 October 2004.

- Andalus Urbanite as Bedouin Lover: Translating Ibn al-`Arabi's Translation of Desires, Catholic University of America, 8 February 2005.

- The Issue of 'Islamist Terrorism': Religion and Violence Post 9-11, Center for Contemporary Arab Studies, Georgetown University, 8 March 2004.

- Approaching the Qur'an in the Public School Classroom, Philadelphia Community College, 8-9 June, 2004.

- Muhyiddin Ibn `Arabi Society, Oxford University, Oxford, UK, 15-16 May 2004.

- Getlin Lecture, Trinity College, Harford, Connecticut, 11 March 2004.

- Towns Family Lecture in Practical Ethics, Allegheny University, Erie, Pennsylvania, 9 March 2004.

- Mysticism and Islam, Villanova University, Villanova, Pennsylvania, 18 February 2004.

- University of Arizona, UA Presents (University Arts Series) and Middle Eastern Studies, Tucson, Arizona, 9 February 2004.

- Raisins of Wrath: Interpretation, the Qur'an, and the West, Department of Near Eastern Studies, University of California, Berkeley, 5 February 2004.

- Poetry and Mysticism, Temple Emanu-El, New York City, New York, 28 January 2004.

- The Meaning of Houris in Qur'anic Paradise, Stanford University, Public Lecture, 15 January 2004. Seminar 16 January 2004.

- Translating the *Translation of Desires*, Translation Symposium, Middlebury College, 12 January 2004.


**2003**

- Harvard University Mysticism Workshop, 12 December 2003.

- Overcoming Religious Nationalism in the Balkans, The Wilson Center, Washington, D.C. 5 December 2003.

- Goodspeed Lecture, Denison University, Granville, Ohio, 18 November 2003.

- Islam a Religion of Peace? State University of New York New Paltz, New Paltz, New York, 4 November 2003.

- Keynote Address," Religion and Violence after the Cold War, Mid-Atlantic World History Association Conference, Monmouth, New Jersey, 24 October 2003.

- The Poetics of Desire in 13th Century Islamic and Christian Mysticism, City University of New York Graduate School, New York, 17 October 2003.

- Distinguished Voices University Lecture Series, University of North Florida, Jacksonville, Florida, 23 September 2003.

- Scholars' Convocation, Grinnell College, Grinnell, Iowa, 11 September 2003.

- Islam, Religion, and Violence, University of Richmond, Richmond, Virginia, 13 March 2003.

- Pluriform Culture in al-Andalus, at the "Exploring Cultural Boundaries: Islam in Interaction" Symposium, Toronto, 3 March 2003.

- Representing the Koran, World of Islam Lecture Series, Munk Centre for International Studies and the Department of Near Eastern and Middle Eastern Civilizations, University of Toronto, Toronto, 3 March 2003.

- The Infinity of Desire, Department of Middle Eastern Civilizations, University of Toronto, Toronto, 3 March 2003.

- The Qur'an, Peace, and Violence, University of Scranton, Scranton, Pennsylvania, 26 February 2003.

- Understanding Islam: Infusing Islamic Studies into the Curriculum NEH Workshop Focus Workshop Presentations, "The Qur'an" (morning workshop) and "Islamic Literature," afternoon workshop, New Mexico State University, Las Cruces, New Mexico, 21 February 2003.

## 2002

- Ibn `Arabi and the Clash of Civilizations, International Conference on Ibn `Arabi and Post-Modernity, University of Rabat (Muhammad V), Faculty of Arts and Humanities, Rabat, Morocco: 24-26 October 2002.

- Islam and the "Clash of Civilizations, Ada Howe Kent Lecture, Smith College, Northampton, MA, 3 October 2002.

- Readings from *Stations of Desire*: Original poems and new translations from Ibn `Arabi, The Poetry Center, Smith College, Northhampton, MA, 3 October 2002.

- Islam beyond the Clash of Civilizations, Amherst College, Amherst, MA, 2 October 2002.

- Poetry Reading from *Stations of Desire*, "Necessary Translations," The Kitchen, New York, 24 September 2002.

- *Approaching the Qur'an* and the University of North Carolina Summer Reading, University of North Carolina, Chapel Hill, 5 September 2002 (available on videotape from CSPAN Book Forum).

- Crosses of Blood: Religion, Peace, and Genocide in Bosnia-Herzegovina. The annual Paul Hanly Furfey Lecture, Association for the Sociology of Religion, Chicago, 16 August 2002.

- Religion and Genocide in Bosnia, International Forum Bosna Feature Lecture, Sarajevo, Bosnia-Herzegovina, June 2002.

- Islamic Civilization and the Contemporary World, Stanford University, 2 May 2002.

- Readings from *Stations of Desir*e, Poetry Reading, Yale University, 17 April 2002.

- Translating Classical Arabic Poetry: Theory and Practice," Yale University, 17 April 2002.

- Love Poetry and Mystical Philosophy in Islam, Wesleyan University, 16 April 2002.

- Readings from *Stations of Desire*, Poetry Reading, Wesleyan University, 16

April 2002.

- Readings from *Stations of Desire*, New York City, 15 April 2002. Islam and the Media, University of Southern Maine, Mediafest Conference, 10AM Woodbury Campus Center, Portland, 11 April 2002.

- Convivencia in al-Andalus, Garden of Remembrance Museum, Newark, NJ, 7 April 2002.

- Muslim Identity in Europe: the Bosnian Case, in "Debating Civilizations," University Seminar on Civilization Clash, Center for International Studies, Duke University, 7:00PM, Franklin Center, 3 April 2002.Islamic Mysticism and Poetry," Duke University, 4:30 Franklin Center, 4 April 2002.

- 7-11 and the Bosnian Genocide, Bosnian-American Cultural Association (BACA), Chicago, 23 March 2002.

- The Limits of Language" Rosemont College, 16 March 2002.

- Poetry and Mysticism in Islam, Harvard Humanities Series on Philosophy, Poetry, and Literature, 7:00, Barker Center, Harvard, 14 March 2002.

- September 11 and the Struggle for the Soul of Islam, Boston College, 13 March 2002.

- Readings from Stations of Desire, Poetry Reading, New York City, Teachers and Writers Collaborative, 15 February 2002.

- Directions to the Heart of Islam, Pendle Hill Study Center, Pendle Hill, PA, 11 February 2002.

- The Struggle for the Soul of Islam, Feature Lecture, Earlham College, 4 February 2002.

## 2001

- Love As Knowledge in the Thought of Ibn `Arabi, American Academy of Religion Annual Conference, Denver, 20 November 2001.

- Sept 11 and the Struggle for the Soul of Islam, Swarthmore College, 8 November 2001

- Shattered Society, Blasted Shrines: Interreligious Reconstruction as a Redevelopment Strategy in the Balkans, Center for Ethics and World Societies, Colgate University, 17 September 2001.

- The Qur'an and Liberal Arts, Humanities Colloquium, Colgate University, 18 September 2001.

- The Qur'an in a World of Diversity, Annual Conference of the Islamic Society of North American (ISNA), Chicago, 1 September 2001.

- Love, Longing, and Belonging in the Thought of Ibn `Arabi, Ibn `Arabi Society, Oxford, St. Cross, 25 May 2001.

- Parallel Worlds, Intersecting Worlds: Poetry and Philosophy in Islam, Ismaili Institute, 42 Grosvenor Gardens, London, 24 May 2001, Thursday at 3pm.

- Finding God in Every Form: Ibn 'Arabi's Mystical Inclusiveness, Temenos Academy, The Essex Church, Nottinghill Gate, London, 23 May 2001, Wednesday at 7pm.

- Shaykh al-Mufid's View of Karbala and Its Implications for Our Time, Feature Address, Annual Imam Husayn Commoration Day, Islamic Center, New York City, Sunday, 29 April, 3pm.


## 2000

- Finding God in Every Form: Ibn `Arabi's Critique of Essentialism, Distinguished Lecture Series, Magill University and Concordia College (co-sponsored), Mcgill University, Montreal, 10 November 2000.

- The Young Woman at the Ka`ba: Love and Infinity, Annual Symposium of the Muhyiddin Ibn `Arabi Society, Berkeley, 29 October, 2000.

- Translating Ibn `Arabi's Translation of Desires, Washington University, St. Louis, 7 October 2000.

- In Arabic: "***Ibn `Arabi bayna as-sharq wa l-gharb***" (Ibn `Arabi between East and West), University Muhammad V, Faculty of Philosophy, 5 May 2000.

- Ibn `Arabi in a Post-Structuralist World, Comparative Culture Series, University of Tunis, Manouba, 7 April 2000.

- Sound and Meaning in the Qur'an, American Language Center, Fes, Morocco, 19 March 2000.

