UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES )<br>)<br>v. )<br>)<br>MUHAMED MUBAYYID, et als ) | Cr. No.05-40026-FDS |

MUHAMED MUBAYYID'S EXHIBIT LIST

The Defendant submits the following Exhibit List in the above-captioned matter. The Defendant also incorporates by reference all exhibits set forth in Mr. Muntasser's Exhibit List, and those set forth in the government's Exhibit List, reserving the right to object to the admission of exhibits offered by the government. The defendant reserves its right to supplement or modify this list.

1. CIF 778-79(e-mail #98)

2. CIF 787-88(e-mail #218)

3. CIF 791-92 (e-mail #229)

4. Donahoe Files contained on CD disc identified in discovery as CICR 9328

5. Care Files located on CD Disc identified in discovery as Zip Disc #1 "Care Files" "00195"

6. CICR 00557 (video "A Dream Fullfilled")

Respectfully Submitted
Muhamed Mubayyid
By his attorney


/s/ Michael C. Andrews

Michael C. Andrews
21 Custom House Street, Suite 920
Boston, Massachusetts 02110
(617) 951-0072
BBO #546470