```
              UNITED STATES DISTRICT COURT
               DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA       )
                               )
         v.                    )    Crim. No. 05-40026-FDS
                               )
MUHAMED MUBAYYID, and          )
EMADEDDIN Z. MUNTASSER,        )
and                            )
SAMIR AL-MONLA a/k/a           )
SAMIR ALMONLA,                 )
                               )
         Defendants.           )
```

**GOVERNMENT'S MOTION FOR LEAVE TO FILE COMBINED MOTION FOR PRE-TRIAL ADMISSIBILITY OF CO-CONSPIRATOR STATEMENTS AND OPPOSITION TO MOTION TO EXCLUDE <u>IN EXCESS OF TWENTY PAGES</u>**

The United States of America hereby moves, pursuant to Local Rules 7.1(b)(4), for leave to file its Combined Motion for Pre-Trial Admissibility of Co-Conspirator statements and Opposition to Motion to Exclude Portions of Certain Wiretapped Conversations, which exceeds twenty pages.

As reasons therefore, the government states that the government's submission is required to be greater than twenty pages in order to adequately lay out the law and underlying facts in support of its motion, and to respond to the Defendant's related motion which raises issues which require a detailed factual description of the substance of the conversations. In deference to the Court, despite its best efforts, the government

regrets the timing and length of this submission.

                                       Respectfully submitted,

                                       MICHAEL J. SULLIVAN
                                       United States Attorney

                             By:  /s/ Aloke Chakravarty
                                       B. STEPHANIE SIEGMANN
                                       ALOKE CHAKRAVARTY
                                       DONALD L. CABELL
                                       Assistant U.S. Attorneys

Date: November 9, 2007

## Certificate of Service

    I do hereby certify that a copy of foregoing motion was served upon the counsel of record for the defendants by electronic notice on this 9th day of November 2007.

                                /s/ Aloke Chakravarty
                                Aloke Chakravarty
                                Assistant U.S. Attorney