UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES of AMERICA )<br>)<br>v. )<br>)<br>MUHAMED MUBAYYID, )<br>EMADEDDIN Z. MUNTASSER, and )<br>SAMIR AL-MONLA a/k/a )<br>SAMIR ALMONLA, )<br>)<br>Defendants. )<br>) | Criminal No.<br>05-40026-FDS |

ORDER ON REFERENCE TO
1993 WORLD TRADE CENTER BOMBING IN NEWS ARTICLES

**SAYLOR, J.**

Defendants have moved *in limine* to exclude two news articles—one published in Newsweek magazine on March 29, 1993, and one in the New York Times on April 11, 1993—that describe the activities of the Al-Kifah Refugee Center in New York. Both articles, among other things, purport to draw connections between the activities of the center and the bombing of the World Trade Center in New York in 1993. The government opposes the motions on the grounds that the publication of the articles was the motivation for the incorporation of Care International, Inc., as an "outgrowth or successor" of the Al-Kifah Refugee Center, which the government alleges was improperly concealed from the IRS in the application of Care for tax-exempt status. In light of substantial concerns of unfair prejudice under Fed. R. Evid. 403, and in lieu of admitting the articles into evidence, a government witness will be permitted to testify in substance to the following:

"On March 29, 1993, Newsweek magazine ran an article, with accompanying photographs, concerning the Al-Kifah Refugee Center in Brooklyn, New York. The article was highly unfavorable to Al-Kifah and purported to connect the center with Islamic militant groups, fighters in Afghanistan, and individuals alleged to have committed acts of violence. On April 11, 1993, the New York Times ran a similar article with an accompanying photograph. Among other things, the Times article stated that the Al-Kifah center was purportedly used as a base to recruit fighters for a "holy war" in Afghanistan."

The Court will give in substance the following cautionary instruction:

"The defendants in this case were not named in either of the articles. There is no suggestion in the articles, either directly or indirectly, that the defendants engaged in wrongdoing of any kind or had any knowledge of, or participated in, any of the acts described.

Testimony about the publication of the articles is being offered by the government, and admitted into evidence, solely to show the alleged motive for the creation of Care International and for allegedly concealing its connection to the Al-Kifah Refugee Center. The articles are not evidence that the Al-Kifah Refugee Center, or anyone having to do with it, did anything suggested in the articles. Again, the evidence is offered solely on the issue of the alleged motivation for the creation of Care and for any alleged acts of concealment thereafter."

**So Ordered.**

          F. Dennis Saylor
          F. Dennis Saylor IV
          United States District Judge

Dated: November 14, 2007