UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES )<br>)<br>v. )<br>)<br>MUHAMED MUBAYYID ) | Cr. No. 05-40026-FDS |

### MOTION TO MODIFY CONDITIONS OF PRETRIAL RELEASE
(Assented to)

Now comes the defendant, Muhamed Mubayyid, and respectfully moves this Honorable Court to modify the conditions of his pretrial release so that he may travel to Hollis, New Hampshire with his wife and three children so that they may share the Thanksgiving holiday with friends. Mr Mubayyid will leave in the afternoon and return home by 11.00pm.

Undersigned counsel has conferred with counsel for the government, and has been informed that there is no objection to the allowance of this motion.

For the foregoing reasons, the defendant prays the Court allow this Motion.

                                            Respectfully Submitted,
                                            Muhamed Mubayyid
                                            By his attorney

                                            ___/s/ Michael C. Andrews__
                                            Michael C. Andrews
                                            21 Custom House Street
                                            Boston, Massachusetts 02110
                                            (617) 951-0072
                                            BBO# 546470