UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>    v. )<br>)<br>MUHAMED MUBAYYID, )<br>EMADEDDIN Z. MUNTASSER, )<br>SAMIR AL-MONLA )  | CRIMINAL NO. 05-40026-FDS |

DEFENDANTS' RENEWED MOTION TO EXCLUDE
TRANSCRIPTS OF CERTAIN WIRETAPPED CONVERSATIONS

The government seeks to admit certain wiretapped conversations dating from 1994 to 1998, with persons named Hassoun and Jayoussi. Based upon a tape just disclosed to the defendants by the government (on November 13, 2007), defendants renew their objection.

I.

The government argued for admission of the tapes in the following manner:

> [W]hile not necessarily coconspirators of the charged conspiracy, Hassoun, Jayoussi and Chehade, did conspire with Care to send money to the mujahideen. The content of the conversations themselves support this conclusion, but coupled with expert testimony as to who these individuals and their organizations were and evidence that they all three interacted with and had conversations regarding supporting fighters in overseas conflicts, exchanged funds, distributed pro-jihad documentation, organized pro-jihad lectures, and the like -- the Petrozziello standard is met with regard to this other conspiracy. Additionally, the calls described below (and others not recapitulated herein) evidence a synergistic operation where the ultimate purported beneficiaries of the Hassoun, Jayoussi, Chehade, the defendants, Yassin and Akra were the same, the mujahideen which were fighting in countries abroad.

See <u>Government's Motion for Pre-Trial Admissibility of Co-Conspirator Statements and Opposition to Motion to Exclude Portions of Transcripts of Certain Wiretapped Conversations</u>, Docket 347.

To challenge the contention that the conversations supported the conclusion that Hassoun and Jayoussi "conspire[d] with Care to send money to the mujahideen," defendants sought additional discovery of conversations between Jayoussi and Hassoun. <u>See Defendants' Motion for Discovery of Recordings of Conversations</u>, filed September 19, 2007 (Docket 294). Following argument before Magistrate Judge Hillman, the Court by <u>Order</u> dated October 18, 2007 (Docket 301) ordered production of several recordings, which were produced to defendants on or about November 13, 2007. One of the recordings was translated in a very preliminary way by a translator who provided the following version:

During a recording dated September 2, 1996, Hassoun (Abu Sayyaf) spoke with a caller re "Boston," a reference to Care:

*Caller:* Did you send [fliers] to Boston?

*Abu Sayyaf:* No, I didn't send to Boston. It doesn't look like I'll send to Boston. I've broken off contact with them. [*English*] I decide to cut relations [*Arabic*] with them.

*Caller:* Oh no ..

*Abu Sayyaf* Yeah – one will keep trying. We'll stay friends and all that, but [*English*] I'm not gonna expect anything from them. [*Could be interpreted as*] There the brothers have gouged them. The brothers came and said they have a project to set up an Islamic center for the city of Boston, and that that center will be for all, and that it'll have a school and it'll have this and that. They drew up the [building] plans and began to collect money, and among those they collected from is the office up there [i.e. to the north of the speaker] and the treasurer there paid [the] money, because that was supposed to be a center for everybody, you see? And after they built the center, they prevented everybody from distributing anything [in/for] the center – only the brothers [could do that] – nobody else was

allowed to [*literally*] engage in any internal activity. [*English*] It was a very big hassle. [*Arabic*] I was there many times, and it was not a good state of affairs for them. I was there during Ramadan. Anyway, in the end there was full attendance at the mosque during the [nightly Ramadan prayers]. And now it seems the guys have found a building in Boston, and they are trying to [make that work form them] – to buy it – and it costs [*English*] around two million. [*Arabic*] And we helped them. I spoke to [the] sisters; we sent the guys to the Emirates, got visas for them, and they stayed three weeks or so; they met with [various] people and collected a small amount [of money], and now they want to proceed with the plan [for the center]. So I spoke with them [to see what's up]; they are busy working on this [project] day and night, trying to figure out how to collect money [for the center]. We wanted to bring the sheikh here, and they said that even if he was coming, they [have no time to host him], and I even spoke to them about you, that you could go there, but they apologized, saying that for now they are concentrating all their efforts on [working towards setting up] the center. [After all] the amount of money collected is not insignificant; it's a large sum. And [when] you ask people to donate for [soccer games/tournaments], nobody pays. But when you tell them we want to set up a center, they pay. You see? So now they are working on this [thing in particular], in order for them to have a center. It is a good idea. The center will be a school and such.

