# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES of AMERICA )<br><br>v. )<br><br>MUHAMED MUBAYYID,<br>EMADEDDIN Z. MUNTASSER, and<br>SAMIR AL-MONLA a/k/a<br>SAMIR ALMONLA,<br><br>Defendants. | Criminal No.<br>05-40026-FDS |

## VERDICT FORM

WE, THE JURY, FIND:

**As to COUNT ONE (Scheme to Conceal Material Facts):**

Defendant Emadeddin Muntasser:

_____✓_____ Guilty            _____ Not Guilty

Defendant Muhamed Mubayyid:

_____✓_____ Guilty            _____ Not Guilty

Defendant Samir Al-Monla:

_____✓_____ Guilty            _____ Not Guilty

**As to COUNT TWO (Conspiracy to Defraud the United States):**

Defendant Emadeddin Muntasser:

_____✓_____ Guilty            _____ Not Guilty

Defendant Muhamed Mubayyid:

_____✓_____ Guilty                    _____ Not Guilty

Defendant Samir Al-Monla:

_____✓_____ Guilty                    _____ Not Guilty

## As to COUNT THREE (False Tax Return— 1997):

Defendant Muhamed Mubayyid:

_____✓_____ Guilty                    _____ Not Guilty

## As to COUNT FOUR (False Tax Return— 1999):

Defendant Muhamed Mubayyid:

_____✓_____ Guilty                    _____ Not Guilty

## As to COUNT FIVE (False Tax Return— 2000):

Defendant Muhamed Mubayyid:

_____✓_____ Guilty                    _____ Not Guilty

## As to COUNT SIX (False Statement):

Defendant Emadeddin Muntasser:

_____✓_____ Guilty                    _____ Not Guilty

## As to COUNT SEVEN (False Statement):

Defendant Samir Al-Monla:

_____ Guilty                    _____✓_____ Not Guilty

**As to COUNT EIGHT (Obstructing and Impeding the IRS):**

Defendant Muhamed Mubayyid:

_____✓_____ Guilty          _____ Not Guilty

**Your deliberations are complete.  Please notify the court security officer in writing that you have reached a verdict.**

FOREPERSON: _Ruth murphy_          DATE: _1/11/2008_

3

<u>Question</u>

1. we need exibit number for FBI Agent Peots 302 Report.

2. we need exibit number for FBI Agent fernandez 302 Report.

3. Does muntasser asking for a lawyer negate his previous answer no twice, visiting Afganistan to FBI Agent Ret.

~~If possible we could else~~

Ruth murphy
12/20/2007

Is A juror authorized to lie to exclude an other juror because they disagree ?

Jean B. Larre-Le
12/21/07

6

Your Honor,

This case has occured in a particular
and exceptionnel period and circumstances:
before and after 9/11/2001, which date was
very crucial and having an emotional
impact on all society.
Could I, without personal feelings,
prejudices or sympathies I may have
about the defendant's religion, ethnicity
or national Origin, use this element
to convict or not the defendants?

Jean B. Ngarambe —
JEAN B. NGARAMBE
01/08/08

05-cr-40026
FDS

1/9/2008

we would like to
work untill 6pm tonight
Can we reconvene at
5:50 pm.

Ruth murphy

Recewved
1/7/08
AT 4:15M

Exhiort M

Count 1, first element

Are monies categorized as fundraising
on the forms 1023 and 990s subject
to consideration as monies used
to "support and promote mujahideen
and jihad. Conversly can
monies accounted for as program
funds on the 1023 and 990's be the
only monies considered for use
to "support and promote mujahideen
and jihad.

    Dennis Hayes    1-4-08

1.    In count one, ~~Element~~ First Element should Al-Kitab Refugee Center Inc be used instead of Al Kitab Refugee Center.

Ruth murphy
12/20/2007

E

n

Judge Saylor,

There seems to be a question about one of our jurors being able to read and understand the Juror instructions. or evidence.

F

Could we please have an English dictionary?

Thank You

4

The Jury will work from
8:30 am — 6:00 pm on Jan 4, 2008

Ruth murphy

12-21-07
11.05 pm
I

Judge Saylor,

Is it legally proper to limit the meaning of your words in the instructions, or can and should we use all possible meaning of words in your instructions?

For example: Does your word "support" on page 23 only mean "financially support"?

with Potacci
Juror 6

K

If an individual affirmatively withdrew from the conspiracy, does a ~~later~~ later concealment of the agreement in the conspiracy from an agency of the U.S. pull the individual back into the original agreement?

*[signature]*

1/10/2008

If we find a defendant affirmatively withdrew from the conspiracy, can he still be guilty of the cont by aiding and abetting other defendant we found guilty of the cont of conspiracy? In other words, does the withdrawal mean you cannot aid + abet?

Ruth murphy

Per your instructions on page 51,

On Count 8, the indictment charges
that defendant Mubayyid corruptly
endeavored to obstruct + impede the due
administration of the internal revenue
laws by

    filing false tax forms on behalf of CARE
and by making false + misleading
    Statements to the FBI Joint Taskforce

    Do we have to find both
    filing false tax forms
        and
      false statements?
Or is one or the other sufficient?

    Also, who is included in the FBI
      Joint Taskforce?

P

We the jury have reached a verdict

Ruth murphy
1/11/2008

