UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CRIMINAL NO. 05-40026-FDS

| | |
|---|---|
| UNITED STATES OF AMERICA, <br>                          Plaintiff <br> V. <br> MUHAMED MUBAYYID, <br> EMADEDDIN Z. MUNTASSER, <br> and <br> SAMIR AL-MONLA a/k/a <br> SAMIR ALMONLA, <br>                          Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**DEFENDANTS' MOTION FOR NEW TRIAL**

Now come the Defendants in the above-captioned action and move that the Court vacate the judgments of guilty and grant them a new trial pursuant to Fed. R. Crim. P. 33(a).

Grounds for this motion include (1) the prejudicial admission of evidence dependent for its admissibility upon the existence of a conspiracy which was not proved at trial and (2) the failure of the government to adduce any evidence that Care was an outgrowth of or successor to the national Al Kifah Refugee Center as charged in the indictment. If the Court grants a motion for judgment of acquittal as to the conspiracy charge in Count Two of the superseding indictment, it must grant a new trial regardless of its holding as to Count One. If the Court finds a failure of proof as to one of two supposed objectives of the conspiracy charged in Count Two and of the scheme charged in Count One, without a specific response by the jury as to which ground they found, a new trial is required on both of those counts. In addition, grounds include new evidence regarding improper juror bias.

These grounds will be more fully articulated in a memorandum to be filed, with the permission of the Court, on February 1, 2008. Additional grounds raised by preparation of the memorandum, if any, will be included as well.

Respectfully submitted,

| EMADEDDIN Z. MUNTASSER | SAMIR AL-MONLA |
| By his attorneys, | By his attorney, |

/s/ Norman S. Zalkind

Norman S. Zalkind (BBO#: 538880)
Elizabeth A. Lunt (BBO#: 307700)
David Duncan (BBO#: 546121)
Zalkind, Rodriguez, Lunt & Duncan, LLP
65a Atlantic Avenue
Boston, MA  02110
(617) 742-6020

/s/ Charles P. McGinty

Charles P. McGinty (BBO # 333480)
Federal Defenders
408 Atlantic Avenue
Boston, MA 02110
(617) 223-8061

MUHAMED MUBAYYID
By his attorney,

/s/ Michael C. Andrews

Michael C. Andrews (BBO#: 546470)
21 Custom House Street
Boston, MA 02110
(617) 951-0072

Date:   January 16, 2008

## Certificate of Service

I hereby certify that a true copy of the foregoing document was served this day upon all counsel of record by electronic filing.

/s/ David Duncan