UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CRIMINAL NO. 05-40026-FDS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff | ) |
| | ) |
| V. | ) |
| | ) |
| MUHAMED MUBAYYID, | ) |
| EMADEDDIN Z. MUNTASSER, | ) |
| and | ) |
| SAMIR AL-MONLA a/k/a | ) |
| SAMIR ALMONLA, | ) |
| Defendants. | ) |

**DEFENDANTS' MOTION FOR EXTENSION OF TIME TO FILE MEMORANDA
IN SUPPORT OF RENEWED MOTION FOR JUDGMENT OF ACQUITTAL
AND MOTION FOR NEW TRIAL**

Now come the Defendants to the above-captioned action, and move pursuant to Fed. R. Crim. P. 45(b) for an extension of time to file memoranda in support of their Renewed Motion for Judgment of Acquittal and Motion for New Trial, and to supplement those motions with any additional grounds the defendants discover in reviewing the trial record in the interim. The time provided by rule for these motions may be extended for good cause where a party makes a motion before the originally prescribed time period expires. Fed. R. Crim. P. 45(b)(A). The Defendants request an extension of time until February 1, 2008. The Court orally allowed this extension in court after the jury's verdict on Friday, but stated that the defendants would be responsible for ascertaining whether there was a basis in the rules for such an extension. Rule 45 provides the basis to allow this motion.

In this case, good cause exists for an extension because counsel for defendants have just

finished conducting a 2 month trial. Including jury deliberations, the trial lasted from November 13, 2007, until January 11, 2008. Defense counsel are therefore faced with the substantial task in reviewing the voluminous record in this case to ensure that the issues are properly framed and presented to the Court.

The Court has previously stated that it would allow this motion to extend the deadline for memoranda in support of these motions until February 1, 2008.

Respectfully submitted,
EMADEDDIN Z. MUNTASSER
By his attorneys,

/s/ Norman S. Zalkind
Norman S. Zalkind (BBO#: 538880)
Elizabeth A. Lunt (BBO#: 307700)
David Duncan (BBO#: 546121)
Zalkind, Rodriguez, Lunt & Duncan, LLP
65a Atlantic Avenue
Boston, MA   02110
(617) 742-6020

SAMIR AL-MONLA
By his attorney,

/s/ Charles P. McGinty
Charles P. McGinty (BBO # 333480)
Federal Defenders
408 Atlantic Avenue
Boston, MA 02110
(617) 223-8061

MUHAMED MUBAYYID
By his attorney,

/s/ Michael C. Andrews
Michael C. Andrews (BBO#: 546470)
21 Custom House Street
Boston, MA 02110
(617) 951-0072


Date:   January 16, 2008


### Certificate of Service

I hereby certify that a true copy of the foregoing document was served this day upon all counsel of record by electronic filing.

/s/ David Duncan