UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA,<br>                   Plaintiff<br><br>v.<br><br>MUHAMED MUBAYYID,<br>EMADEDDIN Z. MUNTASSER,<br>and<br>SAMIR AL-MONLA a/k/a<br>SAMIR ALMONLA,<br>                   Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) | CRIMINAL NO.  05-40026-FDS |

### DEFENDANTS' CORRECTED RENEWED MOTION FOR JUDGMENT OF ACQUITTAL

Now come the Defendants to the above-captioned action and move that this Honorable Court, pursuant to Fed. R. Crim. P. 29(c), enter judgments of acquittal on Counts One and Two of the above-listed indictment.  Mr. Muntasser further moves for judgment of acquittal on Count Six.  Mr. Mubayyid further moves for entry of judgments of acquittal on Counts Three, Four, Five and Eight.  Grounds for this motion are those articulated in the memoranda accompanying the various defendants' previous motions for judgment of acquittal, those made during oral argument at the time the defendants moved for judgments of acquittal, plus additional grounds related to the government's failure to prove that Care International, Inc. was the outgrowth or successor of the Al-Kifah Refugee Center that is described in the superseding indictment and such additional grounds as the defendants, in reviewing the record, may ascertain.  Mr. Al-Monla's conviction of Count One was not supported by sufficient evidence of a scheme within the limitations period.  Count One, charging a violation of 18 U.S.C. §1001, was not a charge

"arising under the Internal Revenue Laws," 26 U.S.C. §6531, and thus was subject to a five year limitations period. For Mr. Al-Monla, the limitations date was March 8, 2002, and the only act alleged after that date was the statement of which he was acquitted in Count Seven.

    These grounds will be articulated more fully in a memorandum of law in support of this Motion, to be filed, with the permission of the Court, on or before February 1, 2008.

Respectfully submitted,
EMADEDDIN Z. MUNTASSER
By his attorneys,

/s/ Norman S. Zalkind
Norman S. Zalkind (BBO#: 538880)
Elizabeth A. Lunt (BBO#: 307700)
David Duncan (BBO#: 546121)
Zalkind, Rodriguez, Lunt & Duncan, LLP
65a Atlantic Avenue
Boston, MA  02110
(617) 742-6020

MUHAMED MUBAYYID
By his attorney,

/s/ Michael C. Andrews
Michael C. Andrews (BBO#: 546470)
21 Custom House Street
Boston, MA 02110
(617) 951-0072

SAMIR AL-MONLA
By his attorney,

/s/ Charles P. McGinty
Charles P. McGinty (BBO # 333480)
Federal Defenders
408 Atlantic Avenue
Boston, MA 02110
(617) 223-8061

Date:   January 16, 2008

## Certificate of Service

I hereby certify that a true copy of the foregoing document was served this day upon all counsel of record by electronic filing.

                                        /s/ David Duncan