CIVIL/CRIMINAL CASE NO: __05CR40026__

TITLE: __United States__ VS. __Mubayyid, Muntasser & Al-Monla__

## JURY PANEL

| | | | |
|---|---|---|---|
| 01. Ruth Murphy | (1) | 07. Dennis Hayes | (62) |
| 02. Julie Theriault | (2) | 08. Brad Shoenfelt | (29) |
| 03. Richard Bak | (3) | 09. Valerie Stencel | (31) |
| 04. Paul Dunphy | (53) | 10. Matthew Pinkham | (50) |
| 05. Ann Thomson | (15) | 11. Donna Fratus | (51) |
| 06. Jean Ngarambe | (16) | 12. Theodore Munson | (37) |
| ALT. #1 Nicholas LaFauci | (73) | ALT. #2 Joyce Lazzara | (77) |
| ALT. #3 Lisa Radke | (80) | ALT. #4 Eric Wise | (85) |

## WITNESSES

| | | | |
|---|---|---|---|
| 01. Paul Crowley | 11/15/07 | 02. Myra Strauss | 11/15/07 |
| 03. Chris Peet | 11/15/07 | 04. John Fernandez | 11/16/07 |
| 05. Khalid Naseem | 11/16/07 | 06. Rabah Ahmed | 11/16/07 |
| 07. Robert Squires | 11/16/07 | 08. Karen White | 11/19/07 |
| 09. James Siracusa | 11/19/07 | 10. David Habich | 11/19/07 |
| 11. Salime Vallee | 11/19/07, 11/20/07 | 12. Marissa Soto-Ortiz | 11/20/07 |
| 13. Daniel Ferullo | 11/20/07 | 14. Kevin Swindon | 11/20/07, 11/21/07 |
| 15. Afif Kadri | 11/21/07 | 16. Gunner DeMarco | 11/21/07 |
| 17. Eric Toole | 11/21/07 | 18. John O'Neil | 11/21/07 |
| 19. David Lazarus | 11/26, 11/27, 11/28, 11/29 | 20. Mohammad Tiba | 11/29/07 |
| 21. Wissam Ali Ahmad | 11/29/07, 11/30/07 | 22. Brian McElhinney | 11/30/07 |
| 23. Michael Monahan | 11/30/07 | 24. Robert Chernoff | 11/30/07, 12/3/07 |
| 25. Kenneth Bensman | 12/3/07 | 26. Evan Kohlmann | 12/3/07, 12/4/07 |
| 27. Richard Ball | 12/4/07 | 28. Anne Marie Doursounian | 12/5/07 |

(jury&wit.lst - 09/92)

CIVIL CASE NO __05CR40026__

TITLE: __United States__      VS. __Mubayyid, et al.,__

# WITNESS LIST - PAGE 2

| | | | |
|---|---|---|---|
| 01. Betsy Pryor | 12/5/07 | 02. Gerald Sack | 12/5/07, 12/6/07 |
| 03. Richard Donahoe | 12/6/07 | 04. Ernest Cimino | 12/6/07 |
| 05. Daniel Einhaus | 12/6/07, 12/7/07 | 06. Dawn Goldberg | 12/7/07 |
| 07. Brendan Cleary | 12/7/07 | 08. Bradley Davis | 12/10/07, 12/11/07 |
| 09. Salime Vallee | 12/11/07 | 10. Lauren Youngquist | 12/12/07 |
| 11. Matthew Levitt | 12/12/07 | 12. Marcus Owens | 12/17/07 |
| 13. | | 14. | |
| 15. | | 16. | |
| 17. | | 18. | |
| 19. | | 20. | |
| 21. | | 22. | |
| 23. | | 24. | |
| 25. | | 26. | |