UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 05-40026-FDS |
| | ) | |
| MUHAMED MUBAYYID | ) | |
| SAMIR AL-MONLA | ) | |

DEFENDANTS MUBAYYID AND AL-MONLA'S
REQUEST FOR ADDITIONAL TIME TO FILE MOTIONS

Defendants Muhamed Mubayyid and Samir Al-Monla respectfully move, consistent with the time extensions sought and granted to co-defendant Muntasser, for leave to file motions for post-trial relief by February 15, 2008. Defendants state that they misapprehended the motion earlier filed by co-defendant Muntasser and believed it had extended the time periods for all defendants. Defendants Mubayyid and Al Monla ask for the same time periods.

| | |
|---|---|
| MUHAMAD MUBAYYID<br>By his attorney,<br>/s Michael Andrews | SAMIR AL-MONLA<br>By his attorney,<br>/s/ Charles P. McGinty<br>Charles P. McGinty<br>  B.B.O. #333480<br>Federal Defender Office<br>408 Atlantic Avenue, 3rd Floor<br>Boston, MA  02110<br>Tel: 617-223-8061 |

CERTIFICATE OF SERVICE

I hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on February 4, 2008.

/s/ Charles P. McGinty
Charles P. McGinty