UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES<br><br>v.<br><br>MUHAMED MUBAYYID | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Cr. No. 05-40026-FDS |

## MOTION FOR RECONSIDERATION

Now comes the defendant, Muhamed Mubayyid, and moves the Court for reconsideration of its <u>Order on Defendants' Motions for Release from Custody Pending Sentencing</u>, dated January 25, 2008 (hereinafter the "Order"). In support of this Motion, the defendant states the following:

1. According to the Order, the Court found that "[e]ach of the defendants has substantial ties to the community, and substantial reasons not to flee". <u>Order</u> at 3. The Court further found that all the defendants have abided by all conditions of pretrial release, have no criminal records, have surrendered passports and are prepared to abide to "significant restrictions" of personal liberty. In Mr, Mubayyid's case, the Court acknowledged that Mr. Mubayyid and his wife were prepared to post the family home as surety. <u>Id</u>. Lastly, the Court found that the case presented "a variety of substantial issues for possible appeal, and has a greater-than average chance of resulting in a reversal." <u>Order</u> at 4.

2.  The Court nevertheless ordered Mr. Mubayyid's continued detention, placing "particular weight" on the finding that the defendants "…are citizens of other countries, with family, financial and other substantial resources outside the United States; [and] that defendant Mubayyid is not likely to be permitted to remain in the United States under any circumstances" Order at 4-5.

3.  Mr. Mubayyid believes the Court's conclusion that Mr. Mubayyid's removal from the country is likely inevitable, even should he be successful on his Rule 29 motion, or on appeal, is overstated. The defendant therefore seeks additional time to present to the Court more specific information regarding his immigration status, and what avenues of relief are open to him, as they pertain to his being granted permission to remain in the United States. Such information may change the Court's calculus on the issue of detention, as the

For the foregoing reasons, the defendant prays the Court allow this Motion.

                          Respectfully Submitted,
                          Muhamed Mubayyid
                          By his attorney

                          _____
                          Michael C. Andrews
                          21 Custom House Street
                          Boston, Massachusetts 02110
                          (617) 951-0072
                          BBO# 546470

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES<br><br>v.<br><br>MUHAMED MUBAYYID | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Cr. No. 05-40026-FDS |

**MOTION FOR RECONSIDERATION**

Now comes the defendant, Muhamed Mubayyid, and moves the Court for reconsideration of its <u>Order on Defendants' Motions for Release from Custody Pending Sentencing</u>, dated January 25, 2008 (hereinafter the "Order"). In support of this Motion, the defendant states the following:

1. According to the Order, the Court found that "[e]ach of the defendants has substantial ties to the community, and substantial reasons not to flee". <u>Order</u> at 3. The Court further found that all the defendants have abided by all conditions of pretrial release, have no criminal records, have surrendered passports and are prepared to abide to "significant restrictions" of personal liberty. In Mr, Mubayyid's case, the Court acknowledged that Mr. Mubayyid and his wife were prepared to post the family home as surety. <u>Id</u>. Lastly, the Court found that the case presented "a variety of substantial issues for possible appeal, and has a greater-than average chance of resulting in a reversal." <u>Order</u> at 4.

2. The Court nevertheless ordered Mr. Mubayyid's continued detention, placing "particular weight" on the finding that the defendants "…are citizens of other countries, with family, financial and other substantial resources outside the United States; [and] that defendant Mubayyid is not likely to be permitted to remain in the United States under any circumstances" Order at 4-5.

3. Mr. Mubayyid believes the Court's conclusion that Mr. Mubayyid's removal from the country is likely inevitable, even should he be successful on his Rule 29 motion, or on appeal, is overstated. The defendant therefore seeks additional time to present to the Court more specific information regarding his immigration status, and what avenues of relief are open to him, as they pertain to his being granted permission to remain in the United States. Such information may change the Court's calculus on the issue of detention, as the

For the foregoing reasons, the defendant prays the Court allow this Motion.

                                      Respectfully Submitted,
                                      Muhamed Mubayyid
                                      By his attorney

                                      /s/ Michael C. Andrews
                                      Michael C. Andrews
                                      21 Custom House Street
                                      Boston, Massachusetts 02110
                                      (617) 951-0072
                                      BBO# 546470