UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>MUHAMED MUBAYYID, EMADEDDIN Z. MUNTASSER, and SAMIR AL-MONLA,<br><br>Defendants. | Criminal No. 05-40026-FDS |

**DEFENDANT EMADEDDIN MUNTASSER'S ASSENTED-TO MOTION FOR EXTENSION OF TIME**

Now comes Defendant Emadeddin Muntasser and moves, pursuant to Fed. R. Crim. P. 45(b) and with the assent of co-Defendants and the government, for an extension of time for all Defendants to file memoranda in support of the Renewed Motion for Judgment of Acquittal and Motion for New Trial, and to supplement those motions with any additional grounds discovered in reviewing the trial record in the interim. The current scheduling order, entered January 28, 2008, provides that Defendants' memoranda are due February 15, 2008, the government's response is due March 14, 2008, and a hearing on the motions is March 25, 2008.

Mr. Muntasser, with the agreement of co-Defendants and the government, respectfully requests that the briefing schedule be extended, such that (i) opening memoranda will be due March 10, 2008, (ii) the government's response will be due April 15, 2008, and (iii) the hearing on these motions will be on such date after April 15, 2008 as is convenient for the Court. So that the Court may have an opportunity to rule on these motions prior to sentencing, Mr. Muntasser, with the agreement of co-Defendants and the government, also respectfully requests that the sentencing hearing be rescheduled from April 3, 2008, to the week of May 12, 2008, or such date thereafter as is convenient for the Court.

1

More specifically, in addition to obtaining the assent of Mr. Muntasser's co-Defendants, one of Mr. Muntasser's attorneys, Faith E. Gay, conferred with Assistant U.S. Attorney B. Stephanie Siegmann as to the government's preferred schedule in light of Mr. Muntasser's need for additional time. Assistant U.S. Attorney Siegmann agreed to the request for an extension and proposed the schedule set forth above, which she felt was reasonable in light of the government's needs. The government therefore assents to this motion and affirmatively suggested the dates set forth above, with assurances from Defendants that they will be reasonable in agreeing to subsequent requests for extensions by the Government should they be necessary.

This extension is necessary because of the time required for Mr. Muntasser's recently retained lead counsel, Kathleen M. Sullivan and Faith E. Gay, to familiarize themselves with the case. Ms. Sullivan and Ms. Gay entered Notices of Appearance on January 25, 2008, and just this past Tuesday (February 5, 2008) were able to have their first meeting with Mr. Muntasser. Although Ms. Sullivan and Ms. Gay have been working diligently to familiarize themselves with the record in this matter, the sheer volume of the record (the last portions of which they only received yesterday), the complexity of the legal issues, and their other obligations in the coming weeks will hinder their ability to meet the current scheduling deadline.

In particular, it is taking significant time for counsel to review and analyze the newly-received transcripts from the lengthy trial and the numerous substantive rulings—both before and during trial—that the Court issued. Further, in addition to the significant and complex issues that have already been raised in the motions, Mr. Muntasser intends to raise at least one additional issue based upon newly retained lead counsel's review of the record to date. Analysis of all of these issues will require substantial research and a comprehensive examination of the entire record.

This review and analysis is complicated by Ms. Sullivan's and Ms. Gay's other commitments in the coming weeks. Among other matters, Ms. Sullivan has a hearing before the Delaware Chancery Court on February 13, 2008, and trial preparation meetings abroad over the next two weeks for a highly technical matter before the International Trade Commission. Similarly, Ms. Gay has hearings this week in Florida state court in a trade-secrets case, a complex hearing in Los Angeles the week of February 11, along with a previously scheduled trip out of the country the week of February 18. These unavoidable commitments will necessarily hinder lead counsel's ability to prepare memoranda that will effectively assist the Court in its consideration of the difficult and substantial issues present here.

Given the size of the record, the complexity of the issues, and lead counsel's significant obligations in other matters—not to mention the vital importance of these motions to him—Mr. Muntasser respectfully requests that the assented-to motion be granted.

February 8, 2008                                                                 Respectfully submitted,

                                                                                /s/ David Duncan
                                                                                _____

Kathleen M. Sullivan                                                            David Duncan
kathleensullivan@quinnemanuel.com                                               dduncan@zrld.com
Faith E. Gay                                                                    ZALKIND, RODRIGUEZ,
faithgay@quinnemanuel.com                                                          LUNT  &  DUNCAN, LLP
Susan R. Estrich                                                                65a Atlantic Avenue
susanestrich@quinnemanuel.com                                                   Boston, Massachusetts 02110
QUINN EMANUEL URQUHART                                                          (617) 742-6040
   OLIVER & HEDGES, LLP
51 Madison Avenue, 22nd Floor
New York, New York  10010
(212) 849-7000

*Attorneys for Defendant Emadeddin Z. Muntasser*

## Certificate of Service

I hereby certify that a true copy of the foregoing document was served this day upon all counsel of record by electronic filing.

<u>/s/ David Duncan</u>