UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>MUHAMED MUBAYYID, EMADEDDIN Z. MUNTASSER, and SAMIR AL-MONLA,<br><br>Defendants. | Criminal No. 05-40026-FDS |

**DEFENDANT EMADEDDIN MUNTASSER'S ASSENTED-TO MOTION FOR EXTENSION OF TIME**

Now comes Defendant Emadeddin Muntasser and moves, pursuant to Fed. R. Crim. P. 45(b) and with the assent of co-Defendants and without objection from the government, for an extension of time for all Defendants to file memoranda in support of the Renewed Motion for Judgment of Acquittal and Motion for New Trial, and to supplement those motions with any additional grounds discovered in reviewing the trial record in the interim. The current scheduling order, entered February 11, 2008, provides that Defendants' memoranda are due March 10, 2008, the government's response is due April 15, 2008, and a hearing on the motions is May 1, 2008.

Mr. Muntasser, with the agreement of co-Defendants and without objection from the government, respectfully requests that the briefing schedule be extended, such that opening memoranda will be due March 14, 2008, and the government's response will be due April 25, 2008. This modified schedule would not require the Court to alter the May 1, 2008 hearing on the motions. Nor would it require the Court to alter the sentencing hearing that is scheduled to begin May 14, 2008.

More specifically, in addition to obtaining the assent of Mr. Muntasser's co-Defendants, the undersigned conferred with Assistant U.S. Attorney B. Stephanie Siegmann as to the government's

1

position with respect to Mr. Muntasser's need for additional time. Assistant U.S. Attorney Siegmann stated that the government does not object to Defendants' filing their briefs on March 14, 2008, so long as the government has until April 25, 2008, to file its response.

This extension is necessary because of the significant time that it has taken Mr. Muntasser's recently retained lead counsel, Kathleen M. Sullivan and Faith E. Gay, to familiarize themselves with the case. Although Ms. Sullivan and Ms. Gay have been working diligently to familiarize themselves with the record in this matter, they need additional time to submit Mr. Muntasser's memoranda given the complexity of the record and the relevant legal issues. Moreover, since the Court denied bail, it is logistically difficult for Mr. Muntasser to review drafts of these critically important submissions. The additional time provided by the proposed extension will permit Mr. Muntasser's counsel to have more meaningful consultations with him regarding these submissions than is possible under the current scheduling order.

Given the above considerations, Mr. Muntasser respectfully requests that the Court extend the briefing schedule as proposed herein.

March 7, 2008

Respectfully submitted,

/s/ Kathleen M. Sullivan

David Duncan
dduncan@zrld.com
ZALKIND, RODRIGUEZ,
  LUNT & DUNCAN, LLP
65a Atlantic Avenue
Boston, Massachusetts 02110
(617) 742-6040

Kathleen M. Sullivan
kathleensullivan@quinnemanuel.com
Faith E. Gay
faithgay@quinnemanuel.com
Susan R. Estrich
susanestrich@quinnemanuel.com
QUINN EMANUEL URQUHART
  OLIVER & HEDGES, LLP
51 Madison Avenue, 22nd Floor
New York, New York 10010
(212) 849-7000

*Attorneys for Defendant Emadeddin Z. Muntasser*

**Certificate of Service**

I hereby certify that a true copy of the foregoing document was served this day upon all counsel of record by electronic filing.

<u>/s/ Kathleen M. Sullivan</u>