UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>MUHAMED MUBAYYID, EMADEDDIN Z. MUNTASSER, and SAMIR AL-MONLA,<br><br>Defendants. | Criminal No. 05-40026-FDS |

**DEFENDANT EMADEDDIN MUNTASSER'S ASSENTED-TO MOTION FOR EXTENSION OF TIME**

Now comes Defendant Emadeddin Muntasser and moves, pursuant to Fed. R. Crim. P. 45(b) and with the assent of co-Defendants and the government, for an extension of time for all Defendants to file memoranda in support of the Renewed Motion for Judgment of Acquittal and Motion for New Trial, and to supplement those motions with any additional grounds discovered in reviewing the trial record in the interim. The current scheduling order, entered March 7, 2008, provides that Defendants' memoranda are due March 14, 2008, the government's response is due April 25, 2008, and a hearing on the motions is May 1, 2008.

Mr. Muntasser, with the agreement of co-Defendants and the government, respectfully requests that the briefing schedule be extended, such that opening memoranda will be due March 17, 2008, and the government's response will be due April 28, 2008. This modified schedule would not require the Court to alter the May 1, 2008 hearing on the motions. Nor would it require the Court to alter the sentencing hearing that is scheduled to begin May 14, 2008.

More specifically, in addition to obtaining the assent of Mr. Muntasser's co-Defendants, the undersigned conferred with Assistant U.S. Attorney B. Stephanie Siegmann as to the government's position with respect to Mr. Muntasser's need for additional time. Assistant U.S. Attorney

Siegmann stated that the government consents to Defendants' filing their briefs on March 17, 2008, so long as the government has until April 28, 2008, to file its response.

This extension is necessary so that Mr. Muntasser can have adequate time to review final versions of the memoranda that his counsel are preparing on his behalf. Such review has been complicated by the logistical difficulties of getting drafts to Mr. Muntasser while he is detained at the Wyatt facility.

Given the above considerations, Mr. Muntasser respectfully requests that the Court extend the briefing schedule as proposed herein.

March 13, 2008

Respectfully submitted,

/s/ Kathleen M. Sullivan

David Duncan
dduncan@zrld.com
ZALKIND, RODRIGUEZ,
   LUNT &amp; DUNCAN, LLP
65a Atlantic Avenue
Boston, Massachusetts 02110
(617) 742-6040

Kathleen M. Sullivan
kathleensullivan@quinnemanuel.com
Faith E. Gay
faithgay@quinnemanuel.com
Susan R. Estrich
susanestrich@quinnemanuel.com
QUINN EMANUEL URQUHART
   OLIVER & HEDGES, LLP
51 Madison Avenue, 22nd Floor
New York, New York 10010
(212) 849-7000

*Attorneys for Defendant Emadeddin Z. Muntasser*

**Certificate of Service**

I hereby certify that a true copy of the foregoing document was served this day upon all counsel of record by electronic filing.

/s/ Kathleen M. Sullivan