UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>MUHAMED MUBAYYID, EMADEDDIN Z. MUNTASSER, and SAMIR AL-MONLA,<br><br>Defendants. | Criminal No. 05-40026-FDS |

**DEFENDANTS' MOTION TO CONTINUE
SENTENCING DATES**

The defendants move to continue their sentencing dates, from May 14, 15 and 16, to such dates on or after June 23, 2008, as are convenient to the Court. The defendants further move to extend the date for submission of their Statement of Facts to the Probation Department, currently scheduled for March 26, 2008, until one week after the Court issues its ruling on the pending Motion to Strike Objectionable Material from the Government's 'Statement of Facts' ("Motion to Strike").

As grounds therefore, the defendants state that the government's Statement of Facts submitted to the Probation Department is currently the subject of a Motion to Strike, filed on February 29, 2008, which awaits the Court's decision. Under the current schedule, the Probation Officer must provide the parties with a first draft of the Presentence Report ("PSR") by April 6, 2008, and must have the defendants' Version of the Offense no later than March 26, 2008. The defendants, without the Court's guidance as to the proper scope of the government's Statement of Facts, have not formulated what they will submit as their version of the offense and are running up against the disclosure deadline. Extending that deadline would concomitantly extend the date for disclosure of the first draft PSR, allowing counsel time to prepare a defendants' version of the offense with the Court's guidance as to what will be included in the government's Statement of Facts.

1

Further, the hearing on the defendants' renewed Rule 29 and other post-trial motions is currently scheduled for May 1, 2008, a bare two weeks before the current sentencing date. The Court's rulings on the post-trial motions will affect what is at issue at sentencing. Continuing the sentencing date to increase the time between the Rule 29 argument and the sentencing dates will both allow the Court time to fully consider its decision on the post-trial motions before sentencing and also allow counsel for the defendants to focus on preparing to argue the motions and still have sufficient time afterwards to prepare for sentencing.

Respectfully submitted,

| | |
|---|---|
| EMADEDDIN MUNTASSER, | MUHAMED MUBAYYID |
| By his attorneys, | By his attorney, |
| | |
| /s/ Kathleen M. Sullivan | /s/ Michael C. Andrews |
| Kathleen M. Sullivan | Michael C. Andrews (BBO#: 546470) |
| kathleensullivan@quinnemanuel.com | 21 Custom House Street |
| Faith E. Gay | Boston, MA 02110 |
| faithgay@quinnemanuel.com | (617) 951-0072 |
| Susan R. Estrich | |
| susanestrich@quinnemanuel.com | SAMIR AL-MONLA |
| QUINN EMANUEL URQUHART | By his attorney, |
|   OLIVER & HEDGES, LLP | |
| 51 Madison Avenue, 22nd Floor | /s/ Charles P. McGinty |
| New York, New York 10010 | Charles P. McGinty (BBO # 333480) |
| (212) 849-7000 | Federal Defenders |
| | 408 Atlantic Avenue |
| David Duncan (BBO#: 546121) | Boston, MA 02110 |
| Zalkind, Rodriguez, Lunt & Duncan, LLP | (617) 223-8061 |
| 65a Atlantic Avenue | |
| Boston, MA  02110 | |
| (617) 742-6020 | |

March 24, 2008

### Certificate of Service

I hereby certify that a true copy of the foregoing document was served this day upon all counsel of record by electronic filing.

/s/ Kathleen M. Sullivan

2