UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA        )
                                )
            v.                  )    Crim. No. 05-40026-FDS
                                )
MUHAMED MUBAYYID, and           )
EMADEDDIN Z. MUNTASSER,         )
and                             )
SAMIR AL-MONLA a/k/a            )
SAMIR ALMONLA,                  )
                                )
            Defendants.         )

### GOVERNMENT'S MOTION FOR AN EVIDENTIARY HEARING

The Government hereby requests that the Court schedule a consolidated evidentiary hearing to resolve any disputed factual issues with regards to the sentencing of the defendants in this case. Based upon the pleadings filed by the defendants to date, the government believes such a hearing will be necessary. Holding such a hearing will necessarily entail the coordination of the schedules of the Court, numerous counsel, and out of state expert witnesses. The Government therefore chose to bring this issue to the Court's attention at this time. The Government does not yet know what the scope of this hearing will entail because the defendants' objections to the Pre-sentence Report are not due until next week but estimates it will take approximately three hours.

The Government has unsuccessfully attempted to identify a mutually agreeable date with the defendants for this hearing. The Government was informed that due to scheduling issues (*i.e.*,

depositions, trial, hearings, etc.) defense counsel are not available for such hearing prior to 3:00 p.m. on May 13, 2008. The Government will continue to attempt to reach a resolution with the defendants as to the date for such a hearing. If such a resolution is reached in the next few days, the Government will promptly notify the Court.

WHEREFORE, the Government respectfully requests that an evidentiary hearing be scheduled to resolve any disputed factual issues with regards to the sentencing of all three defendants.

                                      Respectfully submitted,

                                      MICHAEL J. SULLIVAN
                                      United States Attorney

                            By: /s/ B. Stephanie Siegmann
                                B. STEPHANIE SIEGMANN
                                ALOKE S. CHAKRAVARTY
                                DONALD L. CABELL
                                Assistant U.S. Attorneys

Date: April 16, 2008

## Local Rule 7.1 Certification

Counsel for the government hereby certifies that it attempted in good faith to resolve or narrow the issues presented in this motion.

## Certificate of Service

I do hereby certify that a copy of foregoing was served upon the counsel of record for the defendants by electronic notice on this 16th day of April 2008.

                                      /s/ B. Stephanie Siegmann
                                      B. Stephanie Siegmann