UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>MUHAMED MUBAYYID, EMADEDDIN Z. MUNTASSER, and SAMIR AL-MONLA,<br><br>Defendants. | Criminal No. 05-40026-FDS |

### DEFENDANT EMADEDDIN MUNTASSER'S ASSENTED-TO MOTION FOR EXTENSION OF TIME

Now comes Defendant Emadeddin Muntasser and moves with the assent of the government and both co-defendants for a brief extension of time for all parties to file sentencing memoranda. Pursuant to the Court's Order filed January 29, 2008, the parties, to the extent they are requesting non-Guideline sentences, are required to submit sentencing memoranda on the same day as they are due to submit objections to the draft pre-sentencing reports ("PSR").  Specifically, the current schedule for these submissions is as follows:

- April 22, 2008 -- due date for Mr. Mubayyid and the government to submit sentencing memoranda and to file objections to Mr. Mubayyid's draft PSR;

- April 23, 2008 -- due date for Mr. Muntasser and the government to submit sentencing memoranda and to file objections to Mr. Muntasser's draft PSR; and

- April 24, 2008 -- due date for Mr. Al-Monla and the government to submit sentencing memoranda and to file objections to Mr. Al-Monla's draft PSR.

While the parties remain prepared to file objections pursuant to this schedule, the defendants and the government have agreed, subject to the Court's approval, to a brief extension whereby the sentencing memoranda for all parties will be due on April 30, 2008 (with a corresponding extension of the Reply date for all parties until May 7, 2008).

This extension would afford the parties an opportunity to review objections from opposing counsel in advance of finalizing sentencing arguments, and would also assure the parties adequate time to prepare their memoranda in light of various time commitments in this matter and others.

Given the above considerations, Mr. Muntasser, with the consent of all parties, respectfully requests that the Court extend the briefing schedule as proposed herein.

April 18, 2008                                    Respectfully submitted,

                                                  /s/ Kathleen M. Sullivan

David Duncan                                      Kathleen M. Sullivan
dduncan@zrld.com                                  kathleensullivan@quinnemanuel.com
ZALKIND, RODRIGUEZ,                               Faith E. Gay
   LUNT & DUNCAN, LLP                             faithgay@quinnemanuel.com
65a Atlantic Avenue                               Susan R. Estrich
Boston, Massachusetts 02110                       susanestrich@quinnemanuel.com
(617) 742-6040                                    QUINN EMANUEL URQUHART
                                                     OLIVER & HEDGES, LLP
                                                  51 Madison Avenue, 22nd Floor
                                                  New York, New York 10010
                                                  (212) 849-7000

*Attorneys for Defendant Emadeddin Z. Muntasser*

### Certificate of Service

I hereby certify that a true copy of the foregoing document was served this day upon all counsel of record by electronic filing.

/s/ Kathleen M. Sullivan