UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.                       ) | Crim. No. 05-40026-FDS |
| ) | |
| MUHAMED MUBAYYID,        ) | |
| EMADEDDIN Z. MUNTASSER, and ) | |
| SAMIR AL-MONLA           ) | |
| ) | |
| Defendants.              ) | |

**GOVERNMENT'S ASSENTED-TO MOTION FOR EXTENSION OF ONE DAY TO RESPOND TO DEFENDANT MUHAMED MUBAYYID'S RULE 29 AND 33 MOTIONS**

The United States of America, by Michael J. Sullivan, United States Attorney, and Assistant United States Attorneys Donald L. Cabell, B. Stephanie Siegmann and Aloke S. Chakrvarty, hereby move for an extension of one day, to April 29, 2008, to submit its responses to defendant **Muhamed Mubayyid's** Rule 29 Motion and Motion for a New Trial.  In support of the motion, the undersigned states that the government has completed a draft of its responses but additional time is required to complete and submit the final briefs.  The undersigned has spoken with counsel for Mr. Mubayyid and he assents to the government's motion.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By: /s/ Donald L. Cabell
    Donald L. Cabell
    B. Stephanie Siegmann
    Aloke S. Chakravarty

1

                                        Assistant U.S. Attorneys