```
                UNITED STATES DISTRICT COURT
                 DISTRICT OF MASSACHUSETTS
```

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.  ) | Crim. No. 05-40026-FDS |
| ) | |
| MUHAMED MUBAYYID, ) | |
| EMADEDDIN Z. MUNTASSER, and ) | |
| SAMIR AL-MONLA ) | |
| ) | |
| Defendants. ) | |

**GOVERNMENT'S ASSENTED-TO MOTION FOR EXTENSION TO MAY 1, 2008 TO RESPOND TO DEFENDANT MUHAMED MUBAYYID'S RULE 29 MOTION**

The United States of America, by Michael J. Sullivan, United States Attorney, and Assistant United States Attorneys Donald L. Cabell, B. Stephanie Siegmann and Aloke S. Chakrvarty, hereby moves for an extension to May 1, 2008 to submit its response to defendant **Muhamed Mubayyid's** Rule 29 Motion.  In support of the motion, a computer problem on the evening of April 29th resulted in the loss of a significant portion of the document and additional time is now required to recreate the document.  The undersigned has spoken with counsel for defendant Mubayyid and he assents to the motion.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By: /s/ Donald L. Cabell
    Donald L. Cabell
    B. Stephanie Siegmann
    Aloke S. Chakravarty

1

                                        Assistant U.S. Attorneys

Assistant U.S. Attorneys