UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES | ) ) ) ) ) ) ) ) ) ) | Cr. No. 05-40026-FDS |
| v. |  |  |
| MUHAMED MUBAYYID |  |  |

**MUHAMED MUBAYYID'S RESPONSE TO GOVERNMENT'S MEMORANDUM REGARDING RELEVANCY OF SENTENCING INFORMATION PERTAINING TO THE NATURE AND EFFECT OF DEFENDANTS' ACTIVITIES IN SUPPORT OF VIOLENCE AND MOTION FOR PRODUCTION OF DOCUMENTS**

Muhamed Mubayyid submits the following in response to the Government's Memorandum Regarding Relevancy of Sentencing Information Pertaining to the Nature and Effect of Defendants' Activities in Support Violence (hereinafter referred to as the "Memorandum"). As the government had previously intimated that it intended to call terrorism experts as witnesses at the sentencing hearings, the defense expected the government's submission to provide the names of the witnesses and the proposed subject matter of their testimony. Instead, the Memorandum asserts that the government seeks to introduce documentary evidence regarding individuals and organizations allegedly "associated" with Care. The government's submission doesn't identify what the documents are, and it IS unclear whether or not the documentary evidence concerns only the individuals and organizations named in the government's Memorandum, or whether there will be documents submitted concerning additional entities or individuals. It is

difficult, if not impossible , to challenge the relevancy of documents that are undisclosed. Moreover, as in the case's current posture only Mr. Mubayyid faces sentencing on charges relating to the concealment of certain alleged non-charitable activities, and as his official involvement with Care commenced after many of those activities were discontinued, the government may wish to tailor its undisclosed submissions more narrowly.

    The defendant therefore moves that the Court to order the government to produce forthwith any documents it will seek seeks to introduce at the sentencing hearing so that the defendant may make an informed evaluation of the documents relevancy and make specific objections where necessary.

Respectfully Submitted,
Muhamed Mubayyid
By his attorney

*/s/Michael C. Andrews*
Michael C. Andrews
21 Custom House Street
Boston, Massachusetts 02110
(617) 951-0072
BBO# 546470