```
             UNITED STATES DISTRICT COURT
              DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA      )
                              )
          v.                  )   Crim. No. 05-40026-FDS
                              )
MUHAMED MUBAYYID, and         )
EMADEDDIN Z. MUNTASSER,       )
and                           )
SAMIR AL-MONLA a/k/a          )
SAMIR ALMONLA,                )
          Defendants.         )
```

**GOVERNMENT'S MOTION FOR RULING ON MOTIONS FOR NEW TRIAL UNDER FEDERAL RULE OF CRIMINAL PROCEDURE 29(d)**

The government respectfully renews its request for the Court to substantively rule on the defendants' motions for a new trial made pursuant to Rule 33 of the Rules of Federal Criminal Procedure on which the Court either did not rule or denied as moot. Federal Rule of Criminal Procedure 29(d) states as follows:

> **(d) Conditional Ruling on a Motion for a New Trial**
> **(1) Motion for a New Trial.** If the court enters a judgment of acquittal after a guilty verdict, the court must also conditionally determine whether any motion for a new trial should be granted if the judgment of acquittal is later vacated or reversed. The court must specify the reasons for that determination.
> **(2) Finality.** The court's order conditionally granting a motion for a new trial does not affect the finality of the judgment of acquittal.

Wherefore, the government requests that the defendants' motions for a new trial pursuant to Rule 33 be conditionally denied and that the Court specify reasons therefor.

1

        Respectfully submitted,

        MICHAEL J. SULLIVAN
        United States Attorney

By:  /s/ Aloke Chakravarty
     ALOKE S. CHAKRAVARTY
     B. STEPHANIE SIEGMANN
     DONALD L. CABELL
     Assistant U.S. Attorneys

## Certificate of Service

I do hereby certify that a copy of foregoing opposition was served upon the counsel of record for the defendant by electronic notice on this 24th day of June 2008.

        /s/ Aloke Chakravarty
        Aloke Chakravarty
        Assistant U.S. Attorney