UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| v. ) | Criminal No. 05-40026-FDS |
| ) | |
| **MUHAMED MUBAYYID**, ) | |
| Defendant ) | |

## NOTICE OF APPEAL

Notice is hereby given that the United States of America (the prosecution in the above-captioned case) hereby appeals to the United States Court of Appeals for the First Circuit from the district court's (Saylor, J.) June 3, 2008 order granting the defendant Muhamed Mubayyid a judgment of acquittal on Count Two of the Superseding Indictment (entered on the docket on June 3, 2008).

                                                Respectfully submitted,

                                                MICHAEL J. SULLIVAN
                                                United States Attorney

                          By:    /s/    *Donald L. Cabell*
                                  DONALD L. CABELL
                                  Assistant U.S. Attorney

                                      Certificate of Service

    I hereby certify that on June 30, 2008, this Notice of Appeal filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

                                                /s/    *Donald L. Cabell*
                                                DONALD L. CABELL
                                                Assistant U.S. Attorney