*UNITED STATES DISTRICT COURT*
*DISTRICT OF MASSACHUSETTS*

---

USDC Docket Number 05-40026

Unites States

V

Muhamed Mubayyid.

---

### CLERK'S SUPPLEMENTAL CERTIFICATE

I, Sarah A. Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents numbered:

566

is a copy and may be destroyed when the appeal is completed.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on 7/10/08.

Sarah A. Thornton, Clerk of Court

By:   /s/ Kathy Hassett
Deputy Clerk

Receipt of the documents in the above entitled
case is hereby acknowledged this date: _____.

_____
Deputy Clerk, US Court of Appeals

ClerksCertificate-supplemental.frm - 3/06