UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

USDC Docket Number 05-40026 FDS

United States of America

v.

Muhamed Mubayyid

**CLERK'S CERTIFICATE**

I, Sarah A. Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that all documents enclosed numbered:

4,5,7,10,13,14,15,16,17,24,25,26,27,29,30,34,36,37,40,42,43,44,45,46,55,56,57,67,68,69,70,71,74,76,78,79, 80,81,88,89,90,92,94,96,97,103,104,108,110,111,113,114,115,117,118,119,127,131,132,133,134,135,138, 139,140,141,142,143,144,145,147,148,150,151,152,153,155,156,158,159,161,162,163,164,172,176,176, 177,178,179,180,182,184,185,189,190,193,194,195,196,197,198,199,201,203,204,205,212,215,216,219, 240,245,247,248,251,252,256,260,265,267,278,280,281,286,287,288,294,295,300,303,304,305,306,307, 308,309,310,311,315,316,317,318,322,323,324,325,326,327,328,329,330,331,332,333,334,335,337,339, 341,342,343,344,345,346,347,349,351,352,353,354,356,357,358,360,361,362,363,364,365,369,370,373, 374,375,384,385,387,398,399,400,401,402,403,407,409,413,414,428,430,462,475,478,485,486,487,491, 500,501,102,503,513,514,515,519,520,521,525,527,529,533,535,537,546,548,556,558,559,560

**are copies and should be discarded after use.**

The pleadings constitute the record on appeal in the above entitled case for the Notice of Appeal filed on 6/30/08.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on 7/8/08.

Sarah A Thornton, Clerk of Court

By:   /s/ Kathy Hassett
      Deputy Clerk

Receipt of the documents in the above entitled case is hereby acknowledged this date: 7/11/08.

_____
Deputy Clerk, US Court of Appeals

Please complete the following information:

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____08-1846_____

    RETURN TO: US DISTRICT COURT
                  595 MAIN STREET, SUITE 502
                  WORCESTER, MA 01608