UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| | ) | |
| | ) | |
| UNITED STATES | ) | |
| | ) | Cr. No. 05-40026-FDS |
| v. | ) | |
| | ) | |
| MUHAMED MUBAYYID | ) | |
| | ) | |
| | ) | |

**NOTICE OF APPEAL**

Now comes the defendant, Muhamed Mubayyid, and notices his appeal of his

conviction and sentence on Counts One, Three, Four, Five and Eight of the above

captioned Superseding Indictment.

Respectfully Submitted,
Muhamed Mubayyid
By his attorney

/s/ Michael C. Andrews

Michael C. Andrews
21 Custom House Street
Boston, Massachusetts 02110
(617) 951-0072
BBO# 546470