AO 245A (Rev 12/03) Judgment of Acquittal

# UNITED STATES DISTRICT COURT

DISTRICT OF _____ MASSACHUSETTS

UNITED STATES OF AMERICA

v.

MUHAMED MUBAYYID

**JUDGMENT OF ACQUITTAL**

CASE NUMBER: 05-40026-001-FDS

The Defendant was found not guilty. IT IS ORDERED that the Defendant is acquitted, discharged, and any bond exonerated.

```
The Court granted judgment of acquittal as to count 2s.
```

_signature_
Signature of Judge

F. DENNIS SAYLOR IV | USDISTRICT JUDGE
Name of Judge | Title of Judge

7·31·2008
Date