UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | **Criminal No. 05-40026-FDS** |
| | ) | |
| **MUHAMED MUBAYYID ,** | ) | |
|     Defendant. | ) | |

## NOTICE OF APPEAL

Notice is hereby given that the United States of America (the prosecution in the above-captioned case) hereby appeals to the United States Court of Appeals for the First Circuit from the district court's (Saylor, J.) (1) June 3, 2008 order granting the defendant Muhamed Mubayyid a judgment of acquittal on Count Two of the Superseding Indictment; (2) July 16, 2008 denial of the government's motion for reconsideration; (3) July 24, 2008 *Memorandum and Order on Defendants' Motions for Judgment of Acquittal Under Rule 29 and Government's Motion for Reconsideration*; (4) July 18, 2008 sentence; (5) July 31, 2008 *Judgment of Acquittal*; and (6) August 1, 2008 *Judgment in a Criminal Case*.

The government previously filed two notices of appeal (docket entries 560 and 578) , and its appeal has been docketed in the court of appeals as Appeal No. 08-1846. This notice supplements those notices, and does not necessitate a new court of appeals docket number.

    Respectfully submitted,

    MICHAEL J. SULLIVAN
    United States Attorney

By:    /s/ B. Stephanie Siegmann
       B. STEPHANIE SIEGMANN
       ALOKE S. CHAKRAVARTY
       DONALD L. CABELL
       Assistant U.S. Attorneys

## Certificate of Service

      I hereby certify that on August 28, 2008, this Notice of Appeal filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

                                                /s/ B. Stephanie Siegmann
                                                B. STEPHANIE SIEGMANN
                                                Assistant U.S. Attorney