UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

USDC Docket Number 05-40026

USCA Docket Numbers 08-1846, 08-1176, 08-1188

Unites States

V

Muhamed Mubayyid, et al.

## CLERK'S SUPPLEMENTAL CERTIFICATE

I, Sarah A. Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents numbered:

589-591, 594-601, 603-604.

are copies and may be destroyed when the appeal is completed.

Document numbers 603 and 604 are notices of appeal that do not require a new appeals number.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on 9/2/08.

Sarah A. Thornton, Clerk of Court

By:    /s/ Kathy Hassett
       Deputy Clerk

Receipt of the documents in the above entitled
case is hereby acknowledged this date: _____.

_____
Deputy Clerk, US Court of Appeals

ClerksCertificate-supplemental.frm - 3/06