- Muhyiddin Ibn al-`Arabi: his Influence in His World and Ours, Moroccan-American Commission for Educational and Cultural Exchange (MACECE), Rabat, Morocco, 10 March 2000.


## 1999

- Sound Figures and Meaning in the Qur'an, Middle East Studies Association Annual Meeting, Washington, D.C. Sunday, November 22, 1999. Chair of the same panel on Qur'anic Recitation.

- Arabic Love Lyric as Religion and Philosophy, Harvard Center for Literary and Cultural Studies, Harvard University, November 18, 1999.

- The Poetry of Al-Andalus, Bryn Mawr College, November 8, 1999.

- Marguerite Porete, the Beguine Mystics, and Ibn `Arabi, International Congress on Female Mysticism, Avila, Spain, October 29-31, 1999.

- Religion, Genocide, and Reconstruction in the Balkans, Cornell University, October 4, 1999.

- Serbian Orthodox Militance and the Tragedy in the Balkans, Distinguished Guest Lecture, Orthodox Christian Fellowship, University of Pennsylvania, Philadelphia, 23 September 1999.

- Meister Eckhart and Ibn `Arabi on Time and Mystical Union, The Eckhart Society 12th Annual Conference, Plater College, Oxford, August 28, 1999.

- The Construction of Islam in Serbian Religious Mythology, Islam and Bosnia: The Historical and Cultural Paradigms for Conflict Resolution and Foreign Policy Making in the Case of the Multi-Ethnic State," University of Western Ontaria, London, Ontario, May 30, 1999.

- Balkan Muslims in the Vice of Regional Nationalisms, Banquet Keynote Address, 1999 Meeting of the American Council for the Study of Islamic Societies, Villanova University, Villanova, PA, April 30, 1999.

- Sound Figures in the Hymnic Suras of the Qur'an, Distinguished Lecture Series, University of Michigan, Ann Arbor, February 22, 1999.

- The Arabic Love Lyric in the Works of Ibn Zaydun, Ibn Khafaja, and Ibn `Arabi, Center for Judaic Studies, Poetry and Culture in Medieval and Renaissance Jewry Seminar Series, Philadelphia, January 13, 1999.


## 1998

- Mi`raj and Vision in Islam, The Power of Sight Seminar Series, University of Pennsylvania, Philadelphia, December 2, 1998.

- Religion and Conflict in Bosnia, in the Gest Lecture Series and Peace and Conflict Studies Program Conference on Religion, Ethnicity and Identity: Implications for Conflict and Conflict Resolution, Haverford College, 12 November 1998.

- The Breath of the East Wind *(as-Saba)*in Ibn `Arabi's *Tarjuman al-Ashwaq (Translation of Desires)*, at the 12th Annual USA Symposium, Muhyiddin Ibn `Arabi Society, University of California, Berkeley, November 8, 1998. *In Search of a Nation: Restoring a Multiethnic Bosnia,* Wellesley College, Wellesley, Massachusetts April 25,1998.

- Historical Dimensions of Religious Conflict in Bosnia, at *In Search of a Nation: Restoring a Multiethnic Bosnia,* Wellesley College, Wellesley, Massachusetts April 25,1998.

- The Roles of Religious Actors in the Former Yugoslavia, at *The Sacred, the Word, and Global Society: Religious Dimensions of Violence, Peace, and Security, an International Symposium,* Notre Dame University, April 17, 1998.

- Ruins of Love and Civilization in Ibn `Arabi's Translation of Desires, Annual Symposium of the Muhyiddin Ibn `Arabi Society, Oxford University, Oxford, UK, April 4, 1998.

- Translating the Qur'an, Emory University, February 6, 1998.

- Religion and Genocide in Bosnia, University of Georgia, February 9, 1998.

- Religion and Genocide in Bosnia, Davidson College, Charlotte, VA, February 10, 1998.

- The Mu`allaqa of `Antara, Augusta State University, Augusta, GA, February 11, 1998.

- Religion and Genocide in Bosnia, University of Alabama, Huntsville, February 12, 1998.


**1997**

- Genocide as Ritual, American Academy of Religion, November 22, 1997, San Francisco, Panel dedicated to a discussion of Michael Sells' book The *Bridge Betrayed: Religion and Genocide in Bosnia.*

- Religion and Genocide in Bosnia, invited lecture, Rochester University, 21 October, 1997.

- As Long as Sarajevo Exists: a Tribute to the Spirit of Tolerance Under Fire, New York City, 21 October 1997.

- Religion and Genocide in Bosnia" Keynote Address for On the Fault Line: a Colloquium on the Bosnian Conflict Brown College, University of Virginia, Charlottesville, February 21-22, 1997.

- What Cannot Be Said: Mystical Language in Medieval Judaism, Christianity, and Islam, York University, North York, Canada, March 19, 1997.

- Religious Dimensions of Genocide in Bosnia, York University, North York, Canada, March 19, 1997.

- From Kosovo to Sarajevo: Interreligious Community, Conflict, and Sacred Space, University of Toronto, Symposium on "Islam and the West: Patterns of Integration and Conflict," March 20, 1997.

- Religion, History, and Genocide in Bosnia-Herzegovina, University of Richmond, March 30, 1997.

- Religion and Genocide in Bosnia, United States Holocaust Memorial Museum, Washington, D.C., International Conference on Genocide, Religion, and Modernity, May 13, 1997.

- Ibn Zaydun's *Nuniyya* and Ibn `Arabi's Gentle Now Doves of the Moringa and Thornberry Thicket, Reading of Original Translations and Commentary, "A Shining Example: The Golden Age of Spain," St. Bartholomew's Church, 21 May 1997, sponsored by The Interfaith Center of New York.


**1996**

- Interpreting Ibn `Arabi's Interpretation of Desires, Annual Symposium of the Muhyiddin Ibn `Arabi Society, August 11-17, Chisholme, Scotland. (I)

- National Public Radio, The Michael Krasney Show, One Hour Interview on *The*

*Bridge Betrayed*, November 8, 1996.

- Sound and Meaning in the Hymnic Suras of the Qur'an, University of California Berkeley, November 10, 1996.

- The Divine Names in Ibn `Arabi's Translation of Desires, Annual Symposium of the Muhyiddin Ibn `Arabi Society, University of California, Berkeley, November 11, 1996.

- Religion and Genocide in Bosnia, an Overview, Middle East Studies Association, Providence, November 21, 1996.

- National Public Radio, New York and Company, Leonard Lopate Interview; (one hour) on *The Bridge Betrayed*, New York, December 16, 1996.


**1995**

- Poetry and Mysticism in Ibn `Arabi's Translation of Desires, Harvard University, Center for World Religions, December 12, 1995.

- Religious Dimensions of Genocide in Bosnia, St. Joseph's University, 15 November 1995.

- Kosovo Ethno-Religious Ideology and the Genocide in Bosnia-Herzegovina, University of California Riverside, Religion and Ethnic Conflict Conference, April, 1995.

- Ibn Zaydun's 'Religion of Love', Middle East Studies Association, Washington D.C., December 7, 1995.

- Modern Islamic Fiction and the Teaching of Islam as a Religion, Middle East Studies Association, Washington, D.C., December 9, 1995.

- Interpreting Ibn `Arabi's *Interpretation of Desires,* Annual Symposium of the Muhyiddin Ibn` Arabi Society, Chisholme, Scotland.

- Kosovo Ethno-Religious Ideology and the Genocide in Bosnia-Herzegovina, University of California Riverside, Religion and Ethnic Conflict Conference, April, 1995.

- Codes of Genocide, in Cultural Resistance under Siege, New York City, Store Front Art and Architecture, Warchitecture - Sarajevo: a Wounded City, 11 February, 1995.


**1994**

- Longing, Belonging, and Pilgrimage, Invited Lecture, Cornell University Symposium of Languages of Power in al-Andalus, November 5, 1994.

- Response" to a panel dedicated to Michael Sells' *Mystical Languages of Unsaying,* Society for Ancient Greek Philosophy and International Society for Neoplatonic Studies, SUNY Binhampton, October 15, 1994.

- *Kamal* as Perfection and Completion in the Thought of Ibn `Arabi, Ibn `Arabi Symposium, Oxford, April 10, 1994.

- Simile and Modes of Consciousness in the Pre-Islamic Qasida, Invited Lecture, University of Pennsylvania, March 15, 1994.

**1993**

- Ethnic Cleansing in Bosnia: Execution and Mytholiterary Ideology, Middle East Studies Association, Research Triangle Park, North Carolina, November 8, 1993.

- Emanation and Apophasis in the Writings of Meister Eckhart, Patristics, Medieval, and Renaissance Conference, Villanova University, October 3, 1993.

- Interpreting Ibn `Arabi's Interpreter of Desires (*Tarjuman al-Ashwaq*), University of California, Berkeley, September 8, 1993.