I also spoke with them about other matters, like I wanted them to send me "Join the Caravan". They still have not sent anything. I sent to them "Nida' al-Islam" several times and got no response. You see? I get no response. And now "Nida' al-Islam" - They request magazines that cost three hundred dollars. How is that going to get paid for? You see? And now I have these tapes to sell. Abu Muwaffaq has to send me around eighty tapes, times two, that's one thousand six hundred dollars that I need to send him. We'll see how [these expenses will be covered]. Also Abu Dharr is requesting things, and that other one is also requesting this and that. I really don't know [how to do this]. Do I sell myself? Will you buy me? [*joking; laugh*] But we always thank God. So what do you want me to do now?

Rather than supporting the conclusion that "Care conspired with Hassoun and Jayoussi to send money to the mujahideen," the preliminary transcription shows that Hassoun and Jayoussi expected nothing from Care, that they were promised delivery of such items as "Join the Caravan" but nothing happened, and that "[w]e'll stay friends and all that, but [*English*] I'm not gonna expect anything from them." The "synergistic operation" heralded by the government hardly emerges here.

II.

It bears mentioning that the government did not charge defendants with joining with Hassoun and Jayoussi in a conspiracy to send money to the mujahideen. Instead, the predicate for admission was the slimmer reed that they shared a common cause, namely support (unspecified) for the mujahadeen. Now, however, viewed in the light of the conversation above, this contention collapses. The proffered tapes show communication and a common interest in developments in the Islamic world, but not the cause urged by the government.

Indeed, the transcripts, even before disclosure of the above conversation, served only to show that the parties communicated among themselves. The government had contended otherwise, offering experts to say that these communications reflected support of the mujahadeen. Such a contention would now be entirely improper, since the interlocutors said, out loud and with clarity, that "Boston" did not share their cause, that "Boston" was caught up in efforts to create a mosque, and had been fundraising, including in the Emirates, for that purpose. The transcripts offered by the government, then, do not support the proffered purposes articulated by the government, as a review of the transcripts below shows:

On **November 9, 1994**, Muntasser spoke with Abu Omar about the latter coming to Boston to give an exciting speech. Omar asked Muntasser for his support for an organization called Save Bosnia Now and Muntasser replied that they would have to agree on the matter and that they would talk. (Exhibit 510).

On **February 6, 1995,** Yassin learned from Hassoun that Hassoun distributed "Hassam" to the Pakistani brothers and at the university. (Exhibit 511).

On **January 19, 1996,** Muntasser related that a Muslim group with a big building in the Everett area refused to permit distribution of Al Hussam.  (Exhibit 512).

On **January 24, 1996,** Muntasser left a brief message that he had called.  (Exh. 513)

On **January 27, 1996,** Yassin promised to send Hassoun a copy of Join the Caravan and a video, and promised to send it within 6 months.  On the second half of page 6 of the transcript Hassoun said that he wanted to buy a "scope" which "mounts on the M-16", mentions the price and says that "it works nice".  Defendants have already sought redaction of this segment of the transcript. Hassoun's personal interest in buying this item has nothing whatever to do with Care's activities.  It is therefore irrelevant and obviously unfairly prejudicial. (Exh. 514)

On **February 25, 1996,** Muntasser talked with Hassoun about his trip to the Emirates to collect money for the Boston mosque.  He said "the matters are sensitive, there is nothing normal," a reference to the mosque debate in Massachusetts, as the context of the above quoted conversation makes plain.  (Exh. 515).

On **March 2, 1996,** Wassim and Hassoun talked about factional fighting around Kabul in a very brief call.  (Exh. 516).