- Meister Eckhart and Marguerite Porete: Towards an Apophasis of Gender, International Congress of Medieval Studies, Kalamazoo, MI., 5/9/93.

**1992**

- Ibn `Arabi's *Interpreter of Desires* and the Classical Arabic Qasida, Middle East Studies Association, Portland, Oregon, 10/92.

- Profanation and Consecration in the Early Arabic *Nasib*, American Oriental Society, Cambridge, MA., 4/92.

- The Naqa Sacrifice and the Pre-Islamic Qasida, Middle East Literature Colloquium, University of Pennsylvania, 5/92.

- From a History of Mysticism to a Theology of Mysticism: Bernard McGinn's *The Presence of God*, vol. 1, International Congress of Medieval Studies, Kalamazoo, MI., 5/92.

**1991**

- Intertextual Performance and the Discovery of Poetic Modes in the Early Arabic Qasida, Middle East Studies Association, Washington D.C., 11/91.

- Refraction and Interpermeation in the *Fusus* Chapter on Abraham, International Ibn 'Arabi Symposium, Oxford, 4/91.

- Sound Figures in the Qur'an: Gender and Emotion Dimensions, American Academy of Religion, Mid-Atlantic Region, Barnard College, New York, 3/11/91.

- Song of the Desert: Translation, Remembrance, and the Arabian Poetic Heritage, University Professors Program, Boston University, Translation Seminar, 1/11/91.

**1990**

- Readings from *Desert Tracings,* Featured Readings in Arabic Literature, Middle East Studies Association, Austin, 11/11/90.

- Bashama's Dromedarian: Simile and Symbol Worlds in the Naqa Sections of the early Arabic Qasida, Middle East Studies Association, Austin, 11/11/90.

- The Burning of Marguerite Porete, Delaware Valley Historical Association, University of Pennsylvania, 11/3/90.

- Sound and Meaning in *Surat al-Zalzala*, American Academy of Religion, Mid-Atlantic Regional Conference, St. Joseph's University, Philadelphia, PA, 4/6/90

- The Dissembling Simile in the Early Arabic Qasida: Poesis as *Talawwun*, American Oriental Society, Atlanta, Georgia, 3/27/90.

- The Poet and the Prophet: Ka`b ibn Zuhayr and the Birth of Islam, University of Rochester, Rochester, New York, 2/90. Invited Lecture.

**1989**

- 3 Enoch, the Hekhalot, and the Islamic Hermetic Tradition, American Academy of Religion, Anaheim, November 1989.

- Sound and Meaning in Su rat al-Qa ri'a, Middle East Studies Association, Toronto, November 1989.

- Element and Spirit in Ibn `Arabi's Understanding of the Human, Third Annual Symposium of the Muhyi ad-Din Ibn `Arabi Society, Berkeley, 30 September 1989.

- Sufism Toward the Year 1240 C.E. Jewish Theological Seminary, New York, February, 1989.

**1988**

- The *Qasida* and The *Qur'an:* The Case of *Karam,* American Academy of Religion, Chicago, 20 November 1988.

**1987**

- The Early *Yawm al-Din* Passages: Textuality and Translation in Qur'anic Discourse, American Academy of Religion, Boston, 7 December 1987.

- Like a Tented Bier: Eros, Death, and Mimetic Doubling in the *Mu`allaqa* of `Antara, Middle East Studies Association, Baltimore, 16 November 1987. Semantics of Universality in the Writings of Ibn `Arabi, Symposium of the Muhyi al-Din Ibn `Arabi Society, U.C. Berkeley, 12 September 1987.

- The Semantics of Mystical Union in Islam, Institute for Contemporary Arab and Islamic Studies, Villanova University, 14 February 1987.

- Remembrance, Secret, and Mystical Union in Arabic Literature, The Oriental Club of Philadelphia, University of Pennsylvania, 5 January 1987.

**1986**

- Neo-Platonism in Plotinus and Sufism, American Academy of Religion, Atlanta, 25 November 1986..

- Overflow of Meaning in the Sufism of Ibn `Arabi, Reed College, 28 April 1986.

**1985**

- Toward a Poetics of Sufism, American Academy of Religion, Anaheim, November 1985.

- Mystical Dialectic in Plotinus and Ibn `Arabi, Temple University, November 1985.

- Symbolic Resonance in the Early Qasida, Middle Eastern Literature Workshop, University of Pennsylvania, March 1985.

- The Theory of Light from an Apophatic Perspective in Plotinus and Ibn `Arabi, Asian Studies Association, March 1985.

- *Apophasis* in Plotinus, A Critical Approach, American Philosophical Association and the International Society of Neoplatonic Studies, Chicago, April 1985.

**1984**

- Tarafa's *Mu`allaqa*: A Reading, University of Pennsylvania, November 1984.

- Ibn `Arabi's Doctrine of *Takhallul,* Divine-Human Interinfusion, American Academy of Religion, Chicago, November 1984.

**1983**

- Ibn `Arabi's Polished Mirror: Perspective Shift and Meaning Event, Middle East Studies Association, Chicago, November 1983.

- Readings of Arabic Poetry in Translation, University of California, Berkeley, Middle East Center, November 1983.

- Ibn `Arabi's Garden Among the Flames: a Reevaluation. Presented in Arabic to the University of Chicago Middle East Center, under the title *al-bahth al-insani fi tasawwuf Ibn `Arabi* (The Humanistic Quest in the Sufism of Ibn `Arabi).

**1982**

- Neo-Platonism in Greek, Christian and Islamic Thought, Near East Club Lecture, The University of Chicago, 1982.

- The Ghul as Symbol of Change in Classical and Sufi Arabic Literature, Presented in Arabic to the Chicago Middle East Center, Arabic Colloquium, Spring 1982.

**1980**

- Ibn `Arabi and the Plotinan Tradition, presented in Arabic to the Chicago Middle East Center Arabic Colloquium, Fall 1980, under the title *Ibn `Arabi wa al-aflatuniyya al-haditha.*

## DISSERTATION

*The Metaphor and Dialectic of Emanation in Plotinus, John the Scot, Meister Eckhart and Ibn `Arabi.* A comparative study of the dynamic of emanation in the four authors from an interdisciplinary point of view, based upon the original Greek, Latin, and Arabic texts.

## PROFESSIONAL ASSOCIATIONS

- Middle East Studies Association

- American Academy of Religion

- International Society of Neoplatonic Studies Eriugena Society

- American Oriental Society

- Mudyiddin Ibn `Arabi Association (Honorary Lifetime Fellow)

## WORK IN PROGRESS BOOKS:

- *A Critical Study of the Early Qasida:* A poetics of early Arabic poetry based upon close study of original Arabic Texts.

- Editor and Contributor, *Ghazal: The Classical Love Lyric.* Essays On Arabic, Persian, Hebrew, Urdu, Turkish.

- Editor and Contributor, *The Greatest Love Poems of the Islamic World*, translations from Arabic, Persian, Hebrew, Urdu, and Turkish.

- *Complete Translation of Ibn `Arabi's* **Translation of Desires (Tarjuman al-Ashwaq).**

- *Jihad and Crusade*, under contract to Knopf, Random House, projection completion 2004.

## ARTICLES

"The Cosmology of the Mi`raj tradition and the Jewish Merkavah tradition compared."

## MONOGRAPH

- **An Arabic Qasida "Against Aristotle and the Astrologers": Text, Translation, and Commentary** (co-authored with L.V. Berman). This study is complete but publication will be delayed because of the death of Prof. Berman.

## OTHER ACTIVITIES

Co-founder, director, and former president, **Community of Bosnia Foundation (COB)** a non-profit 501c3 organization dedicated to opposing all forms of genocide and racism, to supporting a culturally pluralistic and multireligious Bosnia-Herzegovina, and helping Bosnians in tangible ways. COB has supported Bosnian Art and Culture and the International War Crimes Tribunal on Bosnia and Rwanda. It has sponsored the education in the U.S. at high schools, colleges, and graduate schools for 60 survivors of "ethnic cleansing" genocide in Bosnia. For further information on

the Foundation, see my personal COB web page at
http://www.haverford.edu/relg/sells/cobhome3.html.

Appointment as Adjunct Professor of Religious Studies, University of Pennsylvania,
1991-1996. Dissertation Committees: Kathleen O'Connor, University of
Pennsylvania, Ph.D. 1994 Sandy Brainard, Temple University (in progress)

Outside Tenure and Promotion Reviewer, 20 cases

Manuscript and Proposal Review for: Cambridge University Press, SUNY Press (5),
Pennsylvania State University Press, Oxford University Press, Princeton University
Press, University of South Carolina Press, University of California Press (2),
University of Chicago Press, St. Martin's Press, University of Pennsylvania Press,
Paulist Press Classics of Western Spirituality.