On **April 6, 1996,** Muntasser told Hassoun that Al Waleed returned from the Middle East, including Kuwait, following an

-5-

effort to get financing for the Boston mosque. Muntasser said that "a lot of people promised but nothing came," that there was little to show for the effort. (Exh. 517).

On **August 5, 1996,** Hassoun asked Al Monla to send 60 Join the Caravan, or as many as fit in a box. Hassoun said he will send 10 copies of a Muslim issue to Al Monla. (Exh. 518).

On **August 26, 1996,** Hassoun upbraided Muntasser for not returning his calls: "If you don't want us to call, really we wouldn't call. We do it for the cause." Muntasser replied that he "was really busy at the store." Hassoun said that he wanted to speak with Abu Idris (Akra) on a "hot issue" which was the impending trip of a sheikh to speak and collect for a mosque. Akra said: "OK, if he was to come uh, and go around collecting donations to build a mosque. With this kind of things, he would not go back with the kind of money he pictured. He probably thinks people in America, they have no projects for building mosques." Akra said that the Sheik "should propose a different topic," a topic "such as supporting the recruiting in Lebanon for example, or I don't know what... But I tell you now, if he is coming to collect building - money for building a mosque in Boston itself, I know that he will be disappointed at least in Boston." In the context, "supporting the recruiting in Lebanon" (which the government argues was a nefarious cause) was offered as an alternative topic since the true topic, mosque building, would not draw interest. The government next argues that Akra and Hassoun spoke about deceiving INS to obtain travel documents for the sheikh (arguing that the

-6-

transcript showed "how Care, Muntasser and Akra, could facilitate recruiting of people for the cause of violent jihad by falsely sponsoring a person to come to the U.S."), but the government's interpretation is wildly off the mark as the focus of the conversation was that the visit of the sheikh to collect for a mosque building which was unlikely to gather any interest at all. (Exh. 519).

On **September 24, 1996,** Hassoun asked Al Monla how many copies of Join the Caravan were sent and Al Monla replied sixteen. Hassoun promised to send a video Badr al Bosnia, which Al Monla said he was not familiar with. (Exh. 520).

On **September 27, 1996,** Muntasser talked with Hassoun about news on CNN regarding a man and his brother being hung, a conversation entirely irrelevant to anything in the case and very inflammatory. (Exh. 522).

On **October 3, 1996,** Muntasser and Hassoun discussed a computer programmer who worked with Hassoun who was "very lousy," as well as the increased cost of computer chips ("the four cost eighteen. Four RAM used to cost eighteen. That's last week. This week it is twenty eight.") Muntasser said he was purchasing a few chips from a friend of Hassoun, and said he would send a check to Hassoun to pay for the chips, the price of which would include "a little profit" for the friend along with the cost of shipping and handling. The men also discussed Windows 95 upgrades, and efforts of Hassoun to raise money for his own mosque project. (Exh. 523)

On **October 27, 1996,** Al Monla spoke with Jayoussi, introducing

himself, and speaking about Jayoussi's visit to Boston. Jayoussi explained that he was an engineer at University of California at Irvine, and would be bringing flyers to talk about Bosnia. (Exh. 524).

On **October 30, 1996,** Jayoussi related details of his travel plan to Boston. Al Monla asked if he would be described, apparently in flyers for the event, as with his own organization or with Care, and Jayoussi said that more people would recognize Care but that it was up to Al Monla ("whatever you see fit"). (Exh. 525).

On **November 4, 1996,** Jayoussi described to Al Monla that he will talk about Bosnia, and refer to the tape Badr al Bosnia. He asked if the flyer was being distributed to non-Muslims, then said that "There is no problem if Americans attend. I have given the presentation in the presence of Americans and they asked some good questions, but you know, we try to concentrate on Muslims with this tape, since this tape is geared toward Muslims." (Exh. 526)

On **November 27, 1996,** Hassoun spoke with Al Monla, and a meaningless exchange followed, including one where Al Monla misunderstood Hassoun and asked "You are getting engaged. You are still not married?" Hassoun laughed, saying "No, I'm going to give a sermon about Chechnya," and laughing again, said "good one, Abu Walid (Al Monla). Good one. You're getting there man." Hassoun asked to speak with Akra who was not around at the time. (Exh. 527).