Manuscript Religions Consultant for Prentice Hall, High School and Middle School
History Textbooks.

Selected Public Activities. The following are some examples from appearances in
television, radio, and newspaper interviews, newspaper and magazine guest
columns, Quaker publications, and talks to religious congregations.

- Quaker General Conference, Book Talk, Seminar, General Address, 2-3 July
  2003.

- For the Lectures, Interviews, and Op-Ed Articles by Michael Sells concerning
  the controversy over the University of North Carolina Selection of *Approaching
  the Qur'an* for the Annual Summer Reading requirement, May through
  December 2002, see Michael Sells on the UNC-Qur'an Controversy (at
  http://www.haverford.edu/relg/sells/UNC_ApproachingTheQur'an.htm).

- *Understanding Islam after September 11*, Pendle Hill Quaker Center, 11
  February 2002.

- *Encountering Islam*, St. Thomas Episcopal, West Whitehead, PA: 3 Sunday
  Presentations: 27 January, 10 March, 17 March 2002.

- *The Struggle for the Soul of Islam*, Earhlam College, 4 February 2002

- *Understanding Islam*, St. Charles Seminary, Philadelphia, 15 January, 2002.

- *Understanding Islam*, St. Paul's Episcopal Church, Exton, PA, 3 Sunday
  Presentations, December 2, 9, 16.

- *In the Wake of Sept 11*, Board of Directors, Anti Defamation League,
  Philadelphia, 11 December 2001.

- *Islam and Sept 11*, Westtown Friends Meeting, 2 December 2001.

- *Understanding Islam after September 11*, Haverford Monthly Meeting of
  Friends," 25 November 2001.

- University of Arkansas, Town Meeting, *Religion and Violence*, 12 November
  2001.

- Town Meeting on *Coping with Suffering and Evil* Sunday, 11 November 2001,

McMichaels Lecture Series, St. Paul's Episcopal Church, Fayetteville, Arkansas.

- *The Struggle for the Soul of Islam*, Swarthmore College, 8 November 2001.

- *Approaching the Qur'an*, Feature Interview, **Ashland Oregon Public Radio**, 6 November 2001.

- *The Heart of Islam*, Feature Radio Interview, Philadelphia, 30 October 2001.

- *Interlinked Factors in the Sept. 11 Tragedy*, Haverford Middle School Assembly followed by three smaller assemblies and a class appearance, 29 October 2001.

- *Islam and the West after the Sept. 11 Tragedy*, Bryn Mawr Presbyterian, 28 October 2001.

- *Interlinked Factors in the Sept. 11 Tragedy*, Haverford High School Assembly, 22 October 2001.

- *Interlinked Factors in the Sept. 11 Tragedy*, Penn Charter Upper School Assembly, 21 October 2001.

- Consultant to **WBR Radio's In Person: Speaking of Faith**, "The Spirit of Islam," Krista Tippet Feature Interviews with Omid Safi and Seemi Bushra Ghazi, 19 October 2001.

- *Interlinked Factors in the 9/11 Tragedy*, Germantown Academy Middle School Assembly, 10 October 2001.

- *Islam in the Aftermath of Sept. 11*, Villanova University, 8 October 2001.

- *The Taliban*, 30 Minute Interview, **Philly Live**, WYBE Television Philadelphia, Hosted by Ashok Gangadean, 8 November 2001

- *Interlinked Factors in the 9/11 Attack*, Germantown Academy Upper School, Assembly followed by three hour-long question and answer sessions, 01 October 2001.

- *Islam and Sept. 11*, Bryn Mawr Teach-In, 28 September 2001.

- *Interlinked Factors in the Sept. 11 Tragedy*, Germantown Friends Upper School Assembly, 26 September, 2001.

- *The Politics of Islam*, Hour Long Feature Interview, Radio Times with Marty Moss-Cowane, WHYY Public Radio, 24 September 2001.

- *Islam and the Sept. 11 Tragedy*, Haverford College Parents Weekend, 22 September 2001.

- *Religious Dimensions in the Sept. 11 Tragedy*, Haverford College Faculty Forum, 19 September 2001.

- Feature Interview, PBS, **Empire of Faith**, Part 1, Debut Showing, 8 May 2001; consultant for the entire Empire of Faith Series.

- Feature Interview, WYBE Television's ***Philly Live***, Hosted by Ashok Gangadean, "Bosnia: The Current Situation," with Azra Hromadzic, Philadelphia, 9 April 2001.

- ***Approaching the Qur'an: Ten Selected Suras***, Translation and Commentary by Michael Sells, with introduction containing personal reflections on Quaker Universalism and Islam, A Pamphlet of the Quaker Universalist Fellowship, December, 2000 (includes ten Suras selected and reprinted from Michael A Sells, ***Approaching the Qur'an: The Early Revelations*** (Ashland, OR: White Cloud Press, 1999).

- ***SufiBooks***, New York City, October 20th, 1999, Book Reading, *Approaching the Qur'an: The Early Revelations* (White Cloud Press, 1999).

- ***Norristown Library Lecture Series. Two Lectures on Bosnia and Kosovo***. Saturday, October 2 Norristown Public Library and Sunday, October 16, 1999, Whitehurst Retirement Community.

- ***Voice of America***, Genocide and Denial, October 1, 1999.

- The Serbian Orthodox Church and Violence in the Balkans, Neuman Center, University of Pennsylvania, ***Orthodox Fellowship***, September 23, 1999.

- Featured in the main article for the ***Rufus Jones Associates Newsletter***, ""Michael Sells: Scholar and Activist," August 1999.

- Interview, ***Voice of America***, Serbian Orthodox Church and the Belgrade Regime, August 9, 1999.

- Feature ***Associated Press*** article on Michael Sells, "Nato Bombings [of Serbian Monasteries] Disputed by Professor," July 20, 1999.

- Background Interview for ***ABC News, Nightline,*** July 7 1999 program on Kosovo and the destruction of sacral sites.

- Interviewed at length for background, and quoted in the feature article on a Serbian death squad leader in Kosovo, "Salipur is Dead, Everybody Says So," byline Pec, Kosovo, ***Ed Sebesta, Chicago Tribune***, June 27, 1999.

- Interview, "Pro-Belgrade Sentiment among Leftist and Far Right American political groups." One Hour, ***Democracy Report with Louis Van Den Berg***, Los Angeles, June 25, 1999.

- Interview, on the Serbian Orthodox Church, Peace, and Violence in Kosovo, ***Voice of America***, June 24, 1999.

- Interview, ***Ian Masters***, "Background Briefing" on Genocide, Pro-Belgrade Sentiment, and the American Left, Sponsored by the UCLA Center for International Relations, Los Angeles, June 20, 1999, part A, p. 21.

- Michael Sells, "How Serbs Used Monasteries to Entice Ethnic Hatred," Column, June 1, posted on the ***Kosovo Crisis Centre*** web page feature, June 14, 1999, mirrored at the Kosovo Conflict and Genocide web page.

- Helped with background, and was quoted and cited in the feature article, Bill

Broadway, "No Shelter for Yugoslav Shrines; Accounts Conflict on Damage to Sites Near NATO Targets," **Washington Post**, Sunday, May 22, 1999, pg. B08; Religion.

- Helped with background, and was quoted and cited in the feature article, Alissa Rubin, "Crisis in Yugoslavia: Religious Identity at the Heart of Balkan War," **Los Angeles Times**, Sunday, April 18, 1999.

- Lecture, "The Polarization of Islam and the West and Possible Solutions" in the conference *Coping with Violence Done in the Name of Religion: a Dialogue*, Haverford College, Sponsored by The Global Dialogue Institute and The Board of Governors of The Greater Philadelphia Philosophy Consortium, 27 March 1999.

- Featured Interview, *The Twentieth Century with Mike Wallace,* Yugoslavia, The History Channel, February 12, 1999 showing.

- Genocide and Reconstruction in Bosnia, Lecture, Church of the Advent, Kenneth Square, PA, November 7, 1998.

- "Religion and Persecution," Hour-long interview and call in program with *Voice of America*, July, 1997.

- "Conflict Resolution: Religion and Genocide," *In the Know* with Judith Latham, **V***oice of America Interview*, October 16, 1997.

- "Ethnic Cleansing in Bosnia," *Church of the Advent*, Kenneth Square, PA, 9 November 1997, appearance with Bosnian students Alema and Alem Lemes.

- Author's Book Reading, *The Bridge Betrayed: Religion and Genocide in Bosnia*, **Borders, Marlton NJ**, April 17, 1997.

- NPR, Philadelphia, **Radio Times**, Interview on Religious Dimensions of Conflict the Balkans. April 1997.