On **December 19, 1996,** Hassoun and Jayoussi spoke with Al Monla

about travel plans, adding that Al Monla was "a rare currency, hard to find."  Al Monla mentioned that a visitor, Suleiman al-Ahmar, was coming to town, and Hassoun launched into a rant about Suleiman saying that he had claimed that he had given money to tourists but had not.  Al Monla replied that he "personally, uh, am short on information in details.  When you say that you talked to the men, I mean I was not personally aware of the matter (cough)."  Al Monla's conversation displayed discomfort and no knowledge whatsoever of the episode with Suleiman. (Exh. 528).

Also on **December 19,** Hassoun spoke again with AL Monla, referring to him again as the "travel agent" to make travel plans. Al Monla appeared to take no offense. (Exh. 529)

On **January 3, 1997,** Jayoussi spoke with Al Monla, to no great effect, except to remark on Worcester winters and travel plans. (Exh. 531)

On **February 8, 1997,** Muntasser told Hassoun that "[w]e had a good fundraising dinner" for a school project.  Hassoun said that his group purchased a parcel, apparently for a school, but the county took it by eminent domain, paying a net $50,000, which funds "our goal ... to start working on the school right now...."  Hassoun said that "we had a very good Ramaden."  He discussed another Muslim congregation, that "they" had a sheikh from Oman come over, an Egyptian, "a doctor, and stuff ... and he gave lessons and stuff during Ramadan.  So, you know, he scolded them about the topic of tourism... And the philosophy of tourism, and tourists.  And, uh, what is the understanding of tourism.... I

mean, he would be talking about something, then he would veer off and switch back to the subject of tourism, uh, and lecture them virulently, and then revert back." Hassoun did not indicate whether the sheikh favored "tourism" or not. A translator was present, according to Hassoun, who "did not translate the topic of tourism at all ... [and] ran away from them." The translator, according to Hassoun, "started coming to us ... and was very pleased" because the congregation "hails from all walks of life." The conversation moved on to discussing developing events in Afghanistan. (Exh. 532)

On **February 18, 1997,** Hassoun asked Akra: "What do you think about coming with us [to] Somalia... because they need help with food and all. There is hunger." They talk about an incident where persons "attacked from the sea," apparently discussing military events in the region. (Exh. 533).

On **April 29, 1997,** Hassoun complained that a travel ticket provided by Al Monla was too expensive and it is apparent that AL Monla fumbled the travel plans. (Exh. 534)

On **May 7, 1997,** Hassoun said that he forwarded a check for $250 from an Iraqi brother who was coming to Boston. The conversation continued at length about the brother, who came to Boston to give a sermon, and was going to be announced by Al Monla for the purpose of collecting for medical relief and medical equipment, but who for incomprehensible reasons became insulted and, apparently, had no sermon to deliver. Jayoussi agreed that the man was "strange." Al Monla continued: the man did "not have

a good way of dealing with [people] ... Immediately, he suspects that people are ... against him or something.

> Al Monla: Do you know what he wants?  Do you know what he wants? ... This fellow, may Allah grace and bless you, he wants you and I to place him like this, sit down and look at him and give him ... And at the end, we will see what his answer is... And if he tell us then, "By Allah, you, I do not know", I would tell him, "brother, you have your way and we have our way... May Allah bless you.  We gave you something, that we saw goodness in it.  If you see something else, may Allah bless you, and that's it, because this is where [people's] intentions lie.  As for the way he is going, we – they can place us.... We do not fear the Great and Almighty Allah, my brother. We – we – we are not on the front line, do you understand me?  If you are on the front line, you would grab and walk uh, and attack, right? We are in the rear lines or we finance the brothers who are picking apples, for instance. Do you understand me?  So I have nothing to do with you.  I swear, May Allah help him.  And I ... he would call me from everywhere and he like [sic] to sound that he is busy but he is not."