- "Bosnian Students: Keeping the Culture Alive," **Lecture, Delaware Valley College**, 28 April 1997.

- Author's Reading from *The Bridge Betrayed*, **Borders Books, Chestnut Hill**, PA, January 24, 1997.

- Feature Article on Michael Sells, "Author Sees Religious Motives to Conflict," Richard Sine, **The Philadelphia Inquirer**, January 22, 1997.

- "Religious Dimensions of Genocide in Bosnia," Lecture, **Kaiserman Campus, Jewish Community Center**, Wynnewood, PA, January 21, 1997.

- "Islam and its Relations with the West," Lecture, **First Presbyterian Church**, Philadelphia, January 19, 1997.

- "Religion and Genocide in Bosnia," Lecture, **Trinity Episcopal Church**, New Hope, PA, January 12, 1997.

- Author's Reading from *The Bridge Betrayed*, **Borders Books**, Rosemont, PA, January 15, 1997.

- "Genocide in Bosnia: Prospects for Peace & Justice," Lecture, **Jewish Community Center of Philadelphia**, Daroff Campus, January 7, 1997.

- NPR, Philadelphia, *Radio Times*, Interview on the Genocide in Bosnia and the Bosnian Student Program of the Community of Bosnia Foundation, with Vanja Filipovic and Amina Kurtovic. October, 1996.

- NPR, San Francisco, **Michael Krasney**, Feature Interview on *The Bridge Betrayed: Religion and Genocide in Bosnia,* November 8, 1996.

- "Don't Concede A Divided Bosnia," Guest Column, **Christian Science Monitor**, 8 November 1996.

- NPR, New York, **New York and Company**, Leonard Lopate, Feature Interview on *The Bridge Betrayed: Religion and Genocide in Bosnia,* December 16, 1996.

- "Christoslavism & Other Religious Dimensions of Genocide in Bosnia," Lecture, Carleton University, Ottawa, January 10, 1995.

- "Bosnia-Herzegovina between War and Final Solution: Preparing for the Final Battle," Guest Column, *The Turkish Times*, 1 March 1995.

  (This essay argued that the Serbian army, through three years of atrocities, had shown exactly what it would do if the United Nations and NATO nations turned over to it any one of the UN-declared Safe Areas, four of which were until brutal siege (Goradze, Bihac, Srebrenica, and Zepa). It argued that mass killings would certainly take place and that the United Nations and NATO nations, which seemed on the verge of handing over the Safe Areas to the Serb army must certainly be aware of the pattern of three years. On June 6, 1995, UN Special Representative Yasushi Akashi and UN General Betrand Janvier met for lunch in Split, Croatia, and decided in effect to turn over the Safe Area of Srebrenica to the Serbian army of General Ratko Mladic. When warned about likely consequences by General Rupert Smith, both Akashi and Janvier insisted that General Mladic would not carry out atrocities (see the full transcript of this fateful dialogue at the Srebrenica link on the Community of Bosnia page at http://www.haverford.edu/relg/sells/cobhome3.html). When Srebrenica was given to General Mladic by the Janvier and Akashi on 11 July 1995, 8,000 boys and men were separated out in front of UN soldiers by General Mladic and led away for extermination).

October 11, 2007

Michael Sells, Writings on:

Bosnia and Religious Militancy

***The Bridge Betrayed: Religion and Genocide in Bosnia.*** University of California Press, 1996. An examination of the use of religious mythology to motivate and justify genocide against Bosnian Muslims from 1992-1995. *1997 American Academy Religion Award for Excellence in Historical Studies.* Second Edition with a Preface on Kosovo and BiH. University of California Press, 1998. Bosnian edition: *Iznevjereni most: religia i genocid u Bosni,* translated by Zoran Mutic,(Sarajevo: Sedam, 2002).

In Progress: ***God of War: American Power in a World of Religion*** (*under contract with Random House* / Knopf). 250 pages completed, on topics of Religious militancy in Islam, Christianity, and Judaism, Clash of Civilizations theories in Islam and in the West, and religion and conflict in Afghanistan, Saudi Arabic, Bosnia, Iran, Iraq, and Israel/Palestine.

## Published Scholarly Articles and Book Chapters

- Pilgrimage and "Ethnic Cleansing" in Herzegovina, in David Little and Donald Swearer, eds. *Religion and Violence*, Harvard University Press, in press: 147-158.

- Emran Qureshi and Michael Sells: *The New Crusades: Constructing the Muslim Enemy* (Columbia University Press, 2004). (Choice Book of the Year Award). Michael Sells contributed to the introduction and contributed the final essay, on the topic of religion, violent ideology, and Bosnia.

- "Crosses of Blood: Sacred Space, Religion, and Violence in Bosnia-Hercegovina," The annual Paul Hanly Furfey Lecture, Association for the Sociology of Religion, *Sociology of Religion* 64:3 (2003): 309-331.

- "Sacral Ruins in Bosnia-Herzegovina, Mapping Ethnoreligious Nationalism," in Craig R. Prentiss, *Religion and the Creation of Race and Ethnicity* (New York: New York University Press, 2003): 211-233.

- "Islam in Serbian Religious Mythology and Its Consequences," in Maya Shatzmiller, ed., *Islam and Bosnia* (Montreal: McGill-Queen's University Press, 2002): 56-85.

- "Serbian Religious Mythology and the Genocide in Bosnia" in *In God's Name: Genocide and Religion in the 20th Century,* edited by Omer Bartov and Phyllis Mack (Berghahn Books, 2001), 180-205.

- Michael A. Sells, Preface, Alexandre Kimenyi and Otis Scott, *Anatomy of Genocide* (Edwin Mellen, 2001).

- "Vuk's Knife: Kosovo, the Serbian Golgotha, and the Radicalization of Serbian Society," William J. Buckley, ed., *Kosovo: Contending Voices on Balkan Interventions* (Grand Rapids, MI: Eerdmans, 2000), pp.133-141.

- "Balkan Islam and the Mythology of Kosovo," *ISIM (International Institute for the Study of Islam in the Modern World) Newsletter*, no. 3, 1999

- "Serbian Religious Nationalism, Christoslavism, and the Genocide in Bosnia, 1992-1995," in Paul Mojzes, editor, *The Role of Religion in the War in Bosnia and Herzegovina,* (Atlanta: Scholar's Press, 1998): 196-207.

- "'Christ Killer' Mythology and the Tragedy in the Balkans," in *Explorations: Rethinking Relationships Among Protestants, Christians and Jews* 11.3 (1997):5.

- "Religion, History, and Genocide in Bosnia-Herzegovina," in *Religion and Justice in the War over Bosnia,* edited by G. Scott Davis (New York: Routledge, 1996): 22-43.

- "Bosnia: Some Religious Dimensions of Genocide," *Religious Studies News* 9.2 (May 1994): 4-5. Reprinted in *Common Era: Best Religion Writings of 1994,* edited by Stephen Scholl (Ashland: White Cloud Press, 1995), 114-26.

Scholarly Presentations and Invited Lectures:

- Jihad and Crusade: Religion and Violence in the Post-cold War World, St. Joseph's University, 14 September 2006.

- Encountering Islam Today: Beyond the Clash of Fundamentalisms, North Park University, Chicago, 27-28 April 2006.

- Initiative for an Alliance of Civilizations, United Nations, New York City, 21-22 April 2006.

- Beyond Jihad and Crusade: American Power in a World of Religion, William and Mary College, Williamsburg, Virginia 15 April 2006.

- Baker Peace Conference on Religion and Violence, Religion as a Source of Violence, Contemporary History Institute, The Ohio University, Athens Ohio, 31 March 2006.

- The Bridge and the Dragon: Pilgrimage and 'Ethnic Cleansing' in Bosnia-Herzegovina, Religion and Nationalism Conference, Harvard University, Center for World Religions, 22 May 2005.

- Religion and Violence in the Post Cold-War World, Distinguished Lecture Series, West Chester University, 23 March 2005.

- Jihad and Crusade: Religion and Violence in the Post-cold War World, Macallester College, November 2005.

- Islam and Jihad in the Post-Cold War World, Fordham, October 2005.

- The Issue of 'Islamist Terrorism': Religion and Violence Post 9-11, Center for Contemporary Arab Studies, Georgetown University, 8 March 2004.

- Getlin Lecture, Trinity College, Harford, Connecticut, 11 March 2004.  On religion and violence in Judaism, Christianity, and Islam in the present world.

- Towns Family Lecture in Practical Ethics, Allegheny University, Erie, Pennsylvania, 9 March 2004, on religion and violence after the Cold War.

- Overcoming Religious Nationalism in the Balkans, The Wilson Center, Washington, D.C. 5 December 2003.

- Goodspeed Lecture, Denison University, Granville, Ohio, 18 November 2003.