On **August 3, 1998**, Al Monla told Jayoussi that he was attending a conference in a few days just to "propose our project, we will not participate in anything else... just marketing." Jayoussi asked Al Monla to help the family of a brother who was imprisoned for life.  Jayyousi stated that Halima "was put in prison because he was the chairman of the defense panel for brother Sayyed Nasir ... [f]or the Kahara case" and that he (Halima) "joined the group of the skyscraper in New York".  Al Monla asked whether $1,000 would be good enough to help.  This conversation was already the subject of a motion to exclude, inter alia, under FRE 403. (Exh. 537)

-11-

III.

These conversations are offered, so the government contends, to show the relationship of Care, and its principals, with Hassoun and Jayoussi and, through them, to others, in support of mujahideen. But the newly disclosed tape makes clear that there was no conspiratorial agreement with Hassoun and Jayoussi, and the tapes should not be used to suggest such a relationship.

The tapes show that Al Monla arranged for Jayoussi's appearance as speaker, but that he knew little about him, and that Hassoun used Al Monla to book travel, calling him his "travel agent" and "hard to find." The tapes also bear out that Care principals promised to send copies of Join the Caravan and other items, but did so with something less than dispatch. As for the "tourists" reference, it is apparent that Al Monla did not know of claims that Suleiman had diverted monies which Hassoun thought were for "tourists." The entirely one-sided rant by Hassoun, accusing Suleiman of lying about the use of the money for tourism, is precisely the sort of "idle chatter," which was not adopted by Al Monla and which is not in furtherance of any conspiracy. See <u>United States v. Doerr</u>, 886 F.2d 944, 951 (7th Cir. 1989). Nonetheless, the government intends to make aggressive use of this reference to "tourism" as if the statement were attributable to Al Monla.

The government, through its experts, will also cite the "we finance the brothers who are picking apples" reference, as if in the context of the conversation the reference was regarding

financing fighters. In the context of the conversation, Al Monla discussed a peculiar man who sought support for Iraqi needs and who was going to be introduced as collecting for medical equipment, but who was paranoid and took offense, and who did not appreciate the efforts of those who gave him the opportunity to speak and collect for medical help. The Iraqi was described as suspicious of others, and the conversation had nothing whatsoever to do with support for fighters. Particularly in view of the newly disclosed call, where "Boston" was unresponsive to calls for fighter support, and where Hassoun says "We'll stay friends and all that, but [*English*] I'm not gonna expect anything from them," there is no basis for admission of the statement for the extraordinary purpose intended by the government, namely as a simple declarative statement of purpose to support fighters.

Overall, if the desired utility of the proffered conversations is to show that Care disseminated Al Hussam, this contention is already adequately before the jury. If it is to show that speakers came to Massachusetts with the help of Care, this has already been shown and may be shown by less dramatic ways than by playing tapes which suggest incriminating associations. If it is to play phone calls which refer to military events of interest to Muslims, such use is prejudicial. And if it is to show association with others who might have been active in "tourism," it is improper. Mere association, exchanging newsletters and tapes, arranging speaking visits, and discussing events of interest to Muslims are not properly used to support an inference of conspiracy.

For each of these reasons, defendants move to exclude these conversations.

| | |
|---|---|
| MUHAMED MUBAYYID<br>By his attorney<br><br>/s/ Michael C. Andrews<br><br>Michael C. Andrews<br>   B.B.O. #546470<br>21 Custom House<br>Boston, MA 02110 | EMADEDDIN Z. MUNTASSER<br>By his attorneys,<br><br>/s/ David Duncan<br><br>David Duncan<br>   B.B.O. #546121<br>Norman S. Zalkind<br>   B.B.O. #538880<br>Elizabeth A. Lunt<br>   B.B.O. #307700<br>Zalkind Rodriguez Lunt<br> & Duncan<br>65a Atlantic Avenue<br>Boston, MA 02110<br><br>SAMIR AL-MONLA<br>By his attorney<br><br>/s/ Charles P. McGinty<br><br>Charles P. McGinty<br>  B.B.O. #333480<br>Federal Defender Office<br>408 Atlantic Avenue, 3rd Floor<br>Boston, MA 02110<br>Tel: 617-223-8061 |

CERTIFICATE OF SERVICE

I hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on November 25, 2007.

/s/ Charles P. McGinty

Charles P. McGinty