- Islam a Religion of Peace? State University of New York New Paltz, New Paltz, New York, 4 November 2003.

- Keynote Address," Religion and Violence after the Cold War, Mid-Atlantic World History Association Conference, Monmouth, New Jersey, 24 October 2003.

- Scholars' Convocation, Grinnell College, Grinnell, Iowa, 11 September 2003.

- Islam, Religion, and Violence, University of Richmond, Richmond, Virginia, 13 March 2003.

- Crosses of Blood: Religion, Peace, and Genocide in Bosnia-Herzegovina. The annual Paul Hanly Furfey Lecture, Association for the Sociology of Religion, Chicago, 16 August 2002.

- Religion and Genocide in Bosnia, International Forum Bosna Feature Lecture, Sarajevo, Bosnia-Herzegovina, June 2002.

- Muslim Identity in Europe: the Bosnian Case, in "Debating Civilizations," University Seminar on Civilization Clash, Center for International Studies, Duke University, 7:00PM, Franklin Center, 3 April 2002.Islamic Mysticism and Poetry," Duke University, 4:30 Franklin Center, 4 April 2002.

- 9-11 and the Bosnian Genocide, Bosnian-American Cultural Association (BACA), Chicago, 23 March 2002.

- Shattered Society, Blasted Shrines: Interreligious Reconstruction as a Redevelopment Strategy in the Balkans, Center for Ethics and World Societies, Colgate University, 17 September 2001.

- Religion, Genocide, and Reconstruction in the Balkans, Cornell University, October 4, 1999.

- Serbian Orthodox Militance and the Tragedy in the Balkans, Distinguished Guest Lecture, Orthodox Christian Fellowship, University of Pennsylvania, Philadelphia, 23 September 1999.

- The Construction of Islam in Serbian Religious Mythology, Islam and Bosnia: The Historical and Cultural Paradigms for Conflict Resolution and Foreign Policy Making in the Case of the Multi-Ethnic State," University of Western Ontaria, London, Ontario, May 30, 1999.

- Balkan Muslims in the Vice of Regional Nationalisms, Banquet Keynote Address, 1999 Meeting of the American Council for the Study of Islamic Societies, Villanova University, Villanova, PA, April 30, 1999.

- Religion and Conflict in Bosnia, in the Gest Lecture Series and Peace and

Conflict Studies Program Conference on Religion, Ethnicity and Identity: Implications for Conflict and Conflict Resolution, Haverford College, 12 November 1998.

- *In Search of a Nation: Restoring a Multiethnic Bosnia,* Wellesley College, Wellesley, Massachusetts April 25,1998.

- Historical Dimensions of Religious Conflict in Bosnia, at *In Search of a Nation: Restoring a Multiethnic Bosnia,* Wellesley College, Wellesley, Massachusetts April 25,1998.

- The Roles of Religious Actors in the Former Yugoslavia, at *The Sacred, the Word, and Global Society: Religious Dimensions of Violence, Peace, and Security, an International Symposium,* Notre Dame University, April 17, 1998.

- Religion and Genocide in Bosnia, University of Georgia, February 9, 1998.

- Religion and Genocide in Bosnia, Davidson College, Charlotte, VA, February 10, 1998.

- Religion and Genocide in Bosnia, University of Alabama, Huntsville, February 12, 1998.

- Genocide as Ritual, American Academy of Religion, November 22, 1997, San Francisco, Panel dedicated to a discussion of Michael Sells' book The *Bridge Betrayed: Religion and Genocide in Bosnia.*

- Religion and Genocide in Bosnia, invited lecture, Rochester University, 21 October, 1997.

- As Long as Sarajevo Exists: a Tribute to the Spirit of Tolerance Under Fire, New York City, 21 October 1997.

- Religion and Genocide in Bosnia" Keynote Address for On the Fault Line: a Colloquium on the Bosnian Conflict Brown College, University of Virginia, Charlottesville, February 21-22, 1997.

- Religious Dimensions of Genocide in Bosnia, York University, North York, Canada, March 19, 1997.

- From Kosovo to Sarajevo: Interreligious Community, Conflict, and Sacred Space, University of Toronto, Symposium on "Islam and the West: Patterns of Integration and Conflict," March 20, 1997.

- Religion, History, and Genocide in Bosnia-Herzegovina, University of Richmond, March 30, 1997.

- Religion and Genocide in Bosnia, United States Holocaust Memorial Museum, Washington, D.C., International Conference on Genocide, Religion, and Modernity, May 13, 1997.

- National Public Radio, The Michael Krasney Show, One Hour Interview on *The Bridge Betrayed*, November 8, 1996.

- Religion and Genocide in Bosnia, an Overview, Middle East Studies Association, Providence, November 21, 1996.

- National Public Radio, New York and Company, Leonard Lopate Interview; (one hour) on *The Bridge Betrayed*, New York, December 16, 1996.

- Religious Dimensions of Genocide in Bosnia, St. Joseph's University, 15 November 1995.

- Kosovo Ethno-Religious Ideology and the Genocide in Bosnia-Herzegovina, University of California Riverside, Religion and Ethnic Conflict Conference, April, 1995.

- Ibn Zaydun's 'Religion of Love', Middle East Studies Association, Washington D.C., December 7, 1995.

- Kosovo Ethno-Religious Ideology and the Genocide in Bosnia-Herzegovina, University of California Riverside, Religion and Ethnic Conflict Conference, April, 1995.

- Codes of Genocide, in Cultural Resistance under Siege, New York City, Store Front Art and Architecture, Warchitecture - Sarajevo: a Wounded City, 11 February, 1995.

- Ethnic Cleansing in Bosnia: Execution and Mytholiterary Ideology, Middle East Studies Association, Research Triangle Park, North Carolina, November 8, 1993.

Television, Radio, and Community appearances on the issues of Bosnia, religion and Violence, and religious militancy:

Sells has appeared in more than 300 venues, at Churches, Synagogues, Mosques, community centers, the anti-Defamation League, NPR, PBS, all thre network television news programs, Fox news, MSNBC, and in interviews across the world. A brief snapshot of a few months of such appearances is given below:

- Featured Interview, *The Twentieth Century with Mike Wallace,* Yugoslavia, The History Channel, February 12, 1999 showing.

- Genocide and Reconstruction in Bosnia, Lecture, Church of the Advent, Kenneth Square, PA, November 7, 1998.

- "Religion and Persecution," Hour-long interview and call in program with **Voice of America**, July, 1997.

- "Conflict Resolution: Religion and Genocide," *In the Know* with Judith Latham, **Voice of America Interview**, October 16, 1997.

- "Ethnic Cleansing in Bosnia," **Church of the Advent**, Kenneth Square, PA, 9 November 1997, appearance with Bosnian students Alema and Alem Lemes.

- Author's Book Reading, *The Bridge Betrayed: Religion and Genocide in Bosnia*, **Borders, Marlton NJ**, April 17, 1997.

- NPR, Philadelphia, **Radio Times**, Interview on Religious Dimensions of Conflict the Balkans. April 1997.

- "Bosnian Students: Keeping the Culture Alive," **Lecture, Delaware Valley College**, 28 April 1997.

- Author's Reading from *The Bridge Betrayed,* **Borders Books, Chestnut Hill**, PA, January 24, 1997.

- Feature Article on Michael Sells, "Author Sees Religious Motives to Conflict," Richard Sine, **The Philadelphia Inquirer**, January 22, 1997.

- "Religious Dimensions of Genocide in Bosnia," Lecture, **Kaiserman Campus, Jewish Community Center**, Wynnewood, PA, January 21, 1997.

- "Islam and its Relations with the West," Lecture, **First Presbyterian Church**, Philadelphia, January 19, 1997.

- "Religion and Genocide in Bosnia," Lecture, **Trinity Episcopal Church**, New Hope, PA, January 12, 1997.

- Author's Reading from *The Bridge Betrayed,* **Borders Books**, Rosemont, PA, January 15, 1997.

- "Genocide in Bosnia: Prospects for Peace & Justice," Lecture, **Jewish Community Center of Philadelphia**, Daroff Campus, January 7, 1997.

- NPR, Philadelphia, *Radio Times,* Interview on the Genocide in Bosnia and the Bosnian Student Program of the Community of Bosnia Foundation, with Vanja Filipovic and Amina Kurtovic. October, 1996.

- NPR, San Francisco, **Michael Krasney**, Feature Interview on *The Bridge Betrayed: Religion and Genocide in Bosnia,* November 8, 1996.

- "Don't Concede A Divided Bosnia," Guest Column, **Christian Science Monitor**, 8 November 1996.

- NPR, New York, **New York and Company**, Leonard Lopate, Feature Interview on *The Bridge Betrayed: Religion and Genocide in Bosnia,* December 16, 1996.

October 17, 2007

Stephanie Siegmann
Donald L. Cabell
Aloke S. Chakravarty
Assistant U.S. Attorneys
U.S. Courthouse, Suite 9200
1 Courthouse Way
Boston, MA 02210

      Re:   <u>U.S. v. Muhamed Mubayyid, Emadeddin Z. Muntasser and Samir Al-Monla</u>, No.
              05-40026

Dear Ms. Siegmann and Messrs. Cabell and Chakravarty:

      This will supplement the earlier notice the defendants have given, pursuant to the Court's order of September 29, 2006 and Fed. R. Crim. P. 16(b)(C)(I), regarding the anticipated testimony of Professor Nazif Shahrani, the Defendants' expert witness. I also enclose an updated resume for Professor Shahrani.

      Professor Shahrani has been trained in anthropology and has conducted field research in Pakistan and Afghanistan for over thirty-five years. For the last eighteen years he has held a full professorship at Indiana University, where he has trained many graduate students and supervised their Ph.D. dissertations. He was born in Afghanistan and speaks Tajik, Uzbek and Pashtu. He is a practicing Muslim and has studied the Koran and fundamentals of Islamic law and ethics, both as part of his religious training from an early age, and in his professional work. He reads classical (Qur'anic) Arabic fluently. Much of his anthropological research has focused on the religious bases for the Afghans' struggle against the Soviet Union. He teaches courses on the peoples and cultures of the Middle East and of Central Asia and on Islamic topics and themes, as well as more general courses on the Anthropology of Religion.

Letter to Stephanie Siegmann, Donald L. Cabell and Aloke S. Chakravarty
October 17, 2007
Page 2

He has, in the course of his research, conducted interviews of Afghan refugees and Mujahideen leaders, including Hekmatyar, Rabbani, Sayyaf, Gailani, Mojaddedi and others, during trips to Pakistan to conduct field research in 1980, 1988, 1989, 1991 and 1996. In 1996 he traveled to Afghanistan. He acted as an advisor to Rabbani when the latter was minister of reconstruction of the Afghan government in exile in 1989. He conducted multiple interviews with former classmates from his school years in Kabul, who were working for one or another Afghani party or for Non Governmental (Charitable) organizations in Peshawar. He has extensively studied contemporaneous press reports, journals, political pamphlets, posters and other literature, both Near Eastern and Western, and professional publications.

Professor Shahrani has also reviewed discovery provided by the government in this case, including Al Hussam and other posters, Join the Caravan, the Zakat Calculation Guide, and tax documents of other United States charities involved in providing humanitarian relief during the Afghan struggle. Based on his review of these documents, as well as his professional training and experience and familiarity with the materials described above and in our earlier submission to you regarding Professor Shahrani, he will, we anticipate, give the following testimony and opinions.

Professor Shahrani will describe, generally, who is a Muslim and what Islam is, and what the role of the Koran and Hadith are, and what certain concepts in this case mean in that context. He will testify to the Islamic obligations of Zakat, which is based on the Koran. One of the categories of Zakat, support for those "in the way of God" has sometimes been interpreted as "mujahideen." This obligation can include payments for fighters, but it can also include payments for food, medicine, and other payments to alleviate the suffering of Muslims in time of war, including widows and orphans. He will testify that this is an obligation of Muslims who have, at the end of a year, more money or goods than they need to support themselves. It is not considered charity but an obligation. He will testify that "sadaqa" is charity more generally understood, as something that Muslims give out of the desire to help others, and which is not obligatory. The nature of the categories of obligatory Zakat is a function of scriptural and religious texts. The Zakat Calculation Guide is a conventional example of the descriptions of the categories of Zakat, including mujahideen, but money given to mujahideen is not necessarily required to go to fighters – it can be given to anyone working "in the way of God."

He will testify that "jihad" means struggle or striving, literally, doing things in the way of God. It encompasses striving to do one's best as a Muslim, and it can be done by teaching, by providing money for food, shelter, clothing, education, care for the wounded, or reconstruction, or by fighting to defend Muslims who are under attack. The concept does not encompass offensive fighting or aggression, nor does it encompass attacks on civilians. Join the Caravan, Azzam's tract, uses the term jihad in this defensive way, and encourages Muslims to defend Afghan Muslims under attack by the Communists, not to engage in any broader war. It is specifically addressed to the situation in Afghanistan in the mid to late 1980's. It also includes religious and moral teachings and pleas for educators to come to Afghanistan as well as fighters.

Letter to Stephanie Siegmann, Donald L. Cabell and Aloke S. Chakravarty
October 17, 2007
Page 3

Professor Shahrani will testify that, in the 1980's and 1990's, the political leaders in Afghanistan were the Mujahideen leaders who were, in addition to being military commanders, leaders of political parties which controlled different parts of the country.  The fight against the Communist government was organized locally, and the affiliations of those fighting was to their local leader, both political and in terms of faith.  There were tensions and rivalries among the Mujahideen leaders even before the Communists left Afghanistan.  Charities who wished to provide services inside Afghanistan would need the protection of one of the Mujahideen, and might offer support for a Mujahideen leader who controlled the area of the charity's operation. The Mujahideen leader would provide protection so that his constituency would receive the benefit of the organization's charitable services, such as orphanages, schools, medical facilities, and supplies of food and medicine.

Professor Shahrani will testify that there was an enormous humanitarian crisis in Afghanistan that Muslim and other charities were attempting to address.  The war resulted in the death of some one and a half million Afghans, out of a population estimated at fifteen to sixteen million during the early 1980s.  By the time of the Soviet withdrawal from Afghanistan there were approximately five million, two hundred thousand Afghan refugees in Pakistan and Iran, according to the UNHCR records, and another two million internally-displaced Afghans, totaling close to half the population.  There were large numbers of widows and orphans.  Much of the infrastructure was destroyed and no reconstruction efforts had been undertaken.  Kabul, the capital city, was destroyed in 1993-94.  At the same time there had been an enormous influx of military support for the Mujahideen from the governments of the United States, Pakistan and Saudi Arabia, Iran and others.  There was no need for money for fighting but there was an extraordinary need for humanitarian aid.  Those who raised funds for humanitarian aid, especially in the Muslim communities abroad, would remind their donors, through speeches, pamphlets and other materials, of the bloody war and the fact that it was an assault on Islam and Muslims by the Communists, in motivating donations to alleviate the suffering caused by the war.  These materials were often partisan and supportive of the Mujahideen, who were seen as defending, or having defended, the faithful, and invariably are set in religious terms, which in Muslim communities provides a language of shared understanding of the religious obligation to provide help for fellow Muslims.

Professor Shahrani will testify to the training that a researcher in the social sciences receives, first as an undergraduate and then at the graduate level.  He will contrast the level of sophistication and understanding at both levels of training.  Undergraduate training is rudimentary, focusing on critical reading of the existing literature in the field and the skills needed to locate materials and marshal them to support a thesis.  Graduate training, in contrast, is designed to teach students to be able to formulate their own questions for research.  It focuses on the methodology of conducting research, especially field research, and on understanding and accounting for both the biases of subjects and biases of the researcher.  It requires, generally, that the student be familiar with the language of the community he or she is studying.  Graduate students are required to take courses on research methods and on field work.  Graduate

Letter to Stephanie Siegmann, Donald L. Cabell and Aloke S. Chakravarty
October 17, 2007
Page 4


programs, which are typically six years to a doctorate, include two to three years of coursework and comprehensive examinations before a student attempts to formulate a dissertation topic.

Professor Shahrani may offer additional opinions, depending on additional materials the government may provide or on the testimony the government offers in its case-in-chief, which the defendants cannot anticipate, and they reserve the right to supplement this notice.


Sincerely,


David Duncan


Enc.
cc:     Michael C. Andrews, Esq.
        Charles P. McGinty, Esq.

# Zalkind, Rodriguez, Lunt & Duncan LLP

ATTORNEYS AT LAW

### 65a Atlantic Avenue, Boston, Massachusetts 02110

TELEPHONE (617) 742-6020

FAX (617) 742-3269

www.zrld.com

Norman S. Zalkind

Elizabeth A. Lunt

David Duncan
also member of PA Bar

Inga S. Bernstein

William B. Van Lonkhuyzen
also member of CA Bar

Monica Pastorok
also member of NY and CA Bars

Rachel Stroup

Ruth O'Meara-Costello

Of Counsel:

Barbara Equen Rodriguez

October 12, 2007

Donald L. Cabell

Aloke S. Chakravarty

Assistant U.S. Attorneys

U.S. Courthouse, Suite 9200

1 Courthouse Way

Boston, MA 02210

Re: <u>U.S. v. Muhamed Mubayyid, Emadeddin Z. Muntasser and Samir Al-Monla</u>, No. 05-40026

Gentlemen:

Pursuant to the Court's order of September 29, 2006 and Fed. R. Crim. P. 16(b)(C)(I), and as I mentioned to Al last week, the Defendants give notice that John Stuart Blackton may be called to testify at trial in this matter. Below is a summary of his anticipated testimony, including the opinions he will offer and the bases therefore. Mr. Blackton's resume is attached.

Mr. Blackton is currently a consultant and the Director of Strategic Advisory Services. He spent part of his childhood in South Asia, including Pakistan. He served in Laos, Cambodia and Thailand with the United States Army during the Indochina war where he was assigned to the United States Joint Military Advisory Group. He studied political economy of the Middle East and Central Asia, completing all but a dissertation in political economy at Cornell focusing on Pakistan, Afghanistan and India. He entered the foreign service in 1976 and was an officer with the State Department for 19 years, serving in, among other places, Pakistan and Afghanistan. He first served in Afghanistan in 1976-77. He was stationed in Pakistan from 1982-1985, and he was again in Pakistan, as the director of USAID for Afghanistan, from 1993 to 1995. He was a full professor and taught at the National War College from 1995 to 1998, and he lecturer at Princeton University on Aghan constitutional issues in 2004 and 2005. He has consulted with the governments of Iraq and Egypt. He speaks multiple languages, among them Urdu (the national language of Pakistan) and Arabic. His resume is attached.

Letter to Donald L. Cabell and Aloke S. Chakravarty
Re: John Stuart Blackton
October 12, 2007

     If called as a witness, Defendants anticipate that Mr. Blackton will testify, without limitation, to the contours of the political and humanitarian circumstances obtaining in Afghanistan in the early and mid-1990's, to the role of nongovernmental organizations in providing humanitarian aid to Afghanistan, and to the political and logistical difficulties encountered by those organizations and by governmental agencies alike in seeking to provide such assistance to the people of Afghanistan in this period.

     Mr. Blackton will testify to the history of the conflict in Afghanistan and to its consequences. He will testify that there were some four million Afghani refugees in Pakistan and another two million in Iran, in addition to some eight to ten million internally-displaced Afghanis. He will testify to the enormous numbers of widows and orphans left by the war. He will testify that in Afghanistan, widows traditionally required the protection of a male relative, and that the war had left large numbers of widows without male relatives, creating for them a particularly difficult position. He will further testify that hospitals and schools had been destroyed in Afghanistan, as had much of the infrastructure of the country. The Mujahideen had rebuilt some parts of the country but in many areas there were no schools, no clinics and no roads. There was also a complete dearth of medical personnel. USAID was supplying money to provide for medical services, schooling, textbooks, shelter and materials. As Director of USAID, he oversaw USAID's provision of money to larger charitable organizations, who in turn would work with smaller, Afghani charitable organizations. These Afghani charitable organizations were numerous, lining several streets of Peshawar and were typically connected to a specific region of Afghanistan. He will offer the opinion that it was necessary to distribute humanitarian aid through such organizations.

     Mr. Blackton will further testify about the role of Mujahideen leaders and tribal leaders in Afghanistan and the necessity of dealing with those leaders in order to provide any humanitarian relief to Afghanis living in the territories they controlled. He will opine that the Mujahideen leaders were, effectively, regional administrators of the territories they controlled, without whose assistance humanitarian aid could not be delivered to the Afghani population, whether by nongovernmental organizations or by his own agency, USAID. He will opine that no provider of humanitarian aid could be certain that all of the money sent in to Afghanistan would go to its intended purpose, but that there was no way to deliver humanitarian aid during this period without going through the Mujahideen. He will also testify that the position of the United States was to support the Mujahideen in Afghanistan in their continuing struggle against communists and communist sympathizers (who remained in place after the departure of the Soviets) in the ongoing civil war during this period, and that the United States was continuing to provide humanitarian and military aid to Afghanistan and to openly support the Mujahideen up until 1995. He will describe, for example, the "Seven Party Mujahideen Alliance" or "Peshawar Seven," made up of seven Mujahideen warlords, who were consulted, *inter alia*, about educational materials provided by the United States which extolled the virtues of the Mujahideen. He will further testify that the United States' position of support of the Mujahideen was well-known to everyone in Pakistan who was involved in providing relief or other

2

Letter to Donald L. Cabell and Aloke S. Chakravarty
Re: John Stuart Blackton
October 12, 2007

support in Afghanistan. He will testify that aid to Afghanistan stopped as a by-product of the decision of the United States to impose sanctions on Pakistan for its development of nuclear weapons capability.

Mr. Blackton's factual testimony and his opinions will be based on his long, first-hand experience in Afghanistan and Pakistan, as a State Department official and in particular as the Director of USAID operations in Afghanistan, and on his study of the political and economic structures of Afghanistan and Pakistan. He will rely on his extensive personal experience and knowledge of Arab, Afghan and Pakistani history, culture and society. He will further rely on the documents from this case that have been produced by the government in discovery to the Defendants.

Sincerely,

David Duncan

cc:    Michael C. Andrews, Esq.
       Charles P. McGinty, Esq.

# Professor John Stuart Blackton
### Director, Strategic Advisory Services
### Washington, DC

PROFESSIONAL EXPERIENCE

**Senior Strategic Advisor,  Creative Center for Security and Stabilization, Creative Associates International, Inc.,    Washington, DC**                                                                                               2004-2007
Integrating civil and and military operations in the context of US Government National Security Strategy and Foreign Policy objectives with particular reference to security and development and security sector reform

**Independent Consultant,**                                                                                                                      2001-2007
**United Nations, World Bank, Asian Development Bank, Asia Foundation, UNDP**

**Director, Strategic Advisory Services Inc.**                                                                                          2002-2007

Providing governance, security and conflict advisory services to government and private clients

**Board of Directors &Executive Committee, International Peace Operations Association, Wash.DC  2005-2007**

**Keynote Speaker and Panelist, Arab Summit on Governance,**                                                               2005
**Jordan**

**Lecturer, Princeton University**                                                                                                             2004-05

Lectured on Afghan constitutional issues.

**Chief of Party, US Government  Judicial Reform Program, Egypt**                                                    1998-2001

Provided regular advice and counsel (in Arabic) to the Egyptian Minister of Justice and senior Ministry officials on matters of judicial administration and the rule of law.

**Consultant, Iraqi Ministry of Justice and Iraqi Supreme Judicial Council**                                      2004

Assisted in planning the early stages of the reconstitution of Iraqi courts.

**Professor of National Security Policy, National War College**                                                       1995-1998
**Washington, DC**

Taught courses on nuclear conflict in the Subcontinent; politics of Afghanistan/Pakistan/India, economic dimensions of national security strategy; and conflict and political change in the Persian Gulf States.

**Professor, Asia Pacific Center for Security Studies**                                                                        1996-1998
**Honolulu, Hawaii  (Component of the Pacific Command, US Dept of Defense)**

Taught courses in "strategy and culture", East Asia conflict containment, nuclear conflict on the Subcontinent

**Foreign Service Officer, US Government**                                                                                         1976-1995

Served in progressively responsible managerial positions in USAID missions and in USAID/Washington, retiring from the Senior Foreign Service of the United States with the rank of Minister Counselor.

During this period he was the director of the USAID mission in Pakistan, Director of the USAID mission for Afghanistan (1993-1995) and deputy USAID director in the Philippines.

In Washington, he served as Deputy Assistant Administrator of the Bureau for Policy and Program Coordination, DAA for the Near East, and confidential counselor to the Administrator of the Agency for International Development. During other overseas assignments for the agency, he designed and managed development programs in Afghanistan, Pakistan, Egypt, Tunisia and Thailand.

**Military Service**: United States Army 1968-72 - served in Laos, Thailand, Cambodia and Vietnam

## EDUCATION

1975    Ph.D-A.B.D., Political Economy, Cornell University (focus on Pakistan, Afghanistan, India)
1992    M.S., International Security Policy, National Defense University. (focus on Middle East Security & Military Issues)
1967    Diplôme, Langue et Civilisation Française, Sorbonne.
1966    B.A., Political Economy, Cornell University (focus on Pakistan, Sri Lanka and India)
Also
1963    Studied politics at the University of Ceylon (Sri Lanka) at Peradeniya- one yr
1965    Studied economics and politics at the Delhi School of Economics in India – one yr

## COUNTRY EXPERIENCE

**(Long term, multi-year)**

Afghanistan, Pakistan, Egypt, Philippines, Tunisia, and Thailand, Laos, Cambodia

**(Short term, less than on year)**

Syria, Iraq, Yemen, Morocco, India, Vietnam, United Arab Emirates, Iran, Nepal, Oman, France, Germany, Sri Lanka

## LANGUAGES

Arabic, Urdu, Lao, Sinhala, Hindi, Thai, and